AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _Jordan Martell Rice_____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Old Colony Correctional Center_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Ryan Iron Works, Inc. I last worked for them in 1995 before I was incarcerated. My weekly take home after taxes was about $240.00_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends              ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
   d. Disability or workers compensation payments       ☐ Yes     ☒ No
   e. Gifts or inheritances                             ☐ Yes     ☒ No
   f. Any other sources                                 ☒ Yes     ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. _I only receive money from_

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040402 08:53

Page 1

| Commit# : | W65429 | | | OLD COLONY CORRECTIONAL CENTER | | | |
|---|---|---|---|---|---|---|---|
| Name : | RICE, JORDAN, M. | | | Statement From | 20031001 | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20040402 | | |
| Block : | SEGREGATION UNIT | | | | | | |
| Cell/Bed : | M15 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $739.49 | $672.29 | $2.00 | $2.00 |
| 20031001 14:37 | EX - External Disbursement | 1747543 | 17977 | SBCC | --filing fee for Sept cv 02-10492 EFH--Clerk, U.S. District Court | $0.00 | $8.00 | $0.00 | $0.00 |
| 20031003 16:08 | CI - Transfer from Club to Inmate A/c | 1764262 | | SBCC | --cntn rfnd 9/26/03--W65429 RICE,JORDAN M PERSONAL--KCN WASH ACCOUNT - Z5 | $14.91 | $0.00 | $0.00 | $0.00 |
| 20031003 22:30 | CN - Canteen | 1764717 | | SBCC | --Canteen Date : 20031003 | $0.00 | $17.07 | $0.00 | $0.00 |
| 20031008 11:33 | ML - Mail | 1777978 | | SBCC | --BLENDA | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031008 16:56 | IS - Interest | 1782204 | | SBCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20031010 22:30 | CN - Canteen | 1810757 | | SBCC | --Canteen Date : 20031010 | $0.00 | $9.19 | $0.00 | $0.00 |
| 20031015 10:38 | ML - Mail | 1819241 | | SBCC | --BLENDA RICE | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031017 22:30 | CN - Canteen | 1838369 | | SBCC | --Canteen Date : 20031017 | $0.00 | $15.32 | $0.00 | $0.00 |
| 20031020 08:42 | IC - Transfer from Inmate to Club A/c | 1839021 | | SBCC | --postage--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20031024 22:30 | CN - Canteen | 1867046 | | SBCC | --Canteen Date : 20031024 | $0.00 | $11.37 | $0.00 | $0.00 |
| 20031030 12:48 | EX - External Disbursement | 1888958 | 18336 | SBCC | --FILING FEES FOR MONTH OF OCT. --US DISTRICT COURT | $0.00 | $15.00 | $0.00 | $0.00 |
| 20031031 22:30 | CN - Canteen | 1895033 | | SBCC | --Canteen Date : 20031031 | $0.00 | $13.77 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1927255 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20031107 22:30 | CN - Canteen | 1940207 | | SBCC | --Canteen Date : 20031107 | $0.00 | $6.62 | $0.00 | $0.00 |
| 20031112 08:48 | IC - Transfer from Inmate to Club A/c | 1948153 | | SBCC | --postage--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20031112 13:05 | IC - Transfer from Inmate to Club A/c | 1949849 | | SBCC | --postage--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20031113 10:04 | ML - Mail | 1961627 | | SBCC | --BLENDA RICE | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031114 22:30 | CN - Canteen | 1968405 | | SBCC | --Canteen Date : 20031114 | $0.00 | $9.36 | $0.00 | $0.00 |
| 20031117 08:45 | IC - Transfer from Inmate to Club A/c | 1969108 | | SBCC | --postage--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20031120 08:36 | IC - Transfer from Inmate to Club A/c | 1990388 | | SBCC | --SS--KCN WASH ACCOUNT - Z5--KCN WASH ACCOUNT - Z5 | $0.00 | $3.30 | $0.00 | $0.00 |
| 20031121 22:30 | CN - Canteen | 1998090 | | SBCC | --Canteen Date : 20031121 | $0.00 | $12.30 | $0.00 | $0.00 |
| 20031126 22:31 | CN - Canteen | 2015854 | | SBCC | --Canteen Date : 20031126 | $0.00 | $13.54 | $0.00 | $0.00 |
| 20031204 16:03 | EX - External Disbursement | 2047773 | 18777 | SBCC | --FILING FEE -U.S. DISTICT COURT CV02-10492 EFH | $0.00 | $6.02 | $0.00 | $0.00 |
| 20031205 10:25 | ML - Mail | 2051824 | | SBCC | --BLENDA RICE | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031205 22:30 | CN - Canteen | 2053438 | | SBCC | --Canteen Date : 20031205 | $0.00 | $6.60 | $0.00 | $0.00 |
| 20031209 13:39 | IS - Interest | 2063436 | | SBCC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20031210 09:10 | CI - Transfer from Club to Inmate A/c | 2079463 | | SBCC | --canteen refund 11/7/03--W65429 RICE,JORDAN M PERSONAL--KCN WASH ACCOUNT - Z5 | $6.62 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040402 08:53

