United States District Court For The
District Of Massachusetts

Jordan Martell Rice,
    Petitioner
    v.
Bernard Brady, Superintendent,
    and
Thomas F. Reilly, Attorney General,
    Respondents

## Motion For Leave To Proceed In Forma Pauperis

Now comes Jordan Martell Rice, petitioner in the above-entitled case, and moves that this Court permit him to proceed in forma pauperis, without prepayment of costs. The affidavit of petitioner in support of such motion is annexed hereto and made a part of this motion.

Respectfully Submitted,

*[signature]*

Dated: March 30, 2004

Jordan M. Rice, PRO SE
1 Administration Road
Bridgewater, Ma. 02324