United States District Court For The
District Of Massachusetts

Jordan Martell Rice, )
    Petitioner )
  v. )
Bernard Brady, Superintendent, )
    and )
Thomas F. Reilly, Attorney General, )
    Respondents )

## Motion For The Appointment Of Counsel

Now comes the petitioner in the above-entitled case and hereby moves that this court appoint counsel to represent him on this Petition for a Writ of Habeas Corpus, being filed herewith. The petitioner has requested one of several attorneys be appointed to represent him in his Affidavit in support of this motion. The Pauper's Affidavit of petitioner is hereby made part of this motion.

Respectfully Submitted,
x. /s/ Jordan M. Rice
Jordan M. Rice, PRO SE
1 Administration Road
Bridgewater, Ma. 02324

Dated: March 30, 2004