United State District Court For The
District Of Massachusetts

Jordan Martell Rice,
    Petitioner,
  V.
Bernard Brady, Superintendent,
    and
Thomas F. Reilly, Attorney General,
    Respondents

## Affidavit In Support Of The Petitioner's Motion For The Appointment Of Counsel

Jordan M. Rice, being duly sworn, deposes and says:

1. I am the petitioner in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2. This is a very complex case because it contains several different legal claims, with each claim involving a Constitutional issue.

3. The petitioner has only a high school education and has no legal education.

4. The petitioner has been held in punitive segregation for the past six months. For this reason he has very limited access to legal materials.

5. The petitioner requested this court to appoint Attorney Donald A. Harwood, 305 Broadway, 7th Floor, N.Y., N.Y., 10007, who represented the petitioner in his State Appeal because the petitioner has 100% trust in Attorney Harwood. The petitioner perfers Attorney Harwood to represent him in Federal Court.

6. If Attorney Harwood won't take the petitioner's case on assignment of the Court or if the Court won't appoint Attorney Harwood, the petitioner requests one of the following Attorney's

7. Attorney James Sultan, 1 Commercial Wharf North, 2nd Floor, Boston, Ma. 02110

8. Attorney Robert Sheketoff, 1 McKinley Square, Boston, Ma. 02109

9. Attorney Max Stern (Massachusetts Business Address unknown to the Petitioner.)

10. Attorney Charles Rankins, 1 Commercial Wharf North, 2nd Floor, Boston, Ma. 02110

11. Attorney Stephen Hrones, 232 Lewis Wharf, Boston, Ma. 02110

12. Attorney John Thompson, 1331 Main St., Springfield, Ma. 01103

13. Attorney Wendy Sibbison, 26 Beech St., Greenfield, Ma. 01301

14. Attorney Howard Friedman, 90 Canal St., Boston, Ma. 02114

WHEREFORE, the petitioner's motion for the appointment to one of the above listed Counsel's should be granted.

Signed under the pains and penalties of perjury this 30th day of March, 2004 A.D.

Dated: March 30, 2004

x _Jordan M. Rice_

Jordan M. Rice, PRO SE
1 Administration Road
Bridgewater, Ma. 02324