UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Jordan Martell Rice_____,
                    Plaintiff,

       v.                              Civil Action No.  04-10859-MLW

__Bernard Brady, et al.,_____,
                    Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐   GRANTED.

☒   DENIED for the following reason(s): The application is denied as moot.  Petitioner paid the $5 filing fee on April 29, 2004.

☐   It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

_June 18, 2004_____              _s/ Mark L. Wolf_____
DATE                                 UNITED STATES DISTRICT JUDGE