UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Jordan Martell Rice__          ,
                Petitioner,

      v.                                    Civil Action No.  04-10859-MLW

__Bernard Brady, et al.,__          ,
                Respondent.

O R D E R

On April 29, 2004, petitioner Jordan Martell Rice, who is currently confined at Old Colony Correctional Center submitted a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

It is hereby ORDERED that the Clerk shall correct the case caption to reflect that the only respondent to this action is Tim Hall, Superintendent of Old Colony Correctional Center. A writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243. Petitioner's legal custodian is the superintendent of the facility in which he is in custody, as the individual having day-to-day control over the facility in which petitioner is being detained. Vasquez v. Reno, 233 F.3d 688, 694 (1st Cir. 2000), cert. denied, sub nom. Vasquez v. Ashcroft, 122 S. Ct. 43 (2001). See Rule 2 of the Rules Governing Section 2254 Cases ("the state officer having custody of the applicant shall be named as respondent").

It is FURTHER ORDERED that pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Tim Hall, Superintendent, Old Colony Correctional Center, Sheriff, One Administration Road Bridgewater, MA 02324 ; AND (2) Cathryn A. Neaves, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, Massachusetts  02108.

It is FURTHER ORDERED that Respondent shall, within 28 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND

FURTHER, this Court requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition

SO ORDERED.

| | |
|---|---|
| 6/18/04 | s/ Mark L. Wolf |
| DATE | UNITED STATES DISTRICT JUDGE |