UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JORDAN MARTELL RICE )
)
Petitioner, )
)
v. ) Civil Action No. 04-10859-MLW
)
BERNARD BRADY, )
)
Respondent. )

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADINGS
## TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent hereby respectfully requests that this Court grant the respondent, Bernard Brady, an enlargement of time within which he must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of thirty days, up to and including August 26, 2004. In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by July 27, 2004. The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition. Moreover, granting this motion will not cause any prejudice to the petitioner nor will it cause any undue delay in these proceedings.

WHEREFORE, the respondent respectfully requests that this Court grant the Commonwealth until August 26, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: July 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Jordan Martell Rice, on July 14, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, as follows: Jordan Martell Rice, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts, 02324.

_____
Maura D. McLaughlin