

Jordan M. Rice-W65439
1 Administration Road
Bridgewater, Ma. 02324

Linn A. Weissman
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Re: <u>Rice v. Brady, et al.</u>, C.A. No. 04-10859-MLW

Dear Clerk,

Hello, I am in receipt of your correspondence dated July 6, 2004. I would like to "Thank You Very Much" for your prompt attention to my previous request. Please excuse my ignorance in the Habeas Corpus process but I have one more question, I would like to present to you.

Has Justice Wolf Granted or Denied my Motion for Appoint of Counsel (Entry No. 3 on Docket Sheet)? An rendered decision isn't clear on the Docket Sheet but it states on the first page I am PRO SE in the section titled "Represented By." This is a very deep concern of me because I don't possess the legal skills to represent myself PRO SE! Would you please explain in detail if possible? I would gladly appreciate it.

Thank you for your attention in this matter.

Respectfully Submitted,
x. [signature]

Dated: July 8, 2004 A.D.