Jordan M. Rice - W65439
1 Administration Road
Bridgewater, Ma. 02324

United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Re: Rice V. Brady, et al., C.A. No. 04-10859-MLW

Dear Ms Jenness,

    Enclosed for filing please find the petitioner's "Renewed motion for the appointment of counsel and Supporting Affidavit." In the interest of justice would your office and Justice Wolf please carefully review both enclosed documents.

    Thank you for your prompt attention in this matter.

Very truly yours
x. [signature]
Jordan M. Rice

CC: Maura D. McLaughlin

Dated July 15, 2004 A.D.

United States District Court
District Of Massachusetts

Jordan M. Rice,
    Petitioner

V.

Bernard Brady,
    Respondent.

Civil Action No. 04-10859-MLW

## Renewed Motion For The Appointment Of Counsel

Petitioner Jordan M. Rice, pursuant to § 1915, requests this Court to appoint Counsel to represent him in this case for the following reasons:

1. The petitioner is unable to afford counsel.

2. The issues involved in this case are complex constitutional ones.

3. The petitioner, is a administration segregation inmate, has "No Access to the institutional law library."

4. The petitioner has a limited knowledge of the law.

5. The petitioner has a "mental impairment."

Respectfully Submitted,

/s/ Jordan M. Rice
Jordan M. Rice
1 Administration Road
Bridgewater, Ma. 02324

Dated: July 15, 2004 A.D.

# Affidavit In Support of the Petitioner's Renewed Motion For Appointment Of Counsel

Jordan M. Rice, being duly sworn, deposes and says:

1. I am the Petitioner in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

## Reason 1

2. The Petitioner has exhausted all his families and his monetary resources.

3. These resources were exhausted on Trial Counsel Herny Owens and Appellate Counsel Donald A. Harwood for motion for new trial and first direct appeal of conviction.

## Reason 2

4. The petition for writ of habeas corpus alleges constitutional violations, which are very complex litigation.

5. Each constitutional violation has lawfully be exhausted through available state remedies with respect to all the matters raised within the petition.

## Reason 3

6. The petitioner has been unlawfully held in segregation since October 7, 2003 simply for exercising his First Amendment Rights about c/o Joseph Ayala attempting to place a hit on the petitioner to be carried out by two other inmates.

-2-

7. On October 10, 2003 the petitioner was classified for out of state transfer in retaliation for speaking out about C/o Ayala attempting to place a hit on him.

8. On January 8, 2004 the petitioner was transferred from Souza-Baranowski Correctional Center's Segregation Unit to Old Colony Correctional Center's segregation Unit to await out of state transfer.

9. The petitioner has three enemies within Old Colony Correctional Center (O.C.C.C.) and the Department of Corrections (D.O.C) were well aware of this fact before transferring the petitioner to O.C.C.C.!

10. Two of these inmates are enemies of the petitioner because the petitioner testified against them at their murder trials, which resulted in both inmates receiving a life sentences. Both inmates has threaten to murder the petitioner.

11. The other inmate murdered the petitioners cousin and is in the same gang as the two inmates the petitioner testified against. He to, wants to murder the petitioner.

12. This inmate who murdered the petitioner's cousin is a employee at the institutional Law Library and would have a chance to murder the petitioner if he went to the law library.

13. Due to these three inmates incarcerated at O.C.C.C. the petitioner hasn't once been to the law library because he fears for his life.

14. The petitioner has great reason to fear for his life because as a segregation inmate, he and other segregation inmates are placed in the law library with full hand and leg restraints but only one of the inmates hands are left free from restraints.

-3-

15. If one of the petitioner's enemies attacked him in the law library. He would be a "sitting duck" (as they say) with no way to defend and/or protect himself.

16. Since the murder of inmate John Geoghan in a Protective Custody Unit anything is possible and for these reasons the Petitioner has "No Access" to the law and the D.O.C. are knowingly and willingly deny the petitioner is rights to Access to Courts!

### Reason 4

17. The Petitioner only has a twelfth grade education and no education in regards to the law. In fact the petitioner's former Appellate Counsel Donald A. Harwood had to help the petitioner step by step over the phone to fill out the Petition for Writ of Habeas Corpus.

18. The Respondents has indicated in their most recently filed "Motion for enlargement of time that they will answer or other responsive pleading (meaning possible motion to dismiss)."

19. The Petitioner doesn't know how to respond to the Respondents response and doesn't have access to legal materials.

20. If the DOC does unlawfully transfer the Petitioner out of state, he will be at a even more greater disadvantage in another state because he won't have access to any Massachusetts legal materials.

### Reason 5

21. The petitioner has a mental impairment from all the years he has spended in segregation and harassment he received at the hands of Correctional Staff. The Petitioner

- 4 -

is now a manic depresser and has spells of being paranoid. This causes the petitioner to take daily the mental health medication called "Trazadone".

22. The petitioner is currently under the care of institutional mental health Clinician Alda Texeria [sic] for his mental illness.

23. The petitioner has filed suit against the DOC for retaliatory classification and other Civil Rights Violation in Middlesex Superior Court (DKT.No 04-741)

24. Now Correctional Official has further continued to harass the petitioner for filing the lawsuit against the DOC

25. This harassment has been extended to censorring the petitioners mail and destroying his legal documents so even if the petitioner was able to represnt himself it would be impossible due to officer's harassment.

26. This fact and other facts of harassment has caused the petitioner to suffer even more mental anguish. The DOC, Government Officials and institutional mental Health Department are aware of all the mental anguish the petitioner suffer's from at the hands of officers but all have turned a blinded eye to these atrocities the petitioner suffer's from!

WHEREFORE, the petitioner renewed motion for the appointment of counsel should be granted.

Signed under the pains and penalties of perjury this 15th day of July, 2004 A.D.

x_____
Jordan M. Rice
1 Administration Road
Bridgewater, Ma. 02324