# CHANGE OF ADDRESS

From: Jordan M. Rice
1 Administration Road
Bridgewater, Ma. 02324

TO: Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464

FILED
2004 AUG 31 P 2: 02
U.S. DISTRICT COURT
DISTRICT OF MASS