United States District Court
District Of Massachusetts

Jordan M. Rice,
    Petitioner

v.

Bernard Brady,
    Respondent

Civil Action No. 04-10859-MEW

FILED
OFFICE
2004 AUG 31  P 2:02
U.S. DISTRICT COURT
DISTRICT OF MA

## Motion For Enlargement Of Time Until Counsel Is Appointed

Now comes the Petitioner Jordan M. Rice and moves for Motion For Enlargement Of Time Until Counsel Is Appointed to represent the Petitioner. The Petitioner can't answer or respond to any of the Respondent motions most recently filed on Aug. 26, 2004 for the following reasons:

1) The Petitioner has been denied Access to the Courts for 11 months
2) The Petitioner has a limited Knowledge of the law
3) The Petitioner has a Mental Impairment

Therefore Counsel should be appointed. Also see Affidavit.

Respectfully Submitted,

Dated: Aug. 28, 2004

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464