## Affidavit In Support of the Petitioner's Motion For Enlargement of Time Until Counsel Is Appointed

Jordan M. Rice, being duly sworn, depose and says:

1. I am the Petitioner in this case. I make this affidavit in support of my Motion For Enlargement of Time Until Counsel Is Appointed to represent me in this matter.

### Reason 1 (Denied Access to the Courts)

2. The Petitioner has been held in segregation for the past 11 months without violating any Prison Rules to be initially placed in segregation and has been denied access to courts

3. While incarcerated at Souza-Baranowski Correctional Center (SBCC) on Oct. 7, 2003 the Petitioner was placed in punitive segregation for simply informing Former Superintendent Edward Ficco that c/o Joseph Ayala placed a hit on him.

4. On Oct. 10, 2003 the petitioner was classified for out of state transfer in retaliation for exercising his First Amendment Rights about c/o Ayala

5. From Oct. 7, 2003 to Jan. 7, 2004 the petitioner as a segregation inmate is only allowed 15 minutes once a week on the legal CD-Rom Computer for legal research. This adds to 1 Hour a month of legal research.

6. On Jan. 8, 2004 the petitioner was transferred to Old Colony Correctional Center (OCCC) to await out of state transfer. At OCCC he held three listed enemies who want to kill him and for his safety the petitioner was held in punitive

segregation his entire incarceration at OCCC!

7. From Jan 8, 2004 to July 28, 2004 the petitioner couldn't go to the Law Library because one of his Enemies (Germaine Celeste) was employed in the law library.

8. On July 28, 2004 the petitioner was transferred back to SBCC and place back in punitive segregation to continue await out of State transfer.

9. The Petitioner hasn't once went to the 15 minute CD-Rom because he fears for his safety at SBCC because officer's are retaliating against him for filing a lawsuit against the DOC for Civil Rights Violations and Retaliatory Classification.

10. Some of the officer's outlined in my lawsuit for abusing me are some of the same officer's currently retaliatory abusing me. I have been assaulted twice by officer's since arriving at SBCC on July 28, 2004.

11. The Petitioner hasn't been given any of his legal documents despite his repeated requests.

12. The Petitioner fears the DOC is intentionally withholding all legal Documents or purposely misplaced all his legal documents due to his lawsuit.

13. Therefore if the petitioner was able to represent himself, it would be impossible because his legal documents are missing and also he isn't afforded adequate time for research!

Reason 2 (Limit Knowledge of the Law)

14. The Petitioner has no training in regards to the law.

15. The Respondents has indicated in their most recently filed Motion to Dismiss that the Petitioner hasn't exhausted State remedies in regards to Grounds 7 and 8.

16. The Petitioner doesn't know how this is possible because these are all the grounds his Former Appellate Counsel Donald Harwood told him to write in the Petition For Writ of Habeas Corpus. Also Attorney Harwood Grounds 7 and 8 in my State Appellate Brief.

17. The Petitioner doesn't know how to respond to these charges by the Respondent because the SJC ruled on these two grounds. So the Petitioner has filed Opposition to the Respondents Motion to Dismiss and Partial Withdrawal or waiver of Grounds 7 and 8 in hopes Counsel will be appointed to litigate the other meritorious grounds

18. The Petitioner fear's that if Counsel isn't appointed then his Petition For Writ OF Habeas Corpus will be dismissed because he is unable to represent himself.

19. If dismissed it would be a travesty of justice because there are other meritorious grounds which relief can be granted such as Ineffective Assistance to Counsel, Withholding of exculpatory evidence, Improper Closing Argument by the Prosecutor, Illegal Search and Seizure, Improper Jury Instructions and many more meritorious grounds.

Reason 3 (Mental Impairment)

-4-

20. Since 1998 the Petitioner has over four years confined in segregation and over the course of this four years he has been harassed, tortured, torment and physically abused by officer's and inmates

21. The inhumane treatment and the current inhumane treatment has caused the Petitioner to become a "Manic Depressor," who has spells of paranoid. He now takes daily the mental health medication called "Trazadone" for his mental impairment.

22. The depression makes it hard for the petitioner to eat or get out of bed and somedays it's mentally impossible to eat or get out of bed!

23. The Petitioner is currently under the care of SBCC institutional Mental Health Clinician Judy Garofalo for his extreme depression.

Therefore the "Motions For Enlargement of Time Until Counsel is Appointed" and "Renewed Motion for Appointment of Counsel" should be granted. Also the motion For Enlargement of Time Until Counsel is Appointed should be granted for a unspecified amount of Time until Appointed Counsel has a fair opportunity to fully review and understand the Petitioner's Grounds of Appeal.

Signed under the peins and penalties of perjury this 28th day of August, 2004.

x_____

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464