United States District Court
District Of Masssachusetts

Jordan M. Rice,
　　Petitioner

v.

Bernard Brady,
　　Respondent

Civil Action No. 04-10859-MLW

## Opposition to Respondent's Motion to Dismiss and Partial Withdrawal Or Waiver of Grounds 7 and 8

Now comes the Petitioner Jordan M. Rice in opposition to the Respondents Motion to Dismiss. The Respondents contend Grounds 7 and 8 hasn't been exhausted in State Court. The Petitioner doesn't know if this is true but he partially withdraws and/or waiver's Grounds 7 and 8 to preserve the other meritorious Grounds which relief can be granted on, if and when Counsel is appointed to properly litigate them on my behalf because it is impossible for me to do so and the reasons are outlined in the Motion for Enlargement of Time Until Counsel is Appointed and Supporting Affidavit.

Therefore the Motion to Dismiss should be denied and Counsel appointed.

Respectfully Submitted,
/s/ J.M.R.

Dated: Aug. 28, 2004

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464