United States District Court
District Of Massachusetts

Jordan M. Rice,
    Petitioner

v.

Bernard Brady,
    Respondent.

Civil Action No. 04-10859-MLW

## Renewed Motion For The Appointment Of Counsel

Petitioner Jordan M. Rice, pursuant to § 1915, requests this Court to appoint Counsel to represent him in this case for the following reasons:

1. The petitioner is unable to afford counsel.

2. The issues involved in this case are complex constitutional ones.

3. The petitioner, is a administration segregation inmate, has "No Access to the institutional law library."

4. The petitioner has a limited knowledge of the law.

5. The petitioner has a mental impairment.

Respectfully Submitted,

/s/ Jordan M. Rice
Jordan M. Rice
1 Administration Road
Bridgewater, Ma. 02324

Dated: July 15, 2004 A.D.