

Jordan M. Rice - 065459
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice V. Brady, C.A. No. 04-10859-MLW

Aug. 28, 2004

Dear Judge Wolf,

Hello, I am the Petitioner in the above-referenced case. Please find enclosed your copy of motions I have filed Pro Se. I am mailing you these motions directly because I want to insure you fully understand my plight and the fact I am unable to Represent myself Pro Se.

Please review all documents closely. I am begging you to please Appoint Counsel to Represent me in this matter because the DOC is denying my Constitutional Rights of Access to the Courts! Please Appoint Counsel in the Interest of Justice......

Respectfully Submitted,

[signature]

CC: Franci Richardson, Boston Herald Reporter
    Blenda Rice, Mother
    Enclosure