Jordan M. Rice - W65434
P.O. Box 8000
Shirley, Ma. 01464

FILED
2004 SEP -8 P 1: 14
DISTRICT COURT
OF MASS

Mark L. Wolf, Judge
1 Courthouse Way
Boston, Ma 02210

Re: Rice V. Brady, C.A. No. 10859 - MLW

Aug. 30, 2004

Dear Sir,

Hello, I am the Petitioner in the above reference Habeas Corpus Petition. Please find enclosed your copy of my letter addressed to Secretary Edward Flynn. I want to prove to you my plight is real! In the interest of justice please appoint counsel to represent me in the above reference case. Even if the DOC wasn't denying me access to the Courts, I couldn't represent myself in this matter! I know your one who seeks the truth and the truth can't come out without me having counsel.

Thank you for your attention in this matter.

Respectfully Submitted,
/s/ Jordan M. Rice

CC: Blenda Rice, Mother
    David Slutsky, Rice Family Attorney
    Enclosure

Jordan M. Rice - W65429
P.O. Box 8000
Shirley, Ma. 01464

Edward Flynn, Sec. of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Aug. 30, 2004, PAGE 1 of 4

Dear Sir,

Hello, on August 19, 2004 I was classified to MCI Cedar Junction Segregation Unit to await out of state transfer. I oppose both Classification decisions. I have also filed a Institution Classification Appeal Former but I haven't had any success the past 11 months through this process!

First I oppose the MCI Cedar Junction "Segregation Unit" decision because when I was held in the Segregation unit there from December of 1998 to March 1, 2000 I was harassed, tortured and tormented by officer's and inmates due to the fact I was a witness against 7 high ranking gang members in a number of highly publicized murder trials. Inmates threw feces and urine on me through the cell bars and it will happen again! Furthermore the "Massachusetts State Statute entitled Protective Custody inmates to the same treatment as general population inmates" Blaney V. Commissioner of Corrections, 374 Mass. 337, 372 (1978) Also, "Protective Custody conditions that do not provide adequate protection, such as mixing protective custody and punitive segregation inmates, are unconstitutional." Little V. Walker, 552 F.2d 193 (7th Cir. 1977)

Second I oppose the out of state decision on numerous grounds: 1) I never broke any prison rules to lose my Protective Custody Status! Simply I was placed in segregation on Oct. 7, 2003 in response to writing Former SBCC Superintendent Edward Ficco to inform him that c/o Joseph Ayala placed a hit on me. Then in retaliation I was classified out of state on Oct. 10, 2003. 2) In a out of state prison my life would be in extreme danger because I gained national media attention when I testified against a high ranking gang

member's in the highly publicized murder trials of the Rising R&B/Rap Star Chris Bender. Now citizens in all 50 States know who I am and that I broke the "Code of Silence Oath." This fact gives me numerous unforeseeable and unknown enemies for breaking this oath and the penalty for breaking this oath is "<u>DEATH</u>"! My unknown Enemies in other states know me but I don't know them and this makes me a sitting duck, who is in a kill or be killed situation in this state or another state! For the record, I have no premeditative violent thoughts but unfortunately violence is the atmosphere of Prison Life! Furthermore the internet makes the world a smaller place! All some one has to do is enter my name in the computer and attain the Caselaw of the guys I testified against along with articles from Newspaper's and Magazines. Why don't you personally log on the Website "WWW.Whosarat.Com", which was created by Sean Bucci of Massachusetts! Also the guys I testified against can have someone find me on the internet. 3) In another State I won't have access to Massachusetts Legal Materials to research in aiding me in my Pursuant of Justice in regards to my wrongful criminal conviction and my Civil Lawsuit against the DOC. Therefore, for my own personal safety, if I am transferred out of state I will immediately go to segregation in that state!

 Speaking of my wrongful criminal conviction. I been denied access to the Courts for 11 months because as a segregation inmate I don't have adequate or no research time in preparation of trying to represent myself in my Habeas Corpus Petition or Civil Lawsuit and I am not a Lawyer so I don't know what I am doing in either process! Also the Courts hasn't respond or won't appoint Counsel to represent me. Also I am only allowed 15 minutes a week on the CD-Rom to do legal research and I have no legal books to explain how to proceed in my Habeas Corpus Petition or Lawsuit! Most recently on Aug. 26, 2004 the Attorney General's Office has filed a "Motion to Dismiss my Habeas Corpus Petition" and I don't know how to respond due to the facts: 1) I am not a Lawyer and 2) the DOC is denying me access to the Courts! To add insult to injury I am being denied access to my own legal documents by SBCC officials despite my repeated written request and now I fear all my documents has been intentionally lost or destroyed due to my pending Lawsuit against the DOC. Therefore I am being denied my

Guaranteed Constitutional Rights of Access to the Courts and the DOC is willingly and knowingly denying me! The Supreme Court has stated, "it is now established beyond doubt that prisoners have a constitutional right of access to the Courts". Bound V. Smith, 430 U.S. 817 (1977)

I agree that I should be immediately transferred out of SBCC because I am being harassed, tortured and tormented by SBCC Officer's, plus officers continue to abuse me! SBCC Officer's has purposely misplaced all the razor's, soaps and a fingernail clipper I purchased from canteen. When I went to the shower on Aug. 27, 2004 I had one blue double blade razor I purchased in my cosmetic box. On Aug. 30, 2004 my next shower day, an unknown officer had removed the blue razor and replaced it with an "used" orange state razor. I know the razor was "used" because it had two hairs in the blade! Now Officer's are trying to infect me with H.I.V. or Hepatitis in retaliation for filing my lawsuit against the DOC! This year at OCCC I again tested negative for both diseases and I been getting annually tested since 1998! The DOC is parading me around segregation to segregation letting numerous inmates put a face with the Jordan Rice name, which is putting my life in further danger and the DOC knows this!

Please be advise, my family and other's has copies of every single corresspondence I have authored to you via Certified Mail. I have forwarded this correspondence to numerous officials! Therefore if I am seriously injuried, Murdered or forced to exercise deadly self defense in this state or another state you can't use the excuse of "You weren't aware of my plight!" Simply the blood will be solely on your hands because I have repeatedly and respectfully cried out for help! My cries for help has been repeatedly answered with unlawful retaliation through the Disciplinary Process, Classification Process and Officer's Abuse! Along with your ignorance of the cruel inhumane atrocities I am suffering! It's not that anyone doesn't know, it's that anyone doesn't CARE!

My Plight through the DOC since Oct. 20, 1998 is the lack of "Control and Leadership" outlined in the Harshbarger Commission Report on State Department of Correction Reform! My Plight isn't "Anti-Union Rhetoric", it's factual transparent abuse by the DOC, ET AL! I am not failing the System,

the System is failing me! Again I request that you exercise you "Executive Authority" and order the DOC to immediately transfer me to MCI Concord SHU (Protective Custody Unit) only, where I will be afforded all my Constitutional Rights!

    I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x. _[signature]_

Jordan M. Rice

CC: Mitt Romney, Governor
    Mark L. Wolf, Federal Judge
    Scott Harshbarger, Commission Head
    Maura D. McLaughlin, Assistant Attorney General
    Greta Janusz, Civil Attorney
    Leslie Walker, M.C.L.S. Attorney
    Sean Murphy, Reporter
    Franci Richardson, Reporter
    David Slustsky, Rice Family Attorney
    Blenda Rice, Mother of Jordan M. Rice
    Enclosure.

<u>Certified Mail No.</u>
7003 2410 0002 5539 0295