United States District Court

Jordan M. Rice,
          Petitioner,

V.

Bernard Brady,
          Respondent.

C. A. No. 04-10859-MLW

## Motion For Stay OF Execution

Now comes the Petitioner and respectfully requests that this Court grant him a Stay of Execution for an unspecified amount of time until counsel is appointed to represent him in this matter. The Petitioner was informed on September 3, 2004 by Committee For Public Counsel Services Attorney David Nathanson to file this motion. Attorney Nathanson stated "his organization may be able to represent the petitioner and must review his case First but it is highly unlikely". The Petitioner has also wrote 25 other organizations all to no avail. The Petitioner is unable to represent himself for all the reasons outlined in his already filed "Renewed Motion For Appointment of Counsel" and "Motion For Enlargement of Time Until Counsel is Appointed" along with both Motions accompanying Affidavits. The Petitioner again requests that this Court appoint him Counsel in this matter. Moreover, granting this motion will not cause any prejudice to the Respondent because he is already at a clear advantage, which is he being represented by Counsel nor will this cause any undue delay in these proceedings because the Petitioner is the one unlawfully incarcerated, initiating these request and being denied Access to the courts.

Respectfully Submitted,

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464

Dated: Sept. 3, 2004