FILED

2004 SEP 21 P 12: 23

US DISTRICT COURT

Jordan M. Rice - W65424
P.O. Box 8000
Shirley, Ma. 01464

Edward Flynn, Sec. of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Sept. 14, 2004, Page 1 of 4

Dear Sir,

Hello, I am writing you today because either SBCC Superintendent Lois Russo or Deputy of Classification Michael L. Rodrigues is knowingly employing propaganda in my Classification Process. On page two of my classification Report, which is Marked Exhibit No. 1. One of the said officials "denied my request to be transferred to MCI Concord SHU based on the fact I had a fight with a inmate in both places".

The reason this decision is propaganda, On Oct. 7, 2003 I was placed in segregation for writing Former SBCC Superintendent Edward Ficco informing him "C/O Joseph Ayala placed a hit on me that was to be carried out by two inmates." C/O Ayala placed this hit on me because I was respectfully speaking out about receiving the harsher sanctions for defending myself in a fight with inmate Joseph Druce a self proclaimed Neo-Nazi, who admitted after murdering inmate John Geoghan that starting a fight with me was part of his plan to murder Geoghan! Please note I am of African-American descent. Then on Oct. 10, 2003 I was retaliatory punished through the Classification Process for speaking out by being classified for out of state transfer. I have never broke any prison rules to lose my Protective Custody Status but I am labeled "Continual adjustment problems" simply for exercising my Guaranteed Constitutional Rights of Freedom to Speech about the abuse I am suffering at the hands of DOC officials. Therefore I am being punished for trying to avoid a fight and follow institutional rules! Go Figure!

Now for my fight in MCI Concord SHU, it was with another self proclaimed Neo-Nazi, Keith Parkerson on June 18, 2001, Mr. Parkerson came at me with a

<u>PAGE 2 of 4</u>

razor and I had no choice but to defend my life accordingly! Mr. Parkerson too was the aggressor because I refuse to discriminate against a Jew inmate and him being the aggressor is clearly outlined in the D-Report. If you a copy of the D-Report I will gladly furnish you with a copy! Most importantly, Former MCI Concord Superintendent William Coalter was aware of Mr. Parkerson's gang that were employed by c/o Cosmo Bisazza and c/o Charles Healy but Mr. Coalter had no control over his officer's and this is clearly documented. After my self defense fight with Mr. Parkerson I was unlawfully transferred to SBCC because well prior to our fight my Family and I respectfully spoke out in letter's about the Strongarm tactics that were employed by c/o Bisazza's and c/o Healy's inmate monarchic system. Therefore hereto I was punished through the Classification Process for my Family and I exercising our Guaranteed Constitutional Rights of Freedom to Speech! More importantly Mr. Parkerson was allowed to stay at MCI Concord due to is inmate monarchic status but now is no longer in the custody of the DOC. Therefore no reason prevents me from being placed at MCI Concord!

  I have been illegally held in segregation for almost a year for following the rules. Since this time I have been gravely abused! To date almost all my legal documents has been intentionally lost by the DOC. I don't have any access to legal books and this is denying my Guaranteed Constitutional Rights of Access to the Courts beyond a reasonable doubt because to date the Federal District Court and Middlesex Superior Court hasn't acted upon my request for appointment of counsel. I am not saying I would be able to effectively represent myself but at least with access to the proper legal books I could give it one hell of a try because I am fighting for my life in Federal Court, which is to exonerate my name in my criminal conviction! The DOC is intentionally denying me access to the Courts, due to my Lawsuit against them!

  Out of the last 40 months I have spent 34 months in segregation, with 22 straight months being the longest non-stop duration to date. Since Oct. of 1998 I have well over 50 months confined in segregation and over this time period I have been gravely abused by officer's and inmates. Causing me to become a paranoid "manic depressor."

Now for the first time in my life I take mental Health medication!

Well I am currently still being abused by SBCC Officer's in retaliation for a lawsuit pending against SBCC for abusing me. I should of never been transferred here. On Sept. 7, 2004 C/O Michael Kasperzak falsely informed inmates I am housed on the tier with that I was an institution informant for SBCC IPS Department, which inmates are incline to believe because everyone knows I testified in the highly publicized murder trials of the rising R&B/Rap Star Chris Bender. This type of propaganda employed by officer's puts me in a further Kill or be Killed situation. On Sept. 8, 2004 C/O Mark Ellis shook down my cell while I was in the shower and removed the soles of my sneakers and throw them in the toilet. Also he seized a rough draft of a Lawsuit I had started. Due to my depression I just don't have the energy yet to began redrafting it!

In response to my last letter addressed to your attention, an SBCC Official has removed the results of my last Hepatitis Blood Test performed at OCCC earlier this year from my Medical Records. I wanted to furnish you with a copy of my "Negative Results" because SBCC Officer's are attempting to Kill me by infecting me with a terminal infectious disease by placing used razor's in my cosmetic box! Please note, I don't engage in any Kind of behavior that would expose me to a infectious disease! Nor have I ever tested positive for any infectious disease and I have been tested annually since 1998. Officer's are trying to infect me with a disease in retaliation of me exercising my Guaranteed Constitutional Rights of Freedom to Speech in regards to the grave abuse I am suffering here at SBCC from all administrative levels! Also due to me speaking out about officer's abuse of me, I am denied the proper Mental Health Care by SBCC's Mental Health Department.

My Plight is the type of Abuse the DOC Management Officials needs to take some kind of control and leadship of, which is outlined by Commission head Scott Harshbarger's Report on the Department of Corrections Reform! I am again requesting that you order the DOC to stop gravely abusing me, to properly

protect me by removing me from these do or die situations and place me at the MCI Concord SHU along with ending all out of State transfer. If you again fail to act on my cries for help and I am forced to do or die, please just don't attempt to use the excuse of "I was aware of the situation because my Plight is very well documented with a number of very Creditable Source's!"

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x. [signature]

Jordan M. Rice

CC: Mitt Romney, Governor
    Dianne Wilkerson, Senator
    Patricia Jehlen, Representative
    Leslie Walker, MCLS Attorney
    Michael J. Sullivan, U.S. Attorney
    John J. Conte, Worcester County District Attorney
    David Slutsky, Rice Family Attorney
    Greta Janusz, Civil Attorney
    Scott Harshbarger, Commission Head
    Mark Wolf, Federal Judge
    Sean Murphy, Boston Globe Reporter
    Franci Richardson, Boston Herald Reporter
    Blenda Rice, Mother
    Enclosure

Certified Mail No.
7003 2260 0000 1351 7359

# Classification Report

Name: JORDAN RICE         Commitment#: W65429        *Exhibit No. 1*
                                                    *PAGE 1 of 2*

Class Type: Re-Classification

## Board Recommendation:

Date: 20040819            Level: 6    Site of Hearing: SOUZA-BARANOWSKI CORRECTIONAL
Institution: MCI CEDAR JUNCTION            Vote: 3-0
Screen For:                              Chairperson: Simas, Eileen
Placement Site:                       Board Member 1: Gallagher, Kathleen
                                      Board Member 2: Caban, John

Board's Rational:

Need for alternate level 6 based on adjustment difficulties at SBCC in the recent past, protection issues and overall adjustment history.

Review Date:   20050219          Reviewed By:
User(L,F,M,S): Eileen Simas A

| | | | | | | |
|---|---|---|---|---|---|---|
| Advised of Recommendation | Yes [X] | No [ ] | Early Parole | [ ] | Work Crew | [ ] |
| Advised of Appeal Process | Yes [X] | No [ ] | Education Release | [ ] | PRA | [ ] |
| 48 Hour Notification | Yes [X] | Waive [ ] | Work Release | [ ] | PRA Hours | |
| | | | Public Speaking | [ ] | Others | |

## Classification Appeal

**Reason for appeal**

I believe I should be placed at MCI CONCORD SHU for the following reasons: 1. In MA, Mr. Rice knows who his enemies are. I testified against 7 high ranking gang members in the murder of a rising rapp star, which gain national media attention. Now citizens in all 50 states know who i am and i now have numerous unforseeable and unknown enemies for breaking the Code of Silence oath. The penalty for breaking this code is Death! In another state, I will be a sitting duck for my unknown enemies beacuse they know mw, bit i don't know them. Furthermore, the Internet makes the world a smaller place. One just has to enter my name in the computer to find out the names of the guys i testified against and articles from their trial. My enemies can have someone find me in another state prison via Internet. I have enemies in new york, Florida, Arizona, Ohio, New Mexico, Connecticut, New Hampshire, California and Virginia. Therefore, I won't be safe out of state. I I am transfer out of state I will go straight to segregation! 2. I represent myself ProSe in the Federal Appeal Court of my wrongful convictionand in my civil lawsuits against the DOC and in another state, I won't have access to Mass legal books to aid me in my Pro Se matters. This will deny me my constitutional right of access to the courts under the 6th amendment. And possibly Rule 30 motion for new trial provided DNA testing of untested forensic evidence by the Innocnec Project. 3. I won't be able to aid Mike Tiabbi of Dateline, who most likely will profile my wrongful conviction for his nationally TV show because someone has confessed to 5 of his friends about the murder I am in prison for. Also, my communication with family, friends, the media, attorneys, P.I. and Mass organizations will be severely affected. 4. The origianl classification decision of 10/7/03 was illegal cause it was in retaliation for me speaking out about Officer Joseph Ayala placing a hit on me. I nrever violated any prison rule to justify a out of state transfer and lose my PC status but I still been held in segregation for 11 months straight. If I am place at only Concord SHu and all out of state transfer is ended. I will withdraw my lawsuit and work solely on my wrongful conviction along with following all the prison rules! 5. In segregation at Cedar Junction, as a PC inmate my life will be in danger due to who I am. Staff and inmates will torture and torment me. Inmates will throw feces and urine at me through through the cell door bars. This all has already happened to me when I was there

# Classification Report

**Name:** JORDAN RICE  **Commitment#:** W65429  **Institution:** SOUZA-BARANOWSKI (
**Commitment Date:** 19981020  **DOB:** 19730626  **Status:** ACTIVE  **Unit/Cell/Bed:** M3,10,A
**Class Type:** Re-Classification  **Sec Level:** 6  **PE:**  **Release Date :**

from Dec. of 1998 to March of 2000 .I have caselaw to substantiate reasons 1-5 but it won't fit on the computer.
Appeal denied based on continued adjustment problems, widespread enemy situations; inmate has fought with other inmates in both the MCI Concord SHU and SBCC SHU precluding placements in bothe units/LR

## Superintendent/Designee Recommendation.

**Level:** 6  **Institution:** MCI CEDAR JUNCTION  **Date:** 20040903
**Screen For:**  **Placement Site:**  **Recommendation:** LATERAL
**Reason/Condition**
Concur with committee's rationale

**User(L,F,M,S):** Michael L Rodrigues
Early Parole   [ ]   Work Crew [ ]     Education Release [ ]     Work Release [ ]
Public Speaking [ ]   PRA       [ ]     PRA Hours                  Others

## Superintendent/Designee Appeal Decision.

**Superintendent/Designee:** Lois A Russo    **Date:** 20040907    **Decision:** Denied

Exhibit No. 1
PAGE 2 of 2