Jordan M. Rice-W65429
P.O. Box 8000
Shirley, Ma. 01464

Mark Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

RE: Rice V. Brady, C.A. No. 04-10859-MLW

Dear Judge,

Hello, please find enclosed your copy of an letter I have forwarded to the attention of Secretary Edward Flynn. I want you to see my PLIGHT is real and the D.O.C. is doing everything in their Evil Powers to denied me of all my Guaranteed Constitutional Rights (Especially access to the courts), along with Gravely Abusing Me. Furthermore Governor Romney and Secretary Flynn has repeatedly turned a blinded eye to SPCC Officer's abuse of me! This is only one of the numerous reasons why you should immediately appoint me counsel in the above reference Habeas Corpus Petition.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x. [signature]

Dated Oct. 11 2004

CC: Franci Richardson, Boston Herald Reporter
    Rice Family
    Enclosure

Jordan M. Rice - W65439
P.O. Box 8000
Shirley, Ma. 01464

Edward Flynn, Sec. of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Oct. 11, 2004 - PAGE 1 of 7

Dear Mr. Secretary,

Hello, my name is Jordan M. Rice and I am currently incarcerated at Souza-Baranowski Correctional Center (SBCC) confined in segregation, where I am being extremely abused by SBCC Officers and the Department of Correction privately contracted agencies. In this letter I will outline all the grave abuses, Therefore this letter will be in painstaking detail and fairly lengthy.

**Abuse of SBCC Officers** - On Oct. 3, 2004 at approx. 8:31 am C/o's Ayala and C/o Oliveira were collecting breakfast trays. C/o Ayala woke me up by stating "wake up you cheese eating monkey". I had one sheet of newspaper on the breakfast tray that I had used to clean my window. C/o Ayala denied me to throw away the sheet of newspaper by pushing it on my cell door slot. I tried to push the sheet of newspaper on the ground. C/o Ayala assaulted me by slamming part of my middle finger in the cell door slot. Then C/o Ayala stated "thats good for you, you cheese eating monkey.

Later that same day at approx. 12:15 pm during med call, I asked Nurse Mary [Last name unknown] for a "Package of Bacitraction"? C/o Ayala said "what you call me a spic?" C/o Ayala then grabbed the Package of Bacitraction from Nurse Mary, he next opened it, put the Bacitraction on his finger and flung the Bacitraction ointment ~~at his finger~~ at me through the cell door slot and slammed the cell door slot so hard my ear began to ring. Nurse Mary and numerous inmate can attest to this account.

Also this same day C/o Ayala and C/o Oliveira seized some of my legal documents and gave them to other inmates housed on the tier with me because I am wrongfully accused of murdering a Woman. I now fear leaving my cell. During this nightmare

weekend C/O Ayala and C/O Oliveira placed some chemical agent in my food that caused me to become violently sick. I am diarrhea, blood is coming from my nose, I am vomiting up everything I eat, my entire body has a fever and I had no energy. To date I am still suffering these symptoms because my meals are still being poisoned by SBCC officer's. From Oct. 2 - 4, 2004 C/O Ayala and C/O Oliveira denied me access to toilet paper.

Oct. 5, 2004 at approx. 11:30am I verbally requested Sgt. James Hart to call the SBCC Mental Health Dept. so I could speak with them. Sgt. Hart stated "I won't call Mental Health for you because I don't feel your in need of Mental Health and if you really needed them, you would cut up!. I can provide you the razor!" Then he walked away from my cell door.

All the atrocities being perpetrated upon me by SBCC officer's are captured on video tape and nothing is being done in the face of this undisputable evidence. The reason the State has spent over 200 million dollars to build this state of the art prison is to insure the abuse I am suffering doesn't happen. The reason the Department of Corrections (D.O.C.) is doing nothing because I have a lawsuit pending in Middlesex Superior Court against this prison. Before I was unlawful transferred back to SBCC for no reason at all on July 28, 2004 the D.O.C attorney had already answered the lawsuit. In fact some of the officer's named in the lawsuit for gravely violating my Civil Rights are the some of the same officers currently abusing me in retaliation for filing the lawsuit against the DOC and them. Namely C/O Ayala, C/O Whaley, C/O Michael Kasperzak and Sgt. Hart.

Failure of the Grievance Process: I have file numerous grievance forms about all the atrocities perpetrated on me by officer's. Ninety-Nine Percent of them has been dismissed without any investigation! Now none of my Grievance forms are being answered. Also the Grievance Coordinator summarizes my grievance complaint language when entering them in the computer and this distorts what the grievance is about. I file appellate review with SBCC Superintendent Lois Russo but she never answered one grievance appeal form to date.

Also the IPS Department hasn't come to photo the injuries on my finger

caused by C/O Ayala pursuant to their own policy. The IPS Department can't say they weren't aware of the assault because the Grievance Coordinator Barbara McDermott is a Sergeant of the IPS Dept. and I mailed her the grievance on Oct. 3, 2004 along with writing a separate address to the attention of Superintendent Russo. Therefore both McDermott and Russo knew of the assault as earlier as Oct. 4, 2004.

<u>Lack of Leadership Ability</u>: On Oct. 8, 2004 at approx. 9:56 C/O Joseph Ayala came to my cell door to return the telephone and he stated to me "you done snitching you cheese eating monkey. I can't wait to punch your head in." Minutes later at approx. 10:03am Superintendent Russo made a round on the tier. I asked her "did she receive my letter requesting for a copy of the video tape in regards to C/O Ayala assaulting me on Oct. 3, 2004." She stated "yes and you can't receive the video tape because their is a investigation ongoing." I stated "if this is true why is C/O Ayala still working around me and gravely abusing me as he just did five minutes ago." She stated very angrily "Oh, what the fuck, am I suppose to belief you, your just an inmate." Then she walked away from my cell door. I know there is no ongoing investigation, the DOC is letting time by so the incriminating tape gets erased! Twenty minutes after Superintendent Russo, C/O Ayala came to my cell door and stated "See we are the biggest gang in the State and we stick together! Your a "Rapist Animal" and pu tucking in prison! I will make sure you never get out of jail. You can never stop me from fucking with you." Then he told every inmate on the tier that "Jordan Rice in cell #10 is a Rapist and he would give next meals to anyone who threw feces and urine on him."

Ms. Russo is the Superintendent of SBCC and sets the tone for her officers conduct. Her officers repeated abuse of me is due to her lack of leadership ability. How can Ms. Russo truly discipline abusive officers when she is currently in a intimate relationship with a SBCC abusive Correctional Staff Member.

<u>Denial Access to the Courts</u>: I been requesting SBCC Law Librarian Mary Morrison provide me with documentation on how to proceed in my Federal Habeas Corpus Petition for the past three months and she has repeatedly failed to do so. I have filed grievance forms weekly and she has repeatedly changed positions on her answer why I can't have access to

legal materials. In fact she could teach President Bush and Senator Kerry what real flip-flopping is! On Sept. 30, 2004 Librarian Morrison stated the truth out of anger "I know what you want and it's to much to copy". When I balked at this answer she further stated "it's not my fault your in segregation all this time and I am not going to help any inmate who is suitting us (DOC)!" and she too walked away from my cell door.

Well Mr. Secretary, it isn't my fault either! Simply the DOC has retaliatory held me in segregation for 1 year and classified out of state transfer for informing former SBCC Superintendent Edward Ficco about C/O Joseph Ayala placing a hit on me! I am currently Pro Se in Federal Court because the Court hasn't acted upon my two motions requesting appointment of counsel and on Aug. 26, 2004 the Attorney Generals Office filed their motion to dismiss my Habeas Corpus in regards to my wrongful conviction. Due to Librarian Morrison and the DOC retaliatory denying me my guaranteed Constitutional Rights of access to the Courts. Now I have no way to attempt in opposing this motion. If this motion to dismiss is granted, then a innocent man's life is dismissed!

<u>Denied access to adequate medical care</u>: On Oct. 6, 2004 I was denied adequate medical care by Nurse Sue (last name unknown). At approx. 1:30pm Nurse Sue violated my patient right to privacy by failing to have Officer's remove me from my cell to be examined in the segregation medical protocol room. Instead Nurse Sue examined the injury on my finger on the tier in ear distance of other inmates.

Nurse Sue wasn't acting in my medical interest because she informed me before examining my finger that C/O Joseph Ayala never filed a incident report about him slamming my finger in the cell door slot, which has nothing at all to do with her medical field. Furthermore she knowingly misdiagnosed the injuries in attempt to aid the DOC in their cover up of C/O Ayala assaulting me.

She first stated "She didn't see any injuries". Then I had to point the clear apparent crack in my fingernail and instruct her to personally feel it! Only then did she frivolously stated "I only feel a three millimeter crack in your fingernail". When in fact at the time the crack was half way through my fingernail.

Nurse is the same nurse who denied me access to my own Hepatitis Blood Test

Results by falsely informing me on Sept. 14, 2004 that the results weren't located in my medical files, which prompted me to file a frivolous medical grievance form. Nurse Sue is the same nurse who denied to let me be examined by a Nurse Practitioner, simply to have my colace prescription renewed to help me defecate. I have filed three (3) Sick Slips about the outlined symptoms on Page No. 2, due to officers poisoning my meals and still to date I haven't been examined because Nurse Sue, who is Pro-Abusive Officers, doesn't want me examined and/or the medical staff doesn't want to report the injuries officers has caused me!

More importantly, Nurse Sue is the same nurse, who has been dubbed "Nurse Catchet" among inmates for her mistreatment of us inmates. Please note, if you don't know who "Nurse Catchet" is, watch the movie "One Flew over the Kookies Nest" starring Jack Nicholson. Also how can this privately hired medical company be truly impartial when their members share intimate relationships with SBCC Officers? This makes them Pro Officer's abuse of inmates!

<u>Denied Access to adequate Mental Health Care</u>: The Mental Health Staff too has turned a blinded eye to the SBCC Officer's abuse of me. On or about Aug. 6, 2004 Mental Health Clinician Kristen DeMerchant set me up to be harassed by Sgt. James Hart. Instead of Ms. Merchant doing her job and having officer's remove me from my cell to discuss my ongoing mental stress caused by SBCC Officer's abuse of me. She forced me to discuss on the tier within ear distance of other inmates and officer's my stress. During our privilege conversation Sgt. Hart interrupted and began verbally harassing me right in front of Ms. DeMerchant. After a minute of verbal harassment, I told Sgt. Hart out of frustration "to go fuck off!"

This prompted Ms. DeMerchant to walk away from my cell door and state "Jordan your out of control." When it was Ms. DeMerchant, who failed to do her job in two regards: 1) Have me removed from my cell for a private one on one conversation and 2) She failed to inform Sgt. Hart that Herself and I were engaged in a privilege conversation that he had no business interrupting! Furthermore Ms. DeMerchant has told me in so many words "if I shut up and accept the abuse from SBCC Officers, then they would stop abusing me!

PAGE 6 of 7

The Mental Health Staff hasn't answered any of my numerous sick call slips, if Nurse Sue is turning them in! The Mental Health Staff always forces me to discuss my mental stress on the tier in ear distance of other inmates and officer's. Therefore I am unable to explain the truth of my mental stress caused by SBCC Officer's abuse of me and this is a calculated plot by both the Mental Health Staff and SBCC Officers because all other inmates enjoy the comfort of speaking with Mental Health one on one in private out of there cells.

Also how can this privately hired Mental Health Company be truly impartial when their members share intimate relationships with officer's. This makes them too Pro Abusive Officer's! Due to the Physical and Mental Abuses I am suffering at the hands of SBCC Officers, I can't mentally function properly and No one is doing anything about it!

How long will you let this grave abuse of me continue to happen? The crazy part is all this abuse is capture on video tape for the most part! Since July 28, 2004 I been assaulted four times by Officer's and two of these times were by C/O Joseph Ayala! Well I am sick and tired of being abused! Most of all, I am sick and tired of being, sick and tired! I have wrote you numerous letter's beggin for your help but Governor Romney and yourself continue to turn a blinded eye! If I am forced to defend myself against Officer's grave abuse, The end results will be grave and permanent! In the Oct. 6, 2004 Boston Herald Newspaper at Page No. 6, DOC Commissioner Kathleen Dennehy is quoted by Reporter Franci Richardson as stating about prisoner's abuse by her officer's "It's like being a little bit pregnant..... You can't abused (Prisoners) even a little bit." My own personal quote to this is "Someone should inform Commissioner Dennehy that if abuse is like pregnancy, then the DOC is Five years or more, over do with quintuplet in my plight!" It has become a group effort to abuse me and cover it up here at SBCC!

There is a very serious conflict of interest of me being incarcerated here at SBCC because of my ongoing meritorious Lawsuit against this Prison for violating my constitutional Rights. Currently I am being denied all my constitutional Rights via SBCC Administrative Officials

for speaking out about the abuse I am suffering by writing Public Officials as yourself, filing institutional grievance forms and two Lawsuits. This has been met with more abuse.

The U.S. Supreme Court has set forth "No wall separates the Constitution from prison inmates." in <u>Wolf v. McDonnell</u> 418 U.S. 539-555-556 (1974). Why are you letting the DOC separate me from my Constitutional Rights? To paraphrase from the Late President Ronald W. Reagan's most famous quotes, "Mr. Secretary, tear down this wall that separates me from our Constitution!"

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

[signature]

CC: Michal Beaudet, Fox News
    Arthur Brewer, U-Mass. Medical Director
    John J. Conte, Worcester County District Attorney
    Scott Harshbarger, Commission Head
    Greta Janusz, Civil Attorney
    Dept. of Mental Health
    Dept. of Public Health
    Rice Family
    Francis Richardson, Boston Herald Reporter
    Mitt Romney, Governor
    Michael Sullivan, U.S. Attorney
    Leslie Walker, MCLS Attorney
    Mark Wolf, Federal Judge
    Enclosure

<u>Certified Mail No.</u>
7003 2410 0003 5539 0388