United States District Court
District Of Massachusetts

FILED
CLERKS OFFICE
2005 FEB 28  A 8:31
U.S. DISTRICT COURT
DISTRICT OF MASS

Jordan M. Rice,
    Petitioner,
Vs.
Bernard Brady,
    Respondent.

Civil Action No. 04-10859-MLW

## Motion To Show Cause For Appointment Of Counsel

Petitioner, Jordan M. Rice now moves to put compelling evidence before this Honorable Court to Show cause for Appointment of Counsel and that if Counsel is Appointed relief can be granted in the Petitioner's Favor. See enclosed Affidavit and Memorandum of Law supporting this Motion.

Respectfully Submitted,

x _____

Dated: January 7, 2005 A.D.

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464

-1-