# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6500 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | CORRECTIONAL |
| | | | **Date Of Incident** | 20041028 |

**Date Of Grievance** 20041028

**Complaint** Librarian Morrison not providing requested materials in regards to Habeas Corpus Petition.

**Remedy Requested** Summary: allow inmate to physically go th the law library 2-3 hours or transfer to level 4.

**Staff Recipient** McDermott Barbara J  CO II

**Staff Involved**

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041101    **Decision Date** 20041101

**Signature** McDermott Barbara J  CO II

**Final Decision** PARTIAL APPROVAL

**Decision** You have been advised via letter by IGC dated October 27, 2004 to place in writting exactly what you are requesting through the library to Director of Classification Rodrigues, due to the fact he oversees the library and will address your issues.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6500 | **Date Received** | CORRECTIONAL |
| | | | | 20041101 |
| **Signature.** | McDermott Barbara J  CO II | | | |

Exhibit No. 8G

- 69 -

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6572 | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | CORRECTIONAL |

**Date Of Incident** 20041102    **Date Of Grievance** 20041102

**Complaint** Summary: Law Librarian issued wrong legal documents in regards to Habeas Corpus Petition.

**Remedy Requested** Permission to physically go to the law library for three hours a week. Transfer to level 4.

**Staff Recipient** McDermott Barbara J  CO II

**Staff Involved**

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041104    **Decision Date** 20041104

**Signature** McDermott Barbara J  CO II

**Final Decision** PARTIAL APPROVAL

**Decision** You have been advised via letter by the IGC dated October 27, 2004 to place in writting exactly what you are requesting through the library to Director of Classification Rodrigues, due to the fact he oversees the library and will address your issues.

**Signature**      **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6572   **Date Received** | CORRECTIONAL |
| | | | 20041104 |
| **Signature.** | McDermott Barbara J  CO II | | |

Exhibit No. 8H

-70-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6691 | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | CORRECTIONAL |

**Date Of Incident** 20041109  **Date Of Grievance** 20041109

**Complaint** Librarian failed to deliver any documents on how to proceed in my Habeas Corpus Petition no did she write me like Deputy Rodrigues promised.

**Remedy Requested** Order Librarian to provide documentation on how to proceed with Habeas Corpus Petition. Let inmate to physically go to the library. Transfer inmate to level 4.

**Staff Recipient** McDermott Barbara J  CO II

**Staff Involved**

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041110   **Decision Date** 20041123

**Signature** McDermott Barbara J  CO II

**Final Decision** DENIED

**Decision** As advised on past grievances, the librarian can not deliver documents if you don't know what you need or want. (as self stated)  Request to the librarian needs to have documents being requested in order to deliver.  On numerous occassions she has attempted to deliver requested materials.  You have refused stating they are wrong.

**Signature**                                    **Date**

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6691 | CORRECTIONAL |

**Date Received** 20041110

**Signature.** McDermott Barbara J  CO II

Exhibit No. 8 I

-7Q-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | |
|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 7032 **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 **Housing** M3 | CORRECTIONAL |

**Date Of Incident** 20041118    **Date Of Grievance** 20041118

**Complaint**    I had to deny my CD-ROM because CO Ayala was working in the SMU. I fear Ayala would again assault me, give my legal documents to other inmates or abuse me in some other way.

**Remedy Requested**    No contact.

**Staff Recipient**    McDermott Barbara J   CO II

**Staff Involved**    Ayala Joe    CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041129    **Decision Date** 20041129

**Signature**    McDermott Barbara J   CO II

**Final Decision**    DENIED

**Decision**    It was your decision to deny the CD-Rom access. You were given the opportunity.

**Signature**        **Date**

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

| | | |
|---|---|---|
| **Name** | RICE JORDAN M | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | CORRECTIONAL |

**Grievance#** 7032    **Date Received** 20041129

**Signature.**    McDermott Barbara J   CO II

Exhibit No. 8J

-72-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Number** | W65429    **Housing**  M3 | **Appeal Date** | 06-SEP-2004   **Date Of Grievance** 03-SEP-2004 |
| | | **Appeal Received Date** | 17-SEP-2004 |

**Appeal**  IGC McDermott upheld Librarian Mary Morrison denying me access to the courts by denying my request for copies of CMR's and case laws. Either Sgt. McDermott or Ms. Morrison is fabricating a story because there is "no case law" in the SMU Satellite Library! Also Sgt. McDermott summarized the language in this grievance form and this is distorting the meritorious grounds outlined in my grievance forms.

**Remedy Requested**  To order Librarian Morrison to privide Mr. Rice with copies of aly and all legal documents that I need and/or transfer Mr. Rice to his requested level 4 institution because he is being denied his guaranteed contstitutional rights of access to the courts here at SBCC segregation unit. Also order Sgt. McDermott to enter into the computer all the language of my grievance forms complaints.

**Staff Recipient**  McDermott Barbara J  CO II

**Signature**

## DECISION BY SUPERINTENDENT

**Appeal Received Date**   17-SEP-2004    **Decision Date**  14-OCT-2004    **Decision**   DENIED

**Decision By**  Russo Lois A  SUPERINTENDENT

**Reasons**   Appeal denied; you must follow the procedures set forth in SBCC's 423 for accessing the satellite library; classification matters are not grievable and must be handled through the classification process.

**Signature**

12/6/04 - in accordance with 103 CMR 491, Inmate Grievance Policy, I have reviewed grievance/grievance appeal #5486, in which you allege you are being denied information requested from the law library.

Please be advised that I support the Superintendent's decision to deny your grievance, as a review of your request revealed that your request did not include a request for case law. Furthermore, I am aware that you were provided with the addresses requested however, your request for policies were denied as they are available to you during access to the Satellite Law Library which should be scheduled through your Unit Sgt.. Additionally, I was made aware that you may make a weekly request to utilize the CD-ROM through Ms. Morrison to access case law via the non-contact visiting room.   Therefore, based on the information I have reviewed and advised of I do not feel that the institution has denied you access to the courts.

*Kristie Ladouceur*
Kristie Ladouceur
Department Grievance Coordinator

**Date**

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | RICE JORDAN M | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Number** | W65429 | | |
| **Staff Recipient** | McDermott Barbara J  CO II | **Appeal Received Date** | 17-SEP-2004 |

**Superintendent's Signature**

Exhibit No. 8 K

-73-

To:  Rice, Jordan  W65429  M3
From:  Sgt. McDermott  IGC
Date: 27-Oct-04
Re: Library Copies


I spoke with Director of Classification Rodrigues in regards to your claims
the librarian is not returning the proper requested information. He has asked
that you write to him giving explicit details as to your request and he will
then look into the situation.

Exhibit No. 9

-74-

Jordan M. Rice · W65439
M-3, Cell #10

Michael Rodrigues, Deputy Superintendent
SBCC

Oct. 28, 2004

Dear Sir,

Hello, on Oct. 28, 2004 I received a letter from Sgt. Barbara McDermott instructing me to explain to you in explicit detail as to what I am requesting for Habeas Corpus Petition Legal Materials to proceed in my Habeas Corpus Petition. To be perfectly honest with you I don't know what I need as to Legal Materials because this is the first time I ever proceeded in this matter.

This is what I can tell you: My Habeas Corpus Petition is pursuant to 28 U.S.C. § 2254 For Writ Of Habeas Corpus by a person in State Custody. To proceed in this matter I need: a list of all the motions I can file, Sample Motion forms for 28 U.S.C. § 2254 Habeas Corpus Petitions and explicit instructions on how to proceed. I hope I have answered your question.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x [signature]

CC: Enclosure

Exhibit No. 10

Jordan M. Rice-W65434
M-3, Cell #10

Michael Rodrigues, Deputy
S.B.C.C.

Nov. 2, 2004

Dear Sir,

Hello, on Nov. 2, 2004 Law Librarian Mary Morrison again gave me the wrong legal documents in regards to my Habeas Corpus Petition pursuant to my written request to ▓▓▓ you on Oct. 28, 2004, where I requested: a list of all the motions I could file, sample motion forms and explicit instructions on how to proceed.

Again Ms. Morrison only gave me instructions on how to file a Habeas Corpus and Time for appeal to Court of Appeals. Also the copies Ms. Morrison gave me was on the back of used paper, which confused me of what I was reading. When I balked at her again giving me the wrong information. She told me to give her in detail what motion forms and instruction I am looking for, which I can't, due to the following facts: 1) This is the first time I ever experienced this process and 2) I am not a lawyer. Would you please insure I receive the proper legal documents to represent myself?.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x _____

CC: Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure

Exhibit No. 11

-76-

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*Souza-Baranowski Correctional Center*

**Mitt Romney**
*Governor*
**Kerry Healy**
Lieutenant Governor
**Edward A. Flynn**
*Secretary*

*P. O. Box 8000*
*Shirley, Massachusetts 01464*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Acting Deputy Commissioner*
**Lois Russo**
*Superintendent*

November 3, 2004

Jordan Rice, W65429
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Rice:

Please be advised that I am in receipt of your letter of correspondence dated 10/28/04 regarding your issue with a Habeas Corpus Petition. I have spoken with Mary Morrison and will forward her a copy of your letter. She will prepare a written response, which should address your concerns.

Sincerely,

Michael Rodrigues
Acting Deputy Superintendent

MR/can

cc:    Mary Morrison, Librarian
       Barbara McDermott, Grievance Coordinator
       File

Exhibit No. 11A

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 5990 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | CORRECTIONAL |
| | | | **Date Of Incident** 20041001 | **Date Of Grievance** 20041001 |

**Complaint**
Summary: On Oct 1, 2004 CO Kasprzak sexually harassed me and racially discriminated against me. While I was in the shower my pants were partially covering the opening of the shower gate. CO Kasprzak twice intentially pushed my pants to the ground which caused my pants to become soaked with water. After the second time inmate stated stop playing games. CO Kasprzak according to inmate replied " I'm gay and want to see your black sausage!"

**Remedy Requested**
To launch a full probe into CO Kasprzak's ongoing civil rights abuse of me. No longer have contact with me because I may have to exercise deadly self-defense against his ongoing abuse of me that has me in a kill or be killed situation. Pending law suit against DOC and Kasprzak is named for violating my civil rights.

**Staff Recipient**
McDermott Barbara J   CO II

**Staff Involved**
Kasprzak Michael   CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041004   **Decision Date** 20041104

**Signature** McDermott Barbara J   CO II

**Final Decision** Referred to Internal Affairs

**Decision** This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature** **Date**

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 5990 | **Date Received** | CORRECTIONAL |
| | | | | 20041004 |

**Signature.** McDermott Barbara J   CO II

Exhibit No. 12A

-78-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** RICE JORDAN M     **Grievance#** 5988    **Institution** SOUZA-BARANOWSKI

**Commit No.** W65429    **Housing** M3     CORRECTIONAL

**Date Of Incident** 20041002    **Date Of Grievance** 20041002

**Complaint**

Summary: On Oct 2, 2004 I was harassed all day by CO Ayala followed: during breakfast CO Ayala was distributing beverage, when he got to my cell he stated "do you want cheese with your coffee and juice bitch". Dyring morning med call CO Ayala stood at my cell door verbally harassing while I was sleeping for approx. one minute. During lunch CO Ayala continued to harass. During lunch CO Ayala continued to harass. During afternoon med call CO Ayala continued to harass.

**Remedy Requested**

To launch a full probe into CO Ayala ongoing Civil Rights abuse of me. No longer let CO Ayala have any more contact with me because I may have to excersise deadly self defense against CO Ayala's ongoing abuse of me that has me in a kill or be killed situation. I have a pending law suit against the DOC and CO Ayala is one of the officers named in my lawsuit for violating my civil rights.

**Staff Recipient** McDermott Barbara J   CO II

**Staff Involved** Ayala Joe    CO I

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041004    **Decision Date** 20041104

**Signature** McDermott Barbara J   CO II

**Final Decision** Referred to Internal Affairs

**Decision** This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature**      **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

**Name** RICE JORDAN M    **Institution** SOUZA-BARANOWSKI

**Commit No.** W65429    **Grievance#** 5988    **Date Received** CORRECTIONAL

20041004

**Signature.** McDermott Barbara J   CO II

Exhibit No. 12B

-79-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** RICE JORDAN M  **Grievance#** 5995  **Institution** SOUZA-BARANOWSKI

**Commit No.** W65429  **Housing** M3  CORRECTIONAL

**Date Of Incident** 20041003  **Date Of Grievance** 20041003

**Complaint**
Summary: On Oct 3, 2004 during afternnon med call I asked Nurse Mary for a package of Baitracin. CO Ayala said what you call me a spick? CO Ayala then grabbed the package of Bacitracin from the nurse opened it and flung it from his finger into the cell. CO Ayala then slammed the slot and said your getting a d report for calling me a spick.

**Remedy Requested**
To launch a full probe into CO Ayala's ongoing civil rights abuse of me.

**Staff Recipient**
McDermott Barbara J CO II

**Staff Involved**
Ayala Joe CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041004  **Decision Date** 20041104

**Signature** McDermott Barbara J CO II

**Final Decision** Referred to Internal Affairs

**Decision**
This matter has been referrred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature**  **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### INMATE RECEIPT

**Name** RICE JORDAN M  **Institution** SCUZA-BARANOWSKI

**Commit No.** W65429  **Grievance#** 5995  **Date Received** CORRECTIONAL

20041004

**Signature.** McDermott Barbara J CO II

Exhibit No. 12C

-80-

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE FORM

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 5992 | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | CORRECTIONAL |

| | | **Date Of Incident** 20041003 | **Date Of Grievance** 20041003 |

**Complaint**: Summary: Assaulted by CO Ayala on Oct. 3, 2004. During collection of breakfast trays inmate tried to push newspaper on tray. Officer pushed newspaper back on slot. While inmate attempted to push newspaper back officer slammed food slot on part of inmates finger.

**Remedy Requested**: Summary: to launch full probe in to CO Ayala's ongoing civil rights abuse.

**Staff Recipient**: McDermott Barbara J   CO II

**Staff Involved**: Ayala Joe    CO I

**Signature**: 

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041004   **Decision Date** 20041104

**Signature**: McDermott Barbara J   CO II

**Final Decision**: Referred to Internal Affairs

**Decision**: This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature**:                                                **Date**

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 5992 | CORRECTIONAL |
| | | **Date Received** | 20041004 |

**Signature.** McDermott Barbara J   CO II

Exhibit No. 12D

-81-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** RICE JORDAN M      **Grievance#** 6177    **Institution** SOUZA-BARANOWSKI

**Commit No.** W65429    **Housing** M3     CORRECTIONAL

**Date Of Incident** 20041004    **Date Of Grievance** 20041004

**Complaint** For 72 hours from 10/2/04 to 10/4/04 I was denied access to toiletpaper by CO Ayala and Oliviera. In fact on 10/3/04 at approx 9:16am CO's Ayalala and Oliveira woke me by stating Do you want some toilet paper? Then Aya;la stated Oh you can't have an toilet paper because your a cheese monkey. Then they both walked away from my cell with a bag of toilet paper.

**Remedy Requested** To no longer let CO Ayala have any more contact with me. Order officers to stop harassing me.

**Staff Recipient** McDermott Barbara J   CO II

**Staff Involved** Ayala Joe   CO I

**Signature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041015    **Decision Date** 20041104

**Signature** McDermott Barbara J   CO II

**Final Decision** Referred to Internal Affairs

**Decision** This matter has been referred for investigation. You will receieve a seperate response to the outcome of the investigation.

**Signature**        **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

**Name** RICE JORDAN M    **Institution** SOUZA-BARANOWSKI CORRECTIONAL

**Commit No.** W65429    **Grievance#** 6177    **Date Received** 20041015

**Signature** McDermott Barbara J   CO II

Exhibit No. 12E

-82-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Grievance#** 6178 | **Institution** | SOUZA-BARANOWSKI | |
| **Commit No.** | W65429 | **Housing** M3 | | **Date Of Incident** | CORRECTIONAL | |
| | | | | | 20041008 | **Date Of Grievance** 20041008 |

**Complaint**  On 10/8/04 at approx. 9:56am CO Ayala came to my cell to return the telephone and he stated to me You done snitching you cheese eating monkey. I can't wait to punch your head in!

**Remedy Requested**  Launch a full scale probe that consists of interviewing every inmate on the tier, myself and CO Ayayla. Discipline CO Ayayla and no longer let CO Ayala have anymore contact with me due to a pending law suit against him.

**Staff Recipient**  McDermott Barbara J  CO II

**Staff Involved**  Ayala Joe  CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received**  20041015  **Decision Date**  20041104

**Signature**  McDermott Barbara J  CO II

**Final Decision**  Referred to Internal Affairs

**Decision**  This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature**  **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | | | **Institution** | SOUZA-BARANOWSKI | |
| **Commit No.** | W65429 | **Grievance#** 6178 | **Date Received** | CORRECTIONAL | | |
| | | | | 20041015 | | |

**Signature.**  McDermott Barbara J  CO II

Exhibit No. 12 F

-83-

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE FORM

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6182 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | CORRECTIONAL |
| | | | **Date Of Incident** | 20041008 |
| | | | **Date Of Grievance** | 20041008 |

**Complaint**
On 10/8/04 while collecting lunch trays CO Ayala challenged me to a fist fight. He stated stop filing grievances against me like a pussy and we can punch it out with our fists like men.

**Remedy Requested**
Summary:  launch a full scale probe.

**Staff Recipient**
McDermott Barbara J  CO II

**Staff Involved**
Ayala Joe   CO I

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| | | | |
|---|---|---|---|
| **Date Received** | 20041015 | **Decision Date** | 20041104 |

**Signature**  McDermott Barbara J  CO II

**Final Decision**  Referred to Internal Affairs

**Decision**
This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6182 | **Date Received** | CORRECTIONAL |
| | | | | 20041015 |
| **Signature.** | McDermott Barbara J  CO II | | | |

Exhibit No. 12G

-84-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6183 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | CORRECTIONAL |
| | | | **Date Of Incident** | 20041009 **Date Of Grievance** 20041009 |

**Complaint** On 10/09/04 during cell cleaning CO Ayala was handing out toilet paper. When he got to my cell I was on my hands and knees sweeping the cell floor. This prompted CO Ayala to say "I like to see you people on your hands and knees. All your missing is some cotton to pick with me beating you with my whip. Now call me master boy".

**Remedy Requested** Summary: launch a full scale probe.

**Staff Recipient** McDermott Barbara J  CO II

**Staff Involved** Ayala Joe   CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041015   **Decision Date** 20041104

**Signature** McDermott Barbara J  CO II

**Final Decision** Referred to Internal Affairs

**Decision** This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature** _____ **Date** _____

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6183 | **Date Received** | CORRECTIONAL |
| | | | | 2C041015 |

**Signature.** McDermott Barbara J  CO II

Exhibit No. 12H

- 85 -

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6331 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | **Date Of Incident** | CORRECTIONAL |
| | | | | 20041019 **Date Of Grievance** 20041019 |

**Complaint** Summary:  On Oct 19, 2004 CO Alband again verbally harassed me about filing grievance forms stating "give him what he wants before I get a call from Williams about him."

**Remedy Requested** To order both officers to stop harassing me.

**Staff Recipient** McDermott Barbara J  CO II

**Staff Involved** Alband Andrew J  CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041022    **Decision Date** 20041104

**Signature** McDermott Barbara J  CO II

**Final Decision** Referred to Internal Affairs

**Decision** This matter has been referred for investigation  You will receive a seperate response regarding the outcome of the investigation.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6331 | **Date Received** | CORRECTIONAL |
| | | | | 20041022 |
| **Signature.** | McDermott Barbara J  CO II | | | |

Exhibit No. 12 I

-86-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Grievance#** 6505 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | | CORRECTIONAL |
| | | | | **Date Of Incident** 20041026 | **Date Of Grievance** 20041026 |

**Complaint**
Summary: during the evening meal CO Kasperzak gave me a meal tray that was alone at the top of the meal cart. It was not in order. One hour after consuming the meal I began vomitting and had diarrhea. This means CO Kasperzak and other officers again poisoned my meal which has been an ongoing problem.

**Remedy Requested**
Order all SMU staff to stop harrassing me. No longer let CO Kasperzak have any contact with me. Properly investigate.

**Staff Recipient**
McDermott Barbara J   CO II

**Staff Involved**
Kasprzak Michael   CO I

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041101   **Decision Date** 20041104

**Signature** McDermott Barbara J   CO II

**Final Decision** Referred to Internal Affairs

**Decision** This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6505 | **Date Received** | | CORRECTIONAL |
| | | | | | 20041101 |
| **Signature.** | McDermott Barbara J   CO II | | | | |

Exhibit No. 12J

-87-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6507 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | CORRECTIONAL |
| | | | **Date Of Incident** 20041027 | **Date Of Grievance** 20041027 |

| | |
|---|---|
| **Complaint** | CO Ayala walked to the cell and called me a Nigger Snitch. This is part of ongoing harassment of me by CO Ayala in retaliation of filing a lawsuit against him. |
| **Remedy Requested** | Properly investigate CO Ayala's ongoing harrassment of me. CO Ayala have no contact with me. |
| **Staff Recipient** | McDermott Barbara J  CO II |
| **Staff Involved** | Ayala Joe   CC I |
| **Signature** | |

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| | |
|---|---|
| **Date Received** 20041101 | **Decision Date** 20041104 |
| **Signature** | McDermott Barbara J  CO II |
| **Final Decision** | Referred to Internal Affairs |
| **Decision** | This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation. |
| **Signature** | **Date** |

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6507 | **Date Received** | CORRECTIONAL |
| | | | | 20041101 |
| **Signature.** | McDermott Barbara J  CO II | | | |

Exhibit No. 12K

-88-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance #** 6527 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Commit No.** | W65429 | **Housing** M3 | **Date Of Incident** 20041101 | **Date Of Grievance** 20041101 |

**Complaint**
On Nov 1, 2004 CO Ellia was handing out inmate mail. When he got to my cell door, he handed me my grievance form receipts and stated to me heres your rat slips nigger.

**Remedy Requested**
Fully investigate CO Ellia ongoing harassment of me. No more contacet with me because I am in a kill or be killed situation.

**Staff Recipient**    McDermott Barbara J   CO II

**Staff Involved**    Ellia Marc P   CO I

**Signature**    _____

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041102    **Decision Date** 20041104

**Signature**    McDermott Barbara J   CO II

**Final Decision**    Referred to Internal Affairs

**Decision**    This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature**    _____    **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Commit No.** | W65429 | **Grievance #** 6527 | **Date Received** | 20041102 |

**Signature.**    McDermott Barbara J   CO II

Exhibit No. 12L

-89-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6579 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 **Housing** M3 | | **Date Of Incident** | CORRECTIONAL |
| | | | | 20041103 **Date Of Grievance** 20041103 |

**Complaint**  During evening med call CO Ellia verbally hrarassed me about filing grievances. Then he held his stomach and acted like he was vomitting. He made vomit noises. He stated I was only making work for Sgt McDermott and I can't never get him.  CO Ellia is one of the officers who tampered with my meals.

**Remedy Requested**  Order CO Ellia to stop harassing me.  No contact.

**Staff Recipient**  McDermott Barbara J  CO II

**Staff Involved**  Ellia Marc P  CO I

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041104  **Decision Date** 20041104

**Signature**  McDermott Barbara J  CO II

**Final Decision**  Referred to Internal Affairs

**Decision**  This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature** _____  **Date** _____

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

---

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6579 | **Date Received** | CORRECTIONAL |
| | | | | 20041104 |

**Signature.**  McDermott Barbara J  CO II

Exhibit No. 12M

-90-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6690 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | **Date Of Incident** | CORRECTIONAL |

**Date Of Incident** 20041109    **Date Of Grievance** 20041109

**Complaint**
CO Bassett denied me access to the telephone. I need to make a legal call. This was done in retaliation for me identifying CO Bassett as one of the abusive officers who violate my civil rights in my ongoing lawsuit.

**Remedy Requested**
To order all SMU officers to stop abusing me in retaliation of me ongoing lawsuit against this prison.

**Staff Recipient**
McDermott Barbara J  CO II

**Staff Involved**
Bassett Robert K  CO I

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041110    **Decision Date** 20041129

**Signature** McDermott Barbara J  CO II

**Final Decision** DENIED

**Decision**
You made 8 "personal" calls during the week of 11/7; the policy states that you only receive 2; you are obtaining and placing calls by telling staff that you need to make "legal" calls; the record of your own calls disproves your grievance. You may be disciplined for filing false grievances.

**Signature**      **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6690 | **Date Received** | CORRECTIONAL |

**Date Received** 20041110

**Signature.** McDermott Barbara J  CO II

Exhibit No. 12N

-91-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 7026 | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | CORRECTIONAL |

**Date Of Incident** 20041123    **Date Of Grievance** 20041123

**Complaint**
Summary:  Received laundry back wet and with a foul odor.  Claims CO Ellia admitted to urinating on it and calling him a nigger and threatening to punch his head in.

**Remedy Requested**
No contact. Full investigation.

**Staff Recipient**
McDermott Barbara J  CO II

**Staff Involved**
Ellia Marc P  CO I

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041129    **Decision Date** 20041130

**Signature** McDermott Barbara J  CO II

**Final Decision** Referred to Internal Affairs

**Decision**
This matter has been refered for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature**      **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 7026   **Date Received** | CORRECTIONAL |
| | | | 20041129 |

**Signature.** McDermott Barbara J  CO II

Exhibit No. 120

- 92 -

DEPARTMENT OF CORRECTION

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 7054 | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 **Housing** M3 | | CORRECTIONAL |
| | | **Date Of Incident** 20041124 | **Date Of Grievance** 20041124 |

**Complaint** Sgt Cormier, CO Ellia and CO E Gonzalez are unlawfully utilizing the Disciplinary process to mask their retaliatory abuse of me for exercising my Freedom of Seech Rights and to circumvent my state and Federal Constitutional Rights to freedom of speech.

**Remedy Requested** Investigate all three officers. Transfer inmate to level 4 institution.

**Staff Recipient** McDermott Barbara J CO II

**Staff Involved** Ellia Marc P CO I

Cormier Michael C CO II

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041129 **Decision Date** 20041129

**Signature** McDermott Barbara J CO II

**Final Decision** DENIED

**Decision** This is a disciplinary matter and therefore non-grievable. This should be addressed through the disciplinary process.

**Signature** **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 7054 **Date Received** | CORRECTIONAL |
| | | | 20041129 |
| **Signature.** | McDermott Barbara J CO II | | |

Exhibit No. 12-Q

-94-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Grievance#** 7053 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | **Date Of Incident** | CORRECTIONAL | |
| | | | 20041126 | **Date Of Grievance** | 20041126 |

**Complaint**

Summary:  At lunch meal Sgt. Hart made me grab a meal tray from the bottom cell door slot because he stated Superintendent Russo had me on an alternate meals for three days due to I held my meal tray on Nov 24.  CO Girouard purposely gave me a rotten apple that had fresh cut marks on it.  I asked for a different one.  CO Girouard stated that what niggers who kill white woman get for apples.  I notified Sgt Hart who stated he's right.

**Remedy Requested**

Investigate.  transfer inmate to level 4 institution.

**Staff Recipient**

McDermott Barbara J  CO II

**Staff Involved**

Girouard Christopher C  CO I

Hart James R  CO II

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041129  **Decision Date** 20041130

**Signature** McDermott Barbara J  CO II

**Final Decision** Referred to Internal Affairs

**Decision** This matter has been referred for investigation.  You will receive a seperate response regarding the outcome of the investigation.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** | 7053 | **Date Received** | CORRECTIONAL |
| | | | | | 20041129 |
| **Signature.** | McDermott Barbara J  CO II | | | | |

Exhibit No. 12-R

-95-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 7052 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | CORRECTIONAL |
| | | | **Date Of Incident** 20041126 | **Date Of Grievance** 20041126 |

**Complaint**

Summary: Informed Captain Dewey Sgt Hart and CO Girouard dicscriminated against me and tampered with my food. Dewey stated I don't believe you and your a liar and their is nothing I can do for a liar. Sgt stated at some point " your a no good fucking rat. I should open this cell door and give you a good ass kicking you fucking punck. Then Sgt hart assaulted me by opening my cell door slot bended down and spit at me. Then told inmates I was calling IPS to rat on inmates.

**Remedy Requested**

Investigate. Transfer inmate to level 4 institution.

**Staff Recipient**

McDermott Barbara J CO II

**Staff Involved**

Dewey Shaun C CAPTAIN

Hart James R CO II

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041129   **Decision Date** 20041130

**Signature** McDermott Barbara J CO II

**Final Decision** Referred to Internal Affairs

**Decision** This matter has been referred for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 7052 | **Date Received** | CORRECTIONAL |
| | | | | 20041129 |
| **Signature.** | McDermott Barbara J CO II | | | |

Exhibit No. 12-5

-96-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 7051 | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | CORRECTIONAL |
| | | **Date Of Incident** 20041128 | **Date Of Grievance** 20041128 |

**Complaint**  Summary: CO Nelson assault me and racially discriminated against me. CO Nelson opened my bottom cell door slot and threw the sugar packets on the bottom cell door slot so harshly that two of the packets bounced off the bottom cell door slot and struck my ankle then both sugar packets hit the cell floor. When I balked at him for his actions he stated "don't act tough youy pc rapist rat because you get what you get you coon."

**Remedy Requested**  Investigate. Transfer inmate to level 4 institution.

**Staff Recipient**  McDermott Barbara J  CO II

**Staff Involved**  Nelson Scott J  CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041129  **Decision Date** 20041130

**Signature**  McDermott Barbara J  CO II

**Final Decision**  Referred to Internal Affairs

**Decision**  This matter has been refered for investigation. You will receive a seperate response regarding the outcome of the investigation.

**Signature**  **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 7051  **Date Received** | CORRECTIONAL 20041129 |
| **Signature.** | McDermott Barbara J  CO II | | |

Exhibit No. 12-T

-97-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6690 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | CORRECTIONAL |
| | | | **Date Of Incident** | 20041109 **Date Of Grievance** 20041109 |

**Complaint**  CO Bassett denied me access to the telephone. I need to make a legal call. This was done in retaliation for me identifying CO Bassett as one of the abusive officers who violate my civil rights in my ongoing lawsuit.

**Remedy Requested**  To order all SMU officers to stop abusing me in retaliation of me ongoing lawsuit against this prison.

**Staff Recipient**  McDermott Barbara J  CO II

**Staff Involved**  Bassett Robert K  CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041110  **Decision Date** 20041129

**Signature**  McDermott Barbara J  CO II

**Final Decision**  DENIED

**Decision**  You made 8 "personal" calls during the week of 11/7; the policy states that you only receive 2; you are obtaining and placing calls by telling staff that you need to make "legal" calls; the record of your own calls disproves your grievance. You may be disciplined for filing false grievances.

**Signature**  _____ **Date** _____

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6690 | **Date Received** | CORRECTIONAL |
| | | | | 20041110 |
| **Signature.** | McDermott Barbara J  CO II | | | |

Exhibit No. 13-A

-98-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 7034 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | **Date Of Incident** | CORRECTIONAL |

**Date Of Incident** 20041122  **Date Of Grievance** 20041122

**Complaint** I had a legal call scheduled and the 7x3 shift refused me the phone. This is being done in retaliation of my lawsuit.

**Remedy Requested** Order staff to stop their Jim Crow abuse of me which has me in a kill or be killed situation. Investigation.

**Staff Recipient** McDermott Barbara J  CO II

**Staff Involved** Ayala Joe  CO I

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041129  **Decision Date** 20041129

**Signature** McDermott Barbara J  CO II

**Final Decision** DENIED

**Decision** Legal calls are not "scheduled". You can request to use the telephone for an unlimited amount of attorney calls and 2 (15 minute) personal calls a week; records reveal 10 calls the week of 11/21 of which only one call was to an attorney; therefore the additional calls were fraudulently obtained by telling staff you were making "legal" calls; As such, your claims of "retaliation" by denial of legal calls has no merit

**Signature**  **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 7034 | **Date Received** | CORRECTIONAL |
| **Signature.** | McDermott Barbara J  CO II | | | 20041129 |

Exhibit No. 13·B

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** RICE JORDAN M     **Grievance#** 7029    **Institution** SOUZA-BARANOWSKI

**Commit No.** W65429    **Housing** M3    CORRECTIONAL

**Date Of Incident** 20041123    **Date Of Grievance** 20041123

**Complaint** CO Ellia denied me access to the telephone 3x11 shift. Past two days I was denied a call to Leslie Walker of MCLS in retaliation of my ongoing lawsuit against CO Ayala.

**Remedy Requested** No contact. Investigation.

**Staff Recipient** McDermott Barbara J  CO II

**Staff Involved** Ellia Marc P  CO I

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041129    **Decision Date** 20041129

**Signature** McDermott Barbara J  CO II

**Final Decision** DENIED

**Decision** You made 10 personal calls in a one week period (11/21-11/27); SMU policy states that you are entitled to 2 personal calls a week;
Staff indicate that you received the telephone 8 additional times as you told them you were making "legal" calls; as such your grievance is fraudulent and disciplinary action may result

**Signature**      **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

**Name** RICE JORDAN M    **Institution** SOUZA-BARANOWSKI

**Commit No.** W65429    **Grievance#** 7029    **Date Received** CORRECTIONAL

20041129

**Signature.** McDermott Barbara J  CO II

Exhibit No. 13-C

-100-