# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 7029 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | **Date Of Incident** CORRECTIONAL | 20041123 **Date Of Grievance** 20041123 |

**Complaint**  CO Ellia denied me access to the telephone 3x11 shift. Past two days I was denied a call to Leslie Walker of MCLS in retaliation of my ongoing lawsuit against CO Ayala.

**Remedy Requested**  No contact. Investigation.

**Staff Recipient**  McDermott Barbara J  CO II

**Staff Involved**  Ellia Marc P  CO I

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received**  20041129   **Decision Date**  20041129

**Signature**  McDermott Barbara J  CO II

**Final Decision**  DENIED

**Decision**  You made 10 personal calls in a one week period (11/21-11/27); SMU policy states that you are entitled to 2 personal calls a week;
Staff indicate that you received the telephone 8 additional times as you told them you were making "legal" calls; as such your grievance is fraudulent and disciplinary action may result

**Signature**                                   **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 7029 | **Date Received** CORRECTIONAL | 20041129 |
| **Signature.** | McDermott Barbara J  CO II | | | |

Exhibit No. 13D

- 101 -

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 5181 | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | | CORRECTIONAL |
| | | | **Date Of Incident** 20040814 | **Date Of Grievance** 20040814 |

**Complaint** Summary: being denied access to incoming mail. Not receiving Boston Herald. Not receiving letters from family, friends and attorneys.

**Remedy Requested** Stop tampering with and witholding mail. Transfer to level 4 institution.

**Staff Recipient** McDermott Barbara J CO II

**Staff Involved**

**Signature**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20040818    **Decision Date** 20040823

**Signature** McDermott Barbara J CO II

**Final Decision** PARTIAL APPROVAL

**Decision** Be advised that there have been issues with the Boston Herald. Director of Security Williams and Superintendent Russo are aware of this and are looking into the matter. In regards to your personal mail, it was found the mailroom is not witholding any mail belonging to you. Therfore this portion of the grievance has been denied.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 5181 | **Date Received** | CORRECTIONAL |
| | | | | 20040818 |

**Signature.** McDermott Barbara J CO II

Exhibit No. 14

-102-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 6231 | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Housing** M3 | CORRECTIONAL |
| | | | **Date Of Incident** 20041015 **Date Of Grievance** 20041015 |

**Complaint** Still missing legal documents that I had most recently in my possession when I was incarcerated at OCCC this year.

**Remedy Requested** Find the missing legal documents and provide access to them so he may attain the Legal Documents he needs.

**Staff Recipient** McDermott Barbara J  CO II

**Staff Involved** _____

**Signature** _____

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041018 **Decision Date** 20041018

**Signature** McDermott Barbara J  CO II

**Final Decision** DENIED

**Decision** Duplicate of grievance #5646 not answered as of this date.  Still attempting to locate property inmate claims to have had in his possession at one time.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** SOUZA-BARANOWSKI |
| **Commit No.** | W65429 | **Grievance#** 6231 | CORRECTIONAL |
| | | **Date Received** | 20041018 |

**Signature.** McDermott Barbara J  CO II

Exhibit No. 15-A

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Number** | W65429 | **Housing** M3 | **Appeal Date** | 27-OCT-2004 |
| | | | **Date Of Grievance** | 11-SEP-2004 |
| | | | **Appeal Received Date** | 03-NOV-2004 |

**Appeal**   I now appeal grievance #5646. While I was at OCCC, I had more legal documents than what's been forwarded to SBCC. I need these legal documents found and immediately forwarded to me here at SBCC because without these legal documents I can't effectively proceed in my ongoing petition for writ of habeas corpus and this is denying me my guaranteed contitutional rights of access to the courts.

**Remedy Requested**   To find all the missing legal documents so I can proceed in my ongoing legal litigation.

**Staff Recipient**   McDermott Barbara J  CO II

**Signature**

## DECISION BY SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Appeal Received Date** | *************** | **Decision Date** | 08-NOV-2004 | **Decision** DENIED |

**Decision By**   Russo Lois A  SUPERINTENDENT

**Reasons**   You have already received all of the paperwork that OCCC had retained while you were incarcerated there.

**Signature**                                                    **Date**

## INMATE RECEIPT

| | | |
|---|---|---|
| **Inmate's Name** | RICE JORDAN M | |
| | | **Institution** SOUZA-BARANOWSKI CORRECTIONAL |
| **Number** | W65429 | **Appeal Received Date** 03-NOV-2004 |
| **Staff Recipient** | McDermott Barbara J  CO II | |

**Superintendent's Signature**

Exhibit No. 15-B

Jordan M. Rice-W65439
P.O. Box 8000
Shirley, Ma. 01464

Kathleen M. Dennehy, Commissioner
50 Maple St., Suite # 3
Milford, Ma. 01757-3698

Nov. 12, 2004 · PAGE 1 of 3

Dear Commissioner,

Hello, I am writing you today to address several outstanding meritorious issues :

1) Loss Legal Documents : Eighty-five percent of my Legal Documents are lost. Most recently when I was in OCCC all my Legal Documents were accounted for. When I was unlawfully transferred from OCCC to SBCC, the eighty-five percent of my Legal Documents were lost. I have filed numerous Grievance Forms all to no avail. I feel a honest hasn't been employed to locate my missing Legal Documents because I have a pending lawsuit against the D.O.C.. This is denying me my Guaranteed Constitutional Rights of Access to the Courts in my criminal and civil matters.

2) Denied Access to Medical Care : I have been denied access to medical care in retaliation for registering complaints against SBCC Officer's and medical staff. Also Health Services Administrator Charles Black in suppressing my Freedom of Speech Rights by refusing to furnish me with the full Names and Job Titles of his medical staff and this is forbidden me from filing complaints with the Department of Public Health. The only way I can file such a complaint is with an Medical Personnels full Name and Job Title. See Exhibit No. 1.

3) Denied Access to Mental Health Care : I am being denied Mental Health Care because the Mental Health Department doesn't want to document the grave Retaliatory Jim Crow Mental Torture of me. Like the Medical Staff, the Mental Health Staff too is covering up for SBCC Officer's abuse of me. See Exhibit No. 2.

Exhibit No. 16

4) Denied Access to the Courts : In retaliation of me filing a Lawsuit against the D.O.C. ! Law Librarian Mary Morrison is denying to furnish me with Legal Documentation such as (1) how to proceed in my Habeas Corpus Petition and (2) Mass, Civil & Criminal Documents. This has been ongoing for four months and counting. SBCC Superintendent Lois Russo has repeatedly upheld Ms. Morrison's Retaliatory Malfeasance Behavior through the Grievance Process.

5) Mock Investigation : On Nov. 10, 2004 SBCC- IPS Officer's David Shaw and Michael Pierce interviewed me about a complaint letter I wrote Superintendent Russo in August of 2004. I was ask to provide names of inmates, who were on the tier at the time to substantiate my meritorious claims. After this long period had passed, given the fact I have been repeatedly grossly Abused both Mentally and Physically along with filing numerous other meritorious complaints that has been ignored. I honestly couldn't remember any inmates on the tier. Also the inmates housed on the tier changes about every two weeks. If the D.O.C. really was interested in discovering and remedying your Officer's "Retaliatory Jim Crow Abuse" of me, then so much time wouldn't of been allowed to lapse before a investigation was launched !

Also my Medical and Mental Health Grievance Forms hasn't been properly addressed. SBCC Officer's continue to mentally and physically abuse me ! Officer's are poisoning my meals, which is causing me to vomit, have bloody diarrhea and full body fevers. This is all part of the ongoing " Retaliatory Jim Crow Abuse" of me by every administrative level here at SBCC, which is retaliatory for my pending Lawsuit against the D.O.C. ! I have been unlawfully held in segregation over one year and retaliatory classified out of state transfer simply for informing Former SBCC Superintendent Edward Ficco that C/o Joseph Ayala was violating my Civil Rights. Please properly remedy these outstanding "Retaliatory Jim Crow Abuse's of me because I am in a Kill or Killed Situation and I will be judged by twelve before I am carried by six ! I will give you the opportunity to end the said "ABUSES of me !

I look forward to your anticipated cooperation in this matter.

~ 106 ~

Exhibit No. 16

PAGE 3 OF 3

Respectfully Submitted,

Jordan M. Rice

CC: Mitt Romney, Governor
Leslie Walker, MCLS Attorney
Franci Richardson, Boston Herald Reporter
Mark L. Wolf, Federal Judge
Rice Family
Enclosure

Exhibit No. 16

Jordan M. Rice - W65424
P.O. Box 8000
Shirley, Ma. 01464

Edward Flynn, Secretary of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Dec. 2, 2004 - PAGE 1 of 8

Dear Sir,

Hello, I am again writing you today to bring to your attention the Retaliatory Jim Crow Abuse of me via SBCC Nazi Officer's. Please note I am of Africa-American Descent and proud to be born a AMERICAN in the greatest country on the Globe but I am being treated worsted than a Al-Qaeda Terrorist detainees incarcerated at Abu-Ghraib Prison, All while unlawfully incarcerated in the alleged Greatest Country on the Globe. Here is some of the American Abu Ghraib Prison abuse I am suffering:

From Nov. 22, 2004 - Nov. 23, 2004 SBCC Nazi Officer's denied me access to the telephone to make a legal call without any Justification. Namely % Joseph Ayala, Sgt. James Hart, % Marc P. Ellis, % Robert Bassett, % Parker, % Scott Nelson among others. This was done purely in retaliation of me exercising my State and Federal Guaranteed Constitutional Rights to Freedom of Speech via filing Institutional Grievance Forms, outlining the abuse of me in letter's to Public Officials such as yourself and filing Lawsuits outlining the abuse of me from SBCC Nazi Officer's. In fact the abuse I have outlined in my letters to you along with the abuse outlined in this letter is in reprisal from exercising my Guaranteed Constitutional Rights!

On Nov. 23, 2004 during evening med call I received my medication crushed pursuant to protocol. I went to the cell sink to get water and took the medication at my sink. I went back to the cell door and opened my mouth so % Ellis could see I took the meds. % Ellis stated "I didn't see you take your meds." I stated in return "don't try that game again." While my hand was on the cell door slot waiting for Nurse Jennifer to give me my dermatologist cream for a rash, % Ellis was blocking her from doing so. I then stated to him "let the Nurse give me my cream." % Ellis then attempted to assault me by slamming my hand in the

Exhibit No. 17

cell door slot! The Nurse and inmate Joseph Vyce witnessed this malicious intent by C/O Ellis along with it being captured on Institutional Video Tape!

Minutes later at approx. 8:13pm Sgt. Michael C. Cormier and C/O Ahern came to my cell door and asked me to cuff up to do a cell shakedown. I refused because I feared being assaulted. Also I requested to speak with Captain Martin D. Leonard, which never happened. I further stated "if Cpt. Leonard was present to witness the entire event I would come out of my cell because I fear being assaulted." Sgt. Cormier stated "your getting a D-Reports."

Then Mental Health Clinician John Reino and IPS C/O Richard Cardin came to speak with me. C/O Cardin had a video camera and insured me he would video tape the entire situation to insure I wasn't assaulted. At this time I exited the cell because it was being video taped. C/O Whiskey, Cpt. Leonard among other Nazi Officer's maliciously ransacked my cell via breaking two legal binders, ripping envelopes with legal documents inside of them, stealing Certified Mail Forms and stealing that days Newspaper. Then I was placed back in the cell.

The crushed dangerous pharmaceutical that C/O Ellis wrongfully accused me of not taking wasn't in the cell. Oh, if your wondering what this crushed dangerous pharmaceutical is that caused such a unlawful Grand Gestapo ransacking of my personal property. Well I will waive my medical confidential privilege and tell you. This crushed dangerous pharmaceutical simply is over the counter "Bendryl Medication" that I take for my year round allergies! Go Figure!

Later that Night at approx. 9:56 Pm C/O Marc P. Ellis handed out laundry. My laundry was soaking wet and it had a foul odor and only my laundry was soaking wet that C/O Ellis had off to the side all alone. I informed C/O Ellis "I wanted to speak with Sgt. Cormier because someone urinated on my laundry." C/O Ellis stated "I did and you ain't speaking with no one. I am sick of you fucking Nigger's complaining and I am going to fucking punch your head in." Then he throw my laundry on the Floor and slammed my cell door slot. At approx. 10:45 pm I informed Sgt. Cormier. "C/O Ellis urinated on my laundry, called me a Nigger and threaten my life again." Then C/O Ellis stated "your getting another D-Report for telling the Sergeant." They both walked away from my cell door. There is a well documented posted of C/O Ellis's abuse of me, which dates back to 2001. In retaliation of me filing complaints about C/O Ellis urinating on

Exhibit No. 17

my laundry, the laundry officer is purposely sending back all inmates laundry wet! Also in retaliation of me filing a Grievance Form against Officer's: Ellis, Joseph Ayala and other officer's, I have been issued a bogus retaliatory D-Report for utilizing the telephone more than twice.

For over 24 Hours I was forced to go without bedlinen, which caused me to not sleep and suffer from sleep deprivation and emotional distress due to the over-all abuse of me by SBCC Nazi Officer's. Plus every inmates cell temperature is well below living standards, meaning the cells are frozening! On Nov. 24, 2004 I requested to speak with the Mental Health Department during breakfast and officers laughed at me. During lunch I requested a second time to speak with the Mental Health Department and I was again laughed at. Mr. Secretary, if you been reading any of my correspondences to you especially the correspondence dated Oct. 11, 2004, then you should know I have repeatedly informed you that refusing me Mental Health Care is a tool of Gestapo Harassment the SBCC Nazi Officer's been repeatedly employing against me. In fact, it's a very wide spread problem because most recently a SBCC Segregation Inmate attempted to kill himself due to the fact the SBCC Nazi Segregational Officer's refused to call the Mental Health Department for him and the Mental Health doesn't make regular schedule rounds!

On Nov. 24, 2004 while C/O Edwin R. Gonzalez was collecting lunch meal trays, I had to refuse to give my meal tray back because this was the only way I was going to be able to get Segregation Officer's to call the lame duck Mental Health Department to come speak with me. This act was extreme but filing Grievance Forms, writing SBCC Nazi Superintendent Lois Russo, Governor Mitt Romney or yourself never remedied this denial of Mental Health Care! Hours later at approx. 3:15 pm Mental Health Clinician Dawn Parker spoke with me. I informed her to "witness my laundry out on the tier floor because C/O Ellis urinated on it and I was suffering from sleep deprivation due to the fact I had no bedlinen to sleep on for over 24 Hours and without bedlinen an inmate can't sleep at night in a cell thats has a room temperature of Zero Below!"

Ms. Parker requested "why I was withholding the lunch tray?" I informed her "this

- 110 -

is the only way I could get a Mental Health Personnel up here to witness the grave abuse of me because officers refuse to call the Mental Health Department for me and I have repeatedly informed the Mental Health Department to no avail. Also I needed a independent witness to all this abuse because the D.O.C. frivolously contends I am lying on them. Ms. Parker stated "She would file a incident reports about all I informed her. She further requested "would I give back the lunch tray now?" I stated "Yes and asked her to witness this fact, which she did. Mr. Secretary, I shouldn't have to go through such measures of extremist to speak with the Mental Health Department.

On Nov. 25, 2004 (Thanksgiving Day) after eating my Thanksgiving lunch, which was the first time I ate in four days, I again became sink via vomitting bloody diarrhea and full body fevers. C/o Parker, who gave me the poisoned lunch tray, stated during afternoon meds that "I hope you enjoyed your Thanksgiving lunch Mr. Rice."

On Nov 26, 2004 during lunch Sgt. James Hart made me accept my meal from the bottom cell door slot because he claimed "Superintendent Russo placed me on the alternative feeding for three days because I held my meal tray on Nov. 24, 2004." C/o Christopher Girouard purposely gave me a rotten apple that he had put fresh cut marks in. I asked C/o Girouard "to give me a eatable apple?" C/o Girouard stated "that what Nigger's who Kill white women get for apples!" Ten minutes later Sgt. Hart made a round on the tier and I informed him what C/o Girouard stated and Sgt. Hart stated "Well he's right, your what he said and you Killed a White woman so go file another lawsuit." Then he walked away from my cell door!

Later that same day at approx. 1:09 pm Cpt. Shaun Dewey and Sgt. Hart made a round in the segregation unit. At this time I informed him of C/o Girouard and Sgt. Hart actions and statements. Cpt. Dewey stated "I don't believe you and your a liar and there is nothing I will do for a liar." Then Cpt. Dewey and Sgt. Hart walked away from my cell saying "United we stand." At approx. 1:52pm I was standing at my cell door saying my good byes to inmate Joseph Vyce because he was being transferred to MCI Cedar Junction this day. Sgt. Hart came to my cell door and yelled the following "Your a No Good Fucking Rat. I should open this

Exhibit No. 17

cell door and give you a Good ASS Kicking, you P.C. Fucking PunK." Then Sgt. Hart assaulted me as followed: he (Hart) opened my cell door slot, bended over and spat upon me through the cell door slot. Then he walked away and falsely told every inmate on the tier I was calling the I.P.S. Department on the telephone to rat them out by yelling this out. This too is capture on Institutional Video Tape and witnessed by inmate Joseph Vyce along with other inmates.

<u>Failure of the Grievance Process</u>: I have filed numerous Institutional Grievance Forms that has repeatedly gone unanswered or failed to be adequately remedied the situations. I am also being punished through the Disciplinary Process for filing Grievance Forms and this has repeatedly happened! Also my Medical and Mental Health Grievance Forms has met the same kind of unlawful Road Blocks.

<u>Denied Access to the Courts</u>: In transit from OCCC to SBCC, staff purposely misplaced 70% of my legal documents and are now refusing to adequately search for them. This isn't the First Time my legal documents been purposely lost. This was done in retaliation of my lawsuit. Now without my legal documents I can't represent myself Pro Se. I am being denied access to legal materials to represent myself on my Lawsuit and Federal Habeas Corpus Petition. SBCC Officials and Librarian Mary Morrison has unlawfully sidestep my request for legal materials by fraudulently stating "I must explain in explicit details what I need." I can't explain in explicit details because both legal processes are new to me! More importantly the Massachusetts Courts has previously stated "this type of law library practices that SBCC Officials are employing against me are "ILLegal." See <u>Messere V. Fair</u>, 752 F.Supp. 48 (D. Mass. 1990)

If the unlawful practice of confining me in segregation on Protective Custody Status wasn't being employed for over a year and counting, which is in violation of State Statute. Then I could physically go to the law library to do my own Legal Research because it's true, if you want a job done the right way then do it yourself. In <u>Blaney V. Commissioner</u>, 372 N.E. 2d 770, 773-74 (Mass. 1978) the Court stated its unlawful to confine Protective Custody Inmates in segregation due to the fact the "State Statute entitled Protective

Exhibit No. 17

Custody Inmates to the same treatment as General Population Inmates." Mr. Secretary over the past year and counting, all my Civil Liberties has been knowingly denied by the D.O.C. and I haven't received the same treatment as General Population Inmates! This has been unlawfully perpetrated against me in retaliation of my exercising my State and Federal Constitutional Right to Freedom of Speech. Please notes the D.O.C. has repeatedly denied they employ such unlawful Gestapo tactics against inmates for exercising Freedom of Speech but my well documented Plight contradicts the D.O.C.'s frivolous denials!

<u>Other Cruel and Unusual Punishment</u>: 1) Due to the fact I have been unlawfully held in segregation over a year and SBCC Officers are poisoning my food, I must choose between eatting poisoned food causing me to become ill or go without eatting via living off of bread, fruit and water. For health reasons I choose the latter and due to this understandable choice I have loose over 30 pounds of muscle mass due to SBCC Nazi Officers Gestapo tactics of poisoning my food, 2) Out of justified fear officers will continue their unlawful Gestapo tactics of destroying, ransacking and stealing my personal property is causing me to only leave my cell to shower. Therefore I live in a Prison within a Prison, 3) Officers are utilizing the Disciplinary Process to mask their Physical and Mental Abuse of me, to coerce me to stop exercising my Guaranteed State and Federal Constitutional Rights to Freedom of Speech in regards to SBCC Nazi Officer's Physical and Mental Abuse of me, 4) SBCC Officer's has threaten my fellow inmates with Disciplinary Reports if they speak with me or help me with my Legal Litigation. In fact inmate Emery Snell was giving a D-Report for over use of the telephone but in hindsight sense he was really giving the D-Report for his association with me, 5) SBCC Officer's are turing inmates against me by enforcing petty rules and telling inmates if they don't want to be harassed with petty rules then inmates should harass me for filing meritorious complaints against abusive Officer's. This is being done to circumvent my Freedom of Speech Rights, 6) SBCC Officer's has asked my fellow inmates to manufacture a weapon to plant in my cell, 7) SBCC Officer's are trying to infect me with an infectious disease such as Hepatitis or HIV by giving me used razors, 8) SBCC Superintendent Lois Russo refuses to answer my request to purchase the video tapes that has captured her Officer's abuse of me.

-113-

Exhibit No. 17

I have made this request four times to no avail, 9) SBCC Officer's are issuing me bogus D. Reports because the D.O.C most likely will lose my lawsuit against them, If the D.O.C. loses, they will have to place me in a low level Security prison, To circumvent transferring me to low level security prison. Officer's are abusing the Disciplinary Process remand me at SBCC so they can again set me up for a out of state classification diversion!, 10) SBCC Officer's are limiting my phone access to only 2 calls a week that are only 15 minutes long each. This is further denying me access to the Courts because I am trying to represent myself. My family member's are my secretary's that in return make legal calls at my directions. Now my Legal Rights are further being hindered by SBCC Nazi Officer's, 11) My incoming and outgoing mail is being censored by SBCC Nazi Officer's to prohibit me from exercising my Freedom of Speech Rights in regards to the Abuse I am suffering, 12) I am being denied access to adequate Medical Care and Mental Health Care because both Departments are aiding abusive SBCC Nazi Officer's via refusing to address my meritorious health concerns, and 13) The grave Physical and Mental torture I am suffering has emotionally scarred me beyond repair, I am again requesting your Executive Intervention Powers before I mentally snap. If I was to mentally snap due to all the Cruel and Unusual Abuse of me, it could lead to myself or an abusive officer losing life but please note I have no premeditative plans! One person can only suffer so much!

    In closing, I want to let you know. I have written you numerous letter's and you continually ignore them by just referring them to the D.O.C.! They (D.O.C.) conduct mock investigations or no investigation at all. Despite indisputable video tape evidence capturing Officer's abuse of me. The D.O.C. continues to harbor the frivolous excuse that "the abuse is a figment of my imagination" and continues to unlawfully punish me through the Disciplinary Process for speaking out about the abuse of me. The reason the D.O.C. is in denial and attempting to coerce me into silence because the abuse of me goes all the way up to Commissioner Kathleen Dennehy's Office!. I have a letter from her dated January 13, 2004, where she knowledges the unlawful Protective Custody Violations and unlawfully upheld them instead of demonstrating leadership ability by correcting them so clearly at this point

Exhibit No. 17

the D.O.C. as a whole is going to frivolously deny the indisputable! Especially when Public Official don't force the D.O.C. to be accountable for their illegal actions against inmates such as myself.

You Public Officials will have to answer for the Retaliatory Jim Crow Abuse of Jordan Rice and it will be sooner than later! I am requesting you order the D.O.C. to afford me my Civil Liberties and stop abusing me by transferring me to MCI Concord. Please note, the SBCC Nazi Officers are White, Black and Hispanic. This Nazi Party also known as the D.O.C. is a Equal Opportunity Employer and Abuser! Further note, copies of this letter will be forwarded to: Numerous Reporters, Numerous Organizations, Numerous Courts, Numerous Public Officials and my Family Members. Also I am enclosing a copy of my Website page, where I am letting the World know about my wrongful Criminal Conviction and the unlawful abuse I am suffering because of it!

Respectfully Submitted,

Certified Mail No. 7003 2260 0000 1351 7342

Exhibit No. 17

Jordan M. Rice - W65424
P.O. Box 8000
Shirley, Ma. 01464

Edward Flynn, Secretary of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Dec. 3, 2004 · PAGE I

Dear Sir,

Hello, I am writing you today to supplement my Dec. 2, 2004, which is enclosed with this letter. On Dec. 3, 2004 SBCC Sgt. Jedd Maillet refused to give me a Legal Time Extension until February 2005 on the Five Disciplinary Reports, which are in retaliation of me exercising my Freedom of Speech Rights in regards to SBCC Nazi Officer's abusing me!

At approx. 9:09 am I stated to Sgt. Maillet "The students at Harvard PLAP has informed me that they can't represent me this month (December) because of their Final School Examines and next month (January 2005) their on Holiday Vacation so will you reschedule the hearings for a open date in February 2005." Sgt. Maillet stated "No, thats the breaks for them going to College!" I stated "if you can't reschedule the hearings for February of 2005, I won't have representation. Therefore I am going to write the Office of Public Safety and informed them your denying me my rights to be represented at my hearing." Sgt. Maillet stated "Tell Ed Flynn I said hi and I will see him at his house for the Christmas Party and we will laugh at your letter. You can tell him, we are going to find you Guilty on every single D-Report and throw the book at to you!"

SBCC Staff is denying me access to representation because they don't want independent sources to bear witness to the way Officer's are trumping up bogus D-Reports against me in attempt to bully me into Silence in regards to my speaking out about the Cruel Abuse of me by SBCC Officer's. Also once I am unlawfully found guilty the SBCC Officer's will again harshly sanction me so my access to the outside world is

Exhibit No. 17

cut off and this too is in retaliation for my family filing complaints about the grave abuse of me. Simply the D.O.C. doesn't want me to have contact with my family and other people in the outside world.

Officers are also issuing me bogus D-Reports to insure I remain here at SBCC so they can keep retaliatory abusing me for filing my lawsuit in Middlesex Superior Court (Rice V. Dennehy, ET AL, DKT. No. 04-741) against them. With alot of D-Reports on my record, further diminishes my credibility as an inmate and SBCC Officers can continue to abuse me with immunity. To prove this point, all one must do is compare my 7 month OCCC disciplinary Record to my 5 month disciplinary record and SBCC Officer's abuse of power through the disciplinary process becomes very Transparent!

Also the entire D.O.C. is upset with me because I publicly spoken out about officers vast coercion of inmates to hide SBCC Officer's major role in the murder of inmate John Geoghan, which is outlined in my Lawsuit and Newspaper accounts from my personal knowledge and abuse I suffered! Now D.O.C. Officials will try to set me up by placing me back at the SBCC Protective Custody Unit so I am forced to physically defend my life against abusive SBCC Officers. While I am forced to employ self-defense SBCC Officers will try to physically kill me. There is a grave serious conflict of interest with me being incarcerated at SBCC and I am in a kill or be killed situation here at SBCC! Please note, I will be judged by twelve before I am carried by six! Please order the D.O.C. to grant me a Legal Extension to February of 2005 or dismiss the bogus D-Reports!

Also on Dec. 3, 2004 at approx. 12:45 pm C/O Joseph Ayala stated "He was going to write me a D-Report because I ratted out him and other SBCC Officers and that I will receive two D-Reports a week until I learn to shut up! He and his brother officers have a life time to torture me because I am going no where Anytime soon!" C/O Ayala is the main reason why I have been held in segregation over a year and a Major figure in my lawsuit! In fact the same cast of characters outlined in my lawsuit for abusing, are the same cast of character's retaliatory abusing me. The D.O.C. has let C/O Ayala and

Exhibit No. 17

other officer's abuse me physically, mentally and through the disciplinary process with immunity because their numerous grave abusive acts against me has been capture on video tape but D.O.C. Investigator's ignore this indisputable evidence and retaliatory punish me through the disciplinary process simply for reporting the abuse. SBCC Officer's has now successfully coerce my fellow inmates into hating me with the false propaganda officer's has told inmates about me and with threats of disciplinary punish if inmates speak out about the abuse of me. Now SBCC Officer's can freely abuse me in front of inmates, Medical Staff and Mental Health Staff without fear of them corroborating the Abuse of me by SBCC Officer's!

Case in point, just today (Dec. 3, 2004) I personally handed Mental Health Clinician Kerry Hollewickie a "Sick Call Slip", which outlined my Emotional Distress due to C/O Ayala's harassment of me and this harassment has me in a Kill or be Killed situation because C/O Ayala has twice physically assaulted me with making numerous threats against my life all with immunity from disciplinary punishment. Ms. Hollewickie again violated my Mental Health Patient Privacy Rights by showing the "Sick Call Slip" to C/O Ayala and Sgt. James Hart. C/O Ayala retaliatory harassed me, threaten my life and falsely told my fellow inmates I was ratting him out and ratting inmates out on the "SICK CALL SLIP!" Sgt. Hart stated "the Sick call Slip meant I was making death threats to officer's Life and I was going to start receiving D-Reports for filing Mental Health Sick Call Slip against SBCC Officer's." The SBCC Mental Health Staff and SBCC Medical Staff has joined the SBCC Administration to suppress me into silence about SBCC Officer's abuse of me!

Now that I have filed meritorious complaints against SBCC Officer's. Other SBCC Officer's are retaliatory harassing me. This unlawful system is called by all D.O.C. Officer's "Honoring a Brother Officer." Now I am being harassed in numerous ways and by numerous officer's so I make numerous meritorious complaints. This unlawful system is being employed so to the outside world, us inmates, look like the little boy who cried wolf. When it really is SBCC Officer's harassing, abusing and violating my Civil Rights for exercising my Freedom of Speech Rights!

-118-

Exhibit No. 17

This is why I must be immediately transferred from SBCC. The only way to remedy the Situation is to give me a fresh start at another Massachusetts Prison, namely MCI Concord, which would be in the best interest of all parties. Including yourself Mr. Secretary because I feel you don't take my plight seriously! Also I called your office today but Mr. Secretary, your secretary rudely refused to let me speak with anyone of importance because I am a Inmate and while I explained my plight here at SBCC, she rung the telephone up in my face! This letter too is being forwarded to Numerous other people besides yourself as independent witnesses to the Government FAILURES to protect my Civil Liberties.

    I look forward to your anticipated cooperation to these matters.

Respectfully Submitted,

Jordan M. Rice

<u>Certified Mail No.</u>
7003 2260 0000 1351 7342

Exhibit No. 17

Exhibit No. 17

Jordan M. Rice W65429
P.O. Box 8000
Shirley, Ma. 01464

Edward Flynn, Sec. of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Dec. 23, 2004 - PAGE 1 of 5

Dear Sir,

Hello, please note all the following abuses of me by SBCC Officers. On Dec. 20, 2004 at approx. 12:15 pm Sgt. James Hart unlawfully pulled the telephone cord out the wall abruptly ending my telephone call for no reason at all and this was witnessed by inmate Anthony Gallop, who was standing on the tier. After Sgt. Hart placed this inmate in his cell (No. 9), which is immediately next door to my cell (No. 10). Then Sgt. Hart came to my cell door and assaulted me and threaten my life as followed: I had a pair of boxer shorts on the cell door, which he (Hart) tried to grab and he struck my hand causing it to hit the cell door slot. I now have a cut on my left hand. I requested that Sgt. Hart let me finish my telephone call and he stated "Listen your telephone call is over because I am sick of your fucking complaining and I will make you stop even if that means I get to break your fucking jaw! You will never ever get to use that telephone up here again. You can tell the Superintendent, Governor, the Boston Herald and Leslie Walker because there is nothing they can do to stop me from fucking with you! This is my house and No one will tell me what to do in my house."

On Dec. 21, 2004 during morning med rounds I gave Nurse Susan Acevedo a Mental Health Sick Call Slip, which clearly outlined my emotional distress due to Sgt. Hart assaulting and harassing me on Dec. 20, 2004. Later that morning at approx. 9:30am Sgt. Hart came up to my cell door and held the sick call slip up to my cell door window and stated "Jordan, whats the meaning of this! Didn't I tell you to shut the fuck up! Your a fucking dead man!"

At approx. 12:25 I gave Nurse Susan Acevedo two mental health sick call slips, which clearly outlined my emotional distress due to Sgt. Hart threaten my life at 9:30 am

Exhibit No. 17

because Nurse Acevedo gave Sgt. Hart my sick call slips. At approx. 12:44pm Sgt. Hart came up to my cell door and again held the sick call slips up to my cell door window and stated "You little fucking coon, why don't you learn nigger boy and you will be sorry too!"

Nurse Acevedo breached my medical patient privacy rights twice by giving Sgt. Hart my sick call slips, which led to Sgt. Hart retaliatory threaten my life! The SBCC Medical Staff and Mental Health Staff is working jointly with SBCC Abusive Officer's to harass and abuse me in attempt to coerce me into stop exercising my Freedom of Speech Rights in regards to SBCC Officer's Civil Rights Violations of me!

Also on Dec. 21, 2004 the 7am-3pm shift SMU Officer's denied me access to the telephone to make a Leagl Call to inform the outside world Sgt. Hart assaulted me and his continued harassment of me! Also both Sgt. Hart and Nurse Acevedo denied me access to Mental Health Care. At approx. 2:25pm I informed Catholic Deacon David Isabell of all the above of me by Sgt. Hart and Nurse Acevedo. Also I had to request the Deacon to inform the Mental Health Department that I need to speak with them because Sgt. Hart and Nurse Acevedo, which he (Isabell) agreed to do.

On Dec. 21, 2004 (the 3pm-11pm shift) I was denied access to my Boston Herald Newspaper. Another inmate received his Newspaper (Boston Herald), which means Officer's denied me my Boston Herald because one person delivers the Boston Herald's to the institution. Also my evening meal was again poisoned by SMU Officer's causing me to vomit and have bloody diarrhea! The poisoning of my food has been ongoing for months now. The Mental Health Department denied me access to mental health care again by sending Mr. John Reino to speak with me. It has been repeatedly noted "I will not speak with Mr. Reino because I feel he made a Homosexual Advancement towards me by stating to me "You have a nice smile" and asking me "if I ever lived an alternative life style?" The Mental Health Dept. purposely sends him to see me so my mental anguish isn't noted because they don't want to hear how SBCC Officer's are tormenting me!

On Dec. 22, 2004 after I left the shower C/o Anthony Pacheco stated "I took the two rat letter's on your desk about Sgt. Hart and your magazines. If you got a problem with it just slip off your cuff's because I put them on loose enough

-121-

Exhibit No. 17

I hate you for putting my name in your lawsuit." When I saw my magazines on the tier I stopped walking and asked for my magazines back.

Then 4°Raimon and Pacheco assaulted me by throwing me in my cell. I attempted to leave my cell and 4°Pacheco assaulted me by pushing me in the chest causing me to fall back, striking my back and right arm on the metal of my bed. I now have very strong back pain and my entire right arm is numb. Letters I wrote to Governor Mitt Romney, Secretary Edward Flynn, Attorney Greta Janusz, Attorney Leslie Walker (of MCLS) and Blenda Rice (Mother). Two books of stamps were stolen from my cell and my radio was broken. I never received a contraband slip for my magazines pursuant to DOC Rules. Also this is the second time my property has been stolen.

Then I withheld the handcuff's until I was allowed to speak with the Mental Health Dept. because I wanted a independent witness to see my property was unlawfully seized from my cell. I have to exercise such extreme measures for two reasons: 1) SBCC Officer's never calls the Mental Health Dept. at my request. I have demonstrated in this letter what happens when I use the Sick call slip system and 2) the DOC continues to harbor the frivolous excuse that I am fabricating stories against their Abusive Officer's. While I waited to speak to the Mental Health Dept. I slipped out of the loose hand cuff's that were incorrectly placed on me in hopes I would accept 4°Pacheco's challenge to fight. Once I was allowed to speak with the Mental Health Clinician Kristen DeMerchant  I relinquished the handcuffs.

Due to SBCC Officer's repeated stealing my personal property from my cell, I have informed my Family Member's and Friends not to come visit me here at SBCC because now I fear leaving my cell. In fact I only leave my cell to take a shower. Due to the extreme stress I am under, my blood pressure was clocked at "160 over 100" by Nurse Jennifer Woodward on Dec. 22, 2004 and this is a direct result of the daily stress Officer's has made live under in punitive segregation for over one year! Also on Dec. 22, 2004 I was video taped by IPS° David Shaw and I verbally outlined some of the repeated abuse of me by SBCC Officer's.

The D.O.C. continues to harbor the frivolous excuse that I am fabricating

Exhibit No. 17

stories against their Abusive Officers but the Malfeasance Behavior of Sgt. Hart and ⁹⁰Pacheco is capture on institutional video tape, which I have wrote SBCC Superintendent Lois Russo requesting be preserved for investigation purposes but again the tapes won't be preserved. Also numerous inmates has witnessed the abuse of me. Namely inmate Gallop and James Ross. See Affidavit with this letter. The DOC continues to unlawfully issue me retaliatory D-Reports to mask their abuse of me and to put me in bad light with professional individuals in the outside world. Like the D-Report I received in retaliation for speaking out about OCCC ⁹⁰Michael Smith placing a Gun to my head!

Also the DOC will use these D-Reports for the following reasons: 1) to continue incarcerating me here at SBCC so they can retaliatory keep abusing me, 2) to continue unlawfully confining me in punitive segregation, 3) to transfer me out of state, where I will be murdered due to the fact I gained national media attention for testifying in the Murder trials of rising R&B/Rap Star Chris Bender. In a out of state prison I won't Know my enemies but at least here in Massachusetts I Know who my enemies are! The DOC has already attempted to get me Killed by transferring me to OCCC, where two of the people I testified against in the Bender Murder was incarcerated at and 4) to unlawfully punish me for speaking out about SBCC Officer's abusing me and for filing a lawsuit against the DOC. Also on Dec. 22, 2004 ⁹⁰Raimon informed me Superintendent Russo told ⁹⁰Pacheco and him to come down hard on me. The SBCC Disciplinary Sergeant Joel Maillet is denying me Legal Representation on my D-Report because DOC Officials doesn't want the world to Know about these bogus D-Reports.

I have filed medical grievance forms with HSA Charles Black and Institutional Grievance Forms Coordinator Sgt. Barbara DNCDermott but both individuals are ignoring my meritorious Grievance Forms. In fact the IPS Department again denying to come take pictures of the bruises on my right arm and back nor is the SBCC Medical Staff examining my injuries in response of my Sick Call Slip's. I am still being denied access to legal materials by SBCC Librarian Mary Morrison and this is denying me my Guaranteed Constitutional Rights of access to the Courts to represent myself in my lawsuit and Federal Criminal Habeas

Exhibit No. 17

PAGE 504 5

Petition From Dec. 31-22, 2004 I was denied bedlinen for about 36 Hours because Officer's refuse to give me back my laundry. Also I was refused access to the telephone to contact my Attorney and MCLS to make them aware of the assault of me by C/op Pacheco. This is another reason the DOC is using the disciplinary process against me to cut off my communication with the outside world! The SBCC Officer's named in my lawsuit for abusing me, are the same officers retaliatory abusing me now!

Due to all the outlined Civil Rights Violations in this letter is why I stated to you repeatedly "I am in a kill or be kill situation and I will be judged by twelve before I am carried by six!" You have the power to insure I am not forced to exercise deadly self-defense so why don't you exercise your powers on my behalf?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted

CC: Numerous Professional Individuals
    Rica Family
    Enclosure

Certified Mail No.
7004 3510 0000 6843 3685

Exhibit No. F

-124-



**GOVERNOR'S COMMISSION ON CORRECTIONS REFORM**
One Ashburton Place Room 2133
Boston, Massachusetts   02108
(617) 727-7775

MITT ROMNEY
GOVERNOR

KERRY HEALEY
LIEUTENANT GOVERNOR

SCOTT HARSHBARGER
CHAIRMAN

Jordan M. Rice
P.O. Box 8000
Shirley, MA
01464

Dear Mr. Rice:

On behalf of The Governor's Commission on Corrections Reform ("GCCR"), I wish to thank you for your letter received on August 30, 2004 . However, we want to inform you that the GCCR completed its work on June 30, 2004 when its final report was issued.  As we are not the appropriate authority to investigate or adjudicate individual claims, we suggest that you contact the office of the Commissioner of Correction, Kathleen Dennehy, 50 Maple Street, Suite 3, Milford, MA 01757, and/or legal counsel, such as Massachusetts Correctional Legal Services, 8 Winter Street, Boston, MA 02108.

Thank you for your letter.

Sincerely,

Scott Harshbarger
Chair

Exhibit No. 18·A

- 125 -

# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
### Department of Public Health
### Center for Environmental Health
### Community Sanitation Program
### 180 Beaman Street
### West Boylston, MA 01583
### Telephone: 508-792-7880
### Facsimile: 508-792-7706
### TTY: 508-835-9796

**MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**RONALD PRESTON**
SECRETARY

**CHRISTINE C. FERGUSON**
COMMISSIONER

October 26, 2004

Jordan M. Rice, W65429
One Administration Rd.
Bridgewater, MA 02324

RE: Your complaint regarding lack of proper medical attention

Dear Mr. Rice,

The Community Sanitation Program is receipt of your complaint concerning the lack of medical treatment received. The Massachusetts Department of Public Health has no oversight authority over medical care in correctional facilities, except in regard to the physical examination on admission, the forms of the medical records and in relation to sanitation. Therefore, we do not have the power to intervene or investigate medical care.

If you wish to file a complaint related to care provided by a specific individual practitioner, then you may do so with the appropriate licensing board. The Board of Registration in Medicine is located at 560 Harrison Ave. G-4, Boston, MA 02118. The Boards of Registration in Nursing and in Pharmacy are located at 239 Causeway Street, Suite 500, Boston, MA 02114. Legal advice is available from Massachusetts Correctional Legal Services, Inc., Eight Winter Street, 11th Floor Boston, MA 02108 or Health Law Advocates, Inc., 30 Winter Street, Suite 940, Boston, MA 02108.

Sincerely,

Paul Halfmann
Assistant Director

Cc:    Steven Hughes, Director, CSP

Exhibit No. 18-B

-126-

# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
### Department of Public Health
### Center for Environmental Health
### Community Sanitation Program
### 180 Beaman Street
### West Boylston, MA  01583
### Telephone:  508-792-7880
### Facsimile: 508-792-7706
### TTY: 508-835-9796

**MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**RONALD PRESTON**
SECRETARY

**CHRISTINE C. FERGUSON**
COMMISSIONER

November 22, 2004

Jordan M. Rice, W65429
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Re: Your letter dated October 11, 2004

Dear Mr. Rice,

The Community Sanitation Program has received a copy of your letter to the Secretary of Public Safety listing several complaints. Please be advised the Department of Public Health does not have regulatory authority over the issues you have raised.

You stated that the internal grievance procedure and filing of grievances with the superintendent have not been successful. I suggest you file a grievance with the commissioner's office at the Department of Corrections with regards to the alleged abuse by officers, denied access to medical staff, denied access to legal counsel, and the failed internal grievance process.

For legal representation you should contact the Massachusetts Correctional Legal Services, Inc., Eight Winter Street, 11th Floor Boston, MA 02108 or Health Law Advocates, Inc., 30 Winter Street, Suite 940, Boston, MA 02108.

The Massachusetts Department of Public Health has no oversight authority over medical care in correctional facilities, except in regard to the physical examination on admission, the forms of the medical records and in relation to sanitation. Therefore, we do not have the power to intervene or investigate medical care. Your first course of action would be to file a grievance with the administration of the correctional facility, as you have done. If you wish to file a complaint related to care provided by a specific individual practitioner, then you may do so with the appropriate licensing board. The Board of Registration in Medicine is located at 560 Harrison Ave. G-4, Boston, MA 02118. The Boards of Registration in Nursing and in Pharmacy are located at 239 Causeway Street, Suite 500, Boston, MA 02114.

Sincerely,

Paul Halfmann
Assistant Director

Cc:    Steven Hughes, Director, CSP

Exhibit No. 18-C

-127-



*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Department of Mental Health*
*25 Staniford Street*
*Boston, Massachusetts 02114-2575*

**MITT ROMNEY**
*Governor*

**KERRY HEALEY**
*Lieutenant Governor*

**RONALD PRESTON**
*Secretary*

**ELIZABETH CHILDS, M.D.**
*Commissioner*

**(617) 626-8000**
**TTY (617) 727-9842**
**www.state.ma.us/dmh**

November 30, 2004

Jordan M. Rice ~ W65429
Sousa Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464-8000

Dear Mr. Rice:

The Department of Mental Health (DMH) has recently received your letter dated October 11, 2004. In your letter you make numerous complaints about your treatment as well as allegations of abuse. The Department of Mental Health only reviews the medical, dental and mental health treatment of inmates who reside in segregation.

On Friday, November 12, 2004 the DMH prison survey team visited the Souza Baranowski Correctional Center. During that site visit you were interviewed and your medical record was reviewed. The psychiatrist who interviewed you stated that your last physical examination was completed on June 14, 2004 as required by Department of Correction (DOC) policy. Laboratory studies and vital signs were recorded.

The record indicated that many sick slip requests had been submitted and that there had been a quick response by medical staff to your requests. Record documentation was very good. There was documentation in the dental treatment plan of the need for a wisdom tooth extraction, which had not been done yet.

Additionally in your letter you complained about the lack of privacy during mental health visits. A recommendation has been made to the Director of the Mental Health Unit that when possible all mental health clinical visits be conducted in a setting that affords privacy for inmates. Inmates may request to be removed from their cells for their interviews. As always in these situations security is a prime consideration.

It appears from the individual interview and the review of your medical record that the treatment (medical, dental and mental health) you are receiving is comparable to the treatment received by inmates in the general prison population.

Sincerely,

David Potter, LICSW, BCD
State Prison Survey Team

Exhibit No. 18-D

-128-

# The Commonwealth of Massachusetts
### Executive Office of Health and Human Services
### Department of Mental Health
### 25 Staniford Street
### Boston, Massachusetts  02114-2575

**MITT ROMNEY**
*Governor*

**KERRY HEALEY**
*Lieutenant Governor*

**RONALD PRESTON**
*Secretary*

**ELIZABETH CHILDS, M.D.**
*Commissioner*

Tel:   (617) 626-8000
TTY:  (617) 727-9842
www.state.ma.us/dmh

Exhibit No. 18E

February 5, 2004

Jordon M. Rice
S.B.C.C.
P.O. Box 8000
Shirley, MA  01464

Re:  Correspondence

Dear Mr. Rice,

I am writing in response to your letter dated November 15, 2003 to the Department of Mental Health (DMH) where you identify yourself as an individual in the custody of the Sousa-Baranowski Correctional Center in Shirley (SBCC). Unfortunately, as a result of my recent office relocation this past November, I only became aware of your request for information today. I hope this late response will still be of use to you and that it hasn't caused you any major inconvenience.

If I understand your questions correctly, you are seeking information as to where you might find assistance with regard to complaints of harassment.

First I would suggest that if you are still in the custody of the (SBCC), it would be most appropriate to raise your concerns directly with mental health director, Mr. Mark Rodosta, LICSW. He will be in a position to hear your complaints and refer you to the appropriate resources for assistance.

Secondly and as you may not know, the Massachusetts State Agency having oversight responsibility for such claims is the Disabled Persons Protection Commission (DPPC). Part of their function is to investigate and remediate claims of abuse against citizens of the Commonwealth. They can be contacted as follows:

Disabled Persons Protection Commission
50 Ross Way
Quincy, MA  02169
Main Telephone:          (617) 727-6465
Hotline to Report Abuse:  (800) 426-9009

I hope this information is useful to you and answers your questions. If you have need for additional information, please don't hesitate to contact me at the above address.

Sincerely,

Barry E. Koster, Psy.D.
Designated Forensic Psychologist

Jordan M. Rice - W65429
SBCC, P.O. Box 8000
Shirley, Ma. 01464

Leslie Walker, Attorney of M.CLS.
8 Winter St.
Boston, Ma. 02108

Exhibit No. 19

Re: Rice V. Dennehy ET AL, DKT. No. 04-741

Nov. 19, 2004 · PAGE 1 of 4

Dear Madam,

Hello, I am writing you today to confirm our Oct. 26, 2004 telephone conversation in regards to the above-Reference lawsuit filed in Middlesex Superior Court because since our last conversation I have unsuccessfully several times attempted to speak with you again via telephone.

In our last conversation you stated "my retaliatory classification claim for exercising my Freedom of Speech Rights in regards to C/O Joseph Ayala placing 3 hits on me wasn't clear cut nor would your organization represent me in this matter and nor would your office attempt to have private counsel represent me in this matter." You rendered this legal opinion despite the fact Commissioner of Corrections Kathleen M. Dennehy in her own written words outlines my Retaliatory Classification Claim by way of her January 13, 2004 letter addressed to my attention, which is marked Exhibit No. 11 in my motion for Summary Judgment that you stated you didn't read because "you can't get involved with my case."

You further stated in our last conversation that "You have spoken with Director of Classification Diane Silva and she is willing to place me back in the Protective Custody Unit here at SBCC but won't consider M.C.I. Concord." When I balked at this offer you also stated "I have two choices: 1) Go back to the Protective Custody Unit here at SBCC or 2) go out of state because I will lose my lawsuit."

Since you or your organization feels my meritorious retaliatory classification claims is not "clear cut". Would you put all that you verbally stated in our Oct. 26, 2004 conversation in writing and forward the letter to my attention? I would put your letter before Middlesex Superior Court, Public Officials, other Pro Bono Organization and Private Attorneys requesting representation because the organization who is suppose to advocate for me as a prisoner, I don't feel is advocating in my best interest and due to the D.O.C. Knowingly retaliatory

-130-