Jordan M. Rice - W65434
P.O. Box 8000
SBCC-1464 Shirley, MA 01464

FILED
2005 MAR 10 P 1:18
U.S. DISTRICT COURT
DISTRICT OF MASS

U.S. District Court
Attn: Dennis O'Leary, Clerk
U.S. District Court
1 Courthouse Way, Suite #2300
Boston, Ma. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Mr. O'Leary,

Hello, I am the petitioner in the above-referenced case. Today (March 7, 2005) Harvard Law School Student Named Angela (of Harvard Prisoner Legal Assistance Project) spoke with you on my behalf to confirm your receipt of my "Motion to Show Cause For Appointment of Counsel along with supporting Affidavit and Memorandum of Law".

Ms. Angela [whom last name is unknown to me] informed me that you stated "my earlier filed motions would be considered first". It is highly important that Justice Wolf first reviews the latter Motion of "Motion to Show Cause For Appointment of Counsel along with Supporting Affidavit and Memorandum of Law" before ruling on my earlier filed motions along with Attorney General's motions because the latter said "Motion" demonstrates how the DOC is denying me my Guaranteed Constitutional Rights of Access to the Courts, which is prohibiting me from representing myself "Pro Se" in this matter.

In the Interest of Justice, would you please strongly but kindly suggest to

**Justice Denied - Legal Ads**

## "Innocent Man Needs Help!"



Hello, I am serving a Life Sentence without the possibility of parole for Murder with Nineteen through Twenty years running concurrently for Arson. I've been wrongfully convicted! Please let me explain some of my case:

At my trial, State Trooper Patricia Beehan, testified "She took a bloody palm print found on a cup at the crime scene to a FBI Latent Print Expert, who was conducting a seminar. While the Agent was applying chemicals to enhance the print, he destroyed it." There was never any pretrial discovery to this destruction, nor did this Agent testify at my trial.

Since my trial, I have learned the Agent denies destroying the print but refused to provide me an Affidavit. Furthermore there were many other prints from the crime scene that the Police are hiding and making frivolous excuses about! Like the print on the bathroom sink, Trooper Beehan didn't collect because she felt the Police left it, nor did she file any reports but could testify from her memory after working over a hundred crime scenes.

There is other prints, blood samples, hair and fibers from the crime scene. Forensic testing would identify the true murderer who is the victims abusive ex boyfriend. He has told his friends, "He committed this murder!" He maybe a serious killer because many other women have been murdered in the same manner in Massachusetts and Rhode Island. All since I've been wrongfully incarcerated! My Trial Attorney, Henry Owens know all this but he conspired with Prosecutors to convict me! He has been disbarred for his malpractice representation of other clients.

The Police coached and fed five witnesses all from the same family information to secure this conviction. These family members are Alan Paine, Sunni Gonzales and Joanne Maldonado all of Brockton, Massachusetts, Theresa and Jaime Baker of Bonifay, Florida. Work records to this family will prove this point because my work records have already proved it!

Due to my wrongful conviction I've been gravely abused by Correctional Staff at all levels! There are many more injustices involved in my wrongful conviction but I can't write them all. Please write and I will explain my injustices in great detail. I hope to hear from you soon!



**Write to me at:**

Jordan Martell Rice
#W65429
SBCC
PO Box 8000
Shirley, MA 01464

Send Email

Justice Denied
Main Section

Go to: WWW.Friends beyond the Wall.Com