FILED
CLERKS OFFICE

2005 APR 26  P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

Jordan M. Rice - W65439
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Justice
1 Courthouse Way, Room 5110
Boston, Ma. 02210

Re: Rice V. Dennehy, DKT. No. 04-10859 - MLW

Dear Justice,

Hello, please find enclosed your copy of a letter I have already forwarded to the attention of Attorney Eugene Patrick McCann, whom you appointed to represent me in the above referenced case. Would you please enter this letter into the record? I want on record the current state of Counsel and I relationship.

Thank you for your attention to this matter

Respectfully Submitted,

Dated: April 21, 2005

FILED
IN CLERKS OFFICE

2005 APR 26  P 12: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

Jordan M. Rice-W05429
P.O. Box 8000
Shirley, Ma. 01464

Eugene Patrick McCan, Attorney
59 Jackson St.
Lawrence, Ma. 01840

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, for the past three weeks I been attempting to contact you via telephone call all to no avail. There are several issues I want to discuss with you in the above referenced case. I will outline a few of the most important pressing issues. I would appreciate confirmation that your in receipt of all the Five Legal Packages I have forwarded to your attention? Reason being, all my mail here at SBCC has been repeatedly subjected to censoring by Abusive Officer's as a tool of Harassment and to mask their mental and to mask their mental and physical torture of me!

On or about May 17, 2005 your office must file an Answer to the Attorney Generals Motion to Dismiss but it is my understanding that your office may file an request for "Extension Of Time", due to your busy schedule of prior commitments. Please note, I fully understanding this circumstance. Would you please forward to my attention a copy of any and all documentation your office files before the court in this case?

Another area I wish to discuss with you is all the Appellate Arguments that relief can be granted on. In our last conversation you related that you couldn't see the "Brady Violation" to that point in regard to the Bloody Palm Print. The "Brady Violation" Argument has been properly preserved. The "Brady Violation" is only one of a number of Genuine Issues of Material Facts, which were not fully and fairly established before the State Courts because my request for Discovery and a Evidentiary

<u>PAGE 3 of 3</u>

Hearing were denied. Therefore Discovery and a Evidentiary Hearing is warranted in this case to further develope these facts.

    I am positive this case can meet the Discovery Criteria pursuant to <u>Rule 6 et al.</u>, and the Evidentiary Hearing Criteria pursuant to <u>Rule 8 et al.</u>, and <u>Townsend V. Sain</u>, 372 U.S. 293, 313 (1963) beyond a reasonable doubt on all Arguments. In fact I wish to raise every single Appellate Argument that I have outlined in my Habeas Corpus Petition. Also, I would like to share with you my idea's for Discovery and a Evidentiary Hearing. I hope to speak with you soon. Also, you may want to speak with my Former State Appellate Counsel, Donald Herweed (518-392-0700)

    I look forward to discussing my case with you in the near future.

Respectfully Submitted,

Dated: April 21, 2005

CC: Rice Family
    Mark L. Wolff, Presiding Justice
    Enclosure