UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JORDAN MARTELL RICE       )
                          )
VS.                       )  Case No. 04-10859-MLW
                          )
TIMOTHY HALL              )

**ASSENTED TO MOTION TO EXTEND TIME FOR FILING
SUPPLEMENTAL REPLY TO RESPONDENT'S MOTION TO DISMISS**

Now comes Jordan Martell Rice, the petitioner in the above-entitled habeas corpus matter, and respectfully moves this Honorable Court to extend the time for filing petitioner's supplemental reply to respondent's Motion to Dismiss for sixty (60) days to July 22, 2005.

As grounds for this Motion, Mr. Rice, through his counsel, states as follows:

1.     The requested short continuance is due to the schedule of Mr. Rice's counsel, Eugene Patrick McCann, and the need to comlete additional research and investigation regarding petitioner's habeas corpus claims and the respondent's Motion to Dismiss.

2.     Attorney McCann was appointed as counsel for Mr. Rice on March 21, 2005.

3.     Subsequent to his appointment, Attorney McCann has reviewed Mr. Rice's petition and numerous letters, discussed this petition with Mr. Rice, reviewed the decision in the case of Commonwealth v. Rice, 441 Mass. 291 (2004), reviewed and performed initial research regarding the respondent's Motion to Dismiss, discussed Mr. Rice's claims with his appellate counsel and CPCS state counsel, obtained and began review the respondent's Answer and state lower and appellate court documents.

4.     Based upon Attorney McCann's review and research to date, he remains uncertain whether or not (a) the two claims which respondent alleges have not been exhausted in the courts

of the Commonwealth have indeed been exhausted, and (b) the petitioner's claims for habeas corpus are, in fact, strong ones supported by case law and facts. Attorney McCann needs additional time to further review these issues. Upon completion of his review, Attorney McCann will either file an appropriate response to the respondent's Motion to Dismiss or file a notice with this Court that he believes the petitioner's claims lack merit and the basis thereof.

5. Attorney McCann is scheduled to begin trial on May 16, 2005 in the Essex Superior Court in the case of Commonwealth vs. Leo Womack. Mr. Womack is charged with homicide, and it is likely the length of trial will be at least two weeks.

6. Upon completion of the Womack trial, Attorney McCann is scheduled to commence trial in the case of Commonwealth vs. Luis Penn. Mr. Penn also is charged with homicide and has a co-defendant. This trial also will last up to two weeks.

7. Attorney McCann's office has contacted Assistant Attorney General Maura D. McLaughlin regarding the proposed extension, and she has indicated her assent.

8. The requested continuance is for good cause, in the interests of justice and will not unduly prejudice Mr. Rice or the respondent.

Respectfully submitted for,
Jordan Martell Rice, by his Attorney,

Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664

DATED: May 11, 2005

ASSENTED TO:

THOMAS F. REILLY
ATTORNEY GENERAL

By: /s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify I have conferred with Asst. Attorney General Maura D. McLaughlin, and she indicated that she assented to this Motion.

/s/ Eugene Patrick McCann
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664

### CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Jordan Martell Rice certify under the pains and penalties of perjury, that I have on this 11th day of May, 2005, served a copy of the foregoing by mailing same, first class mail to:

Maura D. McLaughlin
Assistant Attorney General
Office of the Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

/s/ Eugene Patrick McCann
Eugene Patrick McCann