FILED
CLERKS OFFICE

2005 MAY 18  P 4: 36

Jordan M. Rice - W65429
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Justice
1 Courthouse Way, Room 5110
Boston, Ma. 02210

Re: Rice V. Brady DKT. No. 04-10859-MLW

Dear Justice,
    Hello, please find enclosed two letters that I have
forwarded to the attention of Attorney Eugene P. McCann.
Please enter these letters on the docket. God Bless!
        Thank you for your attention to this matter.
                        Respectfully Submitted
                        x [signature]

Jordan M. Rice - W65429
CLERKS OFFICE
P.O. Box 8000
Shirley, Ma. 01464
US DISTRICT COURT
DIST OF MASS

Eugene Patrick McCann, Attorney
59 Jackson St.
Lawrence, Ma. 01840

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, I received a letter today from my Mother (Blonde Rice). She explains that she has had a Phone Conversation with you in regards to the above referenced case. My Mother informed me of the following: 1) your Office is awaiting Attorney Charles Stephenson to forward your Legal Documentation on my wrongful conviction to be fully abreasted of my case, 2) Once your Office has had a ample opportunity to review all legal documentation then you will come visit me and 3) We most likely will need to Federalize the two Arguments in State Court.

The opportunity to go back in State Court is very intriguing because not only would I like to Federalize the Arguments not Federalized but there are some other very meritorious Constitutional Arguments that haven't been raised. After you have reviewed my trial transcripts, please read Watson V. Jago, 558 F.2d 330 (1977) (Unconstitutional Amendments to Indictments with Felony Murder Charge during trial) because this case is parallel with the Constitutional Violation in my case. In Apprendi V. N.J., 120 S.Ct. 2348, 2350 (2000), Blakely V. Washington, 124 S.Ct. 2531, 2536 (2004), and U.S. V. Booker, 543 U.S. ___ (2005), all repeatedly stated "[A]ny fact other than prior conviction ... must be charged in an indictment, submitted to a jury, and proved beyond a reasonable doubt."

There are several other Arguments I would like to pursue also in State Court. I will research them and forward a rough draft copy of each Argument to your Office. I look forward to speaking with you.

Thank you for your attention to this matter.

Respectfully Submitted,

x [signature]

CC: Mark L. Wolf, Judge

Dated: May 10, 2005

Jordan M. Rice -W65439
P.O. Box 8000
OFFICE
Shirley, Ms. 01464

2005 MAY 18  P 4: 36

DISTRICT COURT
DISTRICT OF MASS

Eugene Patrick McCann, Attorney
59 Jackson St.
Lawrence, Ms. 01840


Re: Rice V. Brady, DKT. No. 04-10859-MLW

Page 1 of 2

Dear Sir,

Hello, I am writing you to supplement my May 10, 2005 letter pursuant to our May 11, 2005 telephone conversation. Most respectfully, I feel you are misinterpreting the Argument in regards to the bloody palm print. Please closely review the opening SJC Brief For The Defendant authored by Attorney Donald Harwood. Especially Titled Sections: 1) "Counsel's Failure to Investigate, Test and Present Evidence Concerning The Bloody Palm Print on the Coffee Cup" at page no(s) 18-31 and 2) "Counsel's Failure to Move To Dismiss The Indictment Due To The Commonwealth's Destruction of the Palm Print" at pages no(s) 21-22.

In my Motion to Show Cause For Appointment of Counsel accompanied with affidavit, exhibits and a Memorandum of law, I cited the constitutional violations of Ineffective assistance of counsel, Stickland V Washington, 466 U.S. 668, 686 (1984) and Prosecutorial Failure to disclose evidence, Brady V. Maryland, 373 U.S. 83, 88 (1963), among others raised in the brief. Justice Wolf must have fell on the surface of the record I put before him that these preserved Constitutional Arguments were Ripe because he appointed you to represent me, which was "upon [his] determination that the interest of justice so [required]" appointment of counsel in this Habeas Corpus Petition pursuant to 18 U.S.C. § 3006A(a)(2)(B).

Furthermore, Justice Wolf, is one of the best / brightest Constitutional Federal Justices in the United States to argue Governmental Misconduct before. I am making this factual determination pursuant to Justice Wolf's rendered decisions in U.S. V. Francis Salemme et al and U.S. V. Leonard Boston in regards to Governmental Misconduct. Therefore, I strongly wish to pursue every single argument in my State Brief as it was forcely pursued before the SJC because their decision is in manifest disregard of the unique voice Caselaw set forth by the United States Supreme Court. I am very passionate about the facts in this

letter because this wrongful conviction has cost me, my life!

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x _____

Jorden M. Rice

Dated: May 11, 2005 AD.

CC: Rice Family

Mark L. Wolf, Federal Justice

Enclosure