SCANNED
DATE: 5-31-05
BY: [signature]

FILED
CLERKS OFFICE
2005 MAY 24 A 8:13
U.S. DISTRICT COURT
DISTRICT OF MASS

Jordan M. Rice-W65424
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Justice
1 Courthouse Way, Room 5110
Boston, Ma. 02210

Re: Rice v. Brady, et al. DKT. No. 04-10859-MLW

Dear Honorable Justice,

Hello, please find enclosed your copy of my letter dated May 23, 2005 addressed to Attorney Eugene Patrick McCann. Please enter these letters on the docket record for possible later reference.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]

CC: Enclosure