UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JORDAN MARTELL RICE, ) | |
| Petitioner ) | |
| v. ) | Civil Action No. 04-10859-MLW |
| TIM HALL, ) | |
| Respondent ) | |

**PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

NOW COMES Jordan Martell Rice, the Petitioner in the above-captioned matter, and moves, pursuant to Fed. R. Civ. P. 12(b)(6), opposes the Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus. As grounds therefore, the Petitioner states that his petition raises many constitutional issues that were exhausted in state court, and pursuant to recent case law, the United States District Court has the discretion to stay a mixed petition to allow petitioner to present his unexhausted claims to the state court and then to return to the federal court for review of his perfected petition.

WHEREFORE, the Petitioner respectfully requests this Honorable Court to deny the Respondent's Motion to Dismiss and to stay the petition to allow the Petitioner to exhaust his remedies in state court, or, in the alternative, allow the Petitioner to delete claims deemed unexhausted and to proceed with the exhausted claims.

THE PETITIONER HAS FILED A MEMORANDUM OF LAW IN SUPPORT OF THIS OPPOSITION

        Respectfully submitted,
        Jordan Martell Rice
        By his attorney,


        /S/ Eugene Patrick McCann
        _____
        Eugene Patrick McCann
        Manzi & McCann
        59 Jackson Street
        Lawrence, MA 01840
        (978) 686-5664

Dated: July 21, 2002


## CERTIFICATE OF SERVICE

    I, Eugene Patrick McCann, hereby certify that on this <u>21st</u> day of July, 2002, I have served a true copy of the foregoing by electronic filing upon counsel for the Respondent:

        Maura D. McLaughlin
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108


        /S/ Eugene Patrick McCann
        _____
        Eugene Patrick McCann