Jordan M. Rice - W65429
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Justice
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW;

Dear Sir,

Hello, due to the Breakdown in Communications and conflict of Interest with Present Counsel (Eugene P. McCann), the petitioner is unsure of the status of his above Referenced Habeas Corpus. The petitioner is intelligent enough to know under the "AEDPA" there are rigorous Statutes of Limitations and/or Time Frames. Therefore, the petitioner requests a "Stay of Execution" on any Statute of Limitations and/or Time Frames until the court has unsure beyond a reasonable doubt that the petitioner assertions of Breakdown in Communications, Conflict of Interest and denied access to the courts are adjudicated. Furthermore, "I'm being held in violation of my Federal Constitutional Rights, which occurred during my state court trial. Please release me!"

Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

Dated: August 1, 2005
CC: Enclosure

Certified Mail No.
7003 3360 0002 1864 1620