Jordan M. Rice - W65419
P.O. Box 8000
Shirley, Ma. 01464

Eugene P. McCann, Attorney
59 Jackson St
Lawrence, Ma. 01840

Re: Rice V. Brady, et. al., DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed a Memorandum of Law accompanied with supporting appendix. I have federalized the two unexhausted state claims along with raising several new additional Constitutional Claims, which relief can be granted on but the likelihood of obtaining relief is greater in Federal Court rather than State Court.

Nevertheless, I wish for you to request a "Stay Of Execution" in the above-referenced Habeas Corpus Petition to exhaust all the meritorious constitutional arguments outlined in my enclosed Memorandum of Law because pursuant to Gagne V. Fair, 835 F.2d 6 (1st Cir. 1987) A "petitioner must fairly present the substance of his federal habeas claim to the State Court before seeking federal review." Id at 7; Pursuant to Rose V. Lundy, 455 U.S. 509 (1983) Mixed petitions will be dismissed; Pursuant to Felker V. Turpin, Second or successive Habeas Corpus Petitions are procedurally barred; Pursuant to Rhines V. Weber, (DKT No. 03-9046)(March 30, 2005) Honorable Justice Wolf has the discretion to stay the above-referenced mixed habeas corpus petition to allow unexhausted State Claims to be presented, and then return the petition to Federal Court for review under the Anti-Terrorism and Effective Death Penalty Act.

Therefore, I respectfully request, you exhaust these Meritorious Constitutional Arguments in State Court, as outlined in the enclosed said Memorandum, via filing Rule 30 motion and then direct appeal to the SJC.

I look forward to your anticipated cooperation to this matter.

Respectfully Submitted,
x [signature]

Dtd: July 12, 2005 A.D.
CC: Rice Family, Mark L. Wolf, Justice; Enclosure
Certified Mail No. 7004 2510 0000 6842 3170