UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JORDAN MARTELL RICE | ) ) ) | |
| VS. | ) ) | Case No. 04-10859-MLW |
| TIMOTHY HALL | ) ) ) | |

### OPPOSITION TO PETITIONER'S REQUEST FOR NEW COUNSEL

Now comes Eugene Patrick McCann, appointed counsel for Jordan Martell Rice, the petitioner in the above-entitled habeas corpus matter, and respectfully Opposes the petitioner's letter Request for New Counsel.

As grounds for this Opposition, Attorney McCann states as follows:

### BREAKDOWN IN COMMUNICATIONS

When Attorney McCann was appointed as counsel for the petitioner, he was instructed to review the Petition filed by Mr. Rice, the Commonwealth's Motion to Dismiss, and Mr. Rice's state court filings and files. Since that time, Attorney McCann has retrieved Mr. Rice's state court files from his prior counsel and discussed Mr. Rice's petition and the Commonwealth's Motion to Dismiss. Attorney McCann has received and reviewed several letters from Mr. Rice outlining his position of various issues, researched the issues raised by Mr. Rice and discussed them with Mr. Rice by telephone on numerous occasions. Some of those issues appear to be meritorious, but must first be raised in the Massachusetts state courts. Other issues were deemed less or not meritorious. Attorney McCann specifically counseled Mr. Rice that if this Court denies the Commonwealth's Motion to Dismiss his habeas corpus petition, then Mr. Rice should

seek assistance through the CPSC to pursue his "other" issues in the Massachusetts state court system before Attorney McCann's office can pursue these issues in this Court.

In all, Attorney McCann has talked with Mr. Rice by telephone on at least six (6) occasions, including just prior to filing the Opposition and Memorandum in Opposition to the Commonwealth's Motion to Dismiss on behalf of Mr. Rice on July 20, 2005. Attorney McCann emphatically denies he was "pugnacious" toward Mr. Rice during this conversation or at any other time. During this conversation, Mr. Rice verbally agreed to the position taken by Attorney McCann. However, Attorney McCann did inform Mr. Rice that he would not pursue any issues which he (Attorney McCann) deemed not to be meritorious. A copy of the Opposition and Memorandum was mailed to Mr. Rice.

In addition, with the permission of Mr. Rice, Attorney McCann has discussed Mr. Rice's case with his mother on at least twelve (12) occasions. The only times when Attorney McCann has not taken Mr. Rice's collect calls or the telephone calls of his mother was when he was either out of the office or otherwise detained with other clients.

Accordingly, Attorney McCann denies there has been any breakdown in communications with Mr. Rice.

**CONFLICT OF INTEREST**

Attorney McCann admits that, as an officer of the court, he will not pursue any issues which he reasonably believes to be non-meritorious, and he informed Mr. Rice of this position on more than one occasion. Attorney McCann further admits it is his position that the so-called "bloody palm print" evidence is such a non-meritorious issue. This, however, is not a conflict of interest.

**CONCLUSION**

  It is the position of Attorney McCann that he properly followed the instructions of this Court in this case.  He has (a) communicated on several occasions with Mr. Rice and his mother, (b) reviewed all documents provided to him, (c) met in person with Mr. Rice when it was necessary to do so, (d) filed the appropriate documents, and (e) provided Mr. Rice with all documents filed by him.  Attorney McCann stands ready and willing to complete his representation of Mr. Rice in this case.

  For the foregoing reasons, Attorney McCann opposes the petitioner's Request for New Counsel.

                Respectfully submitted for,
                Jordan Martell Rice, by his Attorney,


                /s/ Eugene Patrick McCann
                _____
                Eugene Patrick McCann, BBO #327400
                Manzi and McCann
                59 Jackson Street
                Lawrence, Massachusetts 01840
                Tel.  (978) 686-5664


DATED:  August 16, 2005

**CERTIFICATE OF SERVICE**

    I, Eugene Patrick McCann, counsel for Jordan Martell Rice certify under the pains and penalties of perjury, that I have on this 16th day of August, 2005, served a copy of the foregoing electronic filing to:

Maura D. McLaughlin
Assistant Attorney General
Office of the Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

And by first class mail, postage prepaid to:

Jordan M. Rice, #W65429
Shirley (M.C.I.)
P.O. Box 8000
Shirley, Massachusetts 01464

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann