UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JORDAN MARTELL RICE | ) | |
| | ) | |
| VS. | ) | Case No. 04-10859-MLW |
| | ) | |
| TIMOTHY HALL | ) | |

## AFFIDAVIT OF ATTORNEY EUGENE PATRICK McCANN IN SUPPORT OF HIS OPPOSITION TO PETITIONER'S REQUEST FOR NEW COUNSEL

I, Eugene Patrick McCann, being under oath, do depose and state as follows:

1. I am the appointed appointed counsel for Jordan Martell Rice, the petitioner in the above-entitled habeas corpus matter.

2. I have personal knowledge of all facts set forth in this affidavit.

3. When I was appointed as counsel for the petitioner, I was instructed to review the Petition filed by Mr. Rice, the Commonwealth's Motion to Dismiss, and Mr. Rice's state court filings and files.

4. Since my appointment, I have retrieved Mr. Rice's state court files from his prior counsel and discussed Mr. Rice's petition and the Commonwealth's Motion to Dismiss.

5. I have received and reviewed several letters from Mr. Rice outlining his position of various issues, researched the issues raised by Mr. Rice and discussed them with Mr. Rice by telephone on numerous occasions. Some of those issues appear to be meritorious, but must first be raised in the Massachusetts state courts. Other issues were deemed less or not meritorious.

6. I specifically counseled Mr. Rice that if this Court denies the Commonwealth's Motion to Dismiss his habeas corpus petition, then Mr. Rice should seek assistance through the

CPSC to pursue his "other" issues in the Massachusetts state court system before my office can pursue these issues in this Court.

7. In all, I have talked with Mr. Rice by telephone on at least six (6) occasions, including just prior to filing the Opposition and Memorandum in Opposition to the Commonwealth's Motion to Dismiss on behalf of Mr. Rice on July 20, 2005. I emphatically deny that I was "pugnacious" toward Mr. Rice during this conversation or at any other time. During this conversation, Mr. Rice verbally agreed to the position taken by me. However, I did inform Mr. Rice that I would not pursue any issues which I deemed not to be meritorious. A copy of the Opposition and Memorandum was mailed to Mr. Rice.

8. In addition, with the permission of Mr. Rice, I have discussed Mr. Rice's case with his mother on at least twelve (12) occasions. The only times when I have not taken Mr. Rice's collect calls or the telephone calls of his mother was when I was either out of the office or otherwise detained with other clients.

9. Accordingly, I deny there has been any breakdown in communications with Mr. Rice.

10. I admit that, as an officer of the court, I will not pursue any issues which I reasonably believe to be non-meritorious, and I informed Mr. Rice of this position on more than one occasion. I further admit it is my position that the so-called "bloody palm print" evidence is such a non-meritorious issue. This, however, is not a conflict of interest.

Signed under the pains and penalties of perjury this 16th day of August, 2005.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel.  (978) 686-5664

### CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Jordan Martell Rice certify under the pains and penalties of perjury, that I have on this 16th day of August, 2005, served a copy of the foregoing electronic filing to:

Maura D. McLaughlin
Assistant Attorney General
Office of the Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

And by first class mail, postage prepaid to:

Jordan M. Rice, #W65429
Shirley (M.C.I.)
P.O. Box 8000
Shirley, Massachusetts 01464

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann