Jordan M. Rice - W65429
1 Administration Road
Bridgewater, Ma. 02324

Mark L. Wolf, Justice
1 Courthouse Way, Room 5110
Boston, Ma. 02210

Aug. 12, 2005

Re: Rice V. Dennehy, DKT. No. 04-10859-MLW

Dear Justice,

Hello, please find enclosed your copy of my letter to Attorney McCann. Please enter these letters on the docket because I feel there is a break down in communication with Attorney McCann. Please note, I'm being held in violation of my Federal constitutional rights that were violated during my State Trial. Please release me.

Thank you for your attention to this matter.

Respectfully Submitted,
x. [signature]

CC: Enclosure

Jordan Rice
1 Administration Road
Bridgewater, Ma. 02324

Eugene P. McCann, Attorney
59 Jackson St
Lawrence, Ma. 01840

Aug. 12, 2005

Re: Rice V. Dennehy, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please note the change of address due to me being transferred to another prison. Also please note still to date I haven't received the most recent motion you filed in response to the Attorney Generals Motion to Dismiss, which we discussed on July 21, 2005 and August 8, 2005. Would you please kindly forward an copy to my new address due to officials censoring my mail at SBCC? My mail was being censored at SBCC to prohibit me from exercising my Freedom of Speech Constitutional Rights in regards to the Mental, Physical and Sexual torturing of me by SBCC Officials. I have unsuccessfully attempted to call you several times to make you aware of this situation but your Secretary didn't accept my calls.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

[signature]

CC: Mark L. Wolf, Justice
    Enclosure.