Jordan M. Rice-W65439
1 Administration Road
Bridgewater, Ma. 02324

U.S. District Court
Attn: Dennis O'Leary, Clerk
1 Courthouse Way
Boston, Ma. 02210

Re: <u>Rice V. Brady</u>, DKT. No. 04-10859-MLW

Dear Sir,

Hello, I am the petitioner in the above Habeas Corpus Petition. My Court Appointed Counsel, Eugene P. McCann, isn't communicating with me. On Aug. 1, 2005 I wrote Justice Mark L. Wolf a five page letter accompanied with a memorandum of law and joint appendix via certified mail (No. 7003 2260 0002 1564 1620).

Would you please confirm or deny receipt of this mail? I make this confirmation of mail request due to the fact DOC Officials has engaged in the Federal Crime of censoring my incoming and outgoing mail to prohibit me from exercising my First Amendment Rights in regards to their Mental, Physical and Sexual Torturing of me, which I can prove beyond a reasonable doubt with documentation. Also would you please provide me with the current status of my Habeas Corpus Petition? Along with requesting Justice Wolf provide me new Counsel?
Thank you for your anticipated prompt attention in this matter.

Respectfully Submitted,

[signature]

Dated: Aug. 17, 2005

CC: Enclosure