Jordan M. Rice-w... 439
1 Administration R... 1
Bridgewater, Ma.  324

Mark L. Wolf, Federal Justice
1 Courthouse Way, Room 5110
Boston, Ma. 02210

Re: <u>Rice V. Brady</u>, DKT. No. 04-10859 - MLW

Sept. 19, 2005

Dear Justice,

Hello, please find enclosed your copy of my letter to Attorney Eugene McCann. Attorney McCann is using the ruse of mailing documents to Mother in attempt to circumvent my opposition to any documents. This ...uld demonstrate his willful attempt to sabotage my Habeas Corpus from being successful. Please appoint me new counsel?

Thank you for your attention to this matter.

Respectfully Sub...tted,
x [signature]

CC Enclosure