Jordan M. Rice - W654
1 Administration Road
Bridgewater, Ma. 023[...]

Eugene P. McCann, Attorney
59 Jackson St.
Lawrence, Ma. 01840

Re: Rice V. Brady DKT. No. 04-10859-MLW

Sept. 19, 2005

Dear Sir,

Hello, my Mother informs me that you mailed her some legal documents which were filed in regards to the above referenced case. I didn't receive a copy of these documents. It [ap]pears that you are attempting to prohibit me from responding to these documents because you [are] vainly trying to stay on this case so you can sabotage my Habeas Corpus from being suc[ces]sful! My Mother further informed me that she call you and spoke with you, at which time s[he] verbally told you "I am not in receipt of these documents". Therefore this letter should [be] no surprise. I attempted to call you several times but your Secretary refused to accept [my] calls!

I am now requesting that you promptly forward any and all documents filed in the [a]bove referenced case, filed after your "August 16, 2005 Opposition To Petitioner's Request Fo[r] [New] Counsel", to the above address. Furthermore, you not to mail my Mother anymore d[ocu]ments pertaining to this case because she isn't the defendant! Only send them to my att[ent]ion!

Thank you for your prompt attention to this matter.

Respectfully Submitt[ed]
[signature]

CC: Bar of Overseers
    Mark L. Wolf, Federal Justice
    Enclosure