Jordan M. Rice-W6542
1 Administration Road
Bridgewater, Ma. 0232[?]

Mark L. Wolf, Federal Judge
1 Courthouse Way, Suite #5110
Boston, Ma. 02210

Re: <u>Rice V. Brady</u>, DKT. No. 04-10859-MLW

Dear Justice,

Hello, please find enclosed your copy of my Fair Information Practice Act Request that the Department of Corrections' Legal Department has ignored because it will prove beyond a reasonable doubt that I been repeatedly Mentally, Physically and Sexually Torture in attempt to silence me about exercising my Freedom of Speech Rights in regards to the DOC's role in the Geoghan Murder and the vast cover up of officer's role. This is why I been held in Punitive Segregation since Oct. 7, 2003 and don't access to the Courts! Attorney McCann relative, SBCC Lt. McCann, has covered up the said "Torturing" of me and this is why Attorney McCann is attempting to sabotage the above reference Habeas Corpus from being successful". Therefore, new counsel should be appointed.

Signed under the pains and penalties of perjury.

x_____

Jordan M. Rice