# [illegible] she's target of [illegible] harassment, [illegible]

By MICHELE McPHEE

Kathleen M. Dennehy, the state's first female Department of Correction commissioner, said yesterday she is being harassed by union members who have slashed her car tires, made personal threats and followed her around with a giant inflated rat to undermine her push for more prison accountability.

In an interview at DOC headquarters in Milford, Dennehy said she left a prison in recent weeks only to find her car tires slashed.

She says she has received telephone and written threats, but [illegible] any harassment as part of a difficult, dangerous job.

"Accountability is everything in what we do," Dennehy said, adding that her relationship with the Massachusetts Correction Officers Federated Union was fractured last year when she was forced to discipline six correction supervisors accused of abusing a handcuffed prisoner. "My focus is to improve the performance of the organization and that can be threatening to folks," she said.

Union president Steve Kenneway yesterday denied any union member vandalized Dennehy's [illegible]

"She needs to grow up," said Kenneway, whose union demanded her resignation in a letter to Gov. Mitt Romney in February.

The tension between Dennehy and union officials worsened this week [illegible] images from a prison videotape appeared in the Herald depicting killer inmate [illegible] L. Druce apparently re-enacting the vicious 2003 murder of jailed pedophile priest John J. Geoghan.

Dennehy [illegible] an employee at [illegible]nowski Correctional [illegible] Shirley, where both were jailed, made an "unauthorized, pirated recording" of Druce's ghastly pantomime. She called the case "unconscionable."

Union officials have [illegible] Dennehy, saying the DOC should have possession of any and all security footage in the prison system, and not the correction officers.

"We believe she is responsible for any [illegible] released," Kenneway said. [illegible] shows [illegible] this department.

## Dennehy deserves [illegible]

There is no disputing that corrections officers have a dangerous and mostly thankless job to do.

But when certain union goons resort to bullying their boss because they're dissatisfied with her management, they lose any public sympathy they might earn when they walk through the locked prison doors.

We take Department of Correction Commissioner Kathleen M. Dennehy at her word when she says she has been harassed by some union members who have slashed her tires, made personal threats and followed her around with a giant inflatable rat.

Dennehy is one of those rare public officials who is widely respected on both sides of the aisle and has few detractors — the single exception, perhaps, being the Massachusetts Correction Officers Federated Union.

Talk about thankless jobs — Dennehy has b[illegible] implementing [illegible] tions of the [illegible] mission, forme[illegible] murder of def[illegible] J. Geoghan — [illegible] MCOFU dubbe[illegible] charged with recommenda- [illegible]

From the da[illegible] Dennehy met [illegible] from the union, [illegible] repeated calls [illegible] tion. [illegible] her termina-

Dennehy is [illegible] tough. The har[illegible] comes with th[illegible] you're trying t[illegible] and order to a [illegible] lacked it. [illegible] that

Union leader[illegible] threatened Den[illegible] this petulant [illegible] needs to grow [illegible] Steve Kennewa[illegible] the Herald.

This from a [illegible] whose union members are [illegible] rat to try and i[illegible]

And *she* nee[illegible] grow up?

---

It is clear Ms. Dennehy ain't a liar! For doing her job and stopping officer[s a]buse of Prisoner's. She been threaten, harassed and her personal property been damaged by Correctional Off[icer]s! Now imag[ine] the inhumane treatment of us prisoner's receive in reprisal for speaking out against abusiv[e o]fficers. If you cant image it then see the enclosed "Fair Information Practice Act" because I have been [me]ntally, Physically and Sexually Tortured for two years for stating what Prisoner Joseph Druce finall[y] admitted, i.e., SBCC Officer's let him murder Prisoner John Geoghan and the DOC has covered up the[ir] role. Also Prisoner's Robert Assad, Darron Sherokow and Wilfrey Evicer has been tortured [lik]e myself for stating the same thing as I! Now we have a Class Action Lawsuit (Rice, etal, v. Dennehy [et] al, DKT. No. 05-03734) pending in Middlesex Superior Court for the very grave and clear C[ivil] Rights Violations of us, which are all in reprisal simply for exercising our supposed Guaranteed Constitutional Rights to freedom of Speech Rights! The DOC doesnt like Prisoner[s] who speak up for there Rights! As you see they dont like a Commissioner who does her job

# Geoghan suspect says guard allowed him to kill priest

By Franci Richardson
GLOBE CORRESPONDENT

WORCESTER — The man charged with killing pedophile John Geoghan accused a correction officer at the maximum-security prison in Shirley yesterday of turning his back on a plot that he knew would result in the former priest's murder.

"Lonergan let me in there to kill . . . I mean, castrate him," an agitated Joseph Druce said of David Lonergan as he was led out of Worcester Superior Court yesterday.

Earlier during the pretrial hearing, Druce said, "I was allowed to go into John Geoghan's cell" while a correction officer knowingly turned his back and went into his office. He later added: "A corrections officer let me kill John Geoghan. . ."

Druce, who had been imprisoned for killing a man in 1988, is charged with the murder of Geoghan, who was strangled in his cell at the Souza-Baranowski Correction Center in Shirley in August of 2003. A law enforcement source with knowledge of the investigation said yesterday after the hearing that Druce has confessed to killing Geoghan. Druce himself has said publicly at a previous court hearing that he "did it for the children."

At yesterday's hearing, Druce also accused Department of Correction officials of covering up for Lonergan.

"This isn't about correction officers, it's about the administration of the DOC," said Druce, who yesterday filed his own motion for a protective order against the department. "My sanity is about to break. They're either going to kill me or I'm going to go nuts, but before that, so help me God, this court will know the whole story."

Druce's mother, Donna Gauthier, said her son is afraid that correction officials will kill him.

"He feels like if he doesn't make the facts known now, he will never get the chance to do that because they've been trying to kill him," she said.

Kelly Nantel, spokeswoman for the department, declined to comment on Druce's allegations. She said Lonergan, who was put on leave during an internal investigation following the murder, [illegible] still [illegible] Baranowski.

A report released after an investigation into the murder by an independent [illegible] panel revealed that [illegible] the only guard on duty in Druce's area at the time of the killing. He was in a back room fixing his lunch when an inmate working in the area noticed "a head bobbing" inside Geoghan's cell, according to the report.

Druce's attorney said his client's frequent public [illegible] illustrate why he is mounting [illegible] sanity defense.

"This defense is one of a lack of criminal responsibility due to his mental state," said John LaChance, adding that his client is "manic and has a very explosive personality."

"His in-court behavior is reflective of his mental state," LaChance said.

Prosecutors have charged Druce with first-degree murder and have said he carefully plotted to kill Geoghan, who was serving a nine- to 10-year sentence for molesting a 10-year-old boy.

The hearing on a motion to dismiss the charges against Druce was continued until next Thursday. Defense attorneys are trying to get a copy of a videotape that correction officials say was "pirated" from their system and given to a reporter for the Boston Herald, which published photos from it earlier this week.

LaChance [illegible] poena the rep[illegible] story. Worcester [illegible] Judge Timothy [illegible] LaChance against [illegible] value that it doesn't deserve."

Prisoner Robert F[illegible]d, Darron Sherokow Jeffrey Erice and myself been stating this for 2 years but we can prove it. This is why the DOC has [illegible]ntally, Physically an sexually Tortured Us! Also all our Civ[illegible] Liberties has been cir[illegible]mvented, which are U[illegible]r and illegal! W[illegible] can prove this! Just [illegible] other Class Action lawsuit.

# Classification Report

**Name:** JORDAN RICE **Commitment#:** W65429

**Class Type:** Subsequent Hearing

## Board Recommendation:

**Date:** 20050816 **Level:** 5 **Site of Hearing:** OLD COLONY CORRECTIONAL NTER
**Institution:** OLD COLONY CORRECTIONAL **Vote:** 3-0
**Screen For:** CENTER **Chairperson:** Damiano,Maureen
**Board Member 1:** Motta,Donna
**Placement Site:** **Security Board Member** Fallon,Christopher

**Board's Rational:**

Based on the need for resolution of his appeal for his pending DDU placement. Subject as several documented enemies in the DOC and therefore current placement is appropriate.

**Review Date:** 20060216 **Reviewed By:**
**User(L,F,M,S):** Maureen Damiano C

| | | | | | | |
|---|---|---|---|---|---|---|
| **Advised of Recommendation** | **Yes** [X] | **No** [ ] | **Early Parole** | [ ] | **Work Cr** | [ ] |
| **Advised of Appeal Process** | **Yes** [X] | **No** [ ] | **Education Release** | [ ] | **PRA** | [ ] |
| **48 Hour Notification** | **Yes** [X] | **Waive** [ ] | **Work Release** | [ ] | **PRA Hou** | |
| | | | **Public Speaking** | [ ] | **Others** | |

## Classification Appeal

**Reason for appeal**

Classification appeal --Mr. Rice now appeals the Classification Board's recommendation o remain at OCCC and requests to be transferred to MCI Gardner because his civil liberit s are being circumvented here at OCCC in the same manner as at SBCC to make Rice look like a iar or unruly prisoner as set forth in the four supporting grounds: 1. Rice has been denied ccess to his DDU Hearling Results on D Report No 51050 to circumvent his appellate process b ause there is video evidence that directly contradicts the D report Guilty Findings. SBCC officials has told Mr Rice " he is going to DDU for filing complaints against the abus e officer and for filing lawsuits about his unconstitutional four year retaliatory confi ment in punitive segregation". Also CO Richard S Peterson stated to Rice "SBCC Officer's a himself (Peterson) were going to get away with mentally, physically and sexually tortu g Rice because his uncle is Assistant Deputy Commissioner John Marshall". Due to the vi tape evidence and refusal of results all this seems apparent. 2. Mr Rice feels he has bee assaulted twice by the 3pm-11pm shift officers at OCCC since August 5, 2005 to the pre t date. Rice feels OCCC officials are trying to provoke him to react so he looks like a ruly prisoner in there manipulation of the disciplinary process which has resulted in Rice ing all his priviledges until approximately 2007 and 35 months DDU sanction. This was done y SBCC officials to cut off Rice's access to the outside world so SBCC Officials could co inue their mental, physical and sexual torturing of Rice with immunity from the outside wor learning of it. 3. Rice isn't receiving his newspaper on a regular basis in attempt t incite him to lash out in frustration and appears as a unruly prisoner while incarcerat at OCCC.4. Rice is being didn't access to legal materials Rice has made several specified request that has gone unanswered. Rice feels this is being done to prohibit him from libigating his state civil litigation and his federal criminal habeas corpus currently presiding before jJustice Mark L Wolf. Furthermore Rice can't physically go to the Law Library due to his enemy situation. If he does physically go to the law library and is orced to exercise self defense against one of his enemies. The DOC will use this to portray ice as a unruly prisoner, which is there ultimate golf to continue covering up the mental,

# Classification Report

**Name:** JORDAN RICE **Commitment#:** W65429 **Institution:** OLD CO NY CORRECTI
**Commitment Date:** 19981020 **DOB:** 19730626 **Status:** ACTIVE **Unit/Cell/Bed:** SEGRE ION,G5,B
**Class Type:** Subsequent Hearing **Sec Level:** 5 **PE:** **Release Date :**

physical and sexual torturing of Rice along with how all his civil liberties has bee circumvented via unlwfully confining him in punitive segregation since June 18, 2001 the present date.Rice freely admits at one point, he wanted to remain at OCCC because he lt and thought he shared a positive relationship with the Brady Administration,et al, amd w e incarcerated at OCCC he could be very positive and productive prisoner, especially o of the SBCC abusive environment which would prove to the DOC hierarcy ie Comisioner Dennehy d Dir of Classification Diane Silva that removing Rice out the SBCC Abuse environment is i he best interest of Rice and the DOC because its the lack of leadership ability at the SBCCe ronment which is the problem and hence not Rice, perse. Furthermore Rice hoped being a posit e and productive prisoner at OCCC would led to the DOC Hierarcy removing Rice from the to e four year unconstitutional confinement in punitive segregation which is in violation of Bl ey v Commissioner, 374 Mass 337 (1978) and place him in the OCCC Protective Custody Unit t will be opening soon. Conclusion: Please transfer Rice to MCI Gardner so he can hopeful demonstrate he can be a positive and productive prisoner which he (Rice) wants to be. Such demonstrations can't be display at MCI Cedar Junction, SBCC or continued confinement punitive Segregation. Respectfully submitted...

## Superintendent/Designee Recommendation.

**Level:** 5 **Institution:** OLD COLONY CORRECTIONAL CENTER **Date:** 200508

**Screen For:** **Placement Site:** **Recommendation:** REMAI

**Reason/Condition**
Concur

**User(L,F,M,S):** Carol L Lawton

**Early Parole** [ ] **Work Crew** [ ] **Education Release** [ ] **Work Release** [

**Public Speaking** [ ] **PRA** [ ] **PRA Hours** **Others**

## Superintendent/Designee Appeal Decision.

**Superintendent/Designee:** **Date:** **Decision:**

Jordan M. Rice -W65 9
1 Administration Ro[illegible]
Bridgewater, Ma. 02[illegible]4

Nancy A. White, General Counsel
Department of Correction, Legal Division
70 Franklin St., Suite #600
Boston, Ma. 02110-1300

Re: FIPA Request

Dear Madam,

Hello, please consider this a request pursuant to the Fair Information Practices Act (FIPA), G.L. c. 66A, and pursuant to G.L. c. 66 §10 and G.L. c. 4, §7, c. 26, that you make availab[le] to me the following:

Telephone Records

1. Any and all call Detail Records of Jordan M. Rice from July 28, 2004 thru [Au]gust 5, 2005, both personal and attorney calls from Souza-Baranowski Correctional Center (SBCC)

Video Tapes

2. Any and all unit video tape evidence from Old Colony Correctional Center ([OC]CC) entered into evidence on D-Report No. 38853 (dated June 23, 2004, which depicts C/O John [Ke]yes assaulting Rice and contradicts the D-Reports guilty finding of Rice assaulting Keyes.

3. Any and all M-3 Segregation Unit Video tape from SBCC on Oct. 3, 2004 ([ti]me from 8:25am thru 8:45am) which depicts C/O Joseph Ayala assaulting Rice via slamming Rice's [fin]gers in the cell door slot.

4. Any and all M-3 Segregational Unit Video tape from SBCC on Oct. 3, 20[illegible]

(time from 12:00pm thru 12:30pm), which depicts C/o Joseph Ayala throwing Rice's med[illegible] on at him and assaulting him.

5. Any and all M-3 Segregational Unit Video tape evidence from SBCC D-R[illegible]ort No(s). 47301 and 47302 (dated Nov. 23, 2004), which depicts C/o Marc P. Ellis attempt[illegible], to assault Mr. Rice via slamming his hand in the cell door slot.

6. Any and all camcorder video tape evidence from D-Report No(s). 47031 and [illegible]032 (dated Nov. 23, 2004) capture by IPS C/o Jeffrey Cardin.

7. Any and all M-3 Segregational Unit Video tape from SBCC on Nov. 26, 200[illegible] time from 1:45pm thru 2:05pm which depicts then Sgt. James R. Hart opening Rice's cell door s[illegible] and assaulting him via spitting on him (Rice) through the cell door slot.

8. Any and all M-3 Segregational Unit Video tape from SBCC D-Report No(s). [illegible]8617 and 48628 (time from 3:45pm thru 4:05pm) (Reports dated Dec. 22, 2004) which depicts C/o An[illegible]my Pacheco unlawfully seizing magazines and other items from Rice's cell and assaulting Rice [illegible]a pushing him into his cell striking his (Rice) head and back on the metal frame of the cell b[illegible]

9. Any and all camcorder video tape evidence from D-Report No(s). 48617 a[illegible] 48628 (Dated Dec. 22, 2004) capture by SBCC IPS C/o David Shaw

10. Any and all L-3 Segregational Unit Video tape from SBCC entered into evidenc[illegible] on D-Report No(s). 51050 and 51051 (dated Feb. 7, 2005) which contradicts both said D-Repor[illegible] and the guilty finding of 35 months DDU sanction and depicts Rice not refusing to cuff up. Sgt. [illegible]ter Paladeau never coming to speak with Rice and Rice not resisting while walking back to his [illegible]ll. All which Paladeau and C/o Marc P. Ellis frivolous claimed to cover up the physical and sex[illegible] assaults of Rice.

11. Any and all camcorder video tape evidence from D-Report No(s) : 050 and 51051 (dated Feb. 7, 2005) capture by SBCC C/O Richard S. Peterson.

12. Any and all L-3 Segregational Unit Video tape from SBCC on April 21, [illegible]05 (time from 12pm thru 3pm) which depicts Lt. James R. Hart unprovoking terminating Rice[illegible] telephone call and assaulting him with the telephone receiver via pulling the telephone lin[illegible] out of Rice's cell door slot causing the telephone receiver to violently striking Rice in the head

13. Any and all L-3 Segregational Unit Video tape from SBCC on April 22, [illegible] which depicts C/O Wayne Martin reading Rice's Sick Call Slips and assaulting Rice with the said [illegible]lip" via throwing them at Rice striking him in the penis. This video tape is related to O.I.S. Intake No. 3215 and Retaliatory D-Report No. 61032.

14. Any and all L-3 Segregational Unit Video tape from SBCC on April 29, [illegible]005 (time from 3:00pm thru 4:30pm) which depicts C/O Andrew Burns physically assaulting Rice [illegible]n the way to the shower, physically assaulting Rice while secured in the shower via spitt[illegible] on him and kicking his cosmetic box and Sexually assaulting Rice while escorting Rice [illegible]ck from the shower and while securing him in his cell.

15. Any and all N-SMU (Segregational Unit) corridor from SBCC on April 29, [illegible]05 (time from 3:00pm thru 4:30pm) which depicts C/O Richard S. Peterson slamming Rice [illegible] the ground while returning from the prison hospital in reprisal of Rice reporting C/O B[illegible]s sexual assault of him the day prior.

16. Any and all L-3 Segregational Unit Video tape on May 2, 2005 whic[illegible] depicts C/O Anthony Pacheco and C/O Andrew Burns unprovokely physically assaul[illegible]ng and attempting to rape Rice via sticking his fingers in Rice's anal cavity.

## Photographs

17. Any and all photographs taking by the SBCC Inner Perimeter Sec[illegible]ity (IPS) Department of a milk carton on Feb. 8, 2005 for D-Report No. 51093

18. Any and all photographs taking by the SBCC IPS Department of a [illegible] on Rice's head as a result of Sgt. James R. Hart assaulting Rice with a telephone rece[illegible]r. The picture's were taking on April 21, 2005 the day of the assault.

## Incident Reports

19. Any and all incident reports filed pursuant to conversations with Rice b[illegible]

(A) SBCC Mental Health Clinician John Bealing [Sic]

(B) SBCC Mental Health Clinician Cristyn DeMarchant

(C) SBCC Mental Health Clinician Judy Garofalo

(D) SBCC Mental Health Clinician Caroline Grey

(E) SBCC Mental Health Clinician Kerry Hallewickie

(F) OCCC Mental Health Clinician Marci Ide

(G) OCCC Mental Health Clinician Ms. Kramer - First name unk[illegible]wn to Rice

(H) SBCC Mental Health Clinician Douglas Smith

(I) SBCC Mental Health Clinician Noel Tomaino

(J) SBCC Mental Health Clinician John Reino

(K) SBCC Mental Health Clinician Doris Ryan

(L) SBCC Mental Health Clinician Lauren Weisman

## Medical Records

20. Any and all Legal Documents SBCC Mental Health Department filed with the Courts to set Rice up to be sent to Bridgewater State Hospital (BSH) on January 7, 2005.

21. Any and all final evaluation reports and/or other related documents d[illegible]ring Rice mentally sane and fit to be discharged from BSH on Feb. 3, 2005.

## DDU D-Report Results

22. Copy of DDU D-Report results for D-Report No. 51050, which Rice has been denied access to by DOC Officials to circumvent his appellate proce[illegible].

## Audio Tape

23. Any and all Audio Tape from DDU D-Report No. 51050 Hear[illegible]g conducted on July 27, 2005

24. Any and all Audio Tape from DDU D-Report No. 51051 Heari[illegible]g conducted on July 27, 2005

## Investigative Reports

25. Any and all Investigative Reports from OCCC where Rice meritoriously claimed c/o John Keyes assaulted him on June 22, 2004

26. Any and all Investigative Reports from SBCC where Rice meritoriously claimed c/o Joseph Ayala twice assaulted him on Oct. 3, 2004.

27. Any and all Investigative Reports from SBCC where Rice meritoriously claimed c/o Marc P. Ellis attempted to assault him on Nov. 23, 2004

28. Any and all Investigative Reports from SBCC where Rice meritoriously claimed then Sgt. James R. Hart assaulted him on Nov. 26, 2004.

29. Any and all Investigative Reports from SBCC where Rice meritoriously claimed c/o Anthony Pacheco assaulted him on Dec. 22, 2004.

30. Any and all Investigative Reports from SBCC where Rice meritoriously claimed Sgt. James R. Hart assaulted him on April 21, 2005

31. Any and all Investigative Reports from SBCC where Rice meritoriously claimed c/o Andrew Burns physically and sexually assaulted him on April 28, 2005.

32. Any and all Investigative Reports from SBCC where Rice meritoriously claimed c/o Richard S. Peterson assaulted him on April 29, 2005.

33. Any and all Investigative Reports from SBCC where Rice meritoriously claimed c/o Andrew Burns and c/o Anthony Pacheco physically assaulted him and attempted to rape him on May 2, 2005.

## Question To Be Answered In Writing

34. Is SBCC C/O Richard S. Peterson the nephew of Assistant Deputy Commissioner John Marshall? Reason being Peterson has repeatedly told Rice th[illegible] "he (Peterson) will see to it that SBCC Officer's get away with torturing Rice bec[illegible] [illegible] Marshall is his uncle." To date SBCC Officer's has tortured Rice with immunit[illegible] from punishment. In Rice has been repeatedly punished in reprisal for exercising his Sta[illegible] and Federal Constitutional Rights of Freedom to Speech in regards to the Mental, Physical [illegible] d Sexual Torturing of him.

35. Was SBCC C/O Andrew Burns ever employed at MCI Cedar June[illegible] in DDU Unit? Reason being Burns has told Rice that "he is going to DDU for speaking [illegible] t against officers and while Rice is there he will learn a good lesson about speaking out [illegible] gainst officers and that he (Burns) will see to it because he use to work at DDU and has num[illegible] us friends there that are officers working in DDU!"

## Home Address and Phone Number

36. To furnish Rice with the Home Address and Phone Number [illegible] Former SBCC Mental Health Clinician Lauren Weisman? Reason being Ms. W[illegible] nan has related that SBCC Officials forced her to file a bogus incident report agains[illegible] Rice to aid them in the Feb. 7, 2005 physical and sexual assault of Rice, whic[illegible] s one of the reasons Ms. Weisman allegedly resigned from the SBCC Mental He[illegible] h Department. Rice is referring to Incident Report No. 146399

Enclosed are the appropriate release forms, i.e., CORI and Application To Review Evaluative Information. Pursuant to c.66, §10. I am requesting that you provide me with a copy of all the above requested materials within 10 days of receipt of this request.

Thank you for your cooperation in this matter.

Respectfully Submitted,

x[signature]

Jordan M. Rice

Dated: August 22, 2005 A.D

CC: Greta Janusz, Rice Family Attorney
Media Personnel Members
Enclosed