Jordan M. Rice - W[...]5429
1 Administration R[...]
Bridgewater, Ma. 0[...]524

Mark L. Wolf, Justice
1 Courthouse Way, Suite #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed a copy of a "Order To Show Cause And Temporary Rest[raining] Order" that you never received due to SBCC Officer's committing the State and Federal [cr]ime of censoring my mail. I originally placed this said "Motion" in the mail on Aug. 2, 200[5] and I [...] the court never received it due to the motion not appearing on the Docket Sheet for[...]ed to my attention by your clerk pursuant to my request.

Also enclosed is a copy of my DOU Appeal because I want to demonstrate to this co[urt] how the DOC has repeatedly manipulated the disciplinary process against me to cut of my access t[o the] outside world so No one learns of the Mental, Physical and Sexual Torturing of me, which is in [repri]sal of me speaking out about SBCC Officer's role in the murder of Prisoner John Geoghan at the h[and]s of Prisoner Joseph Druce! Every time I speak out I am issued D-Reports despite video evidence (See E[xhi]bit No. 1). All my Civil Liberties has been unconstitutionally restricted by DOC officials (See Exhibi[t] No. 2). Attorney McCann's relative, SBCC Lieutenant McCann, has been instrumental [in] covering up the said "Torturing" of me, which is why I should be GRANTED new counsel.

Signed under the pains and penalties of perjury.

Jordan M. Rice