# Affidavit

## Of

# Jordan M. Rice

This Affidavit is **49 PAGES** long and is a true testament!

Jordan M. Rice
SBCC
P.O. Box 8000
Shirley, Ma. 01464

# Affidavit Of Jordan M. Rice - PAGE 1 of [...]

Jordan Martell Rice declares under penalty of perjury:

1. I make this affidavit to inform Public Officials, Media Me[...]ers, My Supportive Friends, and My Family Members aware of my plight. In the event [...] my death and/or I am in a physical condition that prohibits me from communicating, refer to [...] his affidavit because the Department of Correction has and currently still is attempt[...] to get me murdered thru the Classification Process, due to the fact I can implicate the [...] Officers in the murder of Inmate John Geoghan.

2. On Oct. 30, 1998 I was sentence to Life without the possibility [...] parole for First Degree Murder and 19-20 years running concurrently for Arson. Then I was t[...] sferred to MCI Concord, where I was placed in segregation for my own protection due to m[...] nemy issues.

3. I will now explain my enemy issues. I testified against 7 high rank[...] Gang member's in the very high profiled murder trials of the rising Rapper/R&B Star nam[...] Chris Bender, which gained me national attention. These 7 high ranking gang member's a[...] Steven Fernandes, Ernest Fernandes, Charles Dyous, Eroy Kindelle, Karl Moore, Timothy [...] ss and Kevin Bynum. These 7 guys and there Friends has vowed to Kill me and has placed a "Hit" o[...] y life, for breaking the Gang Code of Silence

4. I was held in MCI Concord's segregation from Oct. 1998 to Dec. [...] 98. During this time my Former Trial Attorney, My Family and I repeatedly informed th[...] ntire Department of Correction (DOC) of my situation but they simply refused to investigat[...] I was ostracized by MCI Concord Officer's for my Family and I expressing my safety [...] oncerns. Also Officer's recruited inmates to harass me too. Please note, the abuse of inmates [...] th Protective Custody issue's at MCI Concord has been duly expose by the media.

<u>PAGE 2 of 47</u>

5. In Dec. of 1998 I was transferred to MCI Cedar Junction (Walpole). Here too I attempted to inform Correctional Officials of my safety concerns and met the same fate but it was harsher abuse. Officer prompted inmates to throw urine and feces on me. And this was only a small part of the Mental and Physical torture of me.

6. Finally MCI Cedar Junction Case Worker Thomas Connelly interviewed me about my enemy issue. It was discovered that two of my enemies (Ernest Fernandes and Ernest Benjamin) were on the next tier beside my tier, which was very close proximity of me. This interview was only in response of my Family and I writing complaint letter to the Governor and Secretary of Public Safety at the time.

7. Due to the DOC's failure to protect me, I was coerced into giving Ernest Fernandes a affidavit stating "I lied in the Bender Murder." Only when the DA learned of this in January of 2000, did they want to protect me.

8. On March 1, 2000 I was transferred to the Protective Custody Unit at MCI Concord. This was after being held in Punitive Segregation for 18 months on Protective Custody Statuts, which is in violation of Blaney V. Commissioner, 374 Mass 3 (1978).

9. At MCI Concord there was a Inmate Monarchy System established %Cosmo Bisazza. This system of using Protective Custody (P.C.) Inmates to do his dirty work against other P.C. Inmates has to been exposed by the media only in the wake of the Geoghan Murder.

(A) %Bisazza asked me to be a member of his monarchy system and to be a member I would have to physically assault Inmate Ronald Cumins [sic] days before his parole hearing for his Second Degree Murder Charge because %Bisazza wanted to insure Mr. Cumins [sic] didn't gain parole. Due to the fact, Mr. Cumins [sic] and his family spoke out about %Bisazza's intimidation dictatorship tactics. Those tactics led to Mr. Geoghan being murdered!

<u>PAGE 3 of 47</u>

10. Once I refused this offer, I became the enemy too and I was harassed by %Bizzia's gang of Officers and inmates. These Officers were Theodore, McLaughlin, Dennis Szatas, Sgt. Sheperd, %Charles Healy and many other officers. The inmates were Miguel Rosario, Gene Jensen (Aka Q·Tip), David Carbal, Keith Parkinson, William Jordan, Niles Gettles, and David Silva.

11. %Bizzzia's top inmate Miguel Rosario and I had a fight. This was Mr. Rosario's second fight. His first fight, he (Rosario) and Gene Jensen (Aka Q·Tip) both assaulted another inmate for %Bizzza.

    (A) Please note, I was the only inmate subjected to harassment prompted by %Bizzza. There was inmates: Lewis Lent, Louis Pena, Ronald Cummins [aka], and many other inmates.

12. On June 18, 2001 another member of %Bizzzza's monarchy system attempted to attack me. Inmate Keith Parkinson attempted to cut me with a razor and I was forced to defend myself accordingly. This fact of Mr. Parkinson being the aggressor is clearly outlined in the D·Report, which my Family has a copy of. Also Mr. Parkinson was a self·proclaimed Neo·Nazi. Please note, I am of African·American descent.

13. On June 25, 2001 I was transferred to Souza·Baranowski Correctional Center (SBCC) and immediately placed in segregation due to my enemy situation. Mr. Parkins was allowed to remain at MCI Concord because he was a member of %Bizzza's Monarchy System, which was knowingly imbraced and protected by the entire MCI Concord Administration.

14. I was unlawfully held in segregation from June of 2001 to April of 2003. There I was mentally and physically tortured for my cooperation in the Bender Murder, being a P.C. Inmate and my Family and I speaking out to Public Officials about losing my Protective Custody Status. Simply the DOC hates inmates who speak out about there unlawful abuse.

## PAGE 4 of 47

The torture of me began on Aug. 18, 2001 when c/o Steve Servivas assaulted me with a mop and to cover up this assault. c/o Servivas issued me a bogus D-Report (No. 01-2??). This assault of me was Captured On Institutional Video (COIV).

(A) Please note from this point on, when you see the following initial in parentheses (COIV) after each paragraph means the incident was Capture On Institutional Video.

15. I was harassed by the following SBCC Officers: Sgt. James Daigle, c/o ??ary Jackson, c/o Marc P. Ellis, c/o Charles Bernard, c/o Robert Bassett, c/o Scott Nelson, S?. Joel Mallet, c/o Richard Kelly, Sgt. Edward Hammond, c/o Matthew Shehan [sic], c/o Dick?? ?t, Lt. Scott Tibert, Sgt. Kenneth Arsenault, c/o Kennedy, c/o Christopher Girouard, c/o ?ey Drake, c/o O'Malley, c/o Gallagher, ? Sgt. Stein and many more officers.

16. Sgt. Hammond gave inmate Kevin Walker special privileges for harassing ?. In January of 2002 Sgt. Hammond ordered his officer's not to give me the telephone. I w? forced to have another inmate call my family to check on my gravely ill Father, who would p?? away several months later.

17. Sgt. Hammond issued me a D-Report (No. 02-0103) for having another inmate ??ck on my gravely ill Father. This inmate was Dennis Taylor. c/o Richard Kelly sanctioned my t? phone privilege for 6 months on the Sgt. Hammonds D-Report. Also I received 12 months lo? of telephone privilege on Sgt. Kenneth Arsenaults D-Report, which was in retaliation of me ? aking out about c/o Marc P. Ellis assaulting me. Sgt. Arsenault had me confined in the hos? cal Segregational unit without any hygiene items until I gave a written notes stating ? lied about c/o Ellis assaulting me, which was captured on institutional video. In fact S??? ?c Officials only removed me out the hospital in response of my Attorney (Donald Thre? ?) coming to visit me! This was in January of 2002. Furthermore I was repeatedly punis? ? thru the disciplinary process for speaking out.

18. In or about April of 2003 I was placed in the P.C. unit (PCU) at SBCC after being unlawfully held in segregation for 23 months on P.C. Status, which is in violation of the Blaney V. Commissioner "Decision".

19. On June 20, 2003 SBCC Director of Classification Michael L Rodrigues supported the classification Boards Recommendation let me remain at SBCC-PCU, which just confirmed the Classification Boards decision on June 16, 2003.

20. On Aug. 1, 2003 the now infamous inmate Joseph Druce and I had a physical altercation in the gym. (COIV)

21. On Aug. 6, 2003 Mr. Druce and I both plead guilty for our Aug. 2003 fight. SBCC Sgt. Tod Maillet issued me 30 days Isolation and 6 months loss of Telephone privileges but Mr. Druce only received 15 days isolation. He Druce was the instigator of the fight.

22. On Aug. 22, 2003 at approx. 1:00pm Mr. Druce was released from segregation and return to the SBCC-PCU. On Aug. 23, 2003 at approx. 12:00 pm Mr. Druce murdered from Priest Inmate John J. Geoghan. (COIV)

23. After Mr. Druce murdered Mr. Geoghan. Then Mr. Druce confessed that he hates Gay's, Jews and Minorities. Mr. Druce further confessed that having a fight with me was part of his sinister plan murder Mr. Geoghan.

24. On or about Sept. 8, 2003 at approx. 1:00pm I completed my 30 days of isolation and was released from segregation to SBCC-PCU. After being released from segregation I complained about the partial punishment rendered from Sgt. Maillet to Commissioner Kathleen Dennehy and Former SBCC Superintendent Edward Ficco but my request to modify the sanction of 180 days loss of Telephone privileges was ignored.

<u>PAGE 6 of 47</u>

25. Then C/O Joseph Ayala informed me to "shut the fuck up because Sgt. Hammond and C/O Cardin the DOC has enough problems". To insure P.C. inmates were quiet Former SBCC Superintendent Edward Ficco gave two Puerto Rican inmates (Namely Johnny Rivera) lo x Black and White T.V.'s to keep other inmates silent. Also the SBCC Administration attempt s to force other inmates and myself to speaking with inmate Robert Assed because Mr. Assed psed how he forewarned Sgt. Edward Hammond and C/O Jeffrey Cardin of Inmate Joseph i cce's plan to murder Inmate John Geoghan earlier ~~took~~ before murder took place.

26. The only other inmate to receive a T.V. was Mr. Darren Sherokaw ·W8137 | Mr. Sherokaw wasn't a enforcer like the Hispanic inmates. Simply, Mr. Sherokaw person witnessed C/O Lonegan [sic] nod his head to Inmate Druce to go in and murder Mr. G ghan only seconds before the murder.

27. On or about September 25, 2003 I wrote Former Superintendent Ficco an SBCC IPS Department making them aware that C/O Ayala placed a hit on me, to be carried by Inmate Rivera and that Inmate Rivera threaten to physically assaulted in the visiting om on Sept. 27, 2003 but these letter's were ignored.

28. Inmates Darren Sherokaw and Robert Assed ~~witnessed~~ witnessed C/O Ayala cruit Inmate Rivera to place a hit on me.

29. On or about Sept. 27, 2003 I was being escorted to the visiting room by C/O Sgt. Peter and I informed him Inmate Rivera planned to assault me after the vi

30. For the whole duration of the visit Mr. Rivers and myself were in the no cntable visiting area. On or about Sept. 28, 2003 IPS C/O Todd Smith interviewed both Mr. R ya and I. C/O Smith wasn't there to investigate the threats made against my life. In fact was only there to have both of us sign "Institutional Waiver Forms", which only relic s

<u>PAGE 7 OF 47</u>

the DOC from responsibility if we had a physical altercation with grave injury.

31. I refused to sign the said "Form" and C/o Smith placed me in segregation without committing any disciplinary infraction.

32. On or about Sept. 24, 2003 I was informed by Segregational Case Worker James Mitchel that he was going to be reclassifing me to MCI Cedar Junction for refusing to sign the said "Form". Later that same day I received an "Institutional Classification Status Sheet" that was marked "to be classified to another institution".

33. On or about Oct. 3, 2003 IPS·Lieutenant Stephen Gatewood informed me that the situation with Inmate Rivers was straighten out and if I signed the said "Form," I would be immediately returned to SBCC-PCU.

34. Out of distress I signed the said "Form" because I have enemies at MCI Cedar Junction and after I did sign the said "Form" I was immediately placed back in the SBCC-PCU on Oct. 3, 2003.

35. On or about Oct. 4, 2003 inmate Rivers threaten to stab me, which was prompted by C/o Joseph Ayala. I wrote Former Superintendent Ficco about this threat on my life prompted by C/o Ayala, which Inmates Robert Assad, Darren Sharokow and numerous other inmates in the PCU over heard.

36. On Oct. 7, 2003 I was retaliatory placed in punitive segregation for simply informing Superintendent Ficco about Inmate Rivers and C/o Ayala's plot against me. Inmate Rivers was never placed in punitive segregation for any of his threats made against me simply because he (Rivers) was the Ficco Administration de facto "Enforcer" to keep inmates quiet.

<u>PAGE 8 of 47</u>

37. In fact Mr. Rivers did such a great job of keeping other P.C. I. mates quiet about the DOC's vast cover up in the Geoghan Murder, the DOC rewarded his with a lower security transfer to MCI Bay State

38. Three days after I was placed in segregation, on Oct. 10, 2003 I was classified for out of state transfer in retaliation for exercising my First Amendment Rights about Ayala putting an hit on him, which was to be carried out by Inmate Rivers. Much later I ald receive a retaliatory Disciplinary D Report for exercising my First Amendment Rights in the matter.

39. Three major factors substantiate this claim:

(A) During the Classification Hearing on Oct. 10, 2003 SBCC Caseworker Eileen Simms, who was a member of the classification board stated to me "Your being classified for an out of state transfer for filing complaints against "Ayala". I quoted her statement in my classification appeal, which has been made part of the record in Rice V. Dennehy, DKT. No. 1-741

(B) A investigation into this meritorious claim was initiated or in response of a complaint letter dated Nov. 15, 2003 I addressed to the Dept. of Mental Health in regards to this matter. Therefore the Oct. 10, 2003 decision was in reprisal for me speaking out.

(C) I have a letter dated January 13, 2004 addressed to my attention from Commissioner Kathleen Dennehy in which she clearly admits in her own words that I was retaliatory classified out of state for speaking out about "Ayala placing a hit on me. this Document too has been made apart of the record in Rice V. Dennehy, DKT. No. 04  41

40. While I was being held in segregation at SBCC, I was gravely harassed cause the DOC employs an unlawful system called "Honoring a Brother Officer". This system works as follows "once any inmate makes a complaint against any Correctional Officer, the omplaining

PAGE 9 of 47

inmate is harassed by numerous officer's in numerous ways (such as issuing false D-Reports, classified to higher security or out of state, tampering with an inmates food, destroy an inmates property and much more). This makes the inmate, appear to be the little boy who cried wolf to the outside world and officer's will do the most outrageous acts so no one will believe the inmate. Officers do the most outrageous things because they can'. It is a very well calculated and intelligent system of Inmate Harassment.

41. For speaking out about C/o Ayala's abuse of me. C/o Ronald W. Suprenant gravely abused me as followed' twice urinated on my bed sheets, twice physically assaulted me, left feces in my pillow case, wrote Nigger Lover across the picture of my white Female friends, left feces on my tooth brush, destroyed my personal property, tampered with my meals, unlawfully seized non contraband items from my cell, seized my legal documents, censored my incoming mail, destroyed my legal documents, falsely informed my fellow inmates that I was an Child Molester, numerous times racially discriminated against me via calling me racist slur's, sexually assaulted me by inappropriately touching my buttock, left saliva on my mattress (the after effect was witness by Former SBCC Mental Health Caroline Gray), denied me access to the telephone and maliciously cancelled my call.

42. Other SBCC Officer's harassed me in retaliation of exercising my Freedom of Speech Rights about C/o Suprenant's abuse and for my name appearing in Boston Globe's writer Thomas Farragher's Dec. 7, 2003 article on the DOC.

43. These officers are' Cpt. Scott D. Harvardy, Sgt. Joel Maillet, C/o Richard Kelley, Sgt. Edmond Pavis, C/o Michael Pierce, Sgt. James R. Hart, C/o Mark Crawford, C/o Matthew Palfrey, C/o Scott Nelson, C/o MacPherson, C/o Robert Bossett, C/o John Lavoie, C/o Gallo, Cpt. Ryan, Sgt. Terrence Fourgere, C/o Richard S. Peterson, C/o Anthony Pacheco, C/o Michael Kasperzak, Sgt. Lawrence Amblo, sgt. Peter Pelsdeau, C/o Mosher, C/o Craig Daniels, C/o Whaley, Sgt. Crowley and C/o Donnie Savoy

44. These above officers harassed me in the following manner: denied me access to the

<u>PAGE 10 of 47</u>

telephone, maliciously ransacked my cell, poisoned my meals, falsely informed my fellow inmates that I was a child molester along with being a institutional informant, threaten my life about speaking out against officer's, turned off my cell water, intentionally left my cell light on via computer, unlawfully seized non-contraband items from my cell, urinated on my clean laundry, denied me access to my canteen, denied me access to hygiene items, called me racist slurs and issued me bogus D-Reports in retaliation of speaking out about SBCC Officer's abusing me.

45. I preserved DNA samples from *Ronald W. Supernant and challenged in writing both Governor Mitt Romney and Public Safety Secretary Edward Flynn to DNA test the sample because the DOC continues to harbor the frivolous excuse that I am fabricating stories against their Abusive Officer's and DNA testing would of proven *Supernant's Malfeasance Behavior but this challenge went unanswered.

46. On January 8, 2004 I was transferred to Old Colony Correctional Center (OCCC) in Bridgewater, Massachusetts to await out of state transfer, where I was placed in segregation at Classification Director Diane Silva's direction. This was after being unlawfully held in SBCC segregation for 4 months on Protective Custody Status in violation Blaney Decision.

47. By transferring me to OCCC, the DOC attempted to get me seriously injured, killed or force me to kill someone in defense of my own life because I had three listed enemies at OCCC and the DOC was well aware of these enemies well in advance to my transfer, to OCCC.

48. Two of these enemies are Eroy Kindell and Timothy Lucas, who are on my enemy listed because I testified against them in the Bender Murder Trials as outlined in paragraph No. 3. The other enemy is Germaine Celeste, who is on my enemy list because he killed my cousin in retaliation of me breaking the Gang Code of Silence. Please note, Mr. Celeste is a Ranking member in the same gang as all the 7 highly ranking underworld figures I testified against.

PAGE 11 OF 47

49. In fact the entire time I was incarcerated at OCCC, I was unable to go the lawlibrary because Mr. Celeste was employed there along with other underworld figures. The only time Mr. Celeste wasn't employed at the library was from March 3, 2004 to May 12, because he was housed on the same tier with me in segregation, where he numerous times verbally threaten my life. This further proves the DOC is attempting to have me murdered through the Classification System.

50. From January 8, 2004 to May 3, 2004 I was at OCCC harassment free. Until on May 3, 2004 I served the DOC with my lawsuit (Rice V. Dennehy, DKT. No. 04-741) is in Middlesex Superior Court for Retaliatory Classification and other Civil Rights Violations.

51. I was harassed by the following OCCC Officer's: Lt. Ronald Gendron, Sgt. Manuel Cardoso, Lt. Naomi Lyman, C/o John Keyes, C/o Steve Chiappinni, C/o Vieira, C/o Moreira, C/o Mirenda, Cpl. Ayala and numerous other officers. I was harassed in numerous ways, which was in retaliation of my lawsuit.

52. On June 1, 2004 SBCC Sgt. Edward Hammond issued me a Disciplinary Report (D-Report) alleging I fabricated a story in regards to C/o Ayala placing a hit on me but his D-Report was in retaliation of me filing my lawsuit. Here are the factors that substantiate this claim

(A) The investigation was conducted by the Office of Investigative Services namely Sgt. Mark McCaw and Sgt. Tina Goins, whoms office is located in the same Building as Commissioner Dennehy or Public Safety Secretary Edward Flynn

(B) Sgt. Edward Hammond is a SBCC Inner Perimeter Security Officer and had nothing to do with the investigation in this matter.

PAGE 12 of 47

(C) The investigation was concluded by Sgt. McCaw and Sgt. G.... on March 11, 2004, which they claimed my meritorious allegations were "Unfounded". Th... out come isn't suprising giving the fact that the DOC can't police themselve. This fact.. is clear because Deputy Commissioner James Bender outlined this in a letter to me da... 1 March 11, 2004, which has been made part of the record in Race V. Dennehy, DKT.1 04-741.

(D) Pursuant to 103 CMR 430.08(6): <u>Detection and Reporting</u> : <u>Disciplinary Offenses</u>: Sgt. McCaw or Sgt. Goins had "reason to believe that a disciplina... offense has been committed by [myself, they both had ], within 24 Hours, write a disciplinar... eport and file it with the Shift Commander or other person designated by the Superintendent". ...ch time expired on March 12, 2004 and it is fair to say either of them felt I fabrica... a story!

(F) Therefore SBCC Sgt. Hammond had no jurisdiction to issue the D-... part on June 2, 2004, which was 82 days after Sgt. McCaw and Sgt. Goins completed the... investigation on March 11, 2004.

(G) Sgt. Hammond was only returning the favor to C/o Ayele by "Hon...ing a Brother Officer", because C/o Ayele was only "Honoring a Brother Officer", who was S...Hammond, by placing a hit on me for speaking out about receiving the harsher sanctions for my figh...ith Inmate Joseph Druce and the DOC vast cover up.

(H) Sgt. Hammond is the same Sgt. Edward Hammond that Inmate Ro...t Assad forewarned Inmate Joseph Druce planned to murder Inmate John Geoghan but the ...OC branded Mr. Assad a "liar" with their smear campaign in the press. I will addr... this fact later in this affidavit.

53. My Family and I bought these facts to the attention of Governor M...t Romney and Secretary Edward Flynn and the D-Report was promptly "Dismissed" on ...ase

<u>PAGE 13 OF 47</u>

grounds. This Fact informed OCCC & Officers passion to further harass me.

54. On June 21, 2004 OCCC C/O John Keyes placed some type of chemical agent in my Food which caused me to vomit blood repeatedly.

55. On June 22, 2004 at approximately 1:56pm I was placed in segregational holding cage because I had a hospital appointment due to my vomitting blood. C/O Keyes assaulted me with bodily harm. C/O Keyes had ulterior motives for me not being physically examined by a Medical personnel.

56. Approximately 10 minutes later, while still in the said "Cage", I informed Mental Health Clinician Marci Ide that " C/O Keyes assaulted me and C/O Keyes requested an inmate to manufacture an weapon to plant in my cell".

57. Ms. Ide informed me " She would file a incident report, which she did later that same day on the 3pm-11pm Shift. See Incident Report No. 85078. Also Mental Health Clinician Ms. Kramer personally witnessed OCCC Officer's abusing me.

58. C/O Keyes was off the next two days June 23 (Wednesday) and June 24 (Thursday) of 2004 because Wednesday's and Thursday's are his day's off.

59. On June 23, 2004 C/O Keyes days off, Lt. Naomi Lyman issued me a D-Report (No. 38853) For assaulting C/O Keyes on June 22, 2004. Clearly this D-Report was a transparent cover-up of C/O Keyes assaulting me and to punish me for speaking out about the assault, because had I assaulted C/O Keyes, then he (Keyes) would of authored a D-Report on June 22, 2004.

60. On July 27, 2004 I was found Guilty of assaulting C/O Keyes, despite Video tape evidence depicting C/O Keyes assaulting me and me not assaulting him.

<u>PAGE 14 of 47</u>

61. On July 28, 2004 less than 24 Hours after I was previously found guilty of assaulting C/o Keyes and before I could file an appeal, I was transferred back to CC. I was held in segregation at OCCC for 7 months on Protective Custody Status, which as in Violation of the Blaney Decision.

62. My transfer back to SBCC was no regular transfer. The Officer's (M. ael Smith and C/o Butler), who transported me, were't transportation Officer's. In fact ey were OCCC Officer's. I was transported in a car by myself. If this was a regular t sfer.

(A) I would of been transported by two transportation Officer's.

(B) Instead of a car, I would of been transported in a van with mult mates.

63. While in route to SBCC C/o Smith pulled the car over into a rest stop area the town of Devens. Then C/o Smith exitted the drivers side of the car and came aroun he back passenger's door where I was seated.

64. C/o Smith opened the door where I was seated and grabbed me with one nd and pulled a black pistol out with the other hand, placing his gun to my head. Ther 'Smith stated to me "Do you like to assault Officer's'. I could kill you and set it up to look lik ou tried to escape."

65. C/o Butler was in the passenger seat laughing and saying "Ys, do it, Yz, do it Then C/o Smith jabbed me in the ribs a couple of times before getting back in the drivers seat nd continuing to SBCC.

66. Upon arrival at SBCC I immediately informed Mental Health Clinician rystyn De Merchant of how C/o Smith assaulted me, which she filed a incident report in regards o.

<u>PAGE 15 OF 47</u>

I would later be giving a D-Report in regards to speaking out via filing a grievance       on about this assault and I will outline that later in this affidavit.

67. After I filed a grievance form about the assault of me by $4^o$ Smith   SBCC Officer's gravely Mentally and Physically abused me. I will now outline a few   of these incidents but I can't outline them all.

68. On ~~May 9, 2004~~ August 9, 2004 $4^o$ Joseph Ayala snatched the telephone from me and   mmed the cell door slit in my face, which caused me to have a Black Eye (COIV). Please note   is is the same $4^o$ Ayala who placed the hit on me and this was only the beginning of $4^o$ Ayala's retaliatory mental and physical abuse of me that numerous segregational inmates witnessed  namely Philip Rise and Brandon Sweeney.

69. On ~~August 27, 2004~~ August 27, 2004 Officer's stole from my cosmetic box my razors, s   is and Finger nail Clipper's. On July 30, 2004 an Officer placed a used single state issued o   ye razor in my cosmetic box. This wasn't my razor because I purchased from canteen dual   bladed Blue Razors. Officer's has been attempting to infect me with an infectious disease   ch as Hepatitis or HIV and this plot is still ongoing because on March 18, 2005 SBC   Officer's again tampered with my razors. (COIV)

70. On Aug 7, 2004 I was speaking with Mental Health Clinician Cristyn De   erchant at my cell door about how Officer's were tampering with my breakfast meal. Sgt. James   . Hart interrupted our privilege conversation because he stated "He was concerned about me." I l   d Ms. DeMerchant "now you see the harassment of me for your own two eyes that you clai   d I was imagining" and Ms. DeMerchant came set up via stating "Jordan, your out of c   trol!" and walked away from my cell door. All while Sgt. Hart stood at my cell door ver   lly harassing me. SBCC Mental Health Department purposely force's me to discuss   my Mental Health Problems on the tier in ear distance of Abusive SBCC Officers because the   ntal

Health Problems are due to the grave Mental and Physical Abuse of me by SBCC Abusive Officers.

71. On Sept. 20, 2004 while I was in the shower C/o Marc P. Ellis and C/o Mich... Kasperzek ransacked my cell, placed the sole's of my sneakers in the toilet, ripped up my legal documents and urinated on my bed sheets. Please note, the Abuse of me by C/o Ellie d... back to 2001. Also C/o Kasperzek gravely harasses me because he was C/o Lonergans p... when they set Mr. Geoghan to be murdered by Joseph Druce and the Abuse of me by C/o Kasperzek dates back to 2003.

72. On Sept. 24, 2004 during morning med call C/o Whaley was staring at m... so I stared at him back. Then C/o Whaley stated "don't act tough behind a door guy because your a P.C. Rapist pussy!"

73. On Oct. 1, 2004 while in the shower I was sexually harassed by C/o M... Kasperzek as followed: My pants were partially covering the opening of the shower gate. Kasperzek twice intentionally pushed my pants to the ground, which caused my pants to become soaked with water. (CO TV)

74. The second time I personally witnessed C/o Kasperzek intentionally pushed... pants to the ground and I told him to "stop playing games." C/o Kasperzek stated "I'm gay and I want to see your Black Sausage!"

75. On Oct. 2, 2004 during lunch trays collection C/o Joseph Ayala stated to every inmate on the tier "Jordan Rice is a rapist and he was in J-1 (P.C. Unit)." C/o Ayala stood... my cell door harassing me by stating "You can file all the grievances and lawsuits you want because nothing will stop me from fucking with your head and I can never lose my job because... have a strong union that protects us!"

76. On Oct. 3, 2004 at approx. 8:31 am C/o Ayala and C/o Oliveria were collecting breakfast

<u>PAGE 17 OF 47</u>

trays. "Ayala woke me up by stating "wake up you cheese eatting monkey!" I had one sheet of newspaper on the breakfast tray that I used to clear my window. 4/0 Ayala denied me throw away the sheet of newspaper by pushing the newspaper on my cell door slot. I tried to push the sheet of newspaper on the ground. 4/0 Ayala assaulting me by slamming part of my Finger in the cell door slot, which cracked my Fingernail and blood poured out. (COIV)

77. Next, at approx. 12:15 pm during med rounds. I asked Nurse Mary [Last Name Unknown] to look at my bleeding finger and for a "Package of Bacitraction" because Ayala assaulted me. He (Ayala) became upset and stated "What you call me a Spick?". 4/0 Ayala rabbed the Package of Bacitraction from Nurse Mary, then opened up the Package putting it on his finger and flung the Bacitraction Ointment at me through the opening of my cell door slot. Nurse Mary witnessed this fact along with numerous inmates. (COIV).

78. On Nov. 1, 2004 while I was being escorted to the shower 4/0 Craig Daniels and 4/0 Marc P. Ellis verbally harassed me. When I stated "leave me the fuck alone. 4/0 Ellis assaulted me with bodily harm via gripping and clawing my arm overly tight. 4/0 Ellis was attempting to incite me so he could have a excuse to gravely assault me. (COIV)

79. On Nov. 23, 2004 during evening med rounds 4/0 Marc P. Ellis falsely accused me of not taking my medication (Benadryl and Colace), which was crushed by Nurse Jennifer Woodward. Then 4/0 Ellis attempted to assault me by slamming my hand in the cell door slot, while I reached for my Erythromycin Medication from Nurse Woodward, who witnessed it. (COIV).

80. Later that same night, at approx. 9:56 pm 4/0 Ellis handed out laundry. My laundry was soaking wet and it had a foul odor along with being separated from every other inmates laundry bag. I informed 4/0 Ellis "I wanted to speak with Sgt. Cormic because someone urinated on my laundry." 4/0 Ellis stated "I did and you ain't speaking with no one. I am sick of you fucking niggers complaining and I am going to fucking punch your head in". (COIV)

## PAGE 18 of 47

81. Then C/O Ellis threw my laundry on the ground and slammed my cell door shut. At approx. 10:45pm I informed Sgt. Cormier that " C/O Ellis urinated on my laundry, called me a nigger and threaten my life." C/O Ellis stated " your getting another D-Report for telling him that." (COIV)

82. On Nov. 24, 2004 I requested to speak with the Mental Health Department at Breakfast but C/O Edwin R. Gonzalez told me to "fuck off".

83. At lunch time I was forced to withhold the lunch tray to speak with Mental Health. At approx. 3:15pm I spoke with Mental Health Clinician Dawn Parker and informed her "I was suffering from sleep deprivation due to the fact I had no bedline for over 24 Hours because C/O Marc P. Ellis urinated on my laundry. In response of this one filed an incident report no. 13475.

84. On Nov. 26, 2004 during lunch C/O Christopher Girouard purposely gave me a rotten apple that had fresh cut marks in "it. I asked C/O Girouard to "give me a eatable apple?" C/O Girouard stated "thats what Niggers who kill white women get for apples." (COIV)

85. Ten minutes later Sgt. James R. Hart made a round on the tier and I informed him what C/O Girouard said and Sgt. Hart stated "Well he's right, your what he said and you killed a White Woman so go file another lawsuit". (COIV).

86. Next, at approx. 1:09pm Cpt. Shaun Dewey made a round in the SMU with Sgt. Hart. I informed him "What C/O Girouard and Sgt. Hart stated to me". Cpt. Dewey stated "I don't believe you and your a liar and their is nothing I will do for a liar". Then they both walked away from my cell door. (COIV).

(A) Then at approx. 1:53pm I was standing at my cell door saying good pm.

to inmate Joseph Vyce because he was being transferred to MCI Cedar Junction this day (Nov. 16, 2004). Sgt. Hart came up to my cell door and stated "Your a no good fucking rat. I Should open this cell door and give you a Good ass kicking, you P.C. fucking punk." Then Sgt. Hart opened my cell door slot, bended down and spit on me through the cell door slot. Then he walked away and falsely told every inmates on the tier I was allegedly calling the IPS Department over the telephone to inform on my fellow inmates. (COIV).

87. On Dec. 3, 2004 at approx. 7:09am I stated to Sgt. Joel Maillet "Harvard PLAP has informed me that they can't represent me this December because of their final School examines and next month (January) thier on Holiday Vaction so will u Schedule the hearing for a open date in February of 2005.

88. Sgt. Maillet stated "No, thats the breaks for them going to college!" I Stated "if you can't reschedule the hearings for February of 2005, I won't have representation. Therefore I am going to write the Office of Public Safety and inform that them your denying me my rights to be represented at my hearing."

89. Sgt. Maillet stated "Tell Ed Flynn I said hi and I will see him at his house for the Christmas Party and we will laugh at your letter. You can tell him we are going to find you Guilty on every single D·Report and throw the book at you!" To date I have been found Guilty on every single Bogus D·Report and they have thrown the book at me way over harshly sanctioning me. I have been denied legal Representation on all D·Reports.

90. On Dec. 6, 2004 at approx. 9:33 am C/O Scott Nelson and C/O Chums came to my cell door and ordered me to cuff up. I was place in cell No.7, while C/O Nelson, C/O Amsax and Sgt. James R. Hart all shook down my cell (No.10). They unlawfully seized two magazines, personal letters to Public Officials and legal documents. (COIV).

PAGE 20 of 47

91. On Dec. 10, 2004 at apprx. 12:50 pm C/o Paladin stated to me "Robert ... earl Moore is on the L-3 side of the segregation unit and he wants to know if you will send him over some stuff." There is no way Mr. Moore made this request because we are enemies due to the fact I testified against him in the Bender Murder Trials.

92. On Dec. 20, 2004 Inmate Anthony Gallop was removed from BCC General Population to SBCC Segregational Unit. While in the segregational cage S ... James Hart and C/o Robert Bossett both informed him that "He was going to be placed i ... cell No. 9, next to Jordan Rice, a real piece of shit and he shouldn't speak with him"

(A) Most recently C/o Bossett threaten my life via stating " ... se are going to get you for getting our Brother Officers in trouble. Then on the 3 ... 11pm Shift I was assault with bodily harm by C/o Brian Boisse via placing the leg shackl... on so tight that they cut my legs. Both events happened on March 22, 2005

93. While Mr. Gallop, C/o Bossett and Sgt. Hart were on the tier. Sgt ... art assaulted me which left a cut on my hand and pulled the telephone cord out the wall ab... ptly terminating my telephone call. Inmate Gallop and Inmate Emory Snell witnessed this ... (COIV).

94. On Dec. 22, 2004 after I left the shower C/o Anthony Pacheco st ... d "I took the two rat letter's on your desk about Sgt. Hart and your magazines. If you ... e a problem with it, just slip off your handcuff's because I put them on loose enough. I h ... g you for putting my name in your lawsuit." When I saw my magazines on the tier I stoppe... alking and asked for my magazines back. (COIV).

95. Then C/o Pacheco and C/o Timothy Raimon assaulted me by throwin ... ne in my cell. I attempted to leave my cell and C/o Pacheco assaulted me by pushing me in ... e chest causing me to fall back, striking my back and right arm on the metal part ... my

bed. I now have very strong back pain and my entire right arm is numb. (COIV). And I am being denied medical treatment for these injuries.

96. C/o Pacheco and C/o Ramon stole from my cell letter's addressed to Governor Romney, Secretary Flynn, Attorney Greta Janusz, Attorney Leslie Walker and my Mother, two books of stamps and broke my radio.

97. On January 7, 2005 at approx 7:00pm I was informed by C/o Michael Kasperzak and C/o Benjamin McGinnis that I was being transferred to Bridgewater State Hospital (BSH). When I was in the segregational strip cage, I was sexually harassed by C/o Kasperzak.

98. C/o Kasperzak stated to me "I want you to hold your dick then put your hands in your mouth." Then he stated "Bend over and spread your ass cheeks so I can put my big white dick in your black ass". This isn't the First time I was sexually harassed by Kasperzak. See Paragraphs 73 & 74.

99. I was unlawfully held in Punitive Segregation at SBCC for 7 months Protective Custody Status, which is in violation of the Blaney Decision. I will explain later how and why I was set up to be sent to BSH by SBCC Mental Health Department.

100. I informed the BSH Mental Health Dept of how the DOC is abusing me and all the surrounding facts of the DOC's plot to murder me through the Classification Process. I further informed them of how Governor Mitt Romney and Secretary Edward Flynn has turned a blinded eye to my atrocities at the DOC's hands, which has me in a Kill or be Killed Situation. Also I let the Disable Person's Protective Commission know this same thing.

PAGE 22 OF 47

101. This made me a target of the "Honoring a Brother Officer" harassment System by BSH Officer's.

102. At my request I was placed on shower alone status because there was homosexual Sex acts in the shower and NO BSH Officials did anything to prohibit the mentally ill inmates from engaging in homosexual activities. In fact BSH Officials encouraged such act to keep inmates happy. I am very uncomfortable with having two men engage in sex while I shower and/or being stared at by another man while I shower. This type of risky behavior leaves all inmates open to infectious disease. I was harassed by Officer's for speaking out about these sanctioned Gay Shower Events!.

103. On Jan. 11, 2005 during the 3pm-11pm shift I was verbally ostracized by Sgt. Donald Campbell because he attempted to over rule my Mental Health Dept. ordered "Shower Alone Status." This led to Sgt. Campbell yelling at me and in turn I informed him not to speak with me in such a disrespectful manner and tone. Sgt. Campbell informed Gay inmates that "I was ratting them out about having sex in the shower". (CONT.)

104. On Jan. 12, 2005 at 9:00am two hours after all inmates woke up and at breakfast I was denied to groom my personal hygiene for the first time of the day by Sgt. Oliveira along with every other inmate. Pursuant to Hospital Rules outlined in BSH Inmate Orientation Booklet "Inmates are suppose to groom their personal hygiene from 7:10am-7:30am daily" Page No. 18, which never happens on a daily basis. Please Plea notes, in the B-1 Unit inmates aren't allowed to retain "No Personal Hygiene Items in there cells!."

105. I was informed that I had to go to the Hospital to give blood without washing my face and brushing my teeth. When I balked at going to the hospital without grooming my personal hygiene for the first time of the day via requesting a "Inmate Grievance Form" from Case worker Keith Santos. Sgt. Oliveira retaliatory had me

<u>PAGE 23 OF 47</u>

placed in a type of segregational unit called "ITU".

106. After two hours in "I.T.U.", I was moved back to the B-1 unit a.  on the 3pm-11pm Shift Sgt. Donald Campbell denied me a shower alone so I requested speak with the Mental Health Dept.

107. Sgt. Campbell coached Mental Health Clinician's Alexis Raimono and Ms. ...nett not to address my shower alone status because when I was called to speak with the Mental He... Clinicians, Sgt. Campbell immediately came out the room with them both. Then I was tol. by both said Clinicians not to close the door and Sgt. Campbell stood outside the open room door easy drop on my privilege conversation with the Clinicians, who refused to remedy Sgt. ...pbell's harassment of denying me my shower alone status. (COIV)

108. Due to the stress I was under, the hospital culture shock and personal aju...ment issues being out of segregation, I had a physical altercation with inmate Pierre Ducass ...hich led to Mr. Ducass sustaining a broken jaw. Mr. Ducass is a "Homo Thug", which is kn... in the African-American Community as being a Homosexual. This physical altercation w... directly due to Sgt. Campbell's propaganda because Inmate Ducass was one of his favorite inmates. (COIV)

109. On Feb. 2, 2005 I informed the BSH Mental Health Dept. and Admini...ative Officials that placing me back at SBCC was placing me back in a kill or be killed situa... ...n because No one is doing anything to stop the physical and mental abuse of me and I'... ...r I will be forced to kill an abusive SBCC Officer in self defense. I begged no... ...o be transferred back to SBCC.

110. In retaliation of speaking the truth. Sgt. Proulix called me in betwee... the two unit doors and informed me that I was going to be locked up in "I.T.U.". I r... uested

<u>PAGE 24 OF 47</u>

why and to speak with Mental Health. Then Sgt. Proulx grabbed me by my shirt and began slamming my body off the door, while stating "Don't talk bad about Officers"

111. Then ℅ Pina began punching me in the back. While another Sergeant, who is name is unknown to me, handcuffed me. Sgt. Proulx put leg restraints that were very tight and this left bruises on my legs.

112. Then I was taken to "I.T.U.", where I was slammed on a bed and strapped to it. The straps were so tight on my hands and legs that it slowed my blood from circulating. I made repeated request for a medical staff member to check my restraints pursuant to protocol but for the two days I was strapped down no one checked my restraints

113. I was denied access to meals the two days I was strapped down to the bed because Officers mysteriously heard me state "I was on hunger strike!." When I made no such statements. Also BSH Deputy Cindy Summer refused to let me purchase hygiene items from canteen the entire 36 days I was incarcerated there. On Feb. 3, 2005 I was unfortunately transferred back to SBCC over my repeated objections.

114. Upon arrival at SBCC, I was immediately harassed. On Feb. 3, 2005 Officers claimed I was serving a isolation sanction. When I was serving no such sanction. On Feb. 5, 2005 I requested to speak with the Mental Health Dept. and ℅ Andrew Burns stated "You should go beat up another old lady". During medication rounds ℅ Burns threw a piece of paper at my cell door and stated "how you like that Nigger". During evening meals ℅ Michael Kasparzak yelled out "Jordan is a rapist". Then ℅ Marc P. Ellis gave me my evening meal and stated "I put the nigger special in it!."

115. On Feb. 7, 2005 at approx. 6:45pm I asked ℅ Anthony Pacheco "if I was going to get a shower because I had to go out to speak with the Mental Health Dept. ℅ Pacheco

<u>PAGE 25 OF 47</u>

threaten me by stating "Ya, if you make a wrong move I will slam your ass to the floor". Then ten minutes later I was removed from my cell to speak with Mental Health Clinician Lauren Weisman. Please note, Ms. Weisman is the only who will speak with me in private.

116. I immediately informed her of C/O Pacheco's threat against me and that I was being denied shower's because on Dec. 23, 2004 I was assaulted by C/O Pacheco while walking back from the shower and it was captured on video tape but I was previously informed by SBCC Officials that no video exist.

117. At approx. 8:15pm my conversation with Ms. Weisman ended. C/O Marc P., and C/O Ryan Marriott removed me from the visiting booth. I requested to speak with Sgt. Peter Peledeau because C/O Ellis stated "Nigger's don't get shower!." Sgt. Peledeau stated "I refuse to speak with you into you stop writing rat letter's about my guys because we are in the brotherhood". (COIV)

118. Then C/O Ellis began assaulting me by punching the inner part of my arm while escorting me. As I got to the door, I notice Ms. Weisman. At this time I informed her that I was being denied my shower and being assaulted. Then C/O Ellis pulled me in the hall way. (COIV)

119. As I was standing at the door to enter the unit C/O Ellis assaulted me by punching my arm so hard that I pulled my arm away from him. Then C/O Ellis grabbed me by my throat, next he slammed my head against the wall and then slammed me on the floor. C/O Anthony Pacheco and C/O Benjamin McGinnis came off the high number side of the tier and began assaulting me by punching and kicking me. Then Sgt. Peter Peledeau came out and began punching me. (COIV)

130. I was moved to the Nurse's Protocol Room. Where Sgt. Peledeau and McGinnis

## PAGE 26 of 47

had my hands pinned between my body and the edge of the examining table. Sgt. Peledeau
was jabbing me in my rib cage. I went to sit up to stop the handcuff's from digging in my
wrist and Sgt. Peledeau attempted to jab me in the ribs. He missed and our bodies made contact.

121. Sgt. Peledeau and C/o McGinnis then slammed me on the ground face first.
Officer's ordered Nurse Jayce to leave the room. Sgt. Peledeau began punching me in the
back of the head and C/o McGinnis sexually assaulted me by grabbing my penis. Numerous
other officer's came in the protocol room and began assaulting me. The Nurse's last
name is unknowned to me. Also Officer's moved me to the protocol room so they could
gravely assault me out of camera view!

122. The leg shackles on my right ankle were stomped upon leaving a very deep 5 inch
cut on my right ankle. I had numerous cuts, abrasions and bruises on my entire body. My
head was knocked upon, leaving me with a severe headaches and a frequent ringing in my
head. Also I have pain in my right ankle and see double vision along with vomiting. I
was denied medication attention this night. In fact Nurse Jayce only gave me
Becitraction for the deep cut on my right ankle with no bandage to stop the bleeding.

123. While I was in the holding cage, C/o Curtis Keezer enter my cell and stole
my personal paper's, 2 towels, 1 face clothe and threw my bedlinen on the ground along with
urinating on my bed sheets. I personally witnessed C/o Keezer with my personal paper's in his hands.

124. Inmates Monaco Maldonado and Peter Harris witnessed the beginning assault of
me by C/o Ellis and numerous other inmates housed in segregation heard me screaming in agony
from the brutal assault of me by SBCC Officers.

(A) On March 8, 2005 at 3:04pm while handcuffing Inmate Seou
Muhammad in cell No. 9 (Segregational Unit "L-3"). My cell door was opened up without me

<u>PAGE 27 of 47</u>

having any restraint equipment on. This was a calculated ploy in attempt to set me up for another bogus assault on Officer D-Report because there was three officers (C/o Anthony Pacheco, C/o Brian Boisse and C/o Andrew Burns) conducting inmate showers this day. When there is always routinely only two officers, C/o Pacheco attempted to instigate a physical altercation with me by stating "Come out here and face me like a man, you P.C. punk bitch!" I stated "Nice try but you won't set me up." Twenty seconds later my cell door was opened. This was a calculated Ulterior Ruse to assault me but have me come out my cell to assault them while it was on camera. To prove this plot, see "Special Management Unit (SMU) inmate Handbook", at Pg. No. 3, Titled section "Restraint Equipment", which states in part "inmates housed in the SMU shall be placed in the restraint equipment whenever they are o leave their cell." Also See PAGE No. 4 (COIV).

125. On Feb. 8, 2005 during morning medication rounds. I attempted to inform Nurse Susan Gampe [sic] that I was dizzy and couldn't hold down solid foods, but she refused to speak with me. In the afternoon I blacked out. I was moved to the prison hospital to be examined by the Doctor. Nurse Susan and SBCC Officer's made a big joke out of a grave medical condition. (COIV)

126. From February 2, 2005 to February 10, 2005 I was denied a shower. From Feb. 7, 2005 to Feb. 11, 2005 I was denied access to toilet paper, soap, tooth brush, tooth paste, towel, face cloth and any other kind of hygiene items. On Feb. 11, 2005 MCLS Attorney Lesli Walker and MCLS Paralegal Neila Siddiqui came to visit me and photograph my injuries.

127. At this time, I informed both ladies that I wasn't being allowed to do my personal hygiene. I am sure both ladies notice the odor of my body and breath. Now the DOC can't continue to harbor the frivolous excuse that I am fabricating stories about Officer abuse because two independent source's has witnessed the aftermath of SBCC Abusive Officers.

PAGE 28 of 47

128. On Feb. 10, 2005 IPS ⁰ᵈ Jeffrey Cardin informed me that he would turn on my telephone so I could make personal calls if I withdrew all my complaints against SBCC Officer's and confess to assaulting Sgt. Peter Pelokan and ⁰ᵈ Marc P. Ellis, which I refused.

129. On March 3, 2005 while I was in the shower ⁰ᵈ Paul Ahern shook down my cell. He broke my writing pens via removing all the ink from the cartridge so it couldn't write. This was the second time that week SMU Officer's destroyed my writing pen (Named Anthony Pacheco). Also ⁰ᵈ Ahern ransacked through my documents. At approx. 8:17pm during evening medication rounds ⁰ᵈ Ahern whispered in my cell door cell crack "Go to hell and die Nigg" (CO IV)

130. Also SBCC Officer's are poisoning my food causing me to vomit (Sometimes blood), have full body hives and bloody diarrhea. For this reason, I choose not to eat my food 30 pounds of Muscle Mass, which is also due to the daily stress I am forced to live under via Abusive Officers.

131. The DOC continues to deny the undeniable, which is the repeated mental and physical abuse of me by SBCC Abusive Officer's. The physical assaults of me has been captured on institutional video tape. On Feb. 11, 2005 Attorney Leslie Walker stated to me "the video tape is recording 24 hours a day in segregation."

132. Immediately after every single assault, I have requested in writing to SBCC Superintendent Lois Russo to preserve the video tape from assault. I have furnished her with the times and dates, along with requesting a investigation be launched. No investigation has ever been launch'd.

133. If I was fabricating stories against Officers, then all the DOC would have to do is product the video tapes to prove my assault claims are fictitious and properly punish me through the disciplinary system but instead the DOC has let there abusive officers mask there abuse of me via manipulating the Disciplinary Process. Each assault of me is SBCC

<u>PAGE 29 of 47</u>

and SBCC in this affidavit is capture on institutional video

134. Furthermore I don't have time to fabricate stories against Officers. I feel when I have to devote my time to file meritorious complaints against abusive Officers, it only depletes my time away from my "Ultimate Goal", which is learning the criminal law to exonerate myself in wrongful conviction.

135. SBCC Officers are manipulating the disciplinary process to seek vengeances for my Family and I filing meritorious complaints (Also Grievance Forms) against SBCC Officers. Abusive Officers are utilizing the disciplinary process to mask their abuse of me and cut off my access to the outside world. Also when outside Public Officials inquire, DOC will use these bogus D-Reports to portray me as a unruly "inmate", when in hindsight sense it is the Abusive Officers who are unruly. Here are some examples.

(A) On Nov. 17, 2004 SBCC C/o David Shaw issued me a D-Report (No. 46635) for fabricating a story about OCCC C/o Michael Smith placing his gun to my head as outlined in Paragraphs Nos.) 61 - 65. The problem with D-Report No. 46635 is in no way did C/o Shaw ever investigate this assault of me. The Investigating Officer was Sgt. Kenneth Arsenault and he (Arsenault) never issued me a D-Report, which means he didn't feel I fabricated a story. SBCC Hearing Officer Donald Larcau denied all my witnesses, who were Sgt. Arsenault, C/o Smith and C/o Butler. In fact C/o Larcau deemed C/o Smith and C/o Butler would be "Contradictive testimony to Investigative Report", which substantiates my assault claim. This D-Report was to mask the assault of me and to destroy my credibility with Public Officials so they can keep abusing me with impunity.

(B) On Nov. 30, 2004 C/o Todd Smith issued me a D-Report (# 47375) for over use of the telephone. This D-Report was in retaliation of me filing Grievance Form Nos.) 6610, 6631, 7034 against C/o Robert Bassett, C/o Marc P. Ellis and C/o Joseph Ayub for denying me access to the telephone. Grievance Coordinator Barbara McDermott denied all three grievance Forms on

<u>PAGE 30 of 47</u>

Nov. 24, 2004 and the next day C/o Smith issues me the bogus D-Report. Also C/o Smith issued inmates Edward Wright, Shawn Sherman and Emory Snell D-Reports for over use of the telephone and Segregational Officers informed inmates that they received D-Reports because they speak with me and help me with legal work. Officers attempted to coerce me into stop filing complaints against Officers!

(C) On Nov. 23, 2004 C/o Marc P. Ellis issued me a D-Report (#47033) for refusing to let him see me consume my meds and a mouth check during evening medication call. This D-Report was to mask C/o Ellis's attempted assault of me as outlined in Paragraph No(s) 79-81. Also later this night my cell was searched and no medication was located in my cell.

(D) On Dec. 22, 2004 Sgt. Peter Peladeau and C/o Anthony Pacheco each issued me D-Reports (No(s) 48617 & 48636) to mask C/o Pacheco's assault of me outline in Paragraphs No(s) 94-96.

(F) On Feb. 8, 2005 C/o Wayne Martin issue me a D-Report (#51093) for having human feces and urine in a milk carton. This is what was in the milk carton "Milk and Chocolate Pudding, which is a common recipe among inmates to make Chocolate Milk because the DOC doesn't serve chocolate milk nor can a inmate purchase such milk thru the cantine. Simply this D-Report was in retaliation for speaking out about the assault of me by Sgt. Peladeay and C/o Ellis ▓ on Feb. 7, 2005.

(G) On Feb. 7, 2005 Sgt. Peter Peladeau and C/o Marc P. Ellis both issued me D-Reports (Nos. 51051 and 51050) for assaulting them. These D-Reports were to mask there assault of me as outlined in paragraphs No(s). 117 - 124

(H) On Feb. 8, 2005 C/o Anthony Pacheco issued me a D-Report (#51115) for failing to give back two milk cartons during collection of evening meal trays. The only problem is

%Pacheco never collected evening meal trays. Also this was done to get me off my liquid diet so %Pacheco and other officer's could poison my meals again to make my physically sick as outlined in Paragraph No. 130.

136. There has been many other bogus D-Reports. If one compares my entire SBCC disciplinary record with any other State Prison disciplinary record, then the abuse of disciplinary process that SBCC Officer's are employing against me becomes apparent.

137. This is a play by the entire DOC to cover up how they have unlawfully seized and confined me in segregation for speaking out about their vast cover up in the Geoghan murder as I will outline later in this affidavit. Furthermore these bogus D-Reports they can use as a frivolous excuse to the outside world's inquiries why I have been unlawfully held in segregation for such a long duration.

138. Also the DOC will use these D-Reports as a frivolous justification to send me out of state, which is a plot to have me murdered or keep me at SBCC or MCI Cedar Junction. I will outline the DOC's plot to have me murder thru the classification process later in this affidavit.

139. I am currently serving approximately 80 days consecutive isolation (from Feb. 23, 2005 to May 14, 2005). This is in violation of 103 CMR 430.35 (A) and MGL c. 127 because each inmate serving "Isolation, for a specified period of time not to exceed 15 days for one offense, and no more than 30 days for all violation arising out of one incident." All my isolation has been unlawfully ran consecutively. I can prove these factors with documentation.

140. My telephone privilege has been sanctioned for over year! My Canteen privilege has been sanctioned for over one year. My Visit privilege has been sanctioned for over 7 months including isolation time. Both my telephone and canteen privilege sanctions has been unlawfully ran consecutively. Also both privileges has been over harshly sanctioned to the

my contact with the outside world because my Family and Friends has spoken o
about the abuse of me. If another inmate and myself has the same type of D-R ort,
I will receive the harsher sanctions. If fact Inmate Saeed Muhammad-W45...
received a D-Report (No. 51780) for a weapon, which is a more serious offense th
any of the D-Reports I have ever received. All Mr. Muhammad received for a   anction
is 15 days isolation and 90 days loss of Canteen Privileges. I can prove these fa   es
with with Documentation. Please Note see Supplement Page for Paragraph No.    1

142. On Dec. 27, 2004 Segregational Sergeant James R. Hart, who has bee
repeatedly mentioned in this affidavit as one of the officers abusing me, became the
Disciplinary Sergeant. This in part explains the unlawful overly harsh sanction and f   ther
proving I can't receive a fair tribunal here at SBCC. It is only natural Sgt. Hart   l
seek retribution thru the disciplinary process and he is purposely conducting
my disciplinary hearing over my objections and the DOC is letting him get away    it.

143. I have been held in segregation since Oct. 7, 2003 and this has de   d me
access to the Courts to represent myself "Pro Se" in the Courts where I have litigation p   ing.

(A) Sgt. Hart issued me a bogus D-Report (No. 40710) in retaliation of m   peaking
out about his segregational officer tampered with my Food. Sgt. Hart is also purposely inte   rpting
my disciplinary appeals to SBCC Superintendent Lois Russo and denying them to mask    is
abuse abuse of me through the disciplinary process. I can prove this with documentation.

144. The reason I can't represent myself is SBCC Library Librarian Mar.
Morrison has repeatedly informed me that "She isn't going to help a inmate, who is suit    g
the DOC." Therefore Ms. Morrison refuses to answer any of my request for legal ma   al
with a honest effort. Infact she marks some of my legal request done or comple   .
and I have never received the requested materials.

PAGE 32(A) of 47

Supplement PAGE

141. Now all my outgoing and incoming mail is being censored to prohibit my Family, Friends and I from speaking out about the abuse of me. In fact my Family, Friend, Paralegal, Ms Darlene Pinto was denied to schedule a visit to see me on Feb. 4, 2005 by SBCC officers and at the time I wasn't currently serving any disciplinary sanctions to prohibit such a visit. Inmates Iran Diaz, Kevin Daly, Saeed Muhammad and John Moochie mail is being censored to, here in segregation as a tool of harassment for speaking out. Inmates Barry and Moochie are being inundated with bogus D-Reports in retaliation for exercising their Freedom of Speech Rights about SBCC Officer's abuse! I am not alone!

PAGE 33 of 47

145. I have a letter from SDCC Grievance Coordinator Sgt. Barbara McD____ dated Oct. 27, 2004 and a letter from Feb. 4, 2005 Commissioner Kathleen M. Dennehy, ____ch both states "I must be specific in my legal Request". More importantly the Massachu____ First Circuit Court of Appeal has deemed this practice by Massachusetts DOC "ILLEGAL" in Messere V. Fair, 752 F. Supp. 48, 50 (D. Mass. 1990) but currently the DOC ____ unlawfully employing it against me, to mask their denial of my Guaranteed Constit____ional Rights of Access to the Courts.

146. This is the First time in my life I have ever attempted to represent ____self. Due to Ms. Morrison's denial of me to "Access to the Courts, my lawsuit was ____missed on Jan. 10, 2005 and now she won't give me legal documentation on how to appeal the ____missal.

147. The DOC is purposely letting Ms. Morrison deny me access to the Court because they have a invested interest in me not having access to the courts because t____y are Knowingly Denying me all my Civil Liberties, which is retaliatory for me speak____ out. The Supreme Court has stated, "It is now established beyond doubt that prisoners have a Constitutional Right of Access to the Courts" Bounds V. Smith, 430 U.S. 817, 831 (197_)

148. I have been held in Punitive Segregation on Protective Custody Status s____ce Oct. 7, 2003. As a segregation inmate. I am only allowed 15-30 minutes a week on a CD-R____om to do legal research and not allowed to print any legal materials that proceeds 30 pag___, but now I don't go to the CD-Rom because Officer's maliciously ransack my cell, st___l my legal documents and break my personal property. These time restrictions are illegal to  See Nadeau V. Helgemoe, 561 F. 2d 411, 417-418 (1st Cir. 1977) (Protective Custody inmates m___t be given more than one hour a week in the law library); Blaney V. Commissioner, 374 Mas_ 337 (Mass. 1978) (State Statute entitled protective custody inmates to the same treatment as ____eral population). Population inmates aren't limited to 15-30 minutes a week. Nor is the ____mates in the Protective Custody Unit.

<u>PAGE 34 OF 47</u>

149. Also in retaliation of my lawsuit. The DOC has lost 70-80 percent my legal documents in transit from OCCC to SBCC.

150. I have official documentation from the SBCC IPS Department to prove it beyond a reasonable doubt that my telephone calls with Attorney's has been recorded, which is in clear violation of Federal Statute 18 U.S.C. §§ 2510-2521 (Title VII, Omnib Crime Control and Safe Streets Acts of 1968)

151. The abuse of me as a Protective Custody (P.C.) Inmate isn't a isolated incident. SBCC Officials has attempted to bully other Protective Custody Inmates into silence in regards to facts surrounding the Geoghan Murder. There inmates are:

(A) <u>Robert Assad</u>: The day (Aug. 23, 2003) Former Priest John Geoghan was murdered by Inmate Joseph Druce, Mr. Assad called the Inner Perimeter Security (IPS) Department telephone hot line twice to forewarn them of Mr. Druce's murder plot. By Mr. Assad's account "he spoke with IPS Sgt. Edward Hammond and IPS of Jeffrey Carls in regards to this matter" but they failed to act upon this tip. It was no big secret among the Protective Custody Inmates housed in J-1 that Mr. Assad was a informant for the IPS Department and good friends with Mr. Druce. After Mr. Assad was spoke out publicly about the DOC's failure to prevent the murder. The DOC went on a smear campaign to brand Mr. Assad a "liar" thru the media and this was the beginning of the vast cover up by the DOC. The ostracism of Mr. Assad thru the media placed fear in other P.C. Inmates and this fear prohibited them from speaking out. Mr. Assad has since been transferred out of SBCC. Mr. Assad witnessed Inmate Johnny Rivers threaten my life twice at the direction of Inmate Joseph Ayala. C/O Ayala also directed Inmate Anthony Vega to verbally harass Mr. Assad. It is widely believed Mr. Vega was a Co-Conspirator in the Geoghan Murder.

(B) <u>Darren Sharsbow</u>: The day Mr. Geoghan was murdered. Mr. Sharsbow was

residing immediately next door to Mr. Geoghan. By Mr. Sherokow's account "He personally witnessed 4o Lonegan [sic] give a nod of agreement to Mr. Druce to enter Mr. Geoghan's cell to murder him immediately before the cell door were closed and the murder was committed". Former SBCC Superintendent Edward Ficco attempted to buy Mr. Sherokow's silence by loaning him a Black & White T.V'. Mr. Sherokow's account of 4o Lonegan's [sic] yet can be believed because if one examines the close distance and direct view 4o Lonegan [sic] had next to Mr. Geoghan's Cell (No.2) from his Officer's station. It becomes apparent it was impossible for 4o Lonegan [sic] not to personally witness Mr. Druce entering Mr. Geoghan's Cell to murder him and/or hear the vicious murder being committed. Mr. Sherokow became a liability for the SBCC Administration when he informed them about witnessing Inmate Johnny Rivera twice threaten my life at 4o Joseph Apoli's directions. After I was set up and placed in segregation, a short while later, Mr. Sherokow was set up by no other than 4o Apoli and placed in segregation for over one year. While in segregation at SBCC Officers greatly abused Mr. Sherokow in the same manner as me'. Due to this abuse Mr. Sherokow was infected with a Hepatitis D by a needle Abusive SBCC Officer's placed in his cell!

(c) <u>Wilfroy Evicci</u>: Mr. Evicci has been placed and held in segregation for over a year in retaliation for speaking out about the "Crime Discrimination" that is employed against inmates with certain types of crimes, which led to the murder of John Geoghan. I will outline this Crime Discrimination later in this affidavit. Mr. Evicci has been repeatedly abused by SBCC Officer for filing Lawsuits and exercising his Freedom of Speech Rights well prior to the murder of Mr. Geoghan.

(D) <u>Jordan M. Rice</u>: As already stated in paragraph No(s). 33-45 how I can prove the vast cover up of the DOC after the Geoghan Murder. For this information I possess the DOC has already attempted to have me murdered thru the classification process, see paragraph(s) 46-49 because there is no valid reason I should of been transferred to OCCC. The murder plot against me is currently still ongoing via out of state transfer. I have repeatedly informed the

DOC that my life would be in more danger out of State because I gained national media attention when I testified in the high profiled murder trials of rising Rep? R? ? ter Chris Bander. In a out of state prison, other inmates will know who I am but ? won't know who these enemies of mine are. They will be natural enemies of mine because ? inmates likes another inmate, who breaks the code of silence. The penalty for breaking this ? de is "DEATH". Also there will be other Massachusetts Inmates in a out of state pris? ?, who can inform other inmates about my breaking the "Code of Silence". SBCC Officer? ?re manipulating the Disciplinary Process against me for two reasons: (1) to continuously ?nfining me in Segregation and (2) to insure I meet death in a out of state prison. This is why, if ? am transferred out of state I will immediately go to segregation. Mr. Assad, Mr. Shero? ? and myself can directly implicate the DOC in the murder of John Geoghan.

152. I have filed numerous grievance forms in regards to the abuse of me. ? ost grievance forms has all been marked "~~Released~~ Referred To Internal Affairs" bu? ?o one from "Internal Affairs" has ever come to speak with me. Now Grievance Coordinat? Sgt. Barbara McDermott has repeatedly failed to acknowledge my grievance forms. Esp? ?lly my grievance forms in regards to the physical abuse of me and Librarian Mary Morrison denying me access to the Courts. If one compares the grievance forms I have filed ? ere at SBCC to any other prison. It will become apparent I am not little boy who ? ied wolf but the victim of the ~~system~~ system called "Honor a Brother Officer".

153. ⁴⁶ Richard Peterson (3pm-11pm Shift) has told me that he can harass ? ? with immunity because his uncle John Marshall is one of Commissioner Kathleen D? ?hy's "Assistant Deputy Commissioner".

154. The DOC practices Crime Discrimination against inmates. When a? is charged with: (A) Sex Crime; (B) Any type of crime against Law Enforcement; (C) Crime Ag? ?t a Child; (D) Crime Against the elderly; (F) Informants, who breaks the code of silence.

<u>PAGE 37 OF 47</u>

155. This crime discrimination practice is at the lowest level at SBCC as I e___ seen I been incarcerated. I have personally witnessed this system employed against the lowing inmates at SBCC

    (A) Wilfrey Evicer, who is charged with a sex crime ;

    (B) Ronald Waterman, who is charged with sex crime ;

    (C) Edward Morales, who is charged with murdering a Police Officer ;

    (D) Gary [Last name unknown] Aka Broomstick, who is charged with sex c___ ___.

    (E) There are many other inmates I could name but these four inmates a__ these for inmates are serving very long sentences. Also I been abused due to my crime because I __ a black man wrongfully convicted of murdering a white woman.

156. Not only is crime discrimination a Practice here at SBCC but physical an__ ___tal abuse of inmates in general is a common practice here at SBCC. This Prison (SBCC) has o__ been opened since 1998 and has had more inmate riots than any other Mass. Prison since 19__. This is directly due to the "Very Cruel Mistreatment of SBCC Inmates".

157. The DOC wants the outside world to believe "inmates are animals, wh__ __ot for know reason than hatred of the system", which isn't the case. Most inmates are concer__ __ about getting back to their families in society. SBCC is ran like a mixture of a Nazi De__ ___ Camp and Abu Ghraib. Please note, there are that five percent of inmates who hate th__ ystem and I am not among that five percent.

158. I have been denied Mental Health Care here at SBCC because my Ment__ ___ Health Problems are due to abusive officers and the long durations I have spend in segregatio__ The Mental Health Personnel don't want to log complaints against abusive SBCC Officers because they will be harassed and/or lose their jobs. Plus there employer (U-Mass) won't __ ave their contract with the DOC renewed. Some Mental Health Personnel are related to SBCC Officers or share intimate relationship with SBCC Officers. Please note, I only been__

<u>PAGE 38 OF 47</u>

mentally impaired (severe depression) due to the long durations I have been unlawfully confined in segregation, where I been mentally and physically tortured. Since June 5, 2001 to the present day, I have been held in segregation all except approximately six mon̄s of non-segregational confinement. Here are some of the abuses of me by the mental h̄ch Department:

(A) On Nov. 1, 2004 at my cell door I verbally outlined the physical and ment̄ abuse of me by segregational officers to Mental Health Clinician Kerry Hollewickie. I reqūd she bring this to the attention of SBCC Administrat̄ via filing a incident repor̄. Ms. Hollewickie stated "She won't file a incident report against a officer for me and I s̄uld ignore it. Also Clinician Crystin DeMerchant has informed me that "She only writē very vague reference incident reports pertaining to me because she doesn't want to bring t̄ heat on herself". (COIV)

(B) On Nov. 12, 2004 at approx. 11:00am I was removed from my cell to sp̄ with a outside Governmental Agency called the "Department of Mental Health". At this ̄me I outlined how "I was being denied access to Mental Health Care and Medical Care at ̄CC along with being mentally and physically tortured". At approx. 1:30pm D̄r SBCC M̄n̄ Health Clinician John Reins walked by my cell and called me "a piece of shit" while I ̄s speaking with Inmate Terrence Dotson - T837̄8. Mr. Dotson overheard this unprofēonal verbal assault of me, which was reprisal for me registering complaints with the Dept̄ ̄f Mental Health earlier in the day.

(C) On Dec. 3, 2004 I gave Clinician Kerry Hollewickie a "sick call slip, w̄ch outlined how Sgt. James R. Hart and ⁴⁰ Joseph Ayala were mentally torturing me. Ms. Hol̄wickie breached my Mental Health Patient Privacy Rights by showing my "Sick Call Slips" to Sgt. Hart and ⁴⁰ Ayala, who both verbally harassed me for filing the sick call sl̄ ̄na stating "what my sick call slip stated on it". The only way they could know is Ms. Holl̄ wickie

showed them it!. (COIV)

(D) On Jan. 6, 2005 Mental Health Dr. Maryann Smith came to visit me. In Violation of my Patient Privacy Rights she discussed my Mental Health concerns at my cell door in ear distance of other inmates and abusive Officers. Dr. Smith attempted to coerce me into taking two Mental Health medications (Zyprexa and Trazdon) because they will help me see that no Officers are out for me! I informed "Ms. Smith that she was here in the best interest of my Mental Health and she was only trying to medicate me to stop me from speaking out about the mental and physical torture I am suffering at the hands of the DOC". At that this point I ended the session! Dr. Smith is known among inmates as "Dr. Feel Good" because she hands Mental Health Medication out like candy.

(F) On Jan. 7, 2005 in the morning Mental Health Clinician John Reino made rounds in the segregational unit and at this time I refused to speak with him, which i will explain why later. Then in the afternoon Mr. Reino came back again and I refused to speak with him again. Later that night at 7:00pm I was transferred to Bridgewater State Hospital.

159. The reasons I refuse to speak with Mr. Reino is I once attempted to explain my Mental anguish caused by Abusive Officer's and he found it amusing and attempted to patronize me. Also Mr. Reino has stated to me "I have a nice smile" and asked me "If I ever lived an alternative lifestyle". I am very uncomfortable with Homosexuals!

160. I informed Mental Health Clinician Judy Garofalo before she resigned from the SBCC Mental Health Department that I didn't want Mr. Reino as my new clinician. Also at a later date I informed Mental Health Clinician Kerry Hallowickis of my opposition to Mr. Reino. Despite my several times verbally expressing my dissent to Mr. Reino.

161. The SBCC Mental Health Department assigned Mr. Reino as my clinician on Nov. 9, 2004. This was a calculated plot to deny me mental health care because it is well documented I won't speak with Mr. Reino. Also when my Mental Health Sick Call Slip's were being answered, they would be purposely answered by Mr. Reino to deny me mental health care.

162. On Jan. 7, 2005 I was set up by Mr. Reino and Dr. Maryanne Smith I was sent to Bridgewater State Hospital (BSH). I was sent to BSH without any suicide attempt and with being in a rational state of mind.

163. Simply I was sent to BSH to offset my meritorious claims of abuse because who will believe a crazy or mentally ill person. While at BSH I informed them of the abuses of me by the DOC and their hired counter parts.

164. Also while at BSH, I learned what I suspected for a long time, which is, the Mental Health Medications (Zyprexa & Trazodon) and all other meds Dr. Smith has been prescribing me, is not to treat Depression. I suffer from Depression and Post Traumatic Stress due to the long durations I have spent in punitive segregation being mentally and physically tortured. Now I don't take any medication for my depression because I don't trust the system!

165. All my Mental Health Sick Call Slip's are going unanswered because there being giving to the IPS Dept. On March 9, 2005 Mental Health Clinician Crystan DeMarchant stated "your sick call slip's are going unanswered because you didn't write on the sick call slip that you want to speak with anyone" in response of my asking "Why aren't none of my sick call slips being answered." Also on March 11, 2005 Clinician Alison (last name unknown) reiterated this bogus excuse. This is a transparent excuse to continue and further deny mental health care because the reasoning for the "sick call slip system" is to alert the Mental Health Dept or Medical Dept that the inmate needs to be seen and this is why the slip

are titled "Sick Call Slip". The SBCC Mental Health Dept. knows this fact and the is only a frivolous excuse to ignore my sick call slip's because they don't want to document emotional distress, mental anguish and depression due to the grave mental and physical torture of me, which is at the hands of SBCC Officers.

(A) On March 10, 2005 IPS % Jeffrey Cardin and IPS % David Sh removed me from my cell and entered confirmed my suspicion via stating "We recen all your mental health sick call slip's and laugh at them.

166. SBCC Mental Health Dept is refusing to remove me from my cell so I discuss in detail my mental health issue's. I am forced to discuss my mental health issue's in ve vague details on the tier in ear distance of other inmates and abusive officers. This is part of the calculated plot to deny me Mental Health Care. Almost all of my ment health grievance forms has gone unanswered by SBCC Mental Health Director Douglas Sm

(A) Bridgewater State Hospital made two recommendations to the SBCC Mental Health Dept. and the DOC. First was: I should be giving a new Mental alth Clinician because there is a conflict of interest with Clinician John Reino. This recomm dation has been ignored. Second was: I should be transfer from SBCC and no longer co ned in segregation. This recommendation has been ignored too!

167. Please note, SBCC Mental Health Clinicians who can't turn a blinded eye to the abuse of inmates has resigned from their employment here at SBCC. Namely Noel Tomzino, Ms. Doris Ryan, Ms. Caroline Grey and Ms. Judy Garofalo. Just to name few!

168. I have been denied Medical care at SBCC because my medical injuries rela to abusive Officer's physically assaulting me. The medical personnel doesn't want to rec my physical injuries because they would substantiate all my meritorious assault claims and if th recorded my injuries they will be harassed and/or lost their jobs. Plus there employer (ness) won't have their contract with the DOC renewed. Some Medical Personnel are related to

SBCC Officers or share intimate relationships with SBCC Officers. Here are some of the abuses of me by the SBCC Medical Dept:

(A) On Sept. 14, 2004 Nurse Susan Garipes falsely informed me that m. Hepatitis Blood Test and HIV Blood Test Results weren't located in my medical files, which prompted me to file a frivolous medical grievance forms. I need both Bl_ Test Results because SBCC Officers were trying to infect me with an infectious disease via placing dirty use razors in my cosmetic box. This is in retaliation of me spea_ng out about Abusive SBCC Officers and the vast cover up in the Geoghan M___er.

(B) On Oct. 6, 2004 I was denied adequate medical care by Registered Nurse Susan Garipes [sic]. At approx. 1:30pm Nurse Susan violated my patient rights to privacy __y failing to have Correctional Staff remove me from my cell to be examined in "the Segregation Medical Protocol Room." Nurse Susan examined my injured middle finger nail on the t__ in existence of other inmates and officers. In fact Nurse Susan informed me that __eph Ayala never filed a incident report about slamming my finger in the cell door slot on __t. 3, 2004, which had nothing at all to do with her medical diagnoses of my injuries. Furthermore sh_ knowingly misdiagnosed my injuries in attempt to aid the DOC in their cover up o_ Yo Ayala's repeated violating my Civil Rights with his Oct. 3, 2004 assault of me, N__rse Susan first stated "that she didn't see any injury to my finger. Then when I had to __int out the crack in my finger nail and instruct her to personally feel it. Only then did s_ frivolously state "I only feel a three millimeter crack in your finger nail". When i__ Fact at the time the crack was half way across my finger. (COIV)

(C) On Nov. 3, 2004 I was again examined on the tier by Nurse Susan Garipes __t about vomiting and bloody diarrhea. She stated "She knows the good segregation office_ aren't poisoning my food so she will only give me "Amotium" because officer's have nothing gain by tampering with my food". I requested to be examined by the Nurse Prae__ __oner

and Nurse Susan stated "Good luck". Nurse Susan is only a Registered Nurse. All
segregation inmates has the privilege pursuant to protocol to be examined in the
segregational medical protocol room in private by the Nurse Practitioner". I
receive this privilege pursuant to protocol. (COIV)

(D) On Nov. 9, 2004 during afternoon medication rounds I respectfully
requested two sick call slip. Nurse Susan Garippa [sic] stated "Damn Jordan, you
just seen. What the hell are you crying about now." I informed her to "mind her own
business and do her job by giving me the two slip's". Then Nurse Susan stated "that's
whats wrong with this country, we got to many of your kind here and you people want
everything, like welfare." She then threw the two sick call slip's on the ground and
Kicked them under my cell dor. Nurse Susan has been dubbed "Nurse Catched"
from the movie "On Flew over the cuckoo's nest" (starring Jack Nicholason) among
inmates. Due to her very cruel treatment of us inmates. (COIV)

(E) On Nov. 17, 2004 at approx. 7:00pm Nurse Jennifer Woodward received
Nail Clipper's from C/O Harris because another inmate had just finished using them. This
inmate will remain nameless because he claims to have HIV, I requested to use the nail
clippers and she then attempted to give me dirty nail clipper's without sterilizing the. I
requested the clippers be sterilized and she stated "thats not my job and you can tell the
Dept. of Mental Health (out agency) that too!" Had I used the dirty Nail Clipper's, I
would of ran the risk to exposing myself to an infectious disease. Once I informed Nurse
Woodward of this fact, she made a big joke out of my meritorious Health concerns. Herself
C/O Harris and C/O Timothy Reinow all founded this funny. All SBCC Segregational Inmates
forced to utilize a community pair of Nail Clipper's because Nail Clipper's aren't allowed in
segregation and this is opening all inmates to transmit infectious disease's. (COIV)

(F) On Dec. 21, 2004 during morning med rounds, I gave Nurse Susan Acavedo

Mental Health Sick Call Slip, which clearly outlined my emotional distress due to Sgt. ___ ___ Herk assaulting and harassing me on Dec. 30, 2004. Approximately Twenty minutes later at ___ 30 am Sgt. Herk came up to my cell door and held the sick call Slip up to my cell window and ___ "Jordan whats the meaning of this!. Didn't I tell you to shut the Fuck up!. Your Fucking dead man!". At approx. 11:35pm I gave Nurse Acevedo two Mental health ___ Call Slips, which clearly outlined my emotional distress and mental anguish due to Sgt. H__ threaten my life at 9:30 am. At approx. 10:44pm Sgt. Herk came up to my cell door an__ again held the sick call Slips up to my cell door window stating "You little Fucking c___, why don't you learn nigger to shut the Fuck up!. You will be sorry!." Nurse Acevedo ___ breached my medical patient privacy rights by giving Sgt. Herk my sick call Sl__s, where. (COIV) This is the Sgt. Herk who has repeated harassed me and gave me bogus D-Report No ___ -01/12

169. Now all my medical sick call slips are going unanswered. The SBCC Heal___ Service Administrator Charles Black is refusing to answer my medical grievance Form. The Medical and Mental Health Departments are working in conjunction with the DOC to ab___ me and prohibit me from speaking out about abusive officers and the vast coverup by the D___ in the Graydon Murder.

170. Besides the inmates already named in this affidavit. There are numerous ___ her inmates who can substantiate the abuse of me by SBCC and OCCC officer's. Some of th__ e inmates are: Brian Jenness, Kevin O'Brien, Braston St. Don, Royce Hill, Matthew Farley, Brandon Sweeney, Carlos Merced, Fairness J. Johnson, Federico Gomez, Richard Alves, G__ Cardere, Cory Glover, James Ware, Jermaine Coakley, Mario Marborilli, Randy Williams, Matthew Haworth, Phillip Rise, Richard Asadoorian, Raphael Bonefont, Stanley Donald Stephen Emmons, Thomas De La Cruz and James Ross. Just to name a few. Also Ivan ___ Nieco Santos

171. The unlawful punitive segregation confinement of me is clearly retaliatory ___ spoken about the vast coverup in the Graydon Murder. Also it is in violation of State Sta__ e___

which is outlined in Blaney V. Commissioner of Correction, 374 Mass. 337, 377 N.E. 2d 770, 773-74 (Mass. 1978)(Where the Massachusetts Supreme Judicial Court set forth State Statute entitled Protective Custody Inmates to the same treatment as general population inmates) Currently Since Oct. 7, 2003 I have been held in Punitive Segregation on Protective Custody Status along with other protective custody inmates and we haven't been afforded the same privileges as general population inmates, such as: access to T.V, the ability to purchase food items through the canteen, access to the courts, access to institutional employment, access to contact visit's, access to the telephone adequately, access to earn good time, access to institutional rehabilitation programs, access to Mental Health Care and access to Medical Care. In fact I am being denied access to HIV and Hepatitus Blood Test.

172. The Courts has further stated Protective Custody Conditions that does not provide adequate protection, such as mixing Protective Custody and Punitive Segregation Inmates, are unconstitutional. Little V. Walker, 552 F.2d 193; 195-97 (7th Cir. 1977); Inmates of Occoquan V. Berry, 717 F.Supp. 854, 867 (D.DC. 1989); Tillery V. Owens 719 F.Supp. 1271, 1276 (W.D. Pa. 1989) Blaney V. Commissioner, Supra.

173. Again I have been held in "Punitive Segregation" on Protective Custody Status" were I am being Physically and Mentally : Abused, Harassed, Tortured and Torment by Correctional Officers. The DOC has arbitrarily misuse their power via systematically denying me all my Guaranteed State and Federal Constitutional Rights in retaliation of me speaking out about Abusive Officers abusing me and the Vast cover up in the Geoghan Murder. This is from the so-called reform Commissioner, Kathleen Dennehy!

174. I have repeatedly made Former Governor Jane Swift and her Secretary of Public safety aware of my unlawful plight during her Governorship via Certified Mail, all to no avail!

175. Also I have a repeatedly made current Governor Mitt Romney and his Secretary of Public Safety Edward Flynn aware of my unlawful plight, via Certified Mail. My Family has kept a well detail cataloged record of all my letters mailed certified to all Public Officials because they all have turned a blinded eye to my cries for help! Governor Romney's administration was elected on a Platform of "Reform" and he claims "he standing behind Commissioner Kathleen Dennehy because she is reforming the DOC for the better" but my situation just got worse with each passing day Governor Romney's administration just forwards my letters to the DOC and I am further retaliatory abused for authoring such letters.

(A) SBCC Officials are now censoring all my incoming & outgoing mail. I now have no way to contact my Family and Friends! Now the abusive SBCC Officers and the entire DOC can continue to abuse me with immunity! No One is doing anything to stop the abuse of me! This affidavit was mailed to you via third party!

176. At this point, there should be only one question left in your mind, which most likely is "Why should I believe this affidavit of Jordon M. Rice?." The reason you should believe this affidavit is: 1) I can prove most of my case with letter's DOC Officials has written to me, which in Mandatory Language states their Civil Rights Violations along with other official DOC Documents, 2) Numerous other inmates will Substantiate my claims and 3) What's written in the law books will prove the DOC has Knowingly and Systematically denied me all my Guaranteed State and Federal Constitutional Rights.

(A) These three factors beyond a reasonable doubt substantiate: 1) I am being denied my State and Federal Constitutional Rights, 2) the DOC is covering up their Officer's role in the Graoghan Murder, 3) the DOC has attempted to have me murdered thru the Classification System, 4) the DOC is still currently attempting to have me

murdered thru the classification system and 5) Everything the DOC has denied doing, I can prove they do! Also since 1998 I have over 5 years in punitive segregation. Out of state placement is only a label the DOC uses to hold inmates in punitive segregation for extended periods of time!

170. On the surface my claims may seem irrational but if you give me the chance to demonstrate them and you independently investigate, then the claims will become very rational especially the murder of John Geoghan. Please don't let me meet the same fate as Mr. Geoghan because this is the DOC's "Ulterior Plot" and if you let this affidavit fall on deaf ears, like Massachusetts Public Officials, the DOC will succeed in their plot to murder me! Attached to this affidavit is a copy of my websites page in which I let the world know about my wrongful conviction and that the DOC is abusing me. Please Help me before it is to late!

Signed under the pains and penalties of perjury this 1st day of April, 2005.

<u>Jordan Martell Rice</u>

Dated: <u>April 1, 2005</u>

Jordan Martell Rice
SBCC
P.O. Box 8000
Shirley, Ma. 01464

*Justice Denied — Legal Ads*

## "Innocent Man Needs Help!"



Hello, I am serving a Life Sentence without the possibility of parole for Murder with Nineteen through Twenty years running concurrently for Arson. I've been wrongfully convicted! Please let me explain some of my case:

At my trial, State Trooper Patricia Beehan, testified "She took a bloody palm print found on a cup at the crime scene to a FBI Latent Print Expert, who was conducting a seminar. While the Agent was applying chemicals to enhance the print, he destroyed it." There was never any pretrial discovery to this destruction, nor did this Agent testify at my trial.

Since my trial, I have learned the Agent denies destroying the print but refused to provide me an Affidavit. Furthermore there were many other prints from the crime scene that the Police are hiding and making frivolous excuses about! Like the print on the bathroom sink, Trooper Beehan didn't collect because she felt the Police left it, nor did she file any reports but could testify from her memory after working over a hundred crime scenes.

There is other prints, blood samples, hair and fibers from the crime scene. Forensic testing would identify the true murderer who the victims abusive ex boyfriend. He has told his friends, "He committed this murder!" He maybe a serious killer because many other women have been murdered in the same manner in Massachusetts and Rhode Island. All since I've been wrongfully incarcerated! My Trial Attorney, Kelly Owens know all this but he conspired with Prosecutors to convict me! He has been disbarred for his malpractice representation of other clients.

The Police coached and fed five witnesses all from the same family information to secure this conviction. These family members are Jean Paine, Sunni Gonzales and Joanne Maldonado all of Brockton, Massachusetts, Theresa and Jaime Baker of Bonifay, Florida. Work records will prove this point because my work records have already proved it!

Due to my wrongful conviction I've been gravely abused by Correctional Staff at all levels! There are many more injustices involved in my wrongful conviction but I can't write them all. Please write and I will explain my injustices in great detail. I hope to hear from you soon!



### Write to me at:

Jordan Martell Rice
#W65429
SBCC
PO Box 8000
Shirley, MA 01464

**Send Email**

Justice Denied
Main Section

Go to: WWW. Friends beyond the Wall. Com