Jordan M. Rice - w#429
1 Administration R'd
Bridgewater, Ma. 02324

Mark L. Wolf, Federal Judge
1 Courthouse Way, Suite #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, in regards to the above referenced case please find enclosed the following:

1) Complaint letter against Attorney Eugene P. McCann to the B's r of Overseers. This complaint letter arising from McCann's attempt to sab tage my Habeas Corpus from being successful.

2) Letter addressed to the Petitioner's from Attorney avid Nathanson of Committee for Public Counsel Services denying the Pet oners request for counsel to exhaust in the State Court the unexhausted clai that are the subject of dismissal in this case.

3) Petitioner's letter to Attorney Nathanson inquiring in egards to appeal of his denial of representation.

4) Grievance Appeal forms of the DOC's denial of the Petit ner's Constitutional Rights of access to the courts.

The Petitioner request's that the Justice doesn't render decision on the A.G.'s motion to dismiss because he feels "he can demonstrate Cause" and "Prejudice" why the claims, that subject of dismissal, should be r ewed by this court but this showing will be prolonged by the unlawful denial of cess to the Courts.

Respectfully Submitted,
x [signature]