Jordan M. Rice - W65429
P.O. Box 8000
Shirley, Ma. 01464

U.S. District Court of Massachusetts
Attn: Mark L. Wolf, Federal Judge
1 Courthouse Way
Room # 5110
Boston, Ma. 02210

Re: <u>Rice v. Brady</u>. DKT. No. 04-10859-MLW

Dear Justice,

Hello, please find enclosed your copy of my letter addressed to Secretary of Public Safety Edward Flynn to be entered on the record because Federal Crimes of Mail tampering and/or Censoring are being committed against me by DOC Officials and DOC Officials are purposely Denying me access to Legal Materials. All which is denying me access to the Courts in the above Habeas Corpus Petition. This is reprisal for exercising my First Amendment Rights of Freedom of Speech and for filing an Class Action Lawsuit.

Thank you for your attention to this matter.

Respectfully submitted,

[signature]