Jordan M. Rice - W65424
1 Administration Road
Bridgewater, Ma. 02324

Edward Flynn, Sec of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Oct. 4, 2005

Dear Sir,

Hello, I am sadly writing you today to inform you of the ruse the DOC officers are employing. After almost two months of tranquil incarceration at OCCC I am now being retaliatory tortured for authoring a letter that was co-addressed to Boston Herald Reporters, Michele McPhee and Maggie Mulvihill. On or about Sept. 29, 2005 the said "letter" was returned to the prison because I mistakenly placed the wrong address on the envelope. OCCC Segregational Sergeant John Caponi [sic] read the letter (11 pages) and then purposely gave it to Prisoner Willie Banks, whom disseminated it among other prisoner's throughout the prison.

This has single handedly placed my life in further grave danger than what's it's already in. In my correspondence to the reporters I divulged the following facts: The circumstances surrounding my protective custody status, i.e., how I testified against seven highly ranking Boston and Brockton Gang members in the very highly publicized murder trials of rising R&B/Rap Star Chris Bender. The DOC has failed to protect me, i.e., retaliatory confining me in punitive segregation on protective custody status in clear violation of <u>Blaney V. Commissioner</u> 374 Mass. 337 (1978)

I am the prisoner whom was attacked by Prisoner Joseph Druce only days before he killed Prisoner John Geoghan with the aid of SBCC Officers. Now SBCC Officers has attempted to force me to help them cover up their role and aid the prosecution by testifying that Druce attacked me because I am "Black". To discredit three other Protective Custody (P.C.) Prisoner's and myself about the SBCC visit cover up. We have been (three out of four) each placed in punitive segregation along with manipulating the disciplinary and classification Processes against us.

Due to the manipulation of the disciplinary process all my privileges (Visit, telephone & Canteen) has been sanctioned until approximately 2007 which is out of scope of 103 CMR 430.25(4)

PAGE 2 OF 4

and Libby V. Commissioner, 385 Mass. 421 (1982). This was done to cut off my access to the outside world because I have only had visits with my Family approximately four times within the last year and my Family visits me every other prior to the manipulation of the disciplinary process. Also I can prove with SBCC Officers own writing words that they engaged in Federal Crimes of censoring my mail. SBCC Officers will even break the law to cover up all their malfeasance behavior.

As further manipulation of the disciplinary process, I am now slated to serve three years DDU for assaulting officers despite the fact there was video tape evidence produced at the DDU hearings contradicting the D-Reports and Officer's testimony. Plus I been arbitrarily held in punitive segregation basically since June 18, 2001. Also there were several other irregularities: 1) I never received a copy of the rewritten D-Reports that I was found guilty of or had knowledge they were rewritten, 2) My Harvard Law Student Akhilesh Ayyar was originally told no video exist that was only one of several lies and 3) Cpt. Patrick Depola in his "Reason for Sanction" states in part my assault allegations against SBCC Officers were unfounded by SBCC IPS %o Charles Hooper whom has been one of my many tormentors via repeatedly issuing me bogus D-Reports. It's not like the DOC has a great track record of investigating or policing themselves. Therefore here is another D-Report among many other's where the DOC boldly omits in writing I have been punished for speaking out against abusive officers which is a claim they deny is employed against prisoners.

Also I informed both reporters that I have a letter dated Jan. 13, 2004 from Commissioner Dennehy in which she admits I was placed in punitive segregation on Oct. 7, 2003 and classified for out of state transfer on Oct. 10, 2003 in retaliation of speaking out against %o Joseph Ayala who placed a hit on me for speaking out about the DOC cover up in the Geoghan Murder.

I been willfully denied my guaranteed constitutional rights of access to the courts by DOC Officials because their constitutional violations are clear and ripe for Judgement in our favor. The DOC doesn't want me to litigate my class action lawsuit (Rice V. Dennehy, DKT. No. 05-02734) filed in Middlesex Superior Court. This lawsuit is on behalf of us P.C. Prisoner's, whom has been retaliatory tortured for speaking out about the DOC cover up. I clear cited this Constitutional Violation because Reporter McPhee in her Sept. 16, & 17, 2005 articles inadvertently developed a very exculpatory aspect of an meritorious argument of Prosecution Misconduct via withholding a

bloody palm print that I been pursuing for several years because it will exonerate me from my wrongful conviction.

Now SBCC Lieutenant McCann's family member Attorney Eugene P. McCann has attempted to sabotage my Habeas Corpus Petition (Rice V. Brady, DKT. No. 04-10859-MLW), with Honorable Judy Wolf presiding in Federal Court, via attempting to deem this Bloody Palm Print non-meritorious along with trying to waive all meritorious claims surrounding it! Attorney McCann learned of my abusive claims against the the DOC from his relative and now Attorney McCann refuses to exercise sound appellate decisions on my behalf. Also Lieutenant McCann will be a defendant in a amended version of my class action lawsuit for engaging in a conspiracy that resulted in me being isolated in a SBCC Hospital (HSU) double quarantine cell for 24 Hours a day for three months straights which was for non-medical reasons.

Which in the HSU Officers and medical staff attempted to infect me with an infectious disease such as HIV and Hepatitis via placing blood in my food. Also here at OCCC I am being denied adequate medical care in retaliation of simply speaking out about my four years of abuse I received in punitive segregation. Furthermore another part of the DOC ruse is for officers to harass me at every prison I am at so it appears I am the problem and the little boy who cried wolf and this will aid them in their cover up of the Mental, Physical and Sexual Torturing of me by SBCC Officers thats been repeatedly capture on video. Hey SBCC 4o Richard Peterson repeatedly stated to me, "My Uncle is Assistant Deputy Commissioner John Marshall so me and other SBCC Officers will get away with anything we want to do to you!" Also SBCC C/o Andrew Burns assured me that "I was going to DDU and his fellow officers will teach me a good lesson about speaking out against officers because he use to work there (DDU) and he's a lot of officer's that are his friends working there.

Prior to Reporter McPhee articles on how Commissioner Dennehy stated "Correctional Officers were attempting to intimidate her and threaten her simply for disciplining Officers who abuse there power. In response of this the Massachusetts Correction Officers Federated Union President Steve Kenneway basically attempted to utilize the same play of labelling Ms. Dennehy a "Scumbag liar" via stating "She needs to grow up!" These are the same type of plays they use against prisoners who makes

<u>PAGE 4 OF 4</u>

meritorious claims against abusive officers.

If Officer's will use this type of retaliatory abuse against the Supreme Power of the DOC. Then can you imagine the type of retaliatory abuse thats inflicted against us powerless prisoners? If no, take a damn good long and hard independent unbias probe into my claims of Mental, Physical and Sexual Torture of me. I can provide you with a list of dates and times of abuse capture on video. See if Officers are in any hurry to release these videos as they were to release video of Prisoner Joseph Druce re-enacting the vicious 2003 murder of prisoner John J. Geoghan.

In closing, I also want you to know I informed both reporters that I authored numerous detailed letter to both Governor Romney and yourself, all which has been ignored by you both and only incited officers to further gravely torture me with immunity. My Mother has copies of each letter that was send to both of your attentions via certified mail and either of you can't say you never received them because She has the certified mail card with your office personnel signature.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]
Jordan M. Rice

CC: Greta Janusz, Rice Family Attorney
    Michele McPhee, Boston Herald Reporter
    Maggie Mulvihill, Boston Herald Reporter
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure

<u>Certified Mail No.</u>
7003 2260 0002 1864 ~~1869~~ 1460

# Prison boss claims she's target of union harassment, threats

**By MICHELE McPHEE**

Kathleen M. Dennehy, the state's first female Department of Correction commissioner, said yesterday she is being harassed by union members who have slashed her car tires, made personal threats and followed her around with a giant inflated rat to undermine her push for more prison accountability.

In an interview at DOC headquarters in Milford, Dennehy said she left a prison in recent weeks only to find her car tires slashed. She says she has received telephone and written threats, but brushed off any harassment as part of a difficult, dangerous job. "Accountability is everything in what we do," Dennehy said, adding that her relationship with the Massachusetts Correction Officers Federated Union was fractured last year when she was forced to discipline six correction supervisors accused of abusing a handcuffed prisoner. "My focus is to improve the performance of the organization and that can be threatening to folks," she said.

Union president Steve Kenneway yesterday denied any union member vandalized Dennehy's car or threatened her, calling the accusations "absurd" and "childish."

"She needs to grow up," said Kenneway, whose union demanded her resignation in a letter to Gov. Mitt Romney in February.

The tension between Dennehy and union officials worsened this week after images from a prison videotape appeared in the Herald depicting killer inmate Joseph L. Druce apparently re-enacting the vicious 2003 murder of jailed pedophile priest John J. Geoghan.

Dennehy said she believes an employee at the Souza-Baranowski Correctional Center in Shirley, where both were jailed, made an "unauthorized, pirated recording" of Druce's ghastly pantomime. She called the case "unconscionable."

Union officials have faulted Dennehy, saying the DOC should have possession of any and all security footage in the prison system, and not the correction officers.

"We believe she is responsible for any tapes released," Kenneway said. "This is another incident that shows she is unable to manage this department."

# Dennehy deserves better

There is no disputing that corrections officers have a dangerous and mostly thankless job to do.

But when certain union goons resort to bullying their boss because they're dissatisfied with her management, they lose any public sympathy they might earn when they walk through the locked prison doors.

We take Department of Correction Commissioner Kathleen M. Dennehy at her word when she says she has been harassed by some union members who have slashed her car tires, made personal threats and followed her around with a giant inflatable rat.

Dennehy is one of those rare public officials who is widely respected on both sides of the aisle and has few detractors — the single exception, perhaps, being the Massachusetts Correction Officers Federated Union.

Talk about thankless jobs —

Dennehy has been charged with implementing the recommendations of the Harshbarger commission, formed after the prison murder of defrocked priest John J. Geoghan — whose report MCOFU dubbed "anti-union."

From the day she took over, Dennehy met with resistance from the union, which has issued repeated calls for her termination.

Dennehy is soft-spoken but tough. The harassment, she said, comes with the territory when you're trying to bring discipline and order to a department that lacked it.

Union leaders deny they have threatened Dennehy and issued this petulant response: "She needs to grow up," president Steve Kenneway told the Herald.

This from a man whose union members are using a giant toy rat to try and intimidate her.

And *she* needs to grow up?

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | RICE, JORDAN M | **Commit No** | W65429 | **Housing Unit** | SEGREGATION |
| **Date** | 18-AUG-2005 | **D- Report No.** | 61032 | **Institution** | OLD COLONY CORRECTIONAL CENTE |

**OFFENSE(S) & CODE NO.:**
01-DISOBEYING AN ORDER, LYING, INSOLENCE
08-CONDUCT WHICH DISRUPTS
19-OBSCENE/ABUSIVE/THREAT LANGUAGE
29-EXTORT/BLACKMAIL FOR ANY REASON

*[Handwritten note:] This is another retaliatory D-Report for speaking out against Correctional Staff. I told you to Hooper said I was good to receive this D-Report. Sgt. Kenneally won't give me the video tape and Investigative Report.*

**Major** [X]        **Minor** [ ]

*[Handwritten in left margin:] Jowayne Martin assaulted me!*

**Description of Offense(s)**

On August 18, 2005 this reporting officer completed an investigation into the Office of Investigative Services Intake # 3215 or Inmate Grievance # 9962 and determined that inmate Jordan Rice W65429 made false allegations against a Correction Officer. The following facts have been established through video surveillance and the interview process:

On April 27, 2005 the Office of Investigative Services received Inmate Grievance # 9962 from inmate Rice and generated O.I.S. Intake # 3215. Inmate Rice alleges that on April 22, 2005 during medication rounds he handed a Correction Officer three sick call slips that were folded. Inmate Rice alleges that the Correction Officer opened the sick call slips and started to read them until he told the officer they were for the nurse. Inmate Rice alleges that the officer then threw the sick call slips so hard through the cell door slot that they struck his penis area. A review of the video surveillance evidence indicates that the Correction Officer handed the sick call slips back to inmate Rice and never assaulted him with the sick call slips. The video surveillance tape was marked as evidence and placed in the IPS Evidence Locker. All proper authorities were notified. E.O.R.

**Has Inmate been placed on Awaiting Action Status**    **Yes** [ ]    **No** [ ]

**Referred to DA**    [ ] Yes    [X] No    **Referred to DDU**    [ ] Yes    [X] No

**Reporting Staff**    Charles Hooper R                    **Date** 18-AUG-2005    **Time** 14:52

**Days off**    Sun Mon
**Shift**    Flex

**Shift Commander**    Kenneth Ayala J            **Date** 18-AUG-2005    **Time** 21:30

**Disciplinary Officer**    David Kenneally J        **Date** 22-AUG-2005    **Time** 07:53

**Results**

20050822 07:53