Jordan M. Rice
1 Administration Road
Bridgewater, Ma. 02324

Mark L. Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice v. Brady DKT. No. 04-10859-MLW

Dear Judge,

Hello, please find enclosed your copy of my letter to Sec. of Public Safety Edward Flynn. Please note, for the past four years the DOC has been in contrary to clearly State and Federal established Law in regards to every single aspect of my incarceration. Therefore, I would like your copy of Mr. Flynn's letter entered on the docket for the above referenced case.

Thank you for your attention to this matter.

Respectfully Submitted,

x. [signature]

CC: Enclosure