Jordan M. Rice - W65429
1 Administration Road
Bridgewater, Ma. 02324

Edward Flynn, Sec. of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

(PART 1)

Oct. 24, 2005, Page 1 of 3

Dear Sir,

Hello, I am writing you today to inform you of ongoing harassment and torture of me by OCCC Officer's which has been repeatedly been capture on video but OCCC Officials refuse to remedy the malfeasance behavior. Sgt. James Cappone has: (1) Disseminated my Personal, Letter and Subscription mail to other prisoner's including an return letter addressed to media personnel. This has led to a convicted felon authoring an unwanted sexual explicit letter to an minor. I have directed family and friends to contact the proper authorities because the Romney Administration has refused to held the clear torturing of me that has been ongoing for years by DOC Officials. In fact on Oct. 12, 2005 Cpt. Kenneth Ayala and an Administrator made a round in segregation. At this time I attempted to explain my mail censoring and he stated laughly "Oh, your Jordan Rice" and walked away. Now all my legal mail is being opened and mail from my criminal and civil matters I am not receiving which is denying me access to the Courts;

(2) Extra meals are being disseminated to my fellow prisoner's to curry animosity against me; (3) propaganda has been spread about myself, protective custody issues and criminal conviction to curry animosity against me with my fellow prisoner's and on Oct. 11, 2005 he (Cappone) threaten my life along with turning off my cell water for no other purpose than to harass and torture me. Also other officer's has engaged in these malfeasance behavior's including Officer's Shawn Yard, Louis Hudson, Michael Lisbon among other officer's. These above malfeasance behavior's are capture on video but OCCC Officials has failed to discipline or control rogue officer's acts of violating me Constitutional Rights. These are torturing me from their friends and brother offices at SBCC whom Mentally, Physically and

PAGE 2 of 3

sexually tortured me with immunity. Now I am being denied Medical Attention. The DOC is repeating the same violations of torturing as at SBCC so I look like the problem to cover up the torturing of me.

For four years I been held in punitive segregation (in violation of Blaney V. Commissioner, 374 Mass. 337 (1978)) and this has directly denied me access to the court because the DOC has attempted to force me to detail what I need for legal materials. The Courts has repeatedly held "[i]t is unrealistic to expect a prisoner to know in advance exactly what materials he needs to [litigate]... because "[i]t is doubtful that many lawyers and judges could do minimally adequate research if they were required to request materials by mail via specific citations" Messere V. Fair, 752 F.Supp. 48, 50 (D.Mass. 1990), see also Cepulonis V. Fair, 732 F.2d 1, 4 (1st. Cir. 1984)(same); Rich V. Zitnay, 644 F.2d 41, 43 (1st. Cir. 1981)(same). I have documents from Commissioner Dennehy and various other DOC Officials demonstrating that this unconstitutional law library system has denied me access to the Courts for four years while being unconstitutional held in punitive segregation.

Now to add insult to injury, OCCC Officials are attempting to force me to go to the law library with Population Prisoner whom are being held in punitive segregation with me. Now I must choose between my personal safety or fighting for my life back. If I was to have a physical altercation the DOC would use my self defense act to paint me as a violent unruly prisoner in attempt to cover up their said torturing of me. Case in point review the June 15, 2001 MCI Concord D-Report which clearly demonstrates I was forced to defend against Prisoner Keith Parkerinson attacking me with a razor but my self defense was misconstrued to cause me to lose my protective custody status but the neo-nazi aggressor maintained his P.C. Status. The situation here at OCCC is why the Blaney decision, supra, prohibits P.C. Prisoner's from being held in punitive segregation on P.C. Status. Furthermore, the DOC must take reasonable measures to protect prisoners from assault by other inmates. Farmer V. Brennan, 114 S.Ct. 1970, 1980-84 (1994)

Here to the DOC is failing. Case in point, officer (3pm-11pm Shift) most recently instigated Prisoner Stephen Brum to attack another prisoner in the law library because they (officers) labelled the prisoner a protective custody prisoner and sex offender, which resulted

in his ear drum being broke among other injuries. I have offerred to purchase my own legal books but on Oct. 6, 2005 by way of letter Director Carol Lawton denied to request due to the Starlite Company isn't on the list of preapproved vendors. I have wrote the vendor's on the list but none have adhere to my request and the other on the list only give a website address but conveniencely prisoners don't have access to the world wide internet.

The DOC has manipulated the disciplinary process resulting in the lose of my visit, telephone and visit privileges until approx. 2006 so I can't contact my family to go on line. My incoming I am not receiving so I am totally cut off to the outside world. DOC employees has infirmed me that if they looked up the books at home and brought the information into the prison to me, it could be trouble for them and myself.

The bottom line is the DOC has a very vested interest that I don't have access to the courts because the last four years they have violated all my guaranteed constitutional rights. Pursuant to Bounds V. Smith, 430 U.S. 817, 821 (1977) it is "beyond doubt that prisoners have a constitutional right of access to the Court." Id. In the foregoing I have demonstrated DOC Officials are in contrary to this Supreme Court and my Constitutional Rights. "No wall separates the constitution from prison inmates". Wolf V. McDonnell, 418 U.S. 539, 555-556 (1974). Why has the Romney Administration let the DOC separate me from the Constitution via confining me in punitive segregation the past four years? Why isn't the DOC answering my grievance forms including Grievance No. 13014? Why has the Romney Administration let the DOC retaliatory punish me through the disciplinary process despite video evidence exonerating me? When will the retaliatory torture of me end? Why me?

I look forward to your anticipated cooperation to these matters.

Respectfully Submitted,
X

CC: Media Members
    Public Officials
    Rice (Attorney & Family)
    Enclosure & Mark L. Wolf, Federal Judge

Jordan M. Rice - W65429
1 Administration Road
Bridgewater, Ma. 02324

Edward Flynn, Sec. of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Oct. 24, 2005 · Part 2

Dear Sir,

Hello, I am now moving to amend my Oct. 24, 2005 (Part 1) letter to inform you that the frivolous three year DDU guilty finding were upheld by Deputy Commissioner James Bender. For the following reasons the three year finding should be dismissed:

(1) the two DDU D-Reports were rewritten and my Legal Representative or myself never received a copy of the new D-Reports, (2) there was video evidence at the hearing that demonstrated both officer's reports and testimony were based on lies and (3) DDU Hearing Officer Cpt. Patrick DePalo stated in his "Reason for Sanctions" on both D-Reports that due to the fact my claims against SBCC Officer's of Physically and Sexually assaulting me were unfound by SBCC Officer's was the Reason For Sanctions which clearly demonstrates I am being punished for speaking out against abusive SBCC Officers. The DOC claims that they do not retaliate or punish prisoners for speaking out against officers but I can demonstrate their denials are perjury with their own written words.

SBCC C/o Andrew Burns stated to me that "I was going to DDU to be taught a lesson at DDU about speaking out against officers" and he (Burns) insured me that I would be tortured by officers at DDU because he use to work at DDU and has friends that are officers working at DDU. Also SBCC C/o Richard Peterson stated to me "SBCC Officers would get away with torturing me because Former Associate Deputy Commissioner John Marshall is his uncle!" So far C/o Peterson has been right because I am going to DDU for no reason and C/o Burns has gotten away with attempting to rape me and SBCC Officers has gotten away with Mentally, Physically and Sexually Torturing me

PAGE 2 of 2 (Part 2)

Mr. Marshall is the now acting superintendent of MCI Cedar Junction, where DDU prisoner's are housed. Also Mr. Marshall himself got away with killing a prisoner years ago. The DOC is attempting to have me killed at DDU because I can expose there vast cover up of SBCC Officer's role in the murder of Prisoner John Geoghan at SBCC. This is why I been held in punitive segregation and my mail has been censored. The DOC is also attempting to have me killed through the Classification System, i.e., Out of State Transfer, e.g. See Commissioner Dennehy's letter dated Jan. 13, 2004 where she admitts I was classified for out of state for speaking out about SBCC C/O Joseph Ayala placing a hit on me! Which led to me being placed back in punitive segregation without a D-Report. This was after spending two years in punitive segregation.

 I have been retaliatory confined in punitive segregation basically the past four years. I am now being sent to DDU to be murdered because I have a number of enemies at DDU and out of state. The DOC wants to silence me which they been trying to do the past two years since the Geoghan Murder. If anything happens to me or I am forced to defend my life with grave results, (I pray to God either happens), I have left a long paper trial to demonstrate the Romney Administration ignored my cries for help! Therefore, the results are your fault!

 I look forward to your anticipated cooperation to this matter.

Respectfully Submitted,
x [signature]

CC: Media Member's
  Public Officials
  Rice (Attorney & Family)
  Mark L. Wolf, Federal Judge
  Enclosure