Jordan
1 Administration Road
Bridgewater, Ma. 02324

Mark L. Wolf, Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: <u>Rice v. Brady</u>, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of my letter addressed to Attorney Eugene P. McCann. Please enter it on the docket as part of the official record.

Thank you for your attention to this matter.

Respectfully Submitted,

x [signature]

Dated: Oct. 31, 2005

CC: Rice Family
Enclosure