UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JORDAN MARTELL RICE | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 04-10859-MLW |
| TIMOTHY HALL, | ) ) ) | |
| Respondent. | ) ) | |

## ASSENTED-TO MOTION TO ACCEPT MEMORANDUM AS TIMELY FILED

The respondent, Timothy Hall, with the assent of counsel for the petitioner, Jordan Martel Rice, hereby moves this Court to accept his memorandum as timely filed, although it is filed one day after the date on which it was due. As grounds for this motion, counsel for the respondent states that this Court had entered an order requiring the respondent to respond to the merits of the petition by November 15, 2005. Due to the numerous legal and factual issues raised by the petition, along with the fact that the petitioner had not submitted a legal memorandum (and therefore the petitioner was required, at least in part, to anticipate the petitioner's arguments), an extra day was needed for final preparation and review of the memorandum. Counsel for the petitioner has assented to this motion, and granting the motion will neither unduly delay the proceedings nor cause prejudice to any party.

WHEREFORE, the respondent respectfully requests that this Court accept his memorandum of law as timely filed.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ Maura D. McLaughlin
        Maura D. McLaughlin
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2857
        BBO No. 634923


Dated: November 16, 2005


## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon counsel for the petitioner, Jordan Martel Rice, on November 16, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, as follows: Eugene McCann, Esq., Manzi & McCann, 59 Jackson Street, Lawrence, Massachusetts 01840.

        /s/ Maura D. McLaughlin
        Maura D. McLaughlin