Jordan M. Rice - W65429
P.O. Box 100
South Walpole, Ma. 02071

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed a copy of my letter to Attorney McCann. I am gravely unhappy with the Attorney-Client Relationship because there is a complete break down in communications. I again request New Counsel because I been attempting to retain New Counsel but I can't afford it! I will be attempting to pursuit a New Trial Motion Pro Se because there are meritorious claims that need to be exhausted in State Court but Counsel refuses to stay my Petition despite the fact CPCS will appoint him. Furthermore Counsel refuses to answer letters and the DOC is denying me access to the telephone so I can't call him. Therefore I have no communication with Counsel. Also please hold a hearing on my Restraining Order so I can perceive Pro Se in State Court. Thank you for your attention to this matter.

Respectfully Submitted,

Dated: Nov. 21, 2005

CC: Enclosure