Jordan M. Rice - W65489
P.O. Box 100
South Walpole, Ma. 02071

Eugene P. McCann, Attorney
59 Jackson St.
Lawrence, Ma. 01840

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, would you please promptly forward to my attention an copy of the Pro Se Habeas Corpus Petition that I filed? Reason being an attorney wants to evaluate my claims.

For the record I want to reiterate the following: 1) I wish to raise the three claims surrounding the Bloody Palm Print, 2) I wish to stay my Habeas Corpus to exhaust claims that are unexhausted so please again please stay my Habeas Corpus and 3) Would you please also forward to my attention an copy of this Respondents Motion To Dismiss, which was due on Nov. 15, 2005?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: Nov. 21, 2005

CC: Evaluating Attorney
    Mark L. Wolf, Federal Judge
    Enclosure