Jordan M. Rice-W65429
P.O. Box 100
South Walpole, Ma. 02071

Mark L. Wolf, Federal Judge
1 Courthouse Way; Suite # 5110
Boston, Ma. 02110

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed a copy of your letter addressed to Sec. Edward Flynn. The ~~Secretary~~ DOC has cut off my access to the entire outside world. I now request that you hold an hearing on my "Order To Show Cause And Temporary Restraining Order" because my constitutional rights are being violated and it is prohibiting me from litigating my above Habeas Corpus due to: 1) Attorney McCann isn't adhering to my request ~~to~~ to my request to exhaust my claims in State Court despite CPCS willing to appoint him and 2) the DOC are willfully denying me access to the courts. I have unexhibited clear meritorious constitutional violations of: 1) ~~Denied~~ Denied Fair Notice Of Amended Charges During Trial and 2) During the Grand Jury Processing my right against self-incrimination and to produce incriminating evidence. I can exhaust these claims in State Court Pro Se if you order the DOC to provide me my Constitutional Rights of access to the Courts. I will next attempt to file a Pro Se Stay of Execution with you.

Thank you for your attention to this matter.

Respectfully Submitted,
x