Jordan M. Rice - W65429
P.O. Box 100
South Walpole, Ma. 02071

Edward Flynn, Sec. of Public Safety
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Dear Sir,

Hello, I am writing you today to further demonstrate the DOC's plot to kill me. On Nov. 8, 2005 I was transferred to MCI Cedar Junction. Since this time I have not been allowed to purchase Stamps or not allowed to use the telephone to call my Attorney's, which is designed to cut off my access to the outside world so the DOC can continue torturing me with immunity from the outside worlds knowledge.

Prison Officials has stated that I must have a Attorney call or write Superintendent John Marshall to request for me to call their office for me to gain access to the telephone because I am serving a telephone sanction which only prohibits me from making personal calls. Here Prison Officials are in manifest disregard of DOC 103 Code of Massachusetts Regulations:

482-08 Inmate Telephone Use For Court or Attorney Contact "Telephone calls to pre-authorized attorney numbers shall not be suspended or curtailed except in an institutional emergency. Telephone calls to pre-authorized attorney numbers shall not be subject to telephone monitoring or recording."

I am serving a bogus three year DDU sanction and there are no canteen sanctions in DDU because prisoners are allowed only to purchase stamps thru the canteen but the Prison Officials are still enforcing all my illegal sanctions, i.e., denying me the right to purchase stamps. Therefore, I have no way to contact my Family, Attorney's and the Courts. This is prohibiting me from litigating my litigation before the Courts. In all reality the DOC has cut off my guaranteed Constitutional Rights of access to the courts along with cutting off all my access to the outside world. Another Prisoner had to give me stamps to mail other this letter to my Family.

Here is why the DOC has cut off my access to the outside world. On Nov. 21, 2005 I

## PAGE 2 of 3

requested to speak a Prison Administrative Official and Caseworker because no one makes rounds here in segregation. Lt. Jason Lanpher stated "No you can't use the telephone to call your Lawyer because your on telephone sanctions nor can you buy stamps from the canteen because your on sanctions. No one here wants to speak with you because you wrote rat letters on Superintendent Marshall's nephew who works at SBCC. We will make sure you don't write any more rat letters to President Bush about how we set up John Geoghan to be killed. Your the Protective Custody Prisoner we will set up to be murdered!" Then I called Lt. Lanpher a "Asshole" and in return Lt. Lanpher assaulted me via poking me in the eye which is capture on institutional video tape.

To cover up this assault Lt. Lanpher issued me a bogus D-Report (See Exhibit No. 1). Another prisoner gave me a grievance form and then Lt. Lanpher ordered officers to my cell to order me to cuff up to seize the grievance form but I refused. Then a tac team came to extract me from the cell. When I refused to cuff up. I was told chemical agents would be used against me. I informed the tac team that I had a heart murmur which precluded chemical agents being used on me due to the fact their was a great chance I could go into cardiac arrest. Despite this fact chemical agents were still used against me. After I was cuffed up, I was assaulted by a tac team member, whom I believe was C/O Amaral, via twisting my hand. All the events outlined in this paragraph were capture on hand held video camera operated by a member of the tac team.

Since this assault with chemical agents I been experiencing: 1) Shortness of breathe, 2) Dizzy spells, 3) Chest pains and 4) a rapid and/or irregular heart beat. I am being denied medical attention for these problems. In fact, Dr. Culkin Shipman frivolously claims that he doesn't hear a heart murmur nor is it listed in my medical chart which both claim are fictitious because OCCC Nurse Practitioner check my heart murmur along with running blood test on my liver before prescribing me a pill for an rash on my back, which took place in October 2005 or November 2005. Furthermore my heart condition has been well documented in my medical records since my birth and the Doc along with their medical providers has known this fact since my incarceration beginning in 1998. This is just part of the DOC's plot to kill me for the knowledge I possess about there vast cover up of officers role in the murder of prisoner John Geoghan.

Now the lap gang boss, Ernest Fernandes, who I testified against in the high profiled murder of rising R&B/Rapp Star Chris Bender has learned that I am here at MCI Cedar Junction.

PAGE 3 OF 3

He has order his cohorts (Meshack Little among others) to force me to sign an affidavit stating that "the D.A. and Police forced me to wrongfully accuse Fernandes and others for the Bender Murder and I am now to face perjury charges due to the Law Enforcement forcing me to lie under oath." Since the DOC has purposely failed to protect me and cut off my access to the outside world I signed the affidavit out of distress because of the following: 1) my life was threaten, 2) Officer's are working with Prisoners against me, 3) Meshack Little attained the docket numbers from my Federal Habeas Corpus and threaten to withdraw it, 4) Legal documents demonstrating my cooperation in the Bender murder has been disseminated throughout the entire prison, 5) Meshack Little has threaten to have other prisoners throw urine and feces infected with HIV and Hepatitis on me to infect me and 6) I am being verbally tortured 24 hours a day which is preventing me from reading, writing or sleeping.

OCCC Leo Marchard [sic], who is a tac team working at MCI Cedar Junction, is instigating the torture of me because I filed complaint against OCCC Sgt. James Caffone. I am now being tortured in the same manner as I was at OCCC. Also my food is being poisoned by officers. So I can't eat and already lost 10 pounds. When the hell will the Romney Administration address the illegal torturing of me? Also ask the DOC why they are refusing to answer my October 31, 2005 Fair Information Practices Act? Why am I being denied access to legal materials?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x [signature]

CC: Attorney's
    Plymouth County D.A.
    Public Officials
    FBI
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure and Media Personnel

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate | RICE, JORDAN M | | Commit No | W65429 | Housing Unit | TEN BLOCK |
| Date | 21-NOV-2005 | D- Report No. | 65781 | Institution | MCI CEDAR JUNCTION | |

**OFFENSE(S) & CODE NO.:**
- 01-DISOBEYING AN ORDER, LYING, INSOLENCE
- 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
- 03-FAILURE TO KEEP IN ACCORDANCE
- 08-CONDUCT WHICH DISRUPTS
- 18-FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINS PERSON OR PROPERTY
- 19-OBSCENE/ABUSIVE/THREAT LANGUAGE
- 33-ATTEMPTING TO COMMIT ANY OFFENSE

Exhibit No. 1

**Major [X]        Minor [ ]**

**Description of Offense(s)**

On November 21, 2005 at approximately 10:40 AM, I Lieutenant Lanpher was advised inmate Jordan Rice(W-65429) housed in cell #23 of Ten Block was requesting to see me regarding a phone issue. Upon speaking with inmate Rice he became belligerent on several occasions. Inmate Rice demanded the phone after he was advised he was on sanctions and was not elligible to use this privledge. At this time I observed a cup of unknown yellow liquid on the bars. I questioned him as to what it is and he stated "It's piss to throw at you." At this time inmate Jordan attempted to grab the cup and throw it me and I was able to deflect it out of his hands into the cell. The solid door was secured and Inner Control and Shift Commander notified. Inmate Rice subsequently refused all direct orders to step to the door and be placed in restraints.

---

Has Inmate been placed on Awaiting Action Status     Yes [X]    No [ ]

Referred to DA    [ ] Yes   [X] No         Referred to DDU    [ ] Yes   [X] No

Reporting Staff      Jason Lanpher L              Date 21-NOV-2005    Time 11:11

**Days off**    Tue  Wed
**Shift**      7-3

Shift Commander       William Grossi J           Date 21-NOV-2005    Time 14:56

Disciplinary Officer    Micheal Reynolds P      Date 22-NOV-2005    Time 07:30

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| Reviewing Authority | | | Date | | Time | |

20051122 09:01