Jordan M. Rice -W65429
P.O. Box 100
South Walpole, Ma. 02071

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Nov. 29, 2005

Dear Sir,

Hello, please find enclosed the following:

1) Letter dated Nov. 21, 2005 from CPCS Attorney David Nathanson,

2) Return letter to Attorney Nathanson from myself,

3) Petitioner's Motion to Stay prepared by Jail House Lawyer Tony B. Gaskins.

I am now requesting a Stay of Execution to exhaust other meritorious issues. Even if I must try to proceed "Pro Se" in State Court. Also I request that you on a hearing on my already filed "Motion for a Temporary Restraining Order and a Preliminary Injunction" because the DOC is denying me access to the courts and has cut off my access to the entire outside world which includes my Attorney's, Family, and Friends and the courts and this exculpatory fact is effecting the above referenced case.

Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

CC: Enclosure.