

## The Commonwealth of Massachusetts
### Committee for Public Counsel Services
44 Bromfield Street, Boston, MA 02108-4909

**WILLIAM J. LEAHY**
CHIEF COUNSEL

TEL: (617) 482-6212
FAX: (617) 988-8495

**STAN GOLDMAN**
ACTING DEPUTY CHIEF COUNSEL
PRIVATE COUNSEL DIVISION

**ANDREW SILVERMAN**
DEPUTY CHIEF COUNSEL
PUBLIC DEFENDER DIVISION

November 21, 2005

Mr. Jordan M. Rice, W65429
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

Dear Mr. Rice,

I apologize for the delay in responding to your letter dated September 27, 2005. Just so that we are 100% clear, please give me the issue heading for the claim you say appellate counsel was ineffective in not federalizing. As I understand it, you are claiming that appellate counsel was ineffective for failure to federalize the issue of trial counsel's ineffectiveness in not challenging the false testimony regarding the no smoking policy at South Bay. Please write me back and let me know if my understanding is correct. I am confused because if my understanding is correct, counsel did not federalize the issue because counsel *did not raise the issue at all*. Therefore, the claim would not be ineffective assistance for failure to federalize the issue. It would simply be ineffective assistance for failure to raise the issue at all.

Good luck to you.

Very truly yours,

David Nathanson
Staff Attorney
Criminal Appeals Unit
Private Counsel Division