UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jordan M. Rice,

    Petitioner,

v.

Bernard Brady,

    Respondent.

Civil Action
No. 04-10859-MLW

### MOTION TO STAY PETITIONER'S §2254 PETITION AND HOLD IN ABEYANCE WHILE PETITIONER RETURNS TO STATE COURT TO EXHAUST MERITORIOUS UNEXHAUSTED CLAIMS

Now comes the Petitioner in the above-civil avtion moves this Honorable court to stay this matter and hold it in abeyance whilst he return to the state to exhaust a meritorious claim that was preserved for appellate review by trial counsel, but not raised on direct appeal by appellate counsel. See Duncan v. Walker, 121 S.Ct. 2120 (2001).

The issue that the petitioner seeks to exhaust with the state court is the matter that the prosecution amended the indictment without fair notice in violation Stirone v. United States, 361 U.S. 212 (1960), when the prosecutor amended the charge of rape to the indictment without presenting such to the grand jury in violation of the petitioner's Fifth Amendment rights.

Here, the defendant was charged with murder and arson,

and that was all the grand jury to had to decide in returning an indictment against him. However, during the midst of trial, the prosecutor proceeded against the defendant on aggravated rape charges that enhanced the defendant's indictment and charge to felony murder. This was never presented to the grand jury.

The defendant contends that this issue has merit and deserves to be heard along with the other issue currently before this court. However, such a valid issue would be forever lost from federal review if this court does not grant this motion. Accord <u>Watson</u> v. <u>Jago</u>, 558 F.2d 330 (6th Cir. 1977).

Wherefore, the defendant prays that this motion is allowed by this court.

Respectfully Submitted,

Jordan Martel Rice, pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: Nov. 29, 2005

**CERTIFICATE OF SERVICE**

I, Jordan M. Rice, certify that I caused a true copy of the foregoing to be served on the Repsondent's attorney of record at: Attorney General's Office, One Ashburton Place, Boston, ma. 02108, by first class mail, postage prepaid.

Jordan Martel Rice, pro se

Dated: