UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JORDAN M. RICE,            )
    Petitioner,            )
                           )
    5.                     )   C.A. No. 04-10859-MLW
                           )
TIMOTHY HALL,              )
    Respondent.            )

## ORDER

WOLF, D.J.                                          December 27, 2005

Essentially for the reasons stated in the September 30, 2005 Memorandum and Order, it is hereby further ORDERED that:

1. Petitioner Jordan M. Rice's pro se request for the appointment of new counsel (Docket No. 64) is DENIED.

2. Rice's pro se renewal of request to stay this case to permit exhaustion of certain claims (Docket No. 67) is DENIED.

3. Petitioner's reply to Respondent Timothy Hall's Opposition to the petition for writ of habeas corpus shall, as previously ordered, be filed by January 4, 2006.

                                                /S/ MARK L. WOLF
                                        UNITED STATES DISTRICT COURT