UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JORDAN MARTELL RICE, | ) | |
| Petitioner | ) ) ) | |
| v. | ) ) | Civil Action No. 04-10859-MLW |
| TIMOTHY HALL, | ) ) ) | |
| Respondent | ) ) | |

**PETITIONER'S REPLY TO RESPONDENT'S OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS**

NOW COMES Jordan Martell Rice, the petitioner in the above-captioned matter and replies to the respondent's opposition to his petition for writ of habeas corpus. As reasons therefore, the petitioner states that while his petition, supporting affidavit and the record are sufficient, several issues raised by the respondent's opposition should be addressed. First, the applicable standard for this Court's review of an ineffective assistance of counsel claim should be clarified and should emphasize trial counsel's failure to investigate and introduce a highly exculpatory lab report excluding the petitioner's DNA from matching a key piece of crime scene evidence. Second, jury unanimity was required in their deliberation of the <u>Cunneen</u> factors to avoid a fundamentally unfair verdict. Third, the petitioner's claim regarding the prosecution's improper summation should not be defaulted, but is capable of being reviewed by this Court, subject to a different standard. Finally, petitioner's claim as ground four in his *pro se* petition that his conviction was obtained by a violation of his rights against self-incrimination is clearly part of this ineffective assistance of counsel claim and should not be dismissed.

WHEREFORE, the petitioner respectfully requests this Honorable Court to grant his petition for habeas corpus.

        Respectfully submitted,
Jordan Martell Rice
By his attorney,

/S/ Eugene Patrick McCann
_____

Eugene Patrick McCann
Manzi & McCann
59 Jackson Street
Lawrence, MA 01840
(978) 686-5664

Dated: January 4, 2006

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, hereby certify that on this <u>4th</u> day of January, 2006, I have served a true copy of the foregoing by electronic filing upon counsel for the respondent:

Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

/S/ Eugene Patrick McCann
_____
Eugene Patrick McCann