Jordan M. Rice W65429
P.O. Box 8000
Shirley, Ma. 01464

Eugene McCann, Attorney
59 Jackson St.
Lawrence, Ma. 01840

04-10859-mcw

Re: Break Down In Communications.

Dec. 23, 2005

Dear Sir,

Hello, on Dec. 15, 2005 you informed me that on Dec. 22, 2005 you would visit me here at the prison and that I should call you on Dec. 21, 2005 to confirm the "prison visit". On Dec. 21, 22 & 23, 2005 I called your office but your secretary never accepted the calls. Nor did you visit me to discuss my meritorious unexhausted claims. At this time, I want to again stress that I wish to stay my current Habeas Corpus Petition in Federal Court and return to State Court to exhaust the "Denied Due Process of Fair Notice to Criminal Charges Argument" among other Constitutional Violations.

As you know CPCS Director Attorney Donald S. Bronstein stated in his October 20, 2005 letter that he is willing to appoint you to represent me in State Court but you must contact his office. You should be in receipt of a copy of Mr. Bronstein's correspondence but if no, I will gladly forward you another copy.

At any time my Habeas Corpus must be appealed to the First Circuit Court of Appeals, I am requesting that you file an "Application For Certificate of Appealability From District" for the following Claims:

1) Ineffective assistance of Trial Counsel for failing to investigate the Bloody Palm Print, (along with other ineffective assistance of Counsel claims),

2) Perjured testimony in regards to the destruction of the Bloody Palm Print,

3) Withholding of exp exculpatory evidence in regards to the Bloody Palm Print,

## PAGE 2 of 2

4) State Court should have instructed the injury that unanimity was required with respect to the extreme atrocity or cruelty factors.

As you may note I didn't list the Denied Fair Notice to Criminal Charges Argument because I feel there is an irretrievable breakdown of our Attorney-Client Relationship which is resulting in a failure to return to State Court to exhaust all meritorious unexhausted claims but in no way am I waiving my request to return to the State Court for exhaustion reasons.

If your unwilling to communicate with me properly along with adhering to my repeated request of returning to the State Court. Then please excuse yourself from this case so I can attain competent counsel because there are several conflict of interest between us that warrants new counsel in this case. Also you never forwarded me back a copy of my Habeas Corpus Petition, so my family could have an Attorney review it for possible Hiring, as I requested.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x. [signature]

CC: Mark L. Wolf, Federal Judge
    Enclosure.