# EXHIBIT NO. 2

## MCI-CEDAR JUNCTION @ WALPOLE

### Memorandum

**TO:** Jordan Rice W65429

**FROM:** AnnMarie Aucoin, Institutional Grievance Coordinator

**DATE:** November 29, 2005

**RE:** 3 Grievances submitted November 29, 2005


Please be advised the grievances you submitted on November 29, 2005 are being returned to you because you are on suspension of the grievance process. Please note that your ability to file an emergency grievance is still in effect, however, if you are found to abuse this process, your ability to file emergency grievances may also be suspended in the future.

c.   file

FORM "A"

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

| INMATE'S NAME: Jordan M Rice | INMATE'S #: W65429 | DATE: 11/25/05 |
|---|---|---|
| INSTITUTION: MCI Cedar Junction | DATE OF INCIDENT: Nov. 25, 2005 | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. Check off a grievance type that best describes your grievance in Block A.
3. In Block B, give a brief and understandable summary of your complaint/issue.
4. List any actions you may have taken to resolve this matter in Block C. Be sure to include the identity of staff members you have contacted.
5. Provide a Requested Remedy in Block D.

**A.** Check off one grievance type only (Listed on reverse side). When filing an Emergency Grievance select Emergency and one additional grievance type.

_____ EMERGENCY

**B.** Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary. Mr. Rice has been incarcerated at MCI Cedar Junction since Nov. 8, 2005 and denied access to use the telephone to call is attorney's to discuss his pending litigations before the courts, which is denying Mr. Rice his guaranteed Constitutional rights of access to the courts because Prison Officials current prohibitting Mr. Rice the telephone are contrary to 482·08 (Inmate Telephone Use For Court or Attorney Contact) that states: "Telephone calls To Pre-Authorized Attorney numbers shall [not] be suspended or curtailed except in an institutional emergency. Telephone calls To Pre-authorized attorney numbers shall [not] be subject to Telephone monitoring or recording." This unconstitutional policy led to Lt. Jason Lanpher assaulting me.

**C.** List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.

Mental Health Department

**D.** Provide your Requested Remedy. To provide Mr. Rice access to the telephone to call his attorney pursuant to 103 DOC 482-08. Also probe why Mr. Rice is being willfully denied his guaranteed Constitutional Rights of access to the courts.

Inmate's Signature _____ Date: 11/27/05

Staff Recipient _____ Date: _____

**DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10

FORM "A"

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM

| INMATE'S NAME: Jordan Rice | INMATE'S #: W65429 | DATE: 11/25/05 |
|---|---|---|
| INSTITUTION: MCI Cedar Junction | DATE OF INCIDENT: Nov. 25, 2005 | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. Check off a grievance type that best describes your grievance in Block A.
3. In Block B, give a brief and understandable summary of your complaint/issue.
4. List any actions you may have taken to resolve this matter in Block C. Be sure to include the identity of staff members you have contacted.
5. Provide a Requested Remedy in Block D.

A. Check off one grievance type only (Listed on reverse side). When filing an Emergency Grievance select Emergency and one additional grievance type.

_____ EMERGENCY

B. Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary. Mr. Rice has been incarcerated at MCI Cedar Junction since Nov. 8, 2005 and has been denied the right to purchase stamps through the Canteen. Mr. Rice has submitted weekly canteen slip to no avail. This is being denied Mr. Rice access to his Family, Attorney's and the Courts. This is ~~during~~ part of the DOC's plot to kill Mr. Rice in retaliation of speaking out about their officer's Mentally, Physically and Sexually tortured Mr. Rice, how SBCC officers help kill a prisoner and for speaking out about John Marshall's nephew SBCC c/o Richard Peterson used his DOC family connection to set me up for a DDU Sentence. Therefore, the DOC has cut off Mr. Rice's access to the outside world to continue ~~xxx~~ torturing him with immunity.

C. List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.

Mental Health Department

D. Provide your Requested Remedy. To allow ~~to purchase~~ Mr. Rice to purchase stamps weekly from the canteen because he has had more than enough funds in his prisoner account to make weekly purchase's that were unreasonable denied. Also launch a probe why the DOC has retaliatory cut off Mr. Rice's access to the outside world

Inmate's Signature: [signature]   Date: 11/27/05

Staff Recipient _____ Date: _____

**DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10