United States District Court
District Of Massachusetts

Jordan M. Rice,
    Petitioner,

V.

Bernard Brady,
    Respondent.

No. 04-10859-MLW

Petitioner's Request For An Evidentiary Hearing, and Discovery

Petitioner, Jordan M. Rice, pursuant to 28 USC §2254, Rule 8, request's this court to grant him an evidentiary hearing. The specified factual reasons therefor are set forth in the petitioner's Supporting Affidavit and Memorandum of Law of the said request, and Discovery pursuant to 28 U.S.C. §2254, Rule 6.

Respectfully Submitted,

_____
Jordan M. Rice

Dated: Dec 23, 2005

P.O. Box 8000
Shirley, Ma. 01464