Jordan M. Rice-W65439
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: Denied Access to the Courts via Missing Property.

Dear Madam,

Hello, since Nov. 8, 2005 I have been awaiting my Personal and Legal Property to be forwarded to my attention. I have requested Caseworker David Luigi and Property Sergeant James Bairos to call Old Colony Correctional Center and MCI Cedar Junction to trackdown my said "Property" but both of your named officials claim it is the others job to do so. This lapse of time has denied me access to the courts because it is prohibiting me from preparing and filing a Rule 30 Motion in State Court. Therefore, to remedy this denied access to the courts, would you please order a member of your administration to locate my said Property?

I look forward to your attention in this matter.

Respectfully Submitted,

[signature]

Dated: Dec. 16, 2005

CC: Rice Family
Mark L. Wolf, Federal Judge
Enclosure