Jordan M. Rice - W65429
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma.

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of an letter addressed to Public Safety Secretary Edward Flynn, which outlines how the DOC is denying me access to the courts and this is squarely effecting the above reference case because the DOC is prohibitting me from exhausting several meritorious claims in State Court to present to your court if necessary. Also I have no way to contact the outside world including attorney's and family members. Therefore, I now request that you conduct a hearing on my already filed "Motion For a Temporary Restraining Order and a Preliminary Injunction", because this is the only way I will receive all my Constitutional Rights including access to the courts.

Thank you for your attention to this matter.

Respectfully Submitted
* [signature]

Dated: Dec. 11, 2005