Jordan M. Rice - W65429
P.O. Box 8000
Shirley, Ma 01464

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge
  Hello, I now respectfully request in the interest of justice that you Rule on the enclosed listed below motion with the previously filed Renewed Request for Hearing on Order To Show Cause And Temporary Restraining Order before you rendered a decision on the Respondents Motion To Dismiss. Please find enclosed:

1) Motion To Compel DOC To Release Recording Of Telephone Call

Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

Dated: Dec. 31, 2005 A.D.

Certified Mail No.
7005 1820 0006 0256 8790