United States District Court
District Of Massachusetts

Jordan M. Rice,
  Petitioner,
V.S.
Bernard Brady,
  Respondent

DKT. No. 04-10859-MLW

Motion To Compel DOC To Release Recording Of Telephone Call

## Motion, Affidavit and Memorandum Of Law

Now comes the Petitioner, Jordan M. Rice, requesting this Court Compel the Department of Corrections to release the Dec 31, 2005 (from 10:18am-10:48am) Telephone Call[1]

On the above date Rice had his Mother (Blenda Rice) call Attorney Eugene P. McCann at his home telephone number (207-363-8314) because McCann's secretary almost never accepted Rice's collect calls, which is a lack of communications. During this call McCann committed "egregious attorney misconduct" via threaten Rice and admitting he won't exhaust, a meritorious ground that relief, can be granted on in State Court. See, e.g., Spitsyn V. Moore, 345 F.3d 796 (9th Cir. 2003).

Again Rice's mother called Attorney McCann via three way calling at his Home. This had Petitioner, Blenda Rice and McCann all on

---

[1] Rice's Mother also recorded the telephone call herself but Petitioner wants the Court to attain the Official DOC recording so there is no doubt.

-5-

sabotaging Rice's Habeas Corpus from being Successful. McCann Stated "he will forego other claims Rice is waiving his Attorney-Client Privilege demonstrates there is "an irreconcilable conflict ... [that is depriving] him of the effective assistance of counsel" Brown V. Craven, 424 F.2d 1166 (9th Cir. 1970). See also Entsminger V. Iowa, 386 U.S. 748 (1967). Also Attorney McCann has a Family Member whom is employed at the Prison, Lieutenant McCann, and this Exculpatory piece of evidence maybe destoryed. Furthermore, this fact is a conflict of Interest By Counsel because Lt. McCann is one of the officers that Mentally, Physically and Sexually Tortured Rice and this one of the reason Attorney McCann is sabotaging Rice's Petition. Mickens V. Taylor, 535 U.S. 162 (2002)

## CONCLUSION

WHEREFORE, order the DOC to release the said Dec. 31, 2005 to demonstrate that there is a irreconcilable conflict and break down in the Attorney-Client Communications. Further, grant Rice new counsel along with a stay to exhaust his said Due Process Violation.

Signed under the pains and penalties of perjury this 31st day of December, 2005 A.D.

x /s/ Jordan M. Rice

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464