Jordan M. Rice - W65429
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

RE: Rice V. Brady, DKT. No. 04-10859 - MLW

Jan. 4, 2006

Dear Sir,
    Hello, please find enclosed:

    1. Request To Order Court Appointed Counsel To Raise Petitioner's Meritorious Claims surrounding the Bloody Palm Print.

    I am requesting that you rule on this motion too before you render a decision on all the motions in regards to the motion to dismiss because you appealed me counsel due to the fact you felt my claims surrounding the Bloody Palm Print were Meritorious but now my Court Appointed Counsel is refusing to raise them in his Opposition to the Respondents Motion to Dismiss in retaliation of me filing Complaints against him with the BBO and in retaliation of me filing complaints his Family member, whom is a DOC Officials and has tortured me.
    Thank you for your attention to this matter.

Respectfully Submitted,
M. M.

Certified Mail No.
7005 1820 0006 0356 8776