29. There clearly was no conceivable "strategic" reason for these omissions by counsel.

*Start Here*

b. *Failure to Investigate, Test And Present Evidence Concerning The Bloody Palmprint On the Coffee Cup*

30. Nor did Mr. Owens make any attempt to investigate and arrange for a defense expert to conduct a comparison test against other suspects of the bloody palm print found on a coffee cup in the kitchen sink in the victim's apartment, pictures of which were introduced at the trial as Ex. "41" (T.II/177).

31. The bloody palmprint on the coffee cup was perhaps the most significant piece of forensic evidence at the crime scene because the perpetrator undoubtedly moved the cup to the sink. According to the Commonwealth's pathologist, Dr. Weiner, the victim died of a "rapidly fatal" stab wound to the right upper chest area (T.IV/22).

32. The Commonwealth had obtained comparison prints of 48 individuals, including the victim and myself, as well as James L. Morgan, John J. Madden, Jewell Whatley, and numerous others (T.II/158-159; *see also* Report of Patricia Beehan dated May 30, 1996, with attached list of suspects printed (copy annexed hereto as Ex. "K").

33. Recognizing its evidential significance, Trooper Patricia Beehan testified at the trial that she

*Exhibit No. A, Page 4 of 3*

took photographs of the bloody palmprint, but that subsequently, an FBI agent, Randall Fitzwaters, destroyed the print when applying chemicals to enhance it (T.II/148-149). When showing photographs of the print to its own expert(s), including a specialist, Ron Smith of the Mississippi Crime Laboratory, the palmprint allegedly lacked sufficient detail to be identified with any of the prints of the 47 suspects, including myself (T.II/149,159-161,162-163). Trooper Beehan's Report dated May 30, 1996, also indicated that Smith believed that the print was, in some respects, consistent with that of the victim, but that there was insufficient detail to make a positive identification (Ex. "K").

34. I insisted that Mr. Owens thoroughly investigate the Commonwealth's evidence on this point because: (i) I doubted that the print on the coffee cup had been destroyed, as claimed by Trooper Beehan; and, (ii) I truly believed (and still believe) that the true perpetrator of the crime could be determined with proper and thorough testing of the evidence.

35. Notwithstanding my insistence that the Commonwealth's evidence be thoroughly investigated and tested by a defense print expert, Mr. Owens refused to do anything at all in this regard.

*Exhibit No. A, Page 2 of 3*

35. Since my trial, I have learned through my present counsel's investigator, Mr. Ron Rice, that: (i) Randall Fitzwaters, the FBI agent who supposedly destroyed the print on the coffee cup with chemicals, *denies any knowledge or involvement with the alleged destruction of evidence*; and (ii) Ron Smith, the latent print expert, *did not provide a forensic opinion to the Commonwealth, only a courtesy examination*, as there was not enough detail to either include or exclude the victim as the source of the print; *nor was Smith shown any of the comparison prints of myself or any other suspects, directly contradicting Beehan's trial testimony that she brought with her all such comparison prints for Smith's examination* (T.II/162-163). *See* accompanying Affidavit of Ron Rice sworn to October 25, 2002 ("the Ron Rice Affidavit") See Exhibit B

36. Had Attorney Owens conducted even a minimal investigation in this regard as I requested, he could have easily discredited the Commonwealth's claims in this regard at trial.

37. Indeed, now that my new counsel has obtained Mr. Owens's file, it is obvious he did not even read the materials contained within it concerning the coffee cup for use at my trial. [Stop Here]

Exhibit No. A, page 3 of 3

13



Exhibit No. B
Page 1 of 3

# NEW ENGLAND LEGAL INVESTIGATIONS
*Certified Handwriting and Profiling Experts*
53 AMANDA AVENUE • PLYMOUTH, MA 02360
TEL: (508) 759-2551 • FAX: (508) 759-4672

CRIMINAL
INDUSTRIAL
INSURANCE
FORENSIC

October 24, 2002

Donald Harwood
Attorney At Law
c/o Primo Law Firm
20 Corporate Woods Blvd.
Albany, New York 12211

### AFFIDAVIT OF RONALD H. RICE

I, Ronald H. Rice, hereby depose and state as follows:

I am a fully licensed Private Investigator through the Massachusetts Department Of State Police, license number: P-99 (copy attached). I have been retained by the defendant, Jordan M. Rice.

On Friday, October 4, 2002, I spoke with an FBI agent, Randall Fitzwater, who supposedly destroyed a palm print on a coffee cup with chemicals, according to the trial testimony of trooper Patricia A. Beehan.

Mr. Fitzwater expressly denied any knowledge, remembrance or involvement with this alleged destruction of evidence, although he declined to forward an affidavit to me in this regard.

On Friday, October 4, 2002, I spoke with Ron Smith, a latent print expert, formerly of the Mississippi Crime Laboratory, who supposedly provided a forensic opinion to the Commonwealth concerning the bloody palm print found on a coffee cup in the kitchen sink at the crime scene.

Mr. Smith told me that he _did not_ provide a forensic opinion to the Commonwealth, only a curtesy opinion, as there was not enough detail to include or exclude the victim as the source of the print; nor was Mr. Smith shown any of the comparison prints of Mr. Rice or any other suspect, contradicting trooper Beehan's trial testimony that she brought with her all such comparison prints for Smith's examination. Mr. Smith was unable to forward an affidavit to me in this regard.

Attached hereto is a certified copy of a restraining order dated 1/26/94 that the victim obtained against James Morgan.





2 of 2

Signed under the penalties of perjury this 24th day of October at Plymouth, MA.

_____
Ronald H. Rice

Exhibit No. B

Page 2 of 3



Exhibit No. B
Page 3 of 3

# The Commonwealth of Massachusetts
## Department of State Police

*This is to certify that* CHECKMATE FORENSIC SERVICES, INC.

*of* PLYMOUTH, MASSACHUSETTS

has been duly licensed to conduct the business of a

## PRIVATE DETECTIVE

*under the title of* NEW ENGLAND LEGAL INVESTIGATIONS (RONALD H. RICE, RESIDENT MANAGER)

*at* 53 AMANDA AVENUE, PLYMOUTH, MASSACHUSETTS 02360

in accordance with the provisions of *Section* 22-30, *Chapter* 147, *of the General Laws,*

*from* AUGUST 31, 2002    *to*    AUGUST 31, 2003

(License Number P-99)

Thomas J. Foley, Colonel

THIS LICENSE DOES NOT CONFER UPON THE LICENSEE THE POWER AND THE AUTHORITY OF A CONSTABLE OR POLICE OFFICER