04-CV-10859-MLW

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Dec. 30, 2005

Re: <u>Denied Access to the Courts</u>

Dear Madam,

Hello, I am being denied access to the Courts by Librarian Mary Morrison. Every week I sign up for the CD-Rom but Ms. Morrison never calls me out to conduct legal research. On Dec. 30, 2005 finally I was allowed, for the first time, to go out to the CD-Rom without Ms. Morrison present but this did no good because I didn't know how to program the computer to start conducting legal research due to the fact there was no one trained in the law to assist me. Also Ms. Morrison purposely lost my Rule 30 Motion for New Trial when I gave it to her to make copies. She gave me back another prisoner's legal documents.

The above following acts of Denying me access to the Courts are retaliatory for my filing several complaints and several pending Civil Action against her. Such retaliation is forbidding me to litigating my matters currently before the Courts, which has been ongoing for two years. Please remedy these retaliatory abuses.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

CC: MCLS Attorney's
    Mark L. Wolf, Federal Court Judge
    Enclosure