## Change Of Address

04-10859-MLW

From: Jordan M. Rice
1 Administration Road
Bridgewater, Ma. 02360

TO: Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464