SCANNED
DATE: 1-18-06

w/ Kboyce

United States District Court
District Of Massachusetts

Jordan M. Rice,
  Petitioner,
v.
Bernard Brady,
  Respondent.

DKT. No. 04-10859-MLW

Supplement Motion Of Currently Pending Motions

### Affidavit, Motion and Memorandum Of Law

Now comes Petitioner Jordan M. Rice to Supplement the current Motions pending before this Court. These motions are: 1) Petitioner's Traverse in Opposition of Respondents Motion To Dismiss with accompanying request for Evidentiary Hearing and Discovery, 2) Renewed Request for Hearing on Order To Show Cause And Temporary Restraining Order, 3) Request To Order Counsel To Raise Issues Surrounding The Bloody Palm Print and 4) Request for New Counsel Appointed.

Rice again asserts that Attorney McCann is attempting to retaliatory sabotage his Habeas Corpus Petition from being successfully via failing to raise meritorious "issues... clearly stronger that those presented" in his frivolous answer to the Respondents Motion To Dismiss, Smith V. Murray, 477 U.S. 537 (1986), which isn't "sound appellate strategy". Sidebottom V. Delo, 46 F.3d 744 (1995).[1]

---

[1] Rice has repeatedly stated before this court why Attorney McCann is sabotaging his Habeas Corpus Petition so please defer to the above motions currently pending.

- 2 -

The Bloody Palm Print issue raises three dead bang winners of:
1) Conviction based upon perjuried testimony, Giglio V. United States, 405 U.S. 150 (1972);
2) Withholding of exculpatory evidence, Brady V. Maryland, 373 U.S. 83, 88 (1963) and
3) Ineffective assistance of Trial Counsel for failing to investigate, Wiggins V. Smith, 123 S. Ct. 2527 (2003), See also, Strickland V. Washington, 466 U.S. 668, 686 (1984) (Counsel has a duty to investigate).[2]   The three above claims are dead bang winners. "A dead bang winner is an issue that is obvious on the record and must have leaped out upon a casual reading of the transcript and would have resulted in a reversal on appeal" Jamison V. Collins, 100 F. Supp. 2d 647, 737 (2003). To substantiate the above three said claims are indeed dead bang winners see the enclosed Packets marked number 1 and 2. Furthermore, all three said claims were exhausted before the State Court and Rice put them in his Pro Se Habeas Corpus Petition. Therefore, this court should order that they be properly presented to the courts, for adjudication on the merits.

It is highly inconceivable for Attorney McCann to forego such dead bang winners on this Habeas Corpus Petition. Here McCann's "performance fell below an objective standard of reasonableness" and ... Rice is being "prejudiced thereby because there is a reasonable probability that, but for [McCann's] errors,

---

[2] On Pg. 4 of McCann's Memorandum Of Law in paragraph no. 2 he sites these grounds, or grounds), as errors but fails to raise them. This fact alone substantiates claim of sabotage.

the outcome of the proceeding would have been different" Strickland, 466 U.S. at 687-694. It should be noted that McCann has admitted in his Opposition To Petitioner's Request for New Appointment Of Counsel Supporting Affidavit that the three said claims surrounding the Bloody Palm Print are of non-meritorious value. Rice shouldn't be subjected to unwillingly waive issues, which is due to McCann's retaliatory unsound "appellate strategy" because this is the only chance for federal review on the said claims. Reason's surrounding McCann's frivolous decision are Conflict of Interest. Mickens V. Taylor, 535 U.S. 162 (2002). It should be further noted McCann has refused Rice's and his Mother's repeated request's to be furnished with an copy of Rices Pro Se Habeas Corpus Petition so they (Rice Family) could have another Attorney review it for possible representation. Rice mailed McCann his only copy when he learned of his appointment.

## CONCLUSION

WHEREFORE, the following motion should be granted:

(1) Rices Pro Se Traverse in Opposition Of Respondents Motion To Dismiss with accompanying request for Evidentiary Hearing and Discovery;

(2) Renewed Request for Hearing On Order To Show Cause And Temporary Restraining Order

(3) Request To Order Counsel To Raise Issues Surrounding Bloody Palm Print; and/or

- 4 -

(4) Request For New Appointment Of Counsel.

Signed under the pains and penalties this 6th day of January, 2006 A.D.

x _____

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464

Certified Mail No.
7003 2260 0002 1864 1507