Jordan M. Rice-W65439
P.O. Box 8000
Shirley, Ma. 01464

Mark L Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge

Hello, I am unaware of the current status of the above reference case due to the fact there is a total breakdown in communication between myself and my ineffective Court Appointed Counsel because he has refused to answer my calls or letters inquiring about the Status of my Petition. Therefore, please find enclosed:

1) Application For Certificate Of Appealability,

2) Notice Of Appeal,

3) Motion For Leave To Proceed In Forma Pauperis, and

4) Request For New Counsel To Represent Petitioner On Appeal.

I didn't date these motion because the may be premature but I personally prefer for them to be premature than later. It is my understanding that I have 30 day after the denial of my petition to file the first and second above listed motions. And I can't trust current counsel to represent my issues! So I hope the Court will accept these motion due to my circumstance, especially given the fact the DOC is obstructing my incoming and outgoing mail, which will prohibit me from receiving a timely ruling notice from this Court.

Respectfully Submitted,
x [signature]

Dated: Jan. 17, 2006 A.D.

CC: Michael Taibbi, Dateline Reporter
    Rice Family
    Enclosure.

Certified Mail No.
7005 1160 0002 7913 2336