UNITED STATES DISTICT COURT
District Of Massachusetts

Jordan M. Rice,
   Petitioner,

V.

Bernard Brady
   Respondent.

No. 04-10859-MLW

APPLICATION For Certificate Of Appealability From District Court (Rule 22(b), FRAP; 28 USC § 2253)

TO: Mark L. Wolf, U.S. District Judge.

## INTRODUCTION

Pursuant to 28 USC § 2253, Rule 22 FRAP Petitioner, Jordan M. Rice, hereby requests that the District Court issue a Certificate of Appealability (COA), permitting Petitioner to appeal from the Judgement entered by this Court on _____, 2006 A.D., dismissing with prejudice the petition for writ of Habeas Corpus in the above-entitled matter. Concurrently with this Application, Petitioner has filed a timely Notice of Appeal.

### Issues on which Certificate Of Appeal Is Sought

1. Whether the District Court erroneously denied Rice's Petition without a Evidentiary Hearing and Discovery where Rice was denied the effective assistance of trial counsel?

2. Whether the District Court erroneously failed to review Rice's Fourth and Fourteenth Amendment Claims where Rice was denied an opportunity for a full and fair litigation of a Fourth Amendment Claim before the State Court?

3) Whether the Commonwealth withheld possible exculpatory

- 2 -

evidence from Rice's Defense Where State Police falsely make claims surrounding a Bloody Print?

4. Whether Rice's conviction is based upon perjuried testimony where State Police testimony is in question and immunzine witness, Alan Paine, testimony is in question?

5. Whether the State Court erroneously failed to instruct the jury that unanimity was required regarding at least one or more of the factors considered in determining whether the crime was committed with extreme atrocity or cruelty as clearly established Federal Law requires?

6. Whether the District Court erroneously failed to appoint Rice New Counsel to represent him where appointed counsel refused to raise meritorious issue's that he was originally appointed to raise?

7. Whether the District Court erroneously denied Rice's Pro Se request For Stay of Execution on the Petition to exhaust meritorious unfederalized Due Process Violation of denied fair notice of criminal charges?

8. Whether the District Court erroneously failed to conduct a hearing on Rice's Pro Se request of Order To Show Cause And Temporary Restraining Order where Prison Officials willfully denied Rice access to the Court in every aspect and appointed counsel willfully failed to raise meritorious issues including those he was appointed to raise?

Respectfully Submitted,
x. [signature]

Dated:

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464