United States District Court
District of Massachusetts

Jordan M. Rice,
    Petitioner
v.
Bernard Brady,
    Respondent

No. 04-10859-MLW

Notice of Appeal

Petitioner, Jordan M. Rice, appearing in pro per, hereby appeals from the Judgment of the Court dismissing the Petition for Writ of Habeas Corpus in the above-entitled action. Said Judgment was entered on _____ 2006 A.D., by Hon. Mark L. Wolf.

Concurrently herewith, Petitioner requests that the District Court issue a Certificate of Appealability. An application for COA is being contemporaneously filed.

Dated: Jan. 4, 2006

/s/ Jordan M. Rice
Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464