United States District Court
District Of Massachusetts

Jordan M. Rice,
    Petitioner,

v.

Bernard Brady,
    Respondent

No. 04-10859-MLW

## Motion For Leave To Proceed In Forma Pauperis

Now comes Jordan M. Rice, Petitioner in the above-entitled case, and moves that this Court permit him to proceed in forma pauperis, without prepayment of appellate cost. Earlier in this proceeding the Court declared petitioner indigent. See affidavit filed earlier that is entered on the docket.

Respectfully Submitted

x. [signature]

Dated:

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464