United States District Court
District Of Massachusetts

Jordan M. Rice,
  Petitioner,

v.

Bernard Brady,
  Respondent

No. 04-10859-MLW

Request For New Counsel To Represent Petitioner On Appeal.

Now comes Jordan M. Rice, Petitioner in the above-entitled case, and moves that this Court grant him new counsel for appellate review in the interest of justice to preserve fundamental fairness. In Rice's Pro Se Application for Certificate Of Appealability, he seek appeal on eight grounds. Currently counsel surely won't raise ground no(s). 1, 3, 4, 6, 7 and 8 before the Appeal Court. These are valid Constitutional Questions that need to be adjudicated on the merits. It should be noted that Attorney McCann willfully failed to raise issues that this Court appoint to raise including the meritorious claims surrounding the Bloody Palm Print. Therefore, current counsel can't be trusted to raise such meritorious claim before the Appeals Court and Prison Officials has willfully denied Rice access to the Court which is prohibitting to pursue his claims Pro Se.

## CONCLUSION

WHEREFORE, in the interest of justice to preserve fundamental fairness Rice should be appoint new counsel with explicit instructions to raise Rice's issues, as set forth in his Certification Of Appealability, before

- 2 -

the Court of Appeals.

Respectfully Submitted,

/s/ Jordan M. Rice

Jordan M. Rice