Jordan M. Rice -W65429
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. NO. 04-10859-MLW

Dear Judge,
 Hello, please find enclosed an affidavit from my Mother, Blenda Rice, that demonstrates Attorney McCann's egregious attorney misconduct, which is why I need new counsel in the above referenced case.
 I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x/s/ JMR

CC: Micah Maddox, 48 Hours
    Blenda Rice, Parent
    Enclosure