## AFFIDAVIT OF BLENDA ANN RICE

Blenda Ann Rice, according to law being duly sworn, deposes and says:

1. I make this affidavit in support of my son, Jordan M. Rice.

2. On December 31, 2005 at approximately 10:18 am I at the request of my son called Attorney Eugene Patrick McCann's home telephone number (207-363-8314) via three ways call because my son informed me Attorney McCann wouldn't accept his collect calls.

3. My son, McCann and I were all on the telephone together.

4. During our conversation McCann's behavior was very unprofessional and pugnacious in nature.

5. McCann ask me if "I knew my son filed two complaints with the BBO (Board of Bar Overseers)?" I answered in the negative.

6. McCann then threaten my son in a loud tone via stating "If you file anymore complaints against me, I am going to go up there and stick it in your back side."

7. My son informed McCann Attorney Donald S. Bronstein of Committee for Public Counsel Services (CPCS) stated in his October 20, 2005 letter that he would appoint McCann to exhaust in State Court at Due Process Violation of Denied Fair Notice of Criminal Charges.

8. McCann acknowledge receipt of his copy of Attorney Bronstein's letter and further acknowledge that he wouldn't raise the Due Process Claim because he (McCann) didn't like my son and doesn't care if he ever gets out of prison.

9. McCann Further stated "The Department of Corrections has deemed your son a problem so they keep moving him to different prisons". Next McCann hang the telephone up in my son and me. I face abruptly terminating the telephone call.

10. I am willing to testify to the above matter in court under oath.

Signed under the pains and penalties of perjury this 31st day of December, 2005 A.D.

*Mrs. Blenda Ann Rice*
Blenda Ann Rice

I am willing to testify to the above in any court of law under oath.

Ply. ss.

_Brenda A. Rice_
(Name)

Brenda A. Rice

Date: 1/20/06

Subscribed and sworn this 20th day of January 2006 before me

_Elaine J. Spooner_
Notary Public

**ELAINE J. SPOONER**
Notary Public
Commonwealth of Massachusetts
My Commission Expires August 1, 2008

My Commission Expires: _____