

CRIMINAL
INDUSTRIAL
INSURANCE
FORENSIC

# NEW ENGLAND LEGAL INVESTIGATIONS
*Certified Handwriting and Profiling Experts*
53 AMANDA AVENUE • PLYMOUTH, MA 02360
TEL: (508) 759-2551 • FAX: (508) 759-4672

January 27, 2006

The Honorable
Mark L. Wolf
U.S. District Court
1 Court House Way
Room 5110
Boston, MA 02210

Re:  Rice v. Brady
     Docket No.: 04-10859-MLW

Dear Judge Wolf:

My office represents Jordan M. Rice currently incarcerated at MCI Shirley, MA. I am a licensed private detective and personally investigated certain issues of interest for Mr. Rice and attorney Donald Harwood in support for his appeal from a judgment of conviction and sentence in the Brockton Superior Court.

It is my belief that certain statements sworn to at the trial of Jordan Rice by a law enforcement investigator are questionable and need to be brought to your attention. Also, concern by Mrs. Rice, mother of the defendant, and Jordan Rice over the sincerity of representation by current counsel. To justify our concerns please find the following:

1.  Pages 14 - 23 of the Brief For The Defendant - Appellant as prepared by attorney Donald A. Harwood.

2.  An affidavit from Blenda A. Rice, mother of the defendant.

## Brief

Pages 19 and 20 contain certain facts pertaining to FBI agent, Randall Fitzwaters and Ron Smith of the Mississippi Crime Laboratory. I personally spoke to FBI agent and fingerprint expert Fitzwaters regarding trooper Beehan's testimony that he destroyed the crucial print by applying chemicals to enhance it. Agent Fitzwaters personally returned my phone call, an almost unbelievable professional courtesy from an FBI agent to a private investigator, and adamantly denied any knowledge or involvement in the alleged destruction of the print. Further, fingerprint expert Ron Smith was clearly angered when informed of trooper Beehan's report. He clearly stated to me that he did not provide a forensic opinion to trooper Beehan regarding the questioned print.

  

- 2 -

I realize that the above is hearsay. However, would I be correct, and with all due respect, your Honor, to call your attention to *Chambers v. Mississippi 410. U.S. 284 1973?* I am informed that this decision may very well be an exception to the hearsay rule.

Did FBI agent Fitzwaters intentionally provide false information to me regardless of the fact that he knew who I was and the purpose of my call? Did Ron Smith from the Mississippi Crime Lab also provide false information to me as well? Did trooper Beehan provide false information at the trial. It would appear that some one is lying here. The statements made to me by FBI agent Fitzwaters and Ron Smith would seem to suggest this. One has to wonder why neither agent Fitzwaters or Ron Smith were subpoenaed to testify and corroborate trooper Beehan's testimony at the trial by then defense counsel or the commonwealth.

### Affidavit of Blenda Rice

I call your attention to Point 6, 8 and 9.

### Jordan Rice

Mr. Rice has informed me that current counsel is good friends with former trial attorney whom is the subject of the meritorious ineffective assistance of counsel for failing to investigate the "Bloody Palm Print." Also, current counsel is related to an SBCC correction officer whom Rice has registered complaints against for direct abuse toward him. Rice is also preparing, if not already done so, a civil action against this officer for abuse.

On behalf of Jordan Rice, I thank you for considering our concerns.

Sincerely,

Ronald H. Rice (no relation)

attachments

cc:  Mrs. Blenda Rice
     Jordan Rice