04-10859-MLW

United States District Court
District Of Massachusetts

Jordan M. Rice,
     Petitioner
v.
Bernard Brady,
     Respondent

Change Of Petitioner's Address.

FILED
Clerk's Office
USDC, Mass.
Date 2-13-06
By _____ Deputy Clerk

From: Jordan M. Rice
1 Administration Road
Bridgewater, Ma. 02323

TO: Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464