Jordan M. Rice - W65424
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02110

Re: Rice V. Brady, DKT No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed several documents demonstrating how I am being denied all Constitutional Rights including access to the courts, which is directly effecting the above reference case. I have been repeatedly mentally, physically and sexually tortured by Officer's, including Attorney McCann's relative SBCC Lt. McCann, and the DOC has manipulated the disciplinary system to cover up this torturing of me. Please Attorney McCann is attempting to sabotage this case in reprisal of me registering complaints about his relative. Now at SBCC Lt. McCann's directions Officer's are further torturing me in reprisal of me speaking out against Attorney McCann. These Officer's are a rogue bunch and to prove such see the Boston Herald's on how rogue Officer's harassed DOC Commissioner Kathleen Dennehy for disciplining abusive officers. She can't be deemed a liar! If Officer's will do this to their Boss, now just imagine what they done to me for speaking out about their torture. If you can't imagine see my letter to DOC Attorney Nancy White requesting materials that will demonstrate how I been tortured. Of course it's gone unanswered!

Thank you for your attention to my plight.

Respectfully Submitted,
[signature]

CC: Micah Maddox, 48 Hours
    Maggie Mulvihill, Boston Herald Reporter
    Rice Family
    Enclosure