# Prison boss claims she's target of union harassment, threats

By MICHELE McPHEE

Kathleen M. Dennehy, the state's first female Department of Correction commissioner, said yesterday she is being harassed by union members — those who have slashed her car tires, made personal threats and followed her around with a giant inflated rat to undermine her push for more prison accountability.

In an interview at DOC headquarters in Milford, Dennehy said in addition in recent weeks her car tires slashed.

She has received telephone threats, but they just cement as part ... ... dangerous ... ... accountability is everything ... ... that we do." Dennehy said ... ... that her relationship with the Massachusetts Correction Officers Federated Union was fractured last year when she was forced to discipline six correction supervisors accused of abusing a handcuffed prisoner. "My job is to improve the performance of the organization and that can be threatening to folks," she said.

Union president Steve Kenneway denied any union member vandalized Dennehy's car or threatened her, calling the accusations "absurd and stupid."

"She needs to grow up," said Kenneway, whose union demanded her resignation in a letter to Gov. Mitt Romney in February.

The tension between Dennehy and other officials worsened this week as images from a prison videotape appeared in the Herald depicting killer inmate Joseph L. Druce apparently re-enacting the vicious 2003 murder of failed pedophile priest John J. ...

Dennehy ... ... an employees at ... ... nowski Correctional ... Shirley, ... were jailed, made an unauthorized, ... recording" of Dennehy playing a ghastly pantomime. She called the ... "uncognizable."

Union officials have faulted Dennehy, saying the DOC should have possession of any and all security footage in the prison system, and not the correction officers.

"We believe she is responsible for any tape released," Kenneway said. "This is another incident that shows she is unable to manage this department."

# Dennehy deserves better

There is no disputing that corrections officers have a dangerous and mostly thankless job to do.

But when certain union goons resort to bullying their boss because they're dissatisfied with her management, they lose any public sympathy they might earn when they walk through the locked prison doors.

We take Department of Correction Commissioner Kathleen M. Dennehy at her word when she says she has been harassed by some union members who have slashed her tires, made personal threats and followed her around with a giant inflatable rat.

Dennehy is one of those rare public officials who is widely respected on both sides of the aisle and has few detractors — the single exception, perhaps, being the Massachusetts Correction Officers Federated Union.

Talk about thankless jobs —

Dennehy has been charged with implementing the recommendations of the Harshbarger commission, formed after the prison murder of defrocked priest John J. Geoghan — whose report MCOFU dubbed "anti-union."

From the day she took over, Dennehy met with resistance from the union, which has issued repeated calls for her termination.

Dennehy is soft-spoken but tough. The harassment, she said, comes with the territory when you're trying to bring discipline and order to a department that lacked it.

Union leaders deny they have threatened Dennehy and issued this petulant response: "She needs to grow up," president Steve Kenneway told the Herald.

This from a man whose union members are using a giant toy rat to try and intimidate her.

And *she* needs to grow up?

---

If officers will do this to her for disciplining officers for abusing prisoners. Now just imaging how myself and other prisoners has been further retaliatory abused for speaking out for help. I been repeatedly mentally, Physically and Sexually Tortured! See Letter addressed To Department Of Corrections Attorney Nancy White, Which demonstrates torture of me by officers!

Jordan M. Rice - W65429
1 Administration Road
Bridgewater, Ma. 02324

Nancy A. White, General Counsel
Department of Correction, Legal Division
70 Franklin St., Suite 600
Boston, Ma. 02110-1300

Re: <u>F I P A Request</u>

Dear Ms. White,

Hello, please consider this a request pursuant to the Fair Information Practices Act (FIPA), G.L.c. 66A, and pursuant to G.L.c. 66§10 and G.L.c. 4, §7, c. 26, that you make available to me the following:

## Telephone Records

1. Any and all Call Detail Records of Jordan M. Rice from July 28, 2004 thru August 5, 2005, both personal and attorney calls from Souza-Baranowski Correctional Center (SBCC).

## Video Tapes

2. Any and all unit video tape evidence from Old Colony Correctional Center (OCCC) entered into evidence on D-Report No. 38853 (dated June 23, 2004), which depicts "John Keyes assaulting Rice and contradicts the D-Reports guilt finding of Rice assaulting Keyes.

3. Any and all M-3 Segregation Unit Videotape from SBCC on Oct. 3, 2004 (time from 8:25am thru 8:45am) which depicts "Joseph Ayala assaulting Rice via slamming Rices finger in the cell door slot.

## PAGE 2 OF 8

4. Any and all M-3 Segregational Unit Video tape from SBCC on Oct. 3, 2004 (time from 12:00pm thru 12:30pm), which depicts C/o Joseph Ayala throwing Rice's medication at him and assaulting him.

5. Any and all M-3 Segregational Unit Video tape evidence from SBCC D-Report No(s). 47301 and 47302 (dated Nov. 23, 2004), which depicts C/o Marc P. Ellis attempting to assault Mr. Rice via slamming his hand in the cell door slot

6. Any and all camcorder video tape evidence from D-Report No(s). 47031 and 47032 (dated Nov. 23, 2004) capture by IPS C/o Jeffrey Cardin.

7. Any and all M-3 Segregational Unit Video tape from SBCC on Nov. 26, 2004 (time from 1:45pm thru 2:05pm) which depicts then Sgt. James R. Hart opening Rice's cell door slot and assaulting him via spitting on him (Rice) through the cell door slot

8. Any and all M-3 Segregational Unit Video tape from SBCC D-Report No(s). 48617 and 48638 (time from 3:45pm thru 4:05pm) (Report dated Dec. 22, 2004) which depicts C/o Anthony Pacheco unlawfully seizing magazines and other items from Rice's cell and assaulting Rice via pushing him into his cell striking his (Rice's) head and back on the metal frame of the cell bed.

9. Any and all camcorder video tape evidence from D-Report No(s). 48617 and 48628 (Dated Dec. 22, 2004) capture by SBCC IPS C/o David Shaw.

10. Any and all L-3 Segregational unit video tape from SBCC entered into evidence on D-Report No.(s). 51050 and 51051 (dated Feb. 7, 2005) which contradicts both said D-Reports and the guilty findings of 25 months DDU sanction and depicts Rice not refusing to cuff up, Sgt. Peter Pelsdeau never coming to speak with Rice and Rice not resisting while walking back to his cell. All which Pelsdeau and C/o Marc P. Ellis frivolous

## PAGE 3 of 8

claimmed to cover up the physical and sexual assaults of Rice

11. Any and all camcorder video tape evidence from D-Report No(s). 51050 and 51051 (dated Feb. 7, 2005) capture by SBCC ℅ Richard S. Peterson

12. Any and all L-3 Segregtional Unit Video tape from SBCC on April 21, 2005 (time from 12pm thru 3pm) which depicts Lt. James R. Hart unprovokely terminating Mr. Rice telephone call and assaulting him with the telephone receiver via pulling the telephone line out of Rice's cell door slot causing the telephone receiver to violently strike Rice in the head.

13. Any and all L-3 Segregtional Unit video tape from SBCC on April 22, 2005 which depicts ℅ Wayne Martin reading Rice's Sick Call Slips and assaulting Rice with the said "Slip" via throwing them at Rice striking him in the penis. This video tape is related to O.I.S. Intake No. 3215 and Retalistory D-Report No. 61033.

14. Any and all L-3 Segregation Unit Video tape from SBCC on April 28, 2005 (time from 3:00pm thru 4:30pm) which depicts ℅ Andrew Burns physically assaulting Rice on the way to the shower, physically assaulting Rice while secured in the shower via spitting on him and kicking his cosmectic box and Sexually assaulting Rice while escorting Rice back from the shower and while securing him in his cell.

15. Any and all N-SMU (Segregtional Unit) corridor from SBCC on April 29, 2005 (time from 3:00pm thru 4:30pm) which depicts ℅ Richard S. Peterson slamming Rice to the ground while returning from the prison hospital in reprisal of Rice reporting ℅ Burns sexual assault of him the day prior.

16. Any and all L-3 Segregtional unit video tape on May 2, 2005 which depicts ℅ Anthony Pacheco and ℅ Andrew Burns unprovokely physically assaulting and

## PAGE 4 OF 8

Attempting to rape Rice via sticking his fingers in Rice's anal cavity

## Photographs

17. Any and all photographs taking by the SBCC Inner Perimeter Security (IPS) Department of a milk carton on Feb. 8, 2005 for D-Report No. 51093

18. Any and all photographs taking by the SBCC IPS Department of a cut on Rice's head as a result of Sgt. James R. Hart assaulting Rice with a telephone receiver. The pictures were taking on April 21, 2005 the day of the assault

## Incident Reports

19. Any and all incident reports filed pursuant to conversations with Rice by

(A) SBCC Mental Health Clinician John Bealing [sic]

(B) SBCC Mental Health Clinician Cristyn De Merchant

(C) SBCC Mental Health Clinician Judy Garofalo

(D) SBCC Mental Health Clinician Caroline Grey

(E) SBCC Mental Health Clinician Kerry Hellewickie

(F) OCCC Mental Health Clinician Marci Ide

(G) OCCC Mental Health Clinician Ms. Kramer - First name unknown to Rice

<u>PAGE 5 OF 8</u>

(H) SBCC Mental Health Clinician Douglas Smith

(I) SBCC Mental Health Clinician Noel Tomasino

(J) SBCC Mental Health Clinician John Reino

(K) SBCC Mental Health Clinician Doris Ryan

(L) SBCC Mental Health Clinician Lauren Weisman

## <u>Medical Records</u>

20. Any and all Legal Documents SBCC Mental Health Department filed with the Courts to ~~g~~ set Rice up to be sent to Bridgewater ~~Hospital~~ State Hospital (BSH) on January 7, 2005

21. Any and all final evaluation reports and/or other related documents declaring Rice mentally sane and fit to be discharged from BSH on Feb. 3, 2005.

## <u>DDU D-Report Results</u>

22. Copy of DDU D-Report results for D-Report No. 51050, which Rice has been denied access to by DOC Officials to circumvent his appellate process.

## <u>Audio Tape</u>

23. Any and all Audio Tape from DDU D-Report No. 51050 Hearing conducted on July 27, 2005.

<u>PAGE 6 of 8</u>

24. Any and all Audio tape from DDU D-Report No. 51051 Hearing conducted on July 27, 2005.

<u>Investigative Reports</u>

25. Any and all Investigative Reports from OCCC where Rice meritoriously claimed C/o John Keyes assaulted him on June 22, 2004.

26. Any and all Investigative Reports from SBCC where Rice meritoriously claimed C/o Joseph Ayala twice assaulted him on Oct. 3, 2004.

27. Any and all Investigative Reports from SBCC where Rice meritoriously claimed C/o Marc P. Ellis attempted to assault him on Nov. 25, 2004

28. Any and all Investigative Reports from SBCC where Rice meritoriously claimed then Sgt. James R. Hart assaulted him on Nov. 26, 2004.

29. Any and all Investigative Reports from SBCC where Rice meritoriously claimed C/o Anthony Pacheco assaulted him on Dec. 22, 2004

30. Any and all Investigative Reports from SBCC where Rice meritoriously claimed Sgt. James R. Hart assaulted him on April 21, 2005

31. Any and all Investigative Reports from SBCC where Rice meritoriously claimed C/o Andrew Burns physically and sexually assaulted him on April 28, 2005.

32. Any and all Investigative Reports from SBCC where Rice meritoriously claimed C/o Richard S. Peterson assaulted him on April 29, 2005.

33. Any and all Investigative Reports from SBCC where Rice meritoriously claimed C/O Andrew Burns and C/O Anthony Pacheco physically assaulted him and attempted to rape him on May 2. 2005.

## Questions To Be Answered In Writing

34. Is SBCC C/O Richard S. Peterson the nephew of Assistant Deputy Commissioner John Marshall? Reason being Peterson has repeatedly told Rice that "he (Peterson) will see to it that SBCC Officer's get away with torturing Rice because Marshall 'is his uncle'". To date SBCC Officers has tortured Rice with immunity from punishment. In Rice has been repeatedly punished in reprisal for exercising his State and Federal Constitutional Rights of Freedom to Speech in regards to the Mental, Physical and Sexual Torturing of him.

35. Was SBCC C/O Andrew Burns ever employed at MCI Cedar Junction DDU unit? Reason being Burns has told Rice that "he is going to DDU for speaking out against officer's and while Rice is there he will learns a good lesson about speaking out against officer's, and that he (Burns) will see to it because he use to work at DDU and has numerous friends there that are officer's working in DDU!."

## Home Address and Phone Number

36. To furnish Rice with the Home Address and Phone Number of Former SBCC Mental Health Clinician Lauren Weisman? Reason being Ms. Weisman has related that SBCC Officials forced her to file a bogus incident report against Rice to aid them in the Feb. 7, 2005 physical and sexual assault of Rice, which is one of the reasons Ms. Weisman allegedly resigned from the SBCC Mental Health Department. Rice is referring to Incident Report No. 146399

<u>PAGE 8 of 8</u>

Enclosed are the appropriate release forms, i.e., CORI and Application To Review Evaluative Information. Pursuant to c. 66, § 10. I am requesting that you provide me with a copy of all the above requested materials within 10 days of receipt of this request.

Thank you for your cooperation in this matter.

Respectfully Submitted,

x _Jordan M. Rice_

Jordan M. Rice

Dated: <u>Oct. 31, 2005 A.D.</u>

CC: Greta Janusz, Rice Family Attorney
     Media Personnel Member's
     Enclosure

<u>Certified Mail</u>
7004 2510 0000 6843 3445

Jordan M. Rice - W65429
K-3, Cell # 13

Anthony Mendonsa, Deputy Superintendent
SBCC

Re: Denied Access to the Courts

Dec. 21, 2005

Dear Sir,

Hello, I am in receipt of your letter dated Dec. 21, 2005 acknowledging my Dec. 16, 2005 letter. Please be advised that I didn't received any my legal documents as you stated I would receive in your letter. What I did receive was my personal pictures and a copy of my state brief. I need access to my legal documents so I can litigate my current matters before the courts. Since Nov. 8, 2005 I have been denied access to my legal documents and this is directly denying me access to the courts. Please promptly order that I be provided access to my legal documents which are currently in the SBCC Property Department?

. I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x.

CC: Mark L. Wolf, Federal Judge
Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

    Re: <u>Monitoring of Mail</u>

                Dec. 22, 2005

Dear Madam,
    Hello, would you please confirm or deny the following question in writing: 1) Is my incoming Legal Mail being opened and inspected outside my presence?; 2) Is my outgoing Legal Mail being opened and inspected before it leaves the institution?; 3) Is my outgoing Personal Mail being opened and inspected before it leaves the institution? 4) Has Law Enforcement Officials requested or ordered the opening and inspecting of my personal and/or legal mail? If yes to any of these questions would you please provide an clear explanation? Especially in light of the Dec. 15, 2005 events.

    I look forward to your anticipated cooperation in this matter.

                        Respectfully Submitted,

CC: Mark L. Wolf, Federal Judge
     Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Dec. 30, 2005

Re: <u>Denied Access to the Courts</u>

Dear Madam
   Hello, I am being denied access to the Courts by Librarian Mary Morrison.
Every week I sign up for the CD-Rom but Ms. Morrison never calls me out
to conduct legal research. On Dec. 30, 2005 finally I was allowed, for the first
time, to go out to the CD-Rom without Ms. Morrison present but this did no good
because I didn't know how to program the computer to start conducting
legal research due to the fact there was no one trained in the law to assist
me. Also Ms. Morrison purposely lost my Rule 30 motion for New Trial when
I gave it to her to make copies. She gave me back another prisoners legal
documents.
   The above following acts of Denying me access to the Courts are
retaliatory for my filing several complaints and several pending Civil Action against
her. Such retaliation is forbidding me to litigate any my matters currently before
the courts, which has been ongoing for two years. Please remedy these retaliatory abuses.
   I look forward to your anticipated cooperation in this matter.
                      Respectfully Submitted,
                  * DMM. R

CC: MCLS Attorney's
    Mark L. Wolf, Federal Courts Judge
    Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

RE: Opening of Confidential Legal Correspondence Outside Addresses Present.

Dear Madam,

Hello, on Dec. 30, 2005 c/o Paul Ahern gave me a legal envelope from my current Private Investigator that was opened prior to my receipt of it by the mail room. The outside of the envelope was clearly marked "Privileged & Confidential Legal Correspondence". This wasn't a random act or mistake because this institution has a well documented history of censorring my mail, which is why most recently I haven't received numerous incoming pieces of mail including legal correspondences.

I am requesting that your office launch a probe into these ongoing matters, because such actions are denying me confidential communication with my Private Investigator whom been in contact with the media in regards to my wrongful Conviction. Furthermore, this Private Investigator, whom is certified by the Massachusetts State Police, has been working on my case the past four years. I hope my mail isn't still being censorred at the direction of Law Enforcement. Again, please probe this matter.

Respectfully Submitted

Dated: Dec. 31, 2005

CC: Media Correspondent
    New England Legal Investigations
    Walter Noons, Attorney
    Mark Wolf, Federal Judge



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*Souza-Baranowski Correctional Center*



*P. O. Box 8000*
*Shirley, Massachusetts  01464*

**Mitt Romney**
*Governor*
**Kerry Healy**
*Lieutenant Governor*
**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Deputy Commissioner*
**Lois Russo**
*Superintendent*

January 6, 2006

Mr. Jordan Rice, W-65429
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

RE:  LEGAL MAIL

Dear Mr. Rice:

Your correspondence addressed to Superintendent Lois Russo dated December 31, 2005 has been forwarded to me for reply.  Be advised I have instructed mailroom staff to be more diligent when screening mail for legal correspondence.

I trust this addresses you concerns.

Sincerely,

Duane MacEachern, Deputy Superintendent

DM/bs

cc:     Lois Russo, Superintendent
        Mailroom staff
        Inmate file
        file

Jordan M. Rice - W65489
K-3- Cell #13

Lois Russo, Superintendent
SBCC

Re: Denied Access To Requested Caselaw

Jan. 5, 2006

Dear Madam,
    Hello, Librarian Mary Morrison failed to provide me with Caselaw I
clearly requested in writing. Once I informed her that the wrong caselaw
were given to me she became upset and refused to speak with me. Ms Morrison is
willfully denying me access to the Court and its obstructing pending litigation.
Please remedy this matter.
        Thank you for your attention to this matter.

Respectfully Submitted

CC: Mark L. Wolf, Federal Judge
    Enclosure

Jordan M. Rice - W65429
K-J, Cell #13

Lois Russo, Superintendent
SBCC

Jan. 09, 2006

RE: Denied Access To The Courts

Dear Madam,

Hello, after four months of requesting access to my legal Documents I still haven't received them. In fact in Deputy Mendonsa's Dec. 31, 2005 letter he informed me that my legal documents are here at SBCC. On Jan. 5, 2006 my Legal Documents were placed in the visiting area booth's, Despite this fact I am still being denied access to my legal documents. Why is it your segregational officer's can have access to my legal documents to commit illegal acts of reading and disseminating them to other people.

This denial is a ruse that the DOC is employing in retaliation of my meritorious complaining and my lawsuit about how I have been denied access to the courts and for my registering complaints against Lt. McCann's relative Attorney Eugene P. McCann, all which is denying me access to the Court to litigate matters currently pending before the courts.

Thank you for your attention to this matter.

Respectfully Submitted,
× [signature]

CC: Mark L. Wolf, Federal Judge
Enclosure



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*Souza-Baranowski Correctional Center*



**Mitt Romney**
*Governor*
**Kerry Healy**
Lieutenant Governor
**Edward A. Flynn**
*Secretary*

*P. O. Box 8000*
*Shirley, Massachusetts 01464*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Deputy Commissioner*
**Lois Russo**
*Superintendent*

December 21, 2005

Jordan Rice, W65429
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Rice:

Please be advised that your letter dated December 16, 2005 addressed to Superintendent Russo regarding your personal and legal property has been referred to my office for a response. I have contacted the Property Department and your property has arrived at the facility. You will receive the items approved for retention while on DDU status on Tuesday, December 20, 2005.

I trust that this addresses your concerns.

Sincerely,

Anthony Mendonsa
Deputy Superintendent

AM/can

cc:    Lois Russo, Superintendent
       File

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Health Services Division*
*P.O. Box 426*
*Bridgewater, MA 02324*
*Phone: (508) 279-8612*
*Fax: (508) 279-8654*
*www.mass.gov/doc*

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*

**James R. Bender**
*Deputy Commissioner*

January 4, 2006

Jordan Rice, W65429
Souza Baranowski Correctional Center
Shirley, MA

Dear Mr. Rice:

Your May 20, 2005 letter to Commissioner Dennehy was recently referred to me as the Acting Director of Health Services for the Massachusetts Department of Correction. Upon receipt of your letter a member of my staff contacted the contractual medical provider regarding your concerns about being denied access to sick slips and segregation mental health rounds.

Unfortunately, there was a delay in our receiving your correspondence and we are not always able to respond as quickly as we would like to. However, be assured that upon receipt of your letter a member of my staff did look into the issues of concern as soon as was possible.

While we have been unable to document your being denied access to sick slips, we were able to confirm that you were being housed in the Infirmary on Segregation status. Because the Infirmary is an area where medical staff is present and able to respond more readily to individual medical and mental health needs than in the Segregation Unit, mental health Segregation rounds are not formally conducted in that area. According to the information provided you were seen as needed by mental health staff while in the Infirmary, both at your request and at the request of medical staff when it was considered clinically indicated.

Communication regarding non-medical or mental health concerns, e.g., mail, complaints of abuse, should be addressed via facility grievance procedures rather than the use of sick slips.

Sincerely,

Peter J. Heffernan, Acting Director

CC:    Kathleen M. Dennehy, Commissioner

PRINTED ON RECYCLED PAPER

Jordan M. Rice · W65429
K-3, Cell # 13

Lois Russo, Superintendent
BBCC

Re: Missing Mail

Jan. 9, 2006

Dear Madam,
   Hello, would you please probe why I am not receiving my Boston Herald Newspaper and other incoming mail?
      I look forward to your anticipated cooperation to this matter.

Respectfully Submitted,
+

CC: Mark L. Wolf, Federal Judge
    Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Jan. 9, 2006

Re: <u>Denied Access To The Courts</u>

Dear Madam,

Hello, on Jan. 9, 2006 I was granted access to some of my legal documents but an large amount were missing and most recently as October 2005 I physically possessed at Old Colony Correctional Center "OCCC". Would you please order your property department to search among my personal property for the missing legal documents? And if the said documents can't be located there then order your staff to call OCCC and MCI Cedar Junction to inquire where my missing documents are?

I will now address a different issue with you than the above issue. Your Grievance Coordinator has failed to answer my December 20, 2005 Grievance Form in regards to Mary Morrison lost of my Rule 30 Motion For New Trial. The 3 to answer the said Emergency Grievance Form has expired. Please insure this grievance form is answered.

The two above matters are squarely prohibitting me from litigating matters currently before the Court. Please remedy these Denied accesses to the Court?

I look forward to your anticipated cooperation to this matter.

Respectfully Submitted,

CC: Mark L. Wolf, Federal Judge
    Enclosure

Jordan M. Rice - W65429
K-3, Cell # 13

Lois Russo, Superintendent
SBCC

Jan. 10, 2006

Re: Misappropiation Of Legal Documents

Dear Madam,

Hello, I was informed my legal documents were being held in the Officer's Station in the Segregational Unit where I am housed. This means my legal documents are out of camera view which leaves open a wide range of misappropriation with my legal documents. Given the repeated history of malfeasance behavior with my legal documents, I am now requesting you probe this matter including reviewing the institutional video to learn of the identity of the Officer who committed this act! Also order that my legal documents be placed back in the property department sua-sponto!

Furthermore, I am still being denied access to the courts because my missing legal documents haven't been located and I been waiting four months to attain access to them. Order my legal departments be located and I am granted access to them because this is prohibiting my litigation

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

CC: Mark L. Wolf, Federal Judge
Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: <u>Denied Access To The Courts</u>

Jan. 10, 2006

Dear Madam,

Hello, on Jan. 5, 2006 I gave Librarian Mary Morrison five packets of Legal Documents to copy. On Jan. 10, 2006 three packets were completed and one was uncompleted. The fifth packet, i.e., an affidavit was lost.

This is the second time within a months time that Ms. Morrison has lost my legal documents that I sent out to be copied. These aren't isolated incident's. In fact, these are calculated retaliatory acts designed to deny me access to the Courts due to my failing the following complaints: 1) Civil Lawsuit against Ms. Morrison and the DOC for denying me access to the courts and 2) BBO Complaint against SBCC Lt. McCann's relative, Attorney Eugene P. McCann, committing egregious acts. Please order all my legal documents be located and returned to myself? Also remedy these matters?

I look forward to your anticipated cooperation in this matter,

Respectfully Submitted,

CC: Mark L. Wolf, Federal Judge
    Enclosure

Jordan M. Rice - W65429
K-3, Cell # 13

Lois Russo, Superintendent
SBCC

Re: Failure To Follow mailbox policy

Jan. 11, 2006

Dear Madam,

Hello, on Jan. 11, 2006 at 6.30 am count mail wasn't collected with an locked mailbox but was collected with a white pillow case, which happens average. This fact is capture on institutional video. This leaves open the ~~possibity~~ possibility of mail censoring. Furthermore these practices are out of scope with 103 CMR 481.08 which states in part "Outgoing mail shall be collected directly from a locked mailbox." This fact is squarely denying me access to the courts because I can't send out mail without it being placed in the mailbox. Please remedy this matter by insuring that a mail ~~box~~ is collected with the mailbox

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

CC: Mark L. Wolf, Federal Judge
    Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: Denied Legal Representation

Jan. 16, 2006

Dear Madam,

Hello, on Jan. 13, 2006 I was informed by Lt. James Hart that I would have DDU Hearings for D-Report No(s) 55286 & 55289 on Jan. 18, 2006. On Jan 13, 2006 I requested, in writing, a continuance until the third week of February, 2006 because my legal representative wouldn't be back until such time, whom is Harvard Law School.

On Jan. 16, 2006 Lt. James Hart informed me that my hearing was rescheduled until Jan. 25, 2006 which is only 5 days different from the original hearing date. This fact is denying me legal representative, which is a ploy so I don't have a independent source to witness the continuing manipulation of the disciplinary process thats designed to cut off my access to the outside world. Please order that I be granted a continuance until the third week in February, 2006.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x [signature]

CC: Harvard PLAP
    Rice Family
    Lois Russo, Superintendent
    Michael Tailby, Dateline Reporter
    Mark L. Wolf, Federal Judge
    Enclosure

# Classification Report

**Name:**   JORDAN RICE                              **Commitment#:** W65429

**Class Type:**   Re-Classification

## Board Recommendation:

**Date:** 20050816                    **Level:** 5     **Site of Hearing:** OLD COLONY CORRECTIONAL CENTER
**Institution:** OLD COLONY CORRECTIONAL                           **Vote:** 3-0
**Screen For:**   CENTER                              **Chairperson:** Damiano,Maureen
                                        **Board Member 1:** Motta,Donna
**Placement Site:**                   **Security Board Member** Fallon,Christopher

**Board's Rational:**

Based on the need for resolution of his appeal for his pending DDU placement. Subject has
several documented enemies in the DOC and therefore current placement is appropriate.

**Review Date:**    20060216              **Reviewed By:**
**User(L,F,M,S):** Maureen Damiano C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Advised of Recommendation** | **Yes** [X] | **No** [ ] | **Early Parole** | [ ] | **Work Crew** | [ ] |
| **Advised of Appeal Process** | **Yes** [X] | **No** [ ] | **Education Release** [ ] | | **PRA** | [ ] |
| **48 Hour Notification** | **Yes** [X] | **Waive** [ ] | **Work Release** | [ ] | **PRA Hours** | |
| | | | **Public Speaking** | [ ] | **Others** | |

## Classification Appeal

### Reason for appeal

Classification appeal --Mr. Rice now appeals the Classification Board's recommendation to
remain at OCCC and requests to be transferred to MCI Gardner because his civil liberities are
being circumvented here at OCCC in the same manner as at SBCC to make Rice look like a liar or
unruly prisoner as set forth in the four supporting grounds: 1. Rice has been denied access
to his DDU Hearling Results on D Report No 51050 to circumvent his appellate process because
there is video evidence that directly contradicts the D report Guilty Findings.   SBCC
officials has told Mr Rice " he is going to DDU for filing complaints against the abusive
officer and for filing lawsuits about his unconstitutional four year retaliatory confinement
in punitive segregation".   Also CO Richard S Peterson stated to Rice "SBCC Officer's and
himself (Peterson) were going to get away with mentally, physically and sexually torturing
Rice because his uncle is Assistant Deputy Commissioner John Marshall".   Due to the video tape
evidence and refusal of results all this seems apparent. 2.  Mr Rice feels he has been
assaulted twice by the 3pm-11pm shift officers at OCCC since August 5, 2005 to the present
date.  Rice feels OCCC officials are trying to provoke him to react so he looks like a unruly
prisoner in there manipulation of the disciplinary process which has resulted in Rice losing
all his priviledges until approximately 2007 and 35 months DDU sanction.  This was done by
SBCC officials to cut off Rice's access to the outside world so SBCC Officials could continue
their mental, physical and sexual torturing of Rice with immunity from the outside world
learning of it. 3.  Rice isn't receiving his newspaper on a regular basis in attempt to
incite him to lash out in frustration and appears as a unruly prisoner while incarcerated at
OCCC.4.  Rice is being didn't access to legal materials Rice has made several specified
request that has gone unanswered.  Rice feels this is being done to prohibit him from
libigating his state civil litigation and his federal criminal habeas corpus currently
presiding before jJustice Mark L Wolf.  Furthermore Rice can't physically go to the Law
Library due to his enemy situation.  If he does physically go to the law library and is forced
to exercise self defense against one of his enemies.  The DOC will  use this to portray Rice
as a unruly prisoner, which is there ultimate golf to continue covering up the mental,

# Classification Report

**Name:** JORDAN RICE                **Commitment#:** W65429          **Institution:** OLD COLONY CORREC'

**Commitment Date:** 19981020  **DOB:** 19730626  **Status:** ACTIVE     **Unit/Cell/Bed:** SEGREGATION, G5, B

**Class Type:** Re-Classification  **Sec Level:** 5         **PE:**             **Release Date :**

physical and sexual torturing of Rice along with how all his civil liberties has been
circumvented via unlwfully confining him in punitive segregation since June 18, 2001 to the
present date.Rice freely admits at one point, he wanted to remain at OCCC because he felt and
thought he shared a positive relationship with the Brady Administration,et al, amd while
incarcerated at OCCC he could be very positive and productive prisoner, especially out of the
SBCC abusive environment which would prove to the DOC hierarcy ie Comisioner Dennehy and Dir
of Classification Diane Silva that removing Rice out the SBCC Abuse environment is in the best
interest of Rice and the DOC because its the lack of leadership ability at the SBCCenvironment
which is the problem and hence not Rice, perse.  Furthermore Rice hoped being a positive and
productive prisoner at OCCC would led to the DOC Hierarcy removing Rice from the to date four
year unconstitutional confinement in punitive segregation which is in violation of Blaney v
Commissioner, 374 Mass 337 (1978) and place him in the OCCC Protective Custody Unit that will
be opening soon.   Conclusion:  Please transfer Rice to MCI Gardner so he can hopefully
demonstrate he can be a positive and productive prisoner which he (Rice) wants to be.  Such
demonstrations can't be display at MCI Cedar Junction, SBCC or continued confinement in
punitive Segregation.  Respectfully submitted...
Appeal denied, remain OCCC pending DDU process.

## Superintendent/Designee Recommendation.

**Level:**  5        **Institution:** OLD COLONY CORRECTIONAL CENTER                   **Date:** 20050825

**Screen For:**                      **Placement Site:**                   **Recommendation:** REMAIN

**Reason/Condition**
Concur


**User(L,F,M,S):** Carol L Lawton

**Early Parole**   [ ]   **Work Crew** [ ]     **Education Release** [ ]        **Work Release**  [ ]

**Public Speaking** [ ]   **PRA**      [ ]    **PRA Hours**                  **Others**

## Superintendent/Designee Appeal Decision.


**Superintendent/Designee:**  Mark J Powers                 **Date:** 20051014       **Decision:** Denied

# Classification Report

**Name:** JORDAN RICE                 **Commitment#:** W65429              **Institution:** OLD COLONY CORREC'

**Commitment Date:** 19981020  **DOB:** 19730626  **Status:** ACTIVE       **Unit/Cell/Bed:** SEGREGATION, G5, B

**Class Type:** Re-Classification  **Sec Level:** 5        **PE:**            **Release Date :**

## Commissioner/Designee Decision.

**Level:** 5     **Institution:** OLD COLONY CORRECTIONAL CENTER          **Date:** 20051025

**Screen For:**                 **Placement Site:**               **Recommendation:** APPROVED

**Reason/Condition**
Current placement is appropriate in light of enemies throughout DOC and overall custody
record. Appeal Reviewed.

**User(L,F,M,S):** Carol A Mici

**Early Parole** [ ]        **Public Speaking** [ ]      **Education Release** [ ]      **Others**

## Commissioner/Designee Appeal Decision

**Commissioner/Designee:** Carol A Mici              **Date:** 20051025     **Decision:** Denied



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*Souza-Baranowski Correctional Center*



**Mitt Romney**
*Governor*
**Kerry Healey**
Lieutenant Governor
**Edward A. Flynn**
*Secretary*

*P. O. Box 8000*
*Shirley, MA 01464*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Deputy Commissioner*
**Lois Russo**
*Superintendent*

January 8, 2006

Jordan Rice, W65429
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Rice,

Please be advised that Deputy Mendonsa has referred your letter to me regarding your denial to access the courts. Please be advised that you requested and were listed to use the CD-ROM on the following dates, however on those dates there were issues that did not allow you to use the CD-ROM.

12/15/05--IPS closed the South SMU for a shakedown of the unit
12/22/05--Librarian had a meeting
12/29/05--Report of the CD-ROM not working
1/4/06--Librarian in a meeting

Please be advised that at your next request I will have the Librarian show you how to use the CD-ROM.

I trust this addresses your concerns.

Sincerely,

Lynn Chernesky
Director of Treatment

Cc:    Anthony Mendosa, Deputy Superintendent
       File



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*Souza-Baranowski Correctional Center*



**Mitt Romney**
*Governor*
**Kerry Healy**
Lieutenant Governor
**Edward A. Flynn**
*Secretary*

*P. O. Box 8000*
*Shirley, Massachusetts 01464*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Deputy Commissioner*
**Lois Russo**
*Superintendent*

January 12, 2006

Jordan Rice, W65429
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Rice:

Please be advised that your letter addressed to Superintendent Russo dated January 9, 2006 regarding denied access to courts has been referred to my office for a response. Your legal documents were sent to South SMU on 1/5/06 and you were allowed access to the documents on 1/9/06 and the documents were subsequently returned to long term storage on 1/17/06. The legal documents were secured in the C.O.'s station in the interim to ensure integrity and no tampering would occur. During my rounds on Wednesday, 1/11/06 I spoke with you regarding this issue. Additionally, Sgt. Flowers who accompanied me informed you that more legal documents had been sent from your previous facility and that you could make a request through the Property Department for further exchange for legal documents if required.

I trust that this addresses your concerns.

Sincerely,

Anthony Mendonsa
Deputy Superintendent

AM/can

cc:    Lois Russo, Superintendent
       John Flowers, Unit Sgt.
       James Bairos, Property Sgt.
       File



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*Souza-Baranowski Correctional Center*



**Mitt Romney**
*Governor*
**Kerry Healey**
Lieutenant Governor
**Edward A. Flynn**
*Secretary*

*P. O. Box 8000*
*Shirley, MA 01464*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Deputy Commissioner*
**Lois Russo**
*Superintendent*

January 12, 2006

Jordan Rice, W65429
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Rice,

Please be advised that Deputy Superintendent, Anthony Mendonsa, has forwarded me your letter regarding your case laws. Please be advised that these are being re-done and you will receive them on January 17, 2006.

Sincerely,

Lynn Chernesky
Director of Treatment

Cc:    Deputy Superintendent, Anthony Mendonsa
       File

Jordan M. Rice - W65429
K-3, Cell # 13

Lois Russo, Superintendent
SBCC

   Re: <u>Seizure Of Legal Documents</u>

Dear Madem,
      Hello, on Jan. 16, 2006 while I was in the shower several highly exculpator
criminal documents were seized from my cell. Please launch a probe into this matter?
Also insure my legal documents are returned to me.
      I look forward to your anticipated cooperation in this matter.

                                          Respectfully Submitted,
                                          x [signature]

Dated: Jan. 16, 2006 A.D.

   CC: Mark L. Wolf, Federal Judge
         Enclosure

Jordan M. Rice - W65429
K-3, Cell # 13

Lois Russo, Superintendent
SBCC

　　　Re: Failure To Follow Mailbox Policy

Dear Madam
　　　Hello, on Jan. 17, 2006 at 6:30am count mail wasn't collected with an locked mailbox pursuant to mail policy 103 CMR 481.08 but was collected by hand of a Officer with no mailbox. I have addressed this situation with you in several letters. Most recently in my letter dated Jan. 11, 2006. This failure to follow mail box policy is denying me access to the courts because I can't mail legal correspondences to the courts. Please remedy this matter by insuring mail policy obeyed by your Officers on the 11pm - 7am Shift
　　　I look forward to your anticipated cooperation in this matter

　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　× [signature]

Dated: Jan. 17, 2006 A.D.

CC: Mark L. Wolf, Federal Judge
　　　Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Jan. 20, 2006

Dear Madam,

Hello, on Jan. 18, 2006 the amount of $4.64 was seized from my canteen account for a certified mail letter (#7005 1160 0002 7913 2336) addressed to Federal Judge Mark L. Wolf. Still to date, I haven't received back the certified mail receipt which I should of received back from the mail room with a post mark date stamped upon it. Please don't confuse the certified mail receipt with the Green Return Receipt because only the green return receipt will be mailed back to me at a later date after the addressed (Judge Wolf) signs for receipt of the letter.

Please order a probe in this matter? Also, I just placed a certified mail letter (#7005 1160 0003 7913 2312) in the mail to Federal Chief Judge John Roberts. Please insure I receive back this said certified mail receipt too so I know my mail is leaving this prison.

I look forward to your anticipated cooperation in this matter

Respectfully Submitted

X

CC: Rice Family
    John Roberts, Chief Federal Judge
    Mark L. Wolf, Federal Judge
    Enclosure

Jordan M. Rice - W65434
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: Grievance No. 15244

Dear Madam,

Hello, on Jan. 13, 2006 Grievance Coordinator Ryan M. Carney denied the above grievance, which was in regards to Librarian Mary Morrison losing my Rule 30 Motion. I didn't receive the decision until Jan. 24, 2006, i.e., 10 days after the appellate time technically exhausted but pursuant to the CMR governing grievance form appellate time doesn't begin until I am in receipt of the decision.

Therefore, I will submit my appeal within the 10 days from Jan. 24, 2006. Please note, I have filed an grievance form against Mr. Carney's ruse because your administration is purposely denying me access to the courts in reprisal of me registering complaints against SBCC Lieutenant McGinnis relative Attorney Eugene P. McCann.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x _____

Dated: Jan. 24, 2006

CC: Micah Maddox, 48 Hours
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure