Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf
1 Courthouse Way, Room #5110
Boston, Ma. 02110

Re: Rice v. Brady, DKT No. 04-10859-MLW

Dear Judge,

Hello, please find enclosed several motions that I already forwarded to your attention by certified mail but Prison Officials may have committed the Federal Crime of Censorring my mail again. I base this hypothesis on the fact I never received the Green Return Receipt confirming the courts receipt of several pieces of certified mail. Furthermore, there is indisputable evidence that SBCC Prison Officials has obstructed my contacting and communications with the Courts and Attorney's!

I don't know if you have rendered a decision on the Respondents Request to dismiss my Petition. I have submitted a Notice of Appeal and COA that I haven't dated. I request that the Court accept these motions even if they are premature because there is a total break down in communcations with my Counsel, whom isn't pursuing the issue this Court appointed him too or the issues I wish him to pursue. I don't want to lose my appellate review rights on these issues because they are dead bang winners!

Furthermore, I request this to forward me a copy of any decisions rendered by this Court but please note, I may not receive the mail because Prison Officials are Censorring my mail which is a federal crime.

Thank you for your attention to my plight.

Respectfully Submitted,
x [signature]