United States District Court
District Of Massachusetts

Jordan M. Rice,
    Petitioner,
v.
Bernard Brady,
    Respondent

No. 04-10859-MLW

Notice Of Appeal

Petitioner Jordan M. Rice, appearing in pro per, hereby appeals from the Judgment of the court dismissing the Petition for Writ of Habeas Corpus in the above-entitled action. Said Judgment was entered on _____, 2006, by Hon. Mark L. Wolf.

Concurrently herewith, Petitioner requests that the District Court issue a Certificate of Appealability. An application for COA is being contemporaneously filed.

Dated: _____

x_____
Jordan M. Rice
P.O. Box
Shirley, Ma. 0464