United States District Court
District Of Massachusetts

Jordan M. Rice,
   Petitioner,

v.

Bernard Brady,
   Respondent.

No. 04-10859-MLW

## Motion For LEAVE TO Proceed In Forma Pauperis.

Now comes Jordan M. Rice, petitioner in the above-entitled case, and moves that this court permit him to proceed in forma pauperis, without prepayment of appellate cost. This Court has already deemed Rice indigent. See Affidavit Of Indigence already filed upon the docket.

Respectfully Submitted,

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464