-1-

United States District Court
District Of Massachusetts

Jordan M. Rice,
        Petitioner,
v.
Bernard Brady,
        Respondent.

No. 04-10859-MLW

New For New Counsel On Appeal To The First Circuit Court Of Appeals.

Now comes Petitioner Jordan M. Rice to Request New Counsel for appellate purposes. This Court appointed Attorney Eugene P. McCann, whom failed to raise the issues surrounding the Bloody Palm Print over Rice's repeated objections. In Judge Wolf's March 17, 2005 Order granting Rice Counsel, he (Wolf) determined Rice needed counsel for the claim of Prosecutor Misconduct, i.e., the withholding of the Bloody Palm Print that McCann refused to raise. Therefore, McCann in hindsight willfully disobeyed the Courts order and the Court failed to address or remedy McCann's refusal adequately.

Rice has now put forth a COA of claims McCann doesn't support and won't raise on appellate review which Rice has a right to be heard on the merit of his claims and a determination by the Courts if they are meritorious or non-meritorious. It is surely McCann won't pursue the following issues numbers outlined in his COA. These numbers are: 1, 3, 4, 6, 7 & 8.

- 2 -

This Court has already found that Rice is being denied access to the Court by Prison Officials, which is still presently taken place. Therefore, Rice can't effectively represent himself. Nor has this addressed Rice's request for an Restraining Order. It would be a Miscarriage Of Justice to continue to let McCann act recklessly, which is in reprisal for Rice registering complaints against his relative SBCC Lt. McCann, whom has tortured Rice. Rice will sustain forever lasting actual injury, i.e., forever lost of Federal Review on dead bang winner issues.

WHEREFORE, this Court should grant Rice new counsel on Appellate Review in the interest of justice to preserve fundamental fairness in the Habeas Corpus Process

Jordan Rice
P.O. Box 8000
Shirley, Ma. 01464