Jordan M. Rice - W65429
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Judge
1 Courthouse Way; Room 5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT No. 04-10859-MLW

Dear Judge,

Hello, please find enclosed your copy of my letter to the Office Of the Bar Counsel. As you will notice Attorney McCann frivolously contends that any claims not raised in this petition is still a triable issue, which is totally bogus because no prisoner is able to file a second petition (See Exhibit No. 6). The claim he is referring to, is the meritorious Prosecution Misconduct claim surrounding the Bloody Palm Print, which you appointed him to pursue (See Exhibit No. 3) but he refuses to follow your Order due to all the meritorious reasons set forth in the enclosed letter.

Also please find enclosed a Copy of the Civil Action I filed most recently in this Court. Please see Paragraph No(s). 11-47 (I), which outline how I am being denied access to the Courts and the Federal Crime of censoring my mail. Also see Paragraph No(s). 233-235, which outline how Attorney McCann's relative, SBCC Lieutenant McCann, is abusing me and bragging about Attorney McCann sabotaging my Habeas Corpus Petition currently before you. Attorney McCann's actions are transparent, which is why I need new counsel to represent me.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]

Dated: Feb. 26, 2006 A.D.

P.S.
Also find enclosed a copy of my Civil Complaint against the FBI because they have failed to answer my Freedom of Information Act Request. Such answer to my request will demonstrate how the Commonwealth has withheld exculpatory evidence, i.e., the Bloodly Palm Print, which is the claim you appointed counsel to purse but he refuses to do so!