UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORDAN MARTELL RICE,<br><br>    Petitioner<br><br>v.<br><br>TIMOTHY HALL,<br><br>    Respondent | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-10859-MLW<br>)<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW AS COUNSEL FOR THE PETITIONER**

    NOW COMES Eugene Patrick McCann, counsel for the Petitioner, and respectfully requests this Honorable Court to allow him to withdraw as counsel in this matter. As grounds therefore, Attorney McCann states that there has been a substantial breakdown in communications between him and the Petitioner, and that irreconcilable differences have arisen between them. More specifically, Attorney McCann states as follows:

    1.    By an ORDER filed on March 17, 2005, this Honorable Court allowed the Petitioner's Motion for the Appointment of Counsel. The ORDER noted that, although there is no absolute right to a free lawyer in a civil case, the Court had discretion to appoint the petitioner counsel because of the nature of this matter. (See Document 34.)

    2.    Attorney McCann was appointed shortly thereafter. Since Attorney McCann's appointment, the Petitioner has repeatedly requested this Court to appoint him new counsel. Up to now, Attorney McCann has opposed such action.

    3.    The Petitioner has also complained to the Office of Bar Counsel of the Massachusetts Board of Bar Overseers (BBO). The complaint challenged Attorney McCann's

1

competence, accused him of collusion and sabotage, and requested the BBO to make inquiry regarding Attorney McCann's familial relationship with SBCC Lieutenant McCann, who the Petitioner alleges physically and sexually tortured him. See **Exhibit A**. The BBO demanded that Attorney McCann respond to the Complaint. See **Exhibit B**. Unfortunately, due to the nature of the Petitioner's allegations, Attorney McCann was required to respond with zeal. The response took the form of a letter, dated January 25, 2006, to the Office of Bar Counsel. Attorney McCann denied the Petitioner's allegations and challenged the Petitioner's credibility. See **Exhibit C**.

4. This melee with the BBO caused further deterioration of an already strained attorney-client relationship.

5. Most recently, on March 17, 2006, the Petitioner filed a letter with this Court. Again, the Petitioner alleged that Attorney McCann is intentionally sabotaging his Habeas Corpus Petition. Further, the Petitioner now states, outright, that Attorney McCann is related to SBCC Lieutenant McCann (who has allegedly physically and sexually abusing the Petitioner).

6. Attorney McCann denies all allegations of incompetence, collusion and sabotage. He also denies being related, in any way, to any officer at any Massachusetts correctional facility, including, but not limited to, SBCC Lieutenant McCann. Attorney McCann, in his professional opinion, has taken every action possible to zealously represent the Petitioner in this matter.

7. On a professional level, the Petitioner and Attorney McCann's differences regarding the proper approach to Petitioner's case are irreconcilable. Attorney McCann is unable to communicate advice to the Petitioner because of the Petitioner's obvious, albeit unjustified, lack of trust. The Petitioner's personal attacks against Attorney McCann have required Attorney

McCann to defend himself by questioning the Petitioner's credibility. This exchange has fatally damaged the attorney-client relationship and permanently squelched whatever little communications that remained between the Petitioner and Attorney McCann.

8. Attorney McCann believes he has fulfilled the obligations of his appointment in this matter. However, if the Court believes that the Petitioner requires additional representation, based upon the foregoing, the appointment of successor counsel would best serve the interests of the Petitioner.

WHEREFORE, Attorney McCann respectfully requests this Honorable Court to allow him to withdraw as counsel in this matter

Respectfully submitted,

/S/ Eugene Patrick McCann
_____
Eugene Patrick McCann
Manzi & McCann
59 Jackson Street
Lawrence, MA 01840
(978) 686-5664

Dated: March 24, 2006

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, hereby certify that on this <u>24th</u> day of March, 2006, I have served a true copy of the foregoing by electronic filing upon counsel for the respondent:

Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

/S/ Eugene Patrick McCann
_____
Eugene Patrick McCann