# EXHIBIT A

Jordan M. Rice - W65429
1 Administration Road
Bridgewater, Ma. 02324

Alison Cloutier, Assistant Bar Counsel
99 High Street
Boston, Ma. 02110

Re: Complaint against Attorney Eugene P. McCann

Nov. 11, 2005

Dear Madam,

Hello, I am in receipt of your letter dated Nov. 1, 2005. It appears you misunderstood my request clearly outlined in my opening letter accompanied with supporting appendix. I will again explicitly reiterate in part my request which is your office probe why Attorney McCann is attempting to forgo meritorious claims surrounding a Bloody Palm Print on my Habeas Corpus in Federal Court. These claims are: 1) Ineffective assistance of trial counsel, i.e., Henry Owens; 2) Prosecution withheld exculpatory evidence, i.e., the Bloody Palm Print; and 3) Conviction based upon perjuried testimony. Hence, production of the Bloody Palm Print will exonerate me.

Attorney McCann's failure to pursue these meritorious claims are the result of several conflicts of interest that are covered under the jurisdiction of the Massachusetts Rules of Professional Conduct, which warrants a full scale probe by your office because your office is designed for such complaints when they arise. These complaints of conflicts of interest are: 1) Attorney McCann is friends with Attorney Owens. Hence this is the reason McCann is attempting to forgo and sabotage my Habeas Corpus. Also your office should review Attorney Owens disciplinary file, that resulted in your office suspending his right to practice, held by your office to determine if Attorney McCann's office ever assisted and/or authored any supportive documentation for Attorney Owens and 2) If Attorney McCann is related to SBCC Lieutenant McCann, whom I am going to suit in Federal Civil Court as one of the DOC Official for Mentally, Physically and Sexually Torturing me along with attempting to murder me which is in reprisal for me speaking out about the DOC's vast cover up of officer's role in the murder of Prisoner John

PAGE 2 of 2

Meghan,

In my opening letter I explicitly cite all the above claims. At no time did I request legal advice, Representation, Assistance with my Habeas Corpus and/or Your office appoint me new counsel. Therefore, your impression of me making such request are gravely misplaced. Also I only cited caselaw for: 1) so your office could understand foregoing of my meritorious claims aren't sound judgement and 2) your office know I understood the caselaw along with how it applies to my case. Please note, Massachusetts has the second highest wrongful conviction rate in the United States and production of the Bloody Palm Print will exonerate me!. Furthermore, I have a right to pursue these meritorious claims because this is the last chance to be heard on the merits of the said claims due to the fact successive claims for relief will not be heard. McCleskey V. Zant, 99 U.S. 467, 111 S.Ct. 1454 (1991) Therefore, McCann's conduct is anything but Professional in his attempt to forego the claims surrounding the Bloody Palm Print.

## CONCLUSION

Again, I respectfully request that your office probe my complaint against Attorney McCann as set forth in this letter and in my opening letter with accompanying Appendix. Please inform me in writing within 10 Bussiness days, how your office will proceed on my complaint of Attorney McCann's unprofessional conduct as an Officer of the Massachusetts Court, which are under the Massachusetts Rules of Professional conduct, governing by your office.

Respectfully Submitted,

x[signature]

CC: Court TV Producer
    Daniel C. Crane, Bar Counsel
    Michele McPhee / Maggie Mulvihill, Boston Herald Reporters
    Rice Family & Family Attorney
    Mark L. Wolf, Federal Judge
    Enclosure

✱ Certified Mail No. 7003 2260 0002 1864 1514 ✱