# EXHIBIT B

# OFFICE OF THE BAR COUNSEL
BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT
99 High Street
Boston, Massachusetts 02110
(617) 728-8750
Fax: (617) 482-2992
www.mass.gov/obcbbo

DANIEL C. CRANE
BAR COUNSEL

December 29, 2005

PERSONAL AND CONFIDENTIAL

Eugene Patrick McCann, Esq.
Manzi and McCann
59 Jackson Street
Lawrence, MA 01840

RE: BBO File No. B2-05-0265 (Jordan M. Rice)

Dear Mr. McCann:

Enclosed please find a copy of correspondence received by the Office of the Bar Counsel that raises questions of professional misconduct in violation of Supreme Judicial Court Rule 3:07, the Massachusetts Rules of Professional Conduct.

It is the responsibility of the Office of the Bar Counsel to investigate all matters involving alleged misconduct by an attorney. While no disposition will be recommended or undertaken by the Bar Counsel until the attorney has been afforded an opportunity to respond, failure to respond without good cause may constitute misconduct warranting appropriate discipline or administrative suspension under Supreme Judicial Court Rule 4:01, § 3.

We urge you to review Supreme Judicial Court Rules 3:07 and 4:01 and to examine the enclosed correspondence. Under Section 2.6(2) of the Rules of the Board of Bar Overseers, your response, plus any supporting documentation, must be received by this office within 20 days from the date of this notice. A copy of your reply may be forwarded to Jordan M. Rice.

Please feel free to contact me to discuss this matter at any time.

Thank you for your cooperation.

Very truly yours,

Dorothy Anderson
Assistant Bar Counsel

DA/atb
Enclosure