UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORDAN MARTELL RICE, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>TIMOTHY HALL, )<br>)<br>Respondent )<br>) | Civil Action No. 04-10859-MLW |

### AFFIDAVIT OF EUGENE PATRICK McCANN IN SUPPORT OF HIS MOTION TO WITHDRAW AS COUNSEL FOR THE PETITIONER

I, Eugene Patrick McCann, do depose and state that the following facts are true to the best of my personal knowledge:

1. Since my appointment, the Petitioner has repeatedly requested this Court to appoint him new counsel. Up to now, I have opposed such action.

2. The Petitioner has also complained to the Office of Bar Counsel of the Massachusetts Board of Bar Overseers (BBO). The complaint challenged my competence, accused me of collusion and sabotage, and requested the BBO to make inquiry regarding my familial relationship with SBCC Lieutenant McCann, who the Petitioner alleges physically and sexually tortured him. The BBO demanded that I respond to the Complaint. Unfortunately, due to the nature of the Petitioner's allegations, I was required to respond with zeal. The response took the form of a letter, dated January 25, 2006, to the Office of Bar Counsel. I denied the Petitioner's allegations and challenged the Petitioner's credibility.

3. This melee with the BBO caused further deterioration of an already strained attorney-client relationship.

4.      Most recently, on March 17, 2006, the Petitioner filed a letter with this Court. Again, the Petitioner alleged that I am intentionally sabotaging his Habeas Corpus Petition. Further, the Petitioner now states, outright, that I am related to SBCC Lieutenant McCann (who has allegedly physically and sexually abusing the Petitioner).

5.      I deny all allegations of incompetence, collusion and sabotage. I also deny being related, in any way, to any officer at any Massachusetts correctional facility, including, but not limited to, SBCC Lieutenant McCann. In my professional opinion, I have taken every action possible to zealously represent the Petitioner in this matter.

6.      On a professional level, the differences between the Petitioner and me regarding the proper approach to Petitioner's case are irreconcilable. I am unable to communicate advice to the Petitioner because of the Petitioner's obvious, albeit unjustified, lack of trust. The Petitioner's personal attacks against me have required me to defend myself by questioning the Petitioner's credibility. This exchange has fatally damaged the attorney-client relationship and permanently squelched whatever little communications that remained between the Petitioner and me.

7.      I believe that I have fulfilled the obligations of my appointment in this matter. However, if the Court believes that the Petitioner requires additional representation, based upon the foregoing, I believe the appointment of successor counsel would best serve the interests of the Petitioner.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24TH DAY OF MARCH, 2006:

/S/ Eugene Patrick McCann
_____
Eugene Patrick McCann

## CERTIFICATE OF SERVICE

    I, Eugene Patrick McCann, hereby certify that on this <u>24th</u> day of March, 2006, I have served a true copy of the foregoing by electronic filing upon counsel for the respondent:

Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

                              /S/ Eugene Patrick McCann
                              _____
                              Eugene Patrick McCann