Jordan M. Rice - W65429
FILED
IN CLERKS OFFICE
Shirley, Ma. 01464
2006 MAR 27 P 1:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT No. 04-10859-MLW

Dear Sir,
   Hello, please find enclosed several documents outlining how I am being denied access to the courts, which is prohibitting me from presenting my meritorious claims before this court. Also there is a total break down between Attorney McCann and I.
   Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

Dated: Feb 29, 2006

CC: Enclosure