Jordan M. Rice - W65429

FILED
IN CLERKS OFFICE
2006 MAR 27 P 1: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.

Feb. 27, 2006

Lois Russo, Superintendent
SBCC

Re: <u>Needed Legal Book from my Property</u>

Dear Madam,

Hello, please be advised that for the past month I been requesting your Property Department forward my a legal book called "How Good Was Your Lawyer?", which can be located in my personal property. Would you please order your property department to send me the "said" book soon as possible?

Thank you for your attention to this matter.

Respectfully Submitted,

/s/ Jordan M. Rice

CC: Lyonel Jean-Pierre, MCLS Attorney
    Mark L. Wolf, Federal Judge
    Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: Denied Access to CD-Rom to Conduct Legal Research

Dear Madam,

Hello, please be advised for the past two weeks I signed up for the CD-Rom and never was called out! Would you please insure I am not continued to be denied access to conduct legal research?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

JM. R.

Dated: Feb. 13, 2006

CC: Enclosure




## The Commonwealth of Massachusetts
## Executive Office of Public Safety

### Department of Correction
### Souza-Baranowski Correctional Center

**Mitt Romney**
*Governor*
**Kerry Healey**
*Lieutenant Governor*
**Edward A. Flynn**
*Secretary*

P. O. Box 8000
Shirley, MA 01464

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Deputy Commissioner*
**Lois Russo**
*Superintendent*

February 17, 2006

Jordan Rice, W65429
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Rice,

Please be advised that Superintendent, Russo has forwarded your letter regarding your CD-ROM access. Please be advised that on February 8, 2006 the Librarian was scheduled for training and was unable to go to the SMU. On February 16, 2006 the Librarian was informed at 9:40AM that there was a forced move and she would need to come back later. You have verbally informed the Librarian that you are able to use the CD-ROM on your own. If you are having problems on the CD-ROM please inform myself as I will have the Librarian assist you.

I trust this addresses your concerns.

Sincerely,

Lynn Chernesky
Director of Treatment

Cc:   Lois Russo, Superintendent
      File

Jordan M. Rice - W65439
K-3, Cell #13

Lynn Chernesky, Dir. Of Treatment
SBCC

Re: **Need Librarian Assistance On CD-Rom**

Dear Madam,

Hello, please note I need the Librarians assistance on how to operate the CD-Rom. It should be further noted at no time did I verbally inform the Librarian or anyone else that I was able to use the CD-Rom on my own as you cited in your Feb. 17, 2006 letter. What I been requesting is the Librarian take the time to teach me how to operate the CD-Rom because the 15 minutes a week to conduct legal research is gravely out of scope of the 5 Hours a week mandated by the U.S. Supreme Court in **Bounds V. Smith**, 430 U.S. 817 (1977)

Since Dec. 1, 2005 I have only been allowed access to the CD-Rom approximately four times and this is despite the fact I signed up for Legal Research Time on the CD-Rom on a weekly basis. Would please insure that I receive access to the CD-Rom with the assistance of the Librarian to conduct Legal Research?

I look forward to your anticipated cooperation in this matter

Respectfully Submitted,

Dated: Feb. 18, 2006

CC: Lyonel Jean-Pierce, MCLS Attorney
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 15998 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL | |
| **Commit No.** | W65429 | **Housing** K3 | **Date Of Incident** 20060128 | **Date Of Grievance** | 20060128 |

**Complaint:** On January 28, 2006 CO Joseph Ayala gave me legal envelope from my current Private Investigator that was opened prior to my receipt of it by the mailroom and such legal mail is supposed to be opened only in my presence. The outside of the envelope was clearly marked "Confidential Legal Correspondence." This is the second time a letter from my Private Investigator was opened in such a mannor out of practice of legal mail policy. On Jan.6,2006, Deputy MacEachern stated in writing he "instructed mailroom staff to be more diligent when screening mail for legal correspondence." These acts are communication with Private Investigator.

**Remedy Requested:** To order the mailroom to stop opening my legal mail out of my presence. Also launch a probe into this ongooing matter of not following mail policy.

**Staff Recipient:** Carney Ryan M  CPO I

**Staff Involved:**

**Signature:**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20060202  **Decision Date** 20060221

**Signature:** Carney Ryan M  CPO I

**Final Decision:** DENIED

**Decision:** Grievance is denied, Private Investigators are not covered under legal material. Legal Material is considered to be Attorney's and court officials. Under the policy 103 CMR 481.11 section 1 Private Investigators are not considered privileged mail.

**Signature:** _____  **Date:** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Commit No.** | W65429 | **Grievance#** 15998 | **Date Received** | 20060202 |

**Signature:** Carney Ryan M  CPO I

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: D-Report No. 55286 & 55289

Dear Madam,

Hello, on Feb. 15, 2006 Lt. James Hart informed that in regards to the above two referenced D-Reports that an DDU disciplinary hearing (on Feb. 3, 2006) should of never been held because the investigation into my meritorious claims of Mental, Physical and Sexual assaults hasn't been concluded. Therefore, the DDU Hearing Officer won't render a decision on the Hearings. Would your office confirm or deny Lt. Hart's story? Please note, I haven't been formally served with any results in the above two reference D-Reports still to date.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

Dated: Feb. 15, 2006

CC: Harvard PLAP
    Lyonel Jean-Pierre, MCLS Attorney
    Rice Family
    Enclosure

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: **SMU Officer's Attempted Murder**

Dear Madam,

Hello, on Feb. 4, 2006 c/o May and other 3pm-11pm Shift Officer's issued a prisoner, identity unknown, an D Report allegedly for having contraband in his cell. C/o May and other officer's falsely informed the prisoner that I provided the information. Here your officer's are attempting to get me murdered! C/o May has been repeatedly harassed me in reprisal of me speaking out at my DDU Hearing about Sgt. Andrew Burns attempting to rape me. Please probe these matters?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: Feb. 4, 2006

CC: Micah Maddox, 48 Hours
    Maggie Mulvihill, Boston Herald Reporter
    Rice Family
    Rice Family Attorney
    Mitt Romney, Governor
    Mark L. Wolf, Federal Judge
    Enclosure