FILED
IN CLERKS OFFICE

2006 APR -4 P 12:41

U.S. DISTRICT COURT
DISTRICT OF MASS

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, I am writing you today to bring to your attention that two pending lawsuits in this court are directly related to the above referenced case and I request that you review both lawsuits:

First, Rice V. Dennehy, DKT. NO. 06-CV-0432-RGS, is against the D.O.C. for denied access to the courts (See Paragraph Nos. 11-47(I)) and for Civil Rights Violations of Abuse by Attorney McCann's relative, SBCC Lieutenant McCann, whom has bragged about Attorney McCann sabotaging the above referenced Habeas Corpus Petition (See Paragraph Nos. 233-235).

Second, Rice V. FBI, DKT. No. 06-CV-0431-RCL, is against the Federal Bureau Of Investigations for failing to answer my Freedom of Information Act Request. Production of these documents will demonstrate the State Prosecutions Misconduct of withholding an exculpatory piece of evidence, i.e., a bloody palm print, which is a claim you stated "is sufficiently complex to warrant professional legal assistance" in your March 17, 2005 order granting counsel in the above referenced case. Despite your "Order" Appointing Counsel, Attorney McCann, refuses to pursue this meritorious claim among others, which relief can be granted upon. Also, it should be noted due to Attorney McCann's incompetency, the Private Investigator whom discovered the prosecutions misconduct authored a letter dated Jan. 27, 2006 to your attention explaining the importance of the prosecution misconduct claim and this letter is already upon the docket so please review it too.

I have filed a third lawsuit, Rice V. McCann, against Attorney McCann for Legal Malpractice in regards to the above referenced case. Once I attain the docket number for this case. I will forward it to your attention with an request that you review it. Also enclosed is a copy of an Appeal Letter to the Office Of the Bar Counsel against Attorney McCann, which outlines in part the basis for my Legal Malpractice Lawsuit. Please closely examine Exhibits Nos. 3 and 6 of the said "Appeal Letter".

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

/s/ Jordan Rice

Dated: March 12, 2006
CC: Enclosure

Certified Mail NO.#
7005 1820 0006 0256 7613