United States District Court
District of Massachusetts

Jordan M. Rice,
   Petitioner,
V.
Bernard Brady,
   Respondent.

DKT. No. 04-10859-MLW

Request For New Counsel and Notice To The Court

FILED IN CLERKS OFFICE
2006 APR -4 P 12:41
US DISTRICT COURT
DISTRICT OF MASS.

   Now comes Petitioner, Jordan M. Rice, to request new counsel due to the fact current court appointed counsel, i.e., Eugene P. McCann has engaged in Legal Malpractice due to his Conflicts of Interest in the case at bar, which all supporting grounds are set forth in the petitioners lawsuit has filed against Attorney McCann. See Rice V. McCann, DKT. No. 06-10500-NMG.

   It should be noted that the Petitioner has a lawsuit pending against Attorney McCann's relative, i.e., SBCC Lieutenant McCann whom has abused the Petitioner and bragged how Attorney McCann's sabotaging the case at bar. See Rice V. Dennehy, DKT. No. 06-0432-RGS (at paragraph no(s). 233-235). Also Petitioner has placed documentation on the docket meritoriously demonstrating that Attorney McCann's relative Lt. McCann has conspired with his fellow Officer's at the Prison to censorr the Petitioner's mail to prohibit him from exercising his Freedom of Speech rights in regards to Attorney McCann's Legal Malpractice. (See Exhibit No. 1). Mail censorring is a Federal Crime.

   It should be further noted, the Petitioner has filed a lawsuit against the Federal Bureau Of Investigations (FBI) for failing to answer his Freedom Of Information Act / Privacy Act Requests to substaniate the Prosecution Misconduct Claim Of Withholding a Bloody Palm Print because Attorney McCann has refused to pursue this meritorious claim among others. And this is despite the fact in Judge Wolf's March 17, 2005 order appointing Attorney McCann, he (Wolf) held "that the prosecution failed to disclose possibly exculpatory evidence ... [a claim that] is sufficiently complex to warrant professional legal assistance." Production of this bloody palm print will exonerate the petitioner from his wrongful 1st degree murder conviction beyond a reasonable doubt! If it wasn't from Attorney McCann's Legal Malpractice the petitioner wouldn't of filed the lawsuit against the FBI. See Rice V. FBI, DKT. No. 06-0431-RCL.

   The Petitioner has also established beyond all doubt that he is being denied his Constitutional Rights of access to the courts, See

-2-

Rice V. Dennehy, DKT. No. 06-0432-RGS (at Paragraph No(s). 11-47(D)), which is clear violation of the Supreme Courts holdings in Bounds V. Smith, 430 U.S. 817, 821 (1977) ("It is now established beyond doubt that prisoners have a Constitutional right of access to the Courts). And these constitutional violations preclude petitioner from representing himself in state or federal Court.

Petitioner respectfully respects that one of the following counsels be appointed to this case: 1) Joseph Balliro, Jr.; 2) Julianne Balliro; 3) Anthony Cardinale; 4) Dana Alan Curhan; 5) Richard Egbert; 6) Howard Friedman; 7) Patricia Garin; 8) Kimberly Homan; 9) Stephen Hrones; 10) Charles Rankings; 11) Stephen Roach; 12) Rosemary Scapicchio; 13) Wendy Sibbison; 14) Max Stern and 15) Raquel Webster.

## CONCLUSION

WHEREFORE, in the interest of justice and to preserve fundamental fairness the court should grant the petitioner's motion and appoint new counsel in this case.

Respectfully Submitted,

Dated: March 23, 2006

Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464