# EXHIBT NO.
# 1

Jordan M. Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

Mark L. Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Judge Wolf,
Hello, please find enclosed Attorney Eugene McCann's relative SBCC Lt. McCann and other SBCC Officer's are committing Federal Crimes of censorring my mail to prohibit me from speaking out about how Attorney McCann is committing Legal Malpractice in the case at bar. It should be noted, I am not receiving my incoming legal and personal mail. Nor is my outgoing legal and personal mail being received by the addressees. This letter to you was mailed via third party. Please order these federal crimes be stopped?
Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

Dated: March 22, 2006

Jordan M. Rice - W65459
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: Censoring Of Outgoing Legal Mail

Dear Madam,
   Hello, on March 16, 2006 during 6:30 am count I placed a sealed ~~properly~~ properly addressed large manila envelope with certified mail stickers attached, which was addressed to U.S. District Court Clerk Kathleen Boyce. Inside the envelope was a lawsuit against SBCC Lieutenant McCann's relative, i.e., Attorney Eugene P. McCann along with an smaller manila envelope addressed to the same clerk with documentation on separater matter pending before the courts.
   On March 16, 2006 at 3:00 pm while evening mail was being handed out. C/O Labrador [sic] gave me back the second smaller envelope with a note on it stating "Needs Charge Slip" and this note had initialed by an Mailroom Officer. Which means this Mailroom Officer [C/O Donald Lareau] opened my sealed Legal Mail that was addressed to the said Court Clerk. Please note, the outside of the envelope was clearly marked "Legal Mail" in several places with big bold letters.
   This is a clear violation of rules governing Outgoing Legal Mail. Please see 103 CMR 481, 12(4)(a)-(d) and 103 CMR 481, 12(2)(a)-(c) under titled section "Identification and Processing of Privileged Mail". Furthermore, this explains why Lt. McCann on March 16, 2006 walked by my cell and verbally harassed me by stating "File another lawsuit!" Also this explains why I am not receiving my incoming Personal and Legal mail. And why my outgoing Personal and Legal mail isn't being received by the addressees!
   I now formally request a full probe into this matter. All the above acts are captured on institutional video and I request the video's be preserved for investigation purposes.
   I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: March 16, 2006 A.D.

CC: Stephen P. Fauteux, State Ethics Commission
    Lyonel Jean-Pierre, MCLS Attorney
    Postal Inspector's Office
    Media Correspondent
    Rice Family
    Mitt Romney, Governor
    Mark L Wolf, Federal Judge
    Enclosure

Certified Mail # 7005 1830 0006 0356 3606

**Souza-Baranowski Correctional Center Charge Slip**
Date: 03/03/06

Inmate Number: W65424

Inmate Name: Jordan M. Rice

Amount to be charged: $ 2.40 + 1.55 + ___ 9.25

Payable To: SBCC

Certified Mail # 7005 1830 0006 0356 3606

For: Postage of Envelope to Kathleen Boyce

Inmate Signature: _____ Block: K-3

Approval: Unit Manager _____

**IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED BELOW.**

Certified Mail # 7005 1830 0006 0356 3606

Approval: IPS _____

Check #: _____ Date: _____

Certified Mail # 7005 1830 0006 0356 3606

→ This is the charge slip for the Big Manila Envelope which had inside an lawsuit against Attorney Eugene P. McCann, whom is related to SBCC Lt. McCann, and a smaller manila envelope. Inside the smaller manila envelope were legal documents pertaining to a separate matter currently pending before the Court.



Needs Change Slip 3-16-07

← This is the note that was placed on the smaller manila envelope and when I received back the smaller manila envelope, which clearly demonstrates that mail room Officer Donald Smith opened my outgoing legal mail. This violation of mail policy is happening to prohibit me from speaking out of how Prison Officials and Attorney McCann is conspiring to sabotage my State and Federal Appellate Remedies to exonerate myself from my wrongful murder conviction.

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

March 3, 2006

Re: <u>Harassment By C/o May</u>

Dear Madam

　Hello, I am being repeatedly harassed by C/o May, of the 3pm-11pm Shift, from the past two months. On March 3, 2006 while I was in the shower C/o May did maliciously ransack my cell via removing my clean clothing from my laundry bag and throwing them on the ground. Also he (May) seized the following non-contraband items from my cell: 1) Several legal documents, 2) four sealed addressed envelopes and 3) one apple. I am informed that some of these items were unlawfully placed in a big red plastic trash barrow, which was in front of my cell. Every time I go to the shower these events occur! DDU Prisoner's are allowed to retain food in our cells from meal to meal.

　After I was placed in my cell. I requested to speak with the Unit Sergeant and C/o May without removing my handcuff's slammed the cell slot, which just missed catching my finger's. It is possible C/o May attempted to assault me. I wasn't allowed to speak with the Unit Sergeant! I now formally request a probe into this matter along with preserving the institutional video for investigation purposes.

　I look forward to your anticipated cooperation into this matter.

Respectfully Submitted,
x [signature]

CC: Lyonel Jean-Pierre, MCLS Attorney
　　Rice Family
　　Mitt Romney, Governor
　　Enclosure

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 16644 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Commit No.** | W65429 | **Housing** K3 | **Date Of Incident** 20060303 | **Date Of Grievance** 20060303 |

**Complaint**: I am being repeatedly harrassed by CO May, of the 3pm-11pm shift, for the past two months. On March 3, 2006 while I was in the shower CO May did maliciously ransack my cell via removing my clean clothing from my laundry bag and throwinng them on the ground. Also he (May) seized the folloowing non-contraband items from my cell 1.) Several Legal documents 2.) Four sealed addressed envelopes and 3.) one apple. I am informed that some of these items were unlawfully placed in a big red plastic trash barrow, which was in front of my cell. Everytime I go to the shower these type of events occur! DDU prisoner's are allowed to retain food in there cells from to meal. After I was placed in my cell. I requested to speak with the Unit Sergent and CO May without removing my handcuffs slammed the cell slot, which just missed catching my finger's. It is possible CO May attempted to assault me.

**Remedy Requested**: To launch a probe into the matter along with preserving the institutional video for investigation purposes. To return to Mr. Rice his 1) Legal documents ans 2) four sealed addressed envelopes, which were unlawfully seized.

**Staff Recipient**: Carney Ryan M  CPO I

**Staff Involved**:

**Signature**:

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20060309  **Decision Date** 20060320

**Signature**: Carney Ryan M  CPO I

**Final Decision**: Referred to Internal Affairs

**Decision**: Grievance has been referred to internal affairs.

**Signature**: _____  **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Commit No.** | W65429 | **Grievance#** 16644 | **Date Received** | 20060309 |

**Signature**: Carney Ryan M  CPO I