FILED
IN CLERKS OFFICE
2006 APR 17 P 1:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Rice - W65429
P.O. Box 8000
Shirley, Ma. 01464

Mark L. Wolf, Federal Judge
1 Courthouse Way; Room # 5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859

Dear Sir,
  Hello, please find enclosed your copies of documents which demonstrate how D.O.C. Officials are denying me access to the courts and how DOC Officials are trying to set me up to be murdered as they did Prisoner John Geoghan! Thank you for your attention to this matter.

Respectfully Submitted,
[signature]

Dated: April 3, 2006