Jordan M. Rice-W65489
P.O. Box 8000
Shirley, Ma. 01464

FILED
IN CLERKS OFFICE
2006 APR 17 P 1:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Kathleen M. Dennehy, Commissioner
50 Maple St.; Suite #3
Milford, Ma. 01757-3698

April 3, 2006

Dear Madam,

Hello, I am writing you today to outline harassment, torture and abuse by SBCC Officers!

1) **Denied Access to the Courts**: For the past several months SBCC property department has denied me access to my requested legal materials, despite my repeated request. I need the book called "How good was your lawyer", which is in my personal property. Also for the past two months I been requesting that legal documents be picked up to be placed in legal storage. These acts are denying me my guaranteed constitutional right of access to the courts.

2) **Harassment by SBCC SMU Staff**: The 7:00am-3:00pm shift and 3:00pm-11:00pm shift has spread false propaganda against me, i.e., I am providing information about my fellow prisoner's on the K-3 and J-3 tiers. Also officer's has divulged my protective custody status. To substantiate these claims I have furnished my Family with no less than 7 Affidavits from my fellow prisoner's which names the officer's whom been spreading the false propaganda against me, designed to have me killed as Prisoner John Geoghan. Due to SBCC Officer's propaganda campaign prisoner's on the K-3 and J-3 tiers has threaten to physically assault me during the move back to MCI Cedar Junction's DDU Unit. Therefore, you better insure I am safe because my Family knows the names of the officer's whom are responsible for spreading the false propaganda against me! Also I have written you several times outlining how I am not receiving my incoming Legal and Personal mail, which hasn't been remedied or even addressed. Due to this ignoring of this problem, an officer of the 3:00pm-11:00pm shift gave Prisoner Gary Bon a incoming letter addressed to me from an female pen pal. Prisoner Bon wrote an unwanted letter to my female pen pal, which has prompted her to contact federal officials, i.e., the FBI and Postal Inspector. Prisoner Bon works closely with SBCC SMU Officer's whom are harassing me.

3) **Abuse by C/O Craig Daniels**. In reprisal of my filing a meritorious 2005 sexual harassment complaint against C/O Daniels. He has been physically abusing me, threw my bed linen on the ground, on April 1, 2006 hit me in the penis with a spoon and verbally disrespected me repeatedly.

PAGE 2 of 2

For speaking out about this abuse, C/O Craig Daniels issued me a bogus D-Report (See Exhibit No. 1). C/O Daniels D-Report is a well rehearsed play because he issued me my the same bogus D-Report on Dec. 18, 2001. See D-Report No. 48426 where he accused me of calling him a "Nigger." Th only funny part about this is we are both "Black Males!" C/O Daniels has informed me that he will make my life a living hell because he is a defendant in my lawsuit which I filed in Federal Court. See Rice V. Dennehy DKT No. 06-0432-RGS.

I request that you end this Torturing of me by SBCC Officers? Also I request that you insure that I am physically safe during the transfer back to MCI Cedar Junction's DDU Unit?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

CC: Attorney's for the Rice Family
    Kerry Healy, Lt. Governor
    Media Correspondents
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | RICE, JORDAN M | **Commit No** | W65429 | **Housing Un** | K3 |
| **Date** | 20060324   **D- Report No** | 73910 | **Institution** | SOUZA-BARANOWSKI CORRECTIONA | |

| Category | Offense(s) |
|---|---|
| 3 | 04-Threatening another with bodily harm or with any offense against another person, property or family |
| 4 | 01-Receipt or possession of contraband |
| 4 | 11-Violating any departmental rule or regulation, or any other rule, regulation, or condition of an institution or community based program |

**Description of Offense(s**

On 3/24/06, at approximately 18:50, inmate Rice, Jordan, W65429 violated institutional rules and regulations by threatening staff members, using obscene language toward staff, and being in possession of items not authorized for retention by inmates housed in SSMU.

On 3/24/06, at approximately 18:50, I CO Daniels was assigned to work in the SSMU. After escorting inmate Rice to his cell, K-3 #13, from the K-3 tier shower he became threatening toward me. Inmate Rice stated, "Daniels, don't fucking come in my cell again you bitch house nigger, or I'll wipe the floor with you like I did those bitches McGinnis, and Peladeau". Inmate Rice was upset that I removed styrofoam drinking cups from his cell. These cups are not authorized for retention by inmates upon the completion of their meal period. At this time the inmates cell door was secured. Unit Sgt. notified EOR.

**Disciplinary Report Type:** Formal

**Has Inmate been placed on Awaiting Action Status**   Yes [X]   No [ ]

**Referred to DA**   [ ] Yes   [X] No            **Referred to DDU**   [ ] Yes   [X] No

**Reporting Staff** _Craig L Daniels_   **Date** 20060324   **Time** 20:27

**Days off**   Mon  Tue

**Shift**   3x11

**Supervisor** _Paul J Stubbert_   **Date** 20060325   **Time** 15:57

**Shift Commander** _Scot D Haverty_   **Date** 20060325   **Time** 22:08

**Disciplinary Officer** _James R Hart_   **Date** 20060328   **Time** 08:08

**Results**

**Continuance Length** ____   **Continuance Date** ____   **Projected Date** ____

| Offenses | Sanctions | Start Date | Unit | #of Units | Credits | End Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Reviewing Authority** ____   **Date** ____   **Time** ____

20060328 08:09

Jordan M. Rice-W65429
K-3, Cell #13

Lois Russo, Superintendent
S.B.C.C.

Re: Violation Of Policy

April 3, 2006

Dear Madam,

Hello, the past two weekends your administration has been in clear violation of the "Staff Sexual Misconduct with Inmates" policy via allowing Sgt. Andrew Burns to work in the SMU where I am housed. As you are well aware of there is still ongoing probes into the two sexual assaults of me by Sgt. Burns. Also there is no coincidence that the past two weekends on the 3pm-11pm shift, I became violently sick after consuming my meals, which has caused internal damage to organs. This is retribution by Sgt. Burns and %May due to the separate probes into their Civil Rights Violations of me. Please remedy these violations? I look forward to your anticipated cooperation in this matter.

Respectfully Submitted
x [signature]

CC: Attorney's For the Rice Family
    Kerry Healy, Lt. Governor
    Media Correspondent
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure