United States District Court
District of Massachusetts

CLERKS OFFICE
2006 APR 24 P 3: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

Jordan M. Rice,
    Petitioner,

v.

Bernard Brady,
    Respondent.

C.T. No. 04-10859-MLW

Change of Address

From: Jordan M. Rice
P.O. Box 8000
Shirley, Ma. 01464

To: Jordan M. Rice
P.O. Box 100
South Walpole, Ma.

Please note the change of address for the official record.

Respectfully Submitted

x _____

Jordan M. Rice
P.O. Box 100
South Walpole, Ma

Dated: April 21, 2006