Jordan M. Rice - W65429
P.O. Box 100
South Walpole, Ma. 02071

Mark L. Wolf, Federal Judge
1 Courthouse Way, Suite #2300
Boston, Ma. 02210

FILED
IN CLERKS OFFICE
2006 MAY -8 P 2:57
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Rice V. Brady, DKT. No. 04-10559-MLW

Dear Sir,

Hello, please find enclosed your copy of my letter to Lt. Kerry Healy which outsides how I am being denied access to the Courts and tortured mentally, physically and sexually by prison officials, i.e., is directly effecting the above ~~referred case~~ referenced case.

Thank you for your attention to this matter

Respectfully Submitted,
x. [signature]

Dated: April 18, 2006