Jordan M. Rice-W65489
P.O. Box 8000
Shirley, Ma. 01464

FILED
IN CLERKS OFFICE
2006 MAY -8 P 2:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

Kerry Healy, Lieutenant Governor
State House, Room 360
Boston, Ma. 02133

April 18, 2006

Dear Madam,

Hello, I am writing you today to outline abuses I am receiving at the hands of Officers at SBCC. Exhibit No. 1 demonstrates the Physical and Sexual torture of me by C/O Laverdure, C/O May, C/O Thomas Fisher, C/O Anthony Pacheco, Lt. McCann, C/O Richard Peterson, C/O Craig Daniels among other on April 7-10, 2006. I will now demonstrate other abuses:

1) <u>Denied Access to the Courts</u>: For several months I been requesting that I be granted access to my legal documents but these repeated request has been ignored. Also I have been attempting to place Legal documents in Legal Storage for the past several months too. These acts are directly prohibitting me from litigating my matters before the court.

2) <u>Censorring Of My Mail</u>: I am not receiving my incoming Legal and Personal pieces of mail. My outgoing Legal and Personal pieces of mail are not reaching the addressees, including those sent via certified mail. Several pieces of certified mail isn't registered with the post office which means prison officials are the guilty party of the Federal Crime of mail censorring. Prison Officials are censorring my mail to stop me from speaking out about their torturing of me and to prohibit me from litigating my meritorious lawsuit in Federal Court. See <u>Rice V. Dennehy</u>, DKT. No. 06-0432-RGS. The censorring of my mail is directly denying me access to the courts because my communications with the entire legal community is being prohibitted by SBCC Officials.

3) <u>Denied Access to Medical and Mental Health Care</u>: C/O Laverdure and C/O May April 7, 2006 sexual assault of me has left some type of damage to my groin and penis but the SBCC Medical department won't provide me medical attention. The SBCC Mental Health Dept. has denied me mental health care via discontinuing medication without consulting with me. Now Dr. Smith whom committed this act won't come to speak with me about my mental distress despite my repeated request.

4) <u>Denied Access to the Outside World</u>: Prison Officials manipulation of the disciplinary process which has resulted in all my privileges to the outside outside world being sanctioned. This was done by the Souza-Baranowski Correctional Center Administration to punish me for speaking out about their vast cover up in the murder of Prisoner John Geoghan. Repeatedly the same SBCC Officers has physical, mentally and sexually tortured me with impunity and I am the one being punished on the bogus D Report they write to cover up

the said torturing of me which has been repeatedly capture on institutional video. The DOC repeatedly transfer's me back to SBCC despite the fact officer's their have a repeated history of abusing. Some of these officers are: Lt. McCann, Sgt. Peter J. Peladeau, C/O Anthony Pacheco, Sgt. Andrew Burns among others.

5) <u>Mockery Of Justice</u>: Attorney Eugene P. McCann, whom is representing me in Federal Court, is willfully sabotaging my Habeas Corpus Petition in reprisal of me filing complaints and a lawsuit (Rice V. Dennehy, DKT. No. 06-0432-RGS) against his family Lt. McCann who has repeatedly abused me.

6) <u>Attempted Murder</u>: The DOC has attempted to murder me by keeping me in punitive segregation the last 6 years basically without due justication. <u>Blaney V. Commissioner</u>, 374 Mass. 337, 339 (1978) clearly states "protective custody prisoner's are not to be held in punitive segregation." I can prove beyond all doubt that DOC officials has attempted to murder me by placing me with known enemies which is currently still happening. The question is "when will the Romney Administration ever listen to my cries for help or bring true reform to the DOC?"

7) <u>Reprisal for Reporting Sexual Assault</u>: On April 12-17, 2006 I was abused by C/O Thomas Fisher, C/O Matthew Atter, Sgt. John Flowers and the entire SBCC Administration as set forth in Exhibit No. 2

What I hope the Romney Administration will finally making the DOC be accountable for the Abu Ghraib torture myself and other prisoner's are subjected too post Geoghan Murder. Please help me because I am human too! I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

CC: Attorneys
    Media Personnel
    Public Officials
    Rice Family
    Mark Wolf, Federal Judge
    Enclosure

Exhibit No.

1

Jordan M. Rice - W65429
K-3, Cell # 13

Lois Russo, Superintendent
SBCC

Re: Physical and Sexual Assaults

April 7, 2006

Dear Madam,

Hello, the following events took place on April 7, 2006 between 3pm-11pm Shift. C/o Laverdure placed my cosmetic box in front of the shower before I was placed in the shower. My cosmetic box was the only one he (Laverdure) did this too. This was a ruse because he placed a used dirty razor in my cosmetic box and did remove the razor that was in my cosmetic box without my permission. And refuse to give me back my personal razor. C/o Laverdure did attempt to murder me via infecting me with an infectious disease such as HIV or Hepatitis by forcing me to use a dirty razor.

After leaving the shower I got to my cell door and noticed that some of my legal documents were ripped up on the floor, my clean clothes were on the floor and my dermatologist cream was missing. I stated "I refuse to go inside the cell until the unit sergeant see's this". Then C/o Laverdure and C/o May began to push me in the cell. C/o Laverdure stated "fucking nigger get in the cell", and spat on the back of my neck and head. In return I turned around and spat back on him.

Then both said officers pushed me in the cell. C/o Laverdure sexual assaulted me via squeezing my groin and penis twice while slamming me on the bed. They both punched me. C/o May also sexually assaulted me in the same manner. Next C/o Anthony Pacheco, C/o Richard Peterson, C/o Craig Daniels and Lt. McCann entered the cell and began punching me. Lt. McCann stated "this is for suing me and my family" then punched me. Also C/o Pacheco and C/o Peterson twisted my hands, fingers and legs in attempt to break my ligaments. C/o Pacheco tighten the handcuffs and leg shackles extremely tight to the effect the restraints cut into my skin and stopped my blood from circulating. Most of these acts are captured on institutional video and I request it be preserved for investigation purposes.

While being escorted from the rip out cell (No. 3) to my assigned cell (No. 13). I was assaulted by C/o Thomas Fisher and C/o Anthony Pacheco. C/o Fisher three times purposely stepped on the back of my bare heels feet while I was walking. C/o Pacheco assaulted me after I was placed in my assigned cell (No. 13) while removing the hand and leg restraints. These acts are capture on institutional video along with the hand handle video camera by C/o May. I request the video be preserved for investigation purposes.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]

CC: Attorney's
Kathleen Dennehy, Commissioner

Media Personnel
Public Officials
Rice Family
Mark L. Wolf, Federal Judge
Enclosure

⑥  PAGE 3 OF 3

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

Re: <u>Retaliatory Abuse by SMU Officers</u>

April 9, 2006

Dear Madam,

Hello, the following events took place between April 8-9, 2006. On April 8, 2006 at approx. 3:05pm C/o Laverdure threaten my life and again to sexually assault me by stopping at my cell door and stating "your a fucking dead man the next time I get a good grip on your balls". Please note, your administration is again in violation of the sexual assault policy by allowing C/o Laverdure and C/o May to work around me while a probe is ongoing into their sexual assault.

From April 8-9, 2006 SMU Officers saturated my meals with an chemical agent, i.e., causing me to vomit, have diarrhea and to have blood in my saliva. I feel there is some permanent damage to my internal organs.

Also I am not receiving my incoming Newspapers, Legal and Personal pieces of mail. Nor is my outgoing mail reaching the addressees including those pieces mailed by certified mail, which clearly establishes that your officer's are committing Federal Crimes of mail censorring. Please launch a probe into these above outlined matters? I am being denied access to the

I look forward to your anticipated cooperation ¢ in these matters.

Respectfully Submitted,
x [signature]

CC: Attorneys
Kathleen Dennehy, Commissioner
Media Personnel
Public Officials
Rice Family
Mark L. Wolf, Federal Judge
Enclosure



EXhibit No.

2

Jordan M. Rice - W65429
K-3, Cell #13

Lois Russo, Superintendent
SBCC

April 17, 2006

Dear Madam,

Hello, the following events happened between April 12-17, 2006 all in reprisal of reporting C/o Laverdure and C/o May sexual assault of me:

On April 12, 2006 I was physically assaulted by C/o Thomas Fisher in reprisal of reporting C/o Laverdure and C/o May sexual assault of me. While exitting the shower C/o Fisher stated to me "I shook down your cell real good because you got my partner Laverdure in trouble!" When I got to my assigned cell (No. 13) I noticed all my clean white clothes were removed from my laundry bag and thrown all over the cell floor with fresh black boot marks on them. Therefore, I refused to go into the cell until the Unit Sergeant came out to witness the malicious ransacking of my clothes. Then C/o Fisher did assault me by violently pushing me in the cell causing me to strike my head and shoulder on the metal of the bedframe. Next C/o Fisher closed the cell door by hand and spit on me during the process. This is the same C/o Fisher whom was profiled on Feb. 14, 2005 Fox 25 News Special report about his (Fisher) physical and sexual assault of Prisoner Che Barnes.

Next I was placed in the holding strip cell (No. 2) and during this time I was verbally assaulted by C/o Atker whom called me a P.C. Rapist along with threatening physical violence against my family and I as set forth: 1) he threaten to rape and kill my beloved Mother and 2) he threaten to be the next officer to physically assault me. I am prepared to defend myself with physical self defense if I am again assaulted by another SMU Officer!

Also while being held in the holding strip cell (No. 2) for two hours without incident C/o Fisher and C/o Atker maliciously shook down my assigned cell (No. 13). They ripped up numerous legal documents, removed all my legal documents from each manila envelope and placed them all in plastic bags. C/o Atker seized some of my legal documents and disseminated the said "documents" to my fellow prisoners. Any and all property was removed from my assigned cell. This is clear violation of policy because the holding strip cell (No. 2) is designed for such isolation and after the two hour isolation without incident the prisoner is escorted back to his assigned cell with all his property.

From April 12-14, 2006 I was denied access to all my personal property, i.e., soap, legal documents, full bed linen, a towel, a face cloth, outside rec, clothing, a toothbrush and deodorant. When I informed Deputy Superintendent Anthony Mendonsa that I was denied any and all property for over 48 hours. He (Mendonsa) stated to me "this is what happens when you have problems with officer's". Also from April 12-17, 2006 I was denied a shower. This is clear violation of policy.

Your administration is sanctioning these mental, physical and sexual torturing of me. When your administration is suppose to correct and prohibit these above torturing but your administration has repeatedly failed to stop this abuses. I now again

request a probe into the above abuses including preserving the institutional video tape evidence for investigation purposes.

I look forward to your anticipated cooperation into this matter.

Respectfully Submitted

Jordan M. Rice

CC: Attorney Records
Media Personnel
Public Officials
Rice Family
Mark L. Wolf, Federal Judge
Enclosure