Jordan M. Rice-W65479
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2006 MAY 10 P 12:35
U.S. DISTRICT COURT
DISTRICT OF MASS

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, please note Attorney Eugene P. McCann has filed a Motion and supporting affidavit to withdraw but he refused to forward me a copy of the said "documents", in the above referenced case.

This is due to the fact, I am suing his family member, i.e., Lt. McCann. See Rice V. Dennehy, DKT. No. 06-0432-RGS. And due to my suing Attorney McCann for his Legal Malpractice of attempting to sabotage the above reference case. See Rice V. McCann, DKT. No. 06-10503-NMG. Both Civil Complaints were filed in this Court.

These facts outlined in this letter and both Lawsuits should be taking into consideration and directly reflect upon Attorney McCann's integrity. Also I request that your office recommend the Board of Overseer's probe the meritorious allegations set forth lawsuit against Attorney McCann?

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,
x /s/ Jordan Rice

Dated: May 9, 2006