Jordan M. Rice-W65434
P.O. Box 100
Walpole, Ma. 02071

Kathleen Boyce, Clerk
1 Courthouse Way, Suite #2300
Boston, Ma. 02210

FILED
CLERKS OFFICE

2006 MAY 17  P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Madam,

Hello, would you please forward me a copy of Attorney McCann's Motion to Withdraw accompanied with Affidavit and Memorandum Of Law? Reason being he (McCann) has refused to furnish me copies despite my repeated written request! There is a total breakdown in communications between Attorney McCann and I. Also, if there has been a decision on the Respondents' motion to dismiss along with any other pending motions please forward me copies?

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,

x (signature)

Dated: May 19, 2006

CC: Enclosure