Kevin M. Rice-W65434
P.O. Box 100
Walpole, Ma. 03071

FILED
IN CLERKS OFFICE
2006 MAY 17 P 1:42
U.S. DISTRICT COURT
DISTRICT OF MASS

Mark L Wolf, Federal Judge
1 Courthouse Way, Room 5110
Boston, Ma. 03310

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of my letter to Secretary Robert Hass outlining how the DOC is committing the Federal Crime of censoring my mail addressed to yourself and other Public Officials which is directly denying me access to the courts in the above referenced case and other matters currently before the court. Also, this mail censoring is part to prohibit me from speaking out against Attorney McCann who is sabotaging my habeas corpus for suing is relative that is a DOC employee. Please stop these constitutional violations

Respectfully Submitted,

Dated: May 9, 2006

CC: Media Personnel
        Rice Family
        Enclosure