Jordan M. Rice-W65469
P.O. Box 100
South Walpole, Ma. 02071

Robert Hass, Secretary
1 Ashburton Place, Room 2133
Boston, Ma. 02108

FILED
IN CLERKS OFFICE
2006 MAY 17 P 1:42
U.S. DISTRICT COURT
DISTRICT OF MASS

May 9, 2006

Dear Sir,

Hello, I am writing you today to outline the Federal Crime of mail censorring by the Department Of Correction (DOC) Officials because I am writing the Courts and Media Members in regards to the Mental, Physical and Sexual Torture by Officer's which is in reprisal of me speaking out about the vast cover-up of officer's role in the murder of Prisoner John Geoghan. Furthermore, DOC Officials doesn't want the outside world to learn of the said tortoring of me!

May 2, 2006 I gave Caseworker Donald Stewart an Manila Envelope [illegible] to be extracted from my

Jordan M. Rice-W65469
P.O. Box 100
South Walpole, Ma. 02071

Robert Hass, Secretary
1 Ashburton Place, Room 2133
Boston, Ma. 02108

FILED
IN CLERKS OFFICE
2006 MAY 17 P 1:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

May 9, 2006

Dear Sir,

Hello, I am writing you today to outline the Federal Crime of mail censoring by the Department Of Correction (DOC) Officials because I am writing the Courts and Media Members in regards to the Mental, Physical and Sexual Torture by Officers which is in reprisal of me speaking out about the vast cover up of officers role in the murder of Prisoner John Geoghan. Furthermore, DOC Officials doesn't want the outside world to learn of the said torturing of me!

On May 2, 2006 I gave Caseworker Donald Stewart an Manila Envelope with an Charge Slip. The charge slip was for postal fees to be extracted from my prisoner account. Mr. Stewart forward both said to the mailroom. On May 4, 2006 only the charge slip forwarded back to me. Mr. Stewart supports these events. Returning the charge slip was a calculated ruse to censor my mail as set forth below.

On May 5, 2006 C/O Gary P. Hebda forwarded only the said envelope to the Treasure's Office for free postage but it was returned to him because I am not a indigent prisoner. Nor, did I ever claim to be indigent or attempt to gain free postage. Next C/O Hebda opened my outgoing mail not within my presence and the mail policy clearly states any outgoing mail deemed suspect must be opened in the prisoner's presence. Inside the outgoing Envelope were legal documents along with letters to Federal Judge Mark L. Wolf, Media Personnel and Other Professional Individuals.

To stop me from speaking out and to punish me from speaking out C/O Hebda issued me a D-Report (No. 76830) for trying to mail out letter's in envelopes. Now because a D-Report was written DOC Officials are refusing to return my legal

documents and letter's because they are frivolously deeming the items contraband. Simply this D-Report was issued to cover up his malfeasance behavior. This isn't the first piece of mail that has been open because several other pieces of mail has been censored.

 I brought the mail censoring matter to the attention of Deputy Superintendent Lisa Mitchell but she has ignored the letter's and refused to speak with me on her rounds in 10-Block on May 9, 2006. Now instead of disciplining c/o Hebda for violating mail policy and federal law, the disciplinary process will be manipulated again to punish me for speak out against abusive DOC Officials. This is a mockery!

 Therefore, I am being denied access to the courts which is my guaranteed constitutional rights as the U.S. Supreme Court set forth in Bounds V. Smith, 430 U.S. 817 (1977). Also denying me access to the court is the fact SBCC Officials won't forward my legal documents to MCI Cedar Junction despite my repeated request. Would you please order that the DOC: 1) Dismiss the bogus D-Report; 2) Return all the items inside the envelope to me; 3) Discipline c/o Hedba for his malfeasance behavior; 4) Stop censoring my incoming and outgoing mail; 4) Force SBCC Officials to forward me my legal documents and 5) Stop denying me access to the Courts.

 I look forward to your anticipated cooperation in this matter.

Respectfully Submitted

x [signature]

CC: Kerry Healy, Lt. Governor
 Greta Janusz, Attorney
 Media Personnel
 Rice Family
 Mark L. Wolf, Federal Judge
 Enclosure