Jordan M. Rice-W65429
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERK'S OFFICE
2006 JUN -9 P 4:31
U.S. DISTRICT COURT
DISTRICT OF MASS

Mark L. Wolf, Chief Judge
1 Courthouse Way
Boston, Ma. 02105-

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, please find enclosed your copy of my letter to Committee For Public Counsel Services Director Donald Bronstein. Please note, an newly discovered witness has emerged that exonerates me beyond a reasonable doubt but this "actual innocent" claim must be exhausted before the State court among other claims. These matters has been pending before Attorney Bronstein's Office for over two years now. I wanted to make you aware of this fact. Also I have requested my Private Investigator Ronald Rice (no relation) author you an letter corroborating my claim set forth in this letter and my letter to Mr. Bronstein.

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,
[signature]