Jordan M. Rice - W65489
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2006 JUN -9 P 4:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

Donald Bronstein, Director
44 Bromfield St.
Boston, Ma. 02108-4909

Re: <u>Contacting Private Investigator</u>

June 1, 2006

Dear Sir,

Hello, I am in receipt of your correspondence dated May 30, 2006 informing me to once again forward your office information concerning the new witness whom exonerates me. Instead of me again outlining in writing the exculpatory value of this witness, please call my Private Investigator Ronald Rice (no relation), whom has interviewed and secured an affidavit from this witness.

New England Legal Investigations
Ronald Rice      [Phone # 508-759-2551]
53 Amanda Ave
Plymouth, Ma. 02630

P.I. Rice is in a lot better position to explain the facts concerning this matter because I haven't had any contact with the witness.

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,
x [signature]

CC: Ronald Rice, Private Investigator
    Mark L. Wolf, Federal Judge
    Enclosure