Jordan M. Rice-W65424
P.O. Box 100
Walpole, Ma. 02071

Margaret H. Marshall, Chief Justice
1 Pemberton Sq., Suite #2200
Boston, Ma. 02108-175

Re: Request For Order Appointing Counsel

May 16, 2006

Dear Madam,

Hello, my name is Jordan M. Rice and currently I am wrongfully convicted of First Degree Murder. A newly discovered witness has emerged that exonerates me beyond a reasonable doubt but I can't present my claims to the Courts for two highly exculpatory reasons.

These exculpatory reasons are: (1) For over two years the DOC has willfully denied me access to the courts to prohibit me from speaking out about their vast cover up of officer's role in the murder of Prisoner John Geoghan along with preventing me from exposing the Mental, Physical and Sexual torture of me which is reprisal of speaking out about the said cover up. Log on to the Federal Court website to review Rice V. Dennehy, DKT. No. 06-0432-RGS. Massachusetts Correctional Legal Services has been aware of this grave Constitutional violation among others but hasn't acted to advocate on my behalf yet to correct it! See letter to MCLS Attorney Luren Petit marked as Exhibit No. 1.

And (2) for over two years CPCS has failed to adequately answer my request for Appointment of Counsel. See letter to CPCS Director Donald Bronstein marked Exhibit No. 2. The above two highly exculpatory grounds are denying me fundamental fairness in Federal Court where I have a habeas corpus petition, before Judge Wolf, with strict time limits which isn't any fault of mines because I have exercised due diligence all to no avail!

## CONCLUSION

As Chief Justice of the Massachusetts State Courts, please exercise your Judicial Executive Powers on my behalf via ordering CPCS provide me with free counsel sua-sponte.

I look forward to your prompt anticipated cooperation in this matter.

Respectfully Submitted,

Jordan M. Rice

CC: Michael Beaudet, Fox News Reporter
Margaret H. Marshall, SJC Chief Justice
Mark L. Wolf, U.S. District Court Chief Justice
Enclosure