

EXHIBIT NO. 1