Jordan M. Rice-W65429
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2006 JUN 13 A 11:16
U.S. DISTRICT COURT
DISTRICT OF MASS

Mark L. Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, please note for the record: a newly discovered witness has emerged that exonerates me because she saw a white male covered in blood leaving the crime scene the morning of the murder and I am a black male. Attorney McCann has engaged in Legal Malpractice by refusing to speak with the witness along with exhausting this meritorious Actual Innocence Claim among other meritorious claim in the State Court. The Department Of Corrections has willfully denied me access to the courts! I filed a lawsuit in this Court to correct this Constitutional Violation but Judge Stearn has denied me Counsel (See Exhibit No. 2). Committee For Public Counsel Services has been considering my request for Counsel for over two years which is a JOKE (See Ex. No. 3)!

Therefore, I want you to know I am being denied fundamental fairness in the above referenced case which is no fault of mine because I have repeatedly exercised due diligence. Please appoint me competent counsel with instruction to exhaust my unexhausted claims along with pursuing the Prosecutor Misconduct Claim. Further note, this is the second time I authored this letter to you because officer's censored the first one and won't give it back to me. I have the Disciplinary Report to prove it. Mail censoring is a Federal Crime and it is denying me access to the courts.

Thank you for your attention to my plight.

Respectfully Submitted,
[signature]