# *Justice Denied - Legal Ads*

FILED
IN CLERKS OFFICE

2006 JUN 13 A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

"Innocent Man Needs Help!"



Exhibit No. 1

Hello, I am serving a Life Sentence without the possibility of parole for Murder with Nineteen through Twenty years running concurrently for Arson. I've been wrongfully convicted! Please let me explain some of my case:

At my trial, State Trooper Patricia Beehan, testified "She took a bloody palm print found on a cup at the crime scene to a FBI Latent Print Expert, who was conducting a seminar. While the Agent was applying chemicals to enhance the print, he destroyed it." There was never any pretrial discovery to this destruction, nor did this Agent testify at my trial.

Since my trial, I have learned the Agent denies destroying the print but refused to provide me an Affidavit. Furthermore there were many other prints from the crime scene that the Police are hiding and making frivolous excuses about! Like the print on the bathroom sink, Trooper Beehan didn't collect because she felt the Police left it, nor did she file any reports but could testify from her memory after working over a hundred crime scenes.

There is other prints, blood samples, hair and fibers from the crime scene. Forensic testing would identify the true murderer who is the victims abusive ex boyfriend. He has told his friends, "He committed this murder!" He maybe a serious killer because many other women have been murdered in the same manner in Massachusetts and Rhode Island. All since I've been wrongfully incarcerated! My Trial Attorney, Henry Owens know all this but he conspired with Prosecutors to convict me! He has been disbarred for his malpractice representation of other clients.

The Police coached and fed five witnesses all from the same family information to secure this conviction. These family members are Alan Paine, Sunni Gonzales and Joanne Maldonado all of Brockton, Massachusetts, Theresa and Jaime Baker of Bonifay, Florida. Work records to this family will prove this point because my work records have already proved it!

Due to my wrongful conviction I've been gravely abused by Correctional Staff at all levels! There are many more injustices involved in my wrongfu conviction but I can't write them all. Please write and I will explain my injustices in great detail. I hope to hear from you soon!



**Write to me at:**

Jordan Martell Rice
#W65429
~~SBCC~~
~~PO Box 8000~~
~~Shirley, MA 01464~~

**Send Email**

Justice Denied
Main Section

Go To: Friends beyond the Wall.Com

United States District Court
District Of Massachusetts

FILED IN CLERKS OFFICE
2006 MAR -6 P 2:50
U.S. DISTRICT COURT
DISTRICT OF MASS.

Jordan M. Rice,
Plaintiff,

v.

Kathleen Dennehy, et al.,
Defendants

DKT. No. _____
06 CA 10432 RGS

## Motion For The Appointment Of Counsel

Plaintiff Jordan M. Rice, requests this court to appoint counsel to represent him in this case for the following reasons:

1) The Plaintiff is unable to afford counsel.

2) The issues involved in this case are complex including the denied access to the Court Claim.

3) The plaintiff, is a punitive segregation prisoner, has been denied access to the Courts.

4) The plaintiff has a limited knowledge of the law.

5) The plaintiff suffer's from a Mental illness.

Respectfully Submitted,
Jordan M. Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

Denied. RM Stearns DJ 4-6-06.

SCANNED
DATE: 3/6/06
BY: ___

Exhibit No. 2

Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

David Bronstein, Director of CPCS
44 Bromfield St
Boston, Ma. 02108

Exhibit No. 3

Re: Inquire Of Request For Appointment Of Counsel

May 16, 2006

Dear Sir,

Hello, I am writing you today to inquire about my request for appointment of Counsel which has been pending before your office approximately over two years. As you know I have a newly discovered witness whom exonerates me but I need counsel to pursue this matter. Again I need counsel appointed quickly so I can stay my habeas corpus petition to exhaust this issue among others in the State Court. Furthermore, my Family and I beared the cost for Trial and Appellate Counsel which is rare and this is the first time I requested the Commonwealth provide me free representation. Simply we exhausted all our monetary resource. I can't represent myself because the DOC is denying me access to the court which a lawsuit is pending in Federal Court. See Rice V. Dennehy, DKT. No. 06-0432-RGS

I wrote you several letters and attempted to speak with you several times via phone call all to no avail. Would you please promptly provide an answer to my request for representation?

Respectfully Submitted,
[signature]

CC: Media Personnell
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure

Certified Mail #
7005 1820 0006 0256 2637