Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02215

FILED
2006 JUN 16 P 1:11
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge,
   Hello, please find enclosed your copy of my Mother's, Blenda A. Rice, letter to Lt. Governor Kerry Healy outlining the mental, physical and sexual torture of me and denied access to the courts and entire outside world which is directly and gravely effecting fundamental the above referenced case. In fact, I am being denied fundamental fairness in the above reference case and it is not my fault because I have repeatedly exercised due diligence! I want you aware of my plight!
   Thank you for your attention to my wrongful conviction.
                                        Respectfully Submitted,
                                        [signature]