Page : 2

| Commit# : | W65429 | | | OLD COLONY CORRECTIONAL CENTER | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | RICE, JORDAN, M, | | | Statement From | 20031001 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20040402 | | | |
| Block : | SEGREGATION UNIT | | | | | | | |
| Cell/Bed : | M15 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20031212 22:30 | CN - Canteen | 2098832 | | SBCC | ~Canteen Date : 20031212 | $0.00 | $12.47 | $0.00 | $0.00 |
| 20031219 11:22 | ML - Mail | 2129190 | | SBCC | ~BLENDA RICE | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031219 22:30 | CN - Canteen | 2131512 | | SBCC | ~Canteen Date : 20031219 | $0.00 | $7.18 | $0.00 | $0.00 |
| 20031223 09:09 | IC - Transfer from Inmate to Club A/c | 2140167 | | SBCC | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20031224 22:30 | CN - Canteen | 2149920 | | SBCC | ~Canteen Date : 20031224 | $0.00 | $8.79 | $0.00 | $0.00 |
| 20031229 10:20 | ML - Mail | 2164110 | | SBCC | ~LOUISE HULING | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040102 22:30 | CN - Canteen | 2188895 | | SBCC | ~Canteen Date : 20040102 | $0.00 | $14.15 | $0.00 | $0.00 |
| 20040105 13:45 | EX - External Disbursement | 2193378 | 19124 | SBCC | ~FILING FEE FOR DEC 03 02 10492~U.S. DISTRICT COURT 02-10492 | $0.00 | $14.01 | $0.00 | $0.00 |
| 20040109 23:00 | TI - Transfer from Institution | 2221626 | | SBCC | | $0.00 | $38.46 | $0.00 | $0.00 |
| 20040109 23:00 | TI - Transfer from Institution | 2221627 | | OCC | | $38.46 | $0.00 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230915 | | OCC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040119 22:30 | CN - Canteen | 2267108 | | OCC | ~Canteen Date : 20040119 | $0.00 | $19.01 | $0.00 | $0.00 |
| 20040121 09:55 | ML - Mail | 2275437 | | STH | ~BLENDA RICE | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040121 09:55 | TI - Transfer from Institution | 2275438 | | STH | ~Associate Receipt Number is 2275437 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040121 09:55 | TI - Transfer from Institution | 2275439 | | OCC | ~Associate Receipt Number is 2275437 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040122 09:08 | ML - Mail | 2285948 | | STH | ~GLORIA WATKINS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040122 09:08 | TI - Transfer from Institution | 2285949 | | STH | ~Associate Receipt Number is 2285948 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20040122 09:08 | TI - Transfer from Institution | 2285950 | | OCC | ~Associate Receipt Number is 2285948 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040126 22:30 | CN - Canteen | 2296927 | | OCC | ~Canteen Date : 20040126 | $0.00 | $18.45 | $0.00 | $0.00 |
| 20040203 22:31 | CN - Canteen | 2331537 | | OCC | ~Canteen Date : 20040203 | $0.00 | $18.44 | $0.00 | $0.00 |
| 20040209 22:30 | CN - Canteen | 2354311 | | OCC | ~Canteen Date : 20040209 | $0.00 | $5.57 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2360497 | | OCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20040217 22:31 | CN - Canteen | 2403177 | | OCC | ~Canteen Date : 20040217 | $0.00 | $8.27 | $0.00 | $0.00 |
| 20040219 14:48 | IC - Transfer from Inmate to Club A/c | 2416587 | | OCC | ~CERTIFIED MAIL TO BOSTON APPEALS COURT 3 CENTER PLAZA, 7TH FL BOSTON MA 02108~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.05 | $0.00 | $0.00 |
| 20040219 14:49 | IC - Transfer from Inmate to Club A/c | 2416590 | | OCC | ~MAIL TO ANN ADSIDE 177 BATTLES FARM DR BROCKTON MA 02301~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20040219 15:49 | CI - Transfer from Club to Inmate A/c | 2416734 | | OCC | ~CANCEL RECEIPT #2416587 DONE IN ERROR~W65429 RICE,JORDAN M PERSONAL~POSTAGE - Z11 | $7.05 | $0.00 | $0.00 | $0.00 |
| 20040219 15:51 | IC - Transfer from Inmate to Club A/c | 2416740 | | OCC | ~POSTAGE TO ANN ADSIDE 177 BATTLES FARM BROCKTON MA 02301~POSTAGE - Z11~POSTAGE | $0.00 | $2.21 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040402 08:53

Page: 3

| Commit# : | W65429 | | | | | OLD COLONY CORRECTIONAL CENTER | | | |
| Name : | RICE, JORDAN, M. | | | | Statement From | 20031001 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | | To | 20040402 | | | |
| Block : | SEGREGATION UNIT | | | | | | | | |
| Cell/Bed : | M15 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | - Z11 | | | | |
| 20040220 09:47 | ML - Mail | 2420248 | | STH | ~BLENDA RICE/177 BATTLES FARM DRIVE BROCKTON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040220 09:47 | TI - Transfer from Institution | 2420252 | | STH | ~Associate Receipt Number is 2420248 | $0.00 | $30.00 | $0.00 | $0.00 |
| 20040220 09:47 | TI - Transfer from Institution | 2420253 | | OCC | ~Associate Receipt Number is 2420248 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040224 22:30 | CN - Canteen | 2431028 | | OCC | ~Canteen Date : 20040224 | $0.00 | $4.74 | $0.00 | $0.00 |
| 20040226 10:17 | ML - Mail | 2445228 | | STH | ~LOUISE HULING | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040226 10:17 | TI - Transfer from Institution | 2445230 | | OCC | ~Associate Receipt Number is 2445228 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040226 10:17 | TI - Transfer from Institution | 2445229 | | STH | ~Associate Receipt Number is 2445228 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20040226 15:15 | CI - Transfer from Club to Inmate A/c | 2446089 | | OCC | ~CANT REFUND 1/19-W65429 RICE,JORDAN M PERSONAL--KCN WASH ACCOUNT - Z5 | $2.77 | $0.00 | $0.00 | $0.00 |
| 20040302 22:30 | CN - Canteen | 2459243 | | OCC | ~Canteen Date : 20040302 | $0.00 | $11.11 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2491898 | | OCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20040309 22:30 | CN - Canteen | 2504937 | | OCC | ~Canteen Date : 20040309 | $0.00 | $8.37 | $0.00 | $0.00 |
| 20040316 09:59 | VI - Visitation | 2532893 | | STH | ~MICKEY ALMEIDA | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040316 09:59 | TI - Transfer from Institution | 2532894 | | STH | ~Associate Receipt Number is 2532893 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040316 09:59 | TI - Transfer from Institution | 2532895 | | OCC | ~Associate Receipt Number is 2532893 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040316 22:30 | CN - Canteen | 2536865 | | OCC | ~Canteen Date : 20040316 | $0.00 | $8.54 | $0.00 | $0.00 |
| 20040323 22:30 | CN - Canteen | 2563315 | | OCC | ~Canteen Date : 20040323 | $0.00 | $9.54 | $0.00 | $0.00 |
| 20040330 22:30 | CN - Canteen | 2591854 | | OCC | ~Canteen Date : 20040330 | $0.00 | $15.95 | $0.00 | $0.00 |
| | | | | | | $500.26 | $517.66 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $49.80 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $49.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |