June 8, 2006

Blenda Rice
177 Battles Farm Drive
Brockton, MA  02301

Kerry Healy, Lt. Governor
State House
Boston, MA  02133

Dear Madam:

    Hello, my name is Blenda Rice and I am the very concerned mother of Jordan M. Rice who is incarcerated at MCI Cedar Junction. For the past three years my son has been held in punitive segregation where he has been repeatedly Mentally, Physically and sexually tortured by DOC Officials for speaking out about the DOC vas cover up of officer's role in the murder of Prisoner John Geoghan which my son has direct knowledge and evidence of.

    My son is being tortured at his current prison in Walpole because he has spoking out about Assistant Deputy Commissioner John Marshall's nephew, i.e.) c/o Richard Peterson's mental and physical abuse of him. C/o Peterson bragged he and other abusive officers would get away with torturing my son dud to his uncles high status in DOC which has been officer's immunity blanket from punishment for their torture of my son.

    Here is some of the ongoing abuse of my son: He is being denied access to legal materials including his own legal documents. His legal documents have been giving to other prisoner's to read. This is directly prohibiting him from litigating matter currently before the courts. Also Attorney Eugene P. McCann is sabotaging my son's Hers Corpus Petition because my son is suing his prison official relative, Lt. McCann, whom has been instrumental in the prison torture of my son. My son's meals are being saturated with feces and other chemical agents causing him to become physical sick. C/o St. Clair, Sgt. Rivera and other officer's are trying to infect him with an infectious disease, such as HIV or Hepatitis, via intentional giving my son used razors.

    Officers are spreading false propaganda to other prisoner in attempt to have him assaulted or murdered. My son's access to the outside world has been cut off as followed: All his outgoing Legal and Personal mail is being censored because my son has been writing Public Officials and media member's about the abuse of me. To add

  This lack of leadership ability is what led to the murder of Prisoner John Geoghan! Despite the Romney Administrations promise's of reform the DOC's good old boy system is till alive and well! History is repeating itself with my son because he is being set up like the late John Geoghan! Why? And when will the Romney Administration order the torturing of my son to end? Can I receive and written answer about the above matter's because all my other correspondences to the Romney Administration has gone unanswered.

  I look forward to your anticipated cooperation in this matter.

                Respectfully Submitted,

                *Blenda Rice*
                Blenda Rice

Cc: Michael Beaudet, Fox News Reporter
   Mark L. Wolf, Federal Judge
   Enclosure

Signed under the pains and penalties of perjury this 12th day of June 2006 before me:

                Notary Public

My Commission Expires: 9/27/07

       CERTIFIED MAIL NO
      7005 3110 0004 2875 3763

insult to injury the officer's are bodily placing these Federal Crimes of mail censoring in D-Reports as a frivolous attempt to justify their malfeasance behavior.

Also my son isn't receiving his incoming legal and personal mail. Deputy Superintendent Lisa Mitchell is enforcing a bogus mail policy against my son to prohibit him from writing complaints letters about the abuse of him by officer's by forcing my son to place his envelopes in the mailbox unsealed so the mailroom officer's can read them before leaving the prison. To prove such mail censoring my son mailed out a manila envelope by certified mail and the post office has no record of the mail, nor did the addressee ever received the mail. Plus postal funds were never seized from my son's prisoner account. This certified envelope was delivered to the mailroom by case worker Donald Stewart so DOC officials can't deem my son a liar as they always frivolous do to cover the torture of me. If my son was lying about the abuse of him them there is no reason to censor his mail.

Further cutting my son's access off to the outside world is the fact DOC officials are manipulating the disciplinary process against him and this is despite the fact of video evidence demonstrating officer's torturing of my son and him not assaulting officer's. Currently MCI Cedar Junction officials are enforcing fictitious visitation sanction which was supposed to be eliminated on April 12, 2006. On May 19, 2006 I called the prison to schedule a visit to see my and I was denied an appointment. I requested to speak with Shift Supervisor and the officer stated "You can't speak to no one other then my because your son is no good murder and trouble maker rat, who gets officers in hot water!" I was denied to see my son on a regular basis the past three years.

Due to the years held in Punitive Segregation, where he has been repeatedly Mentally, Physically and sexually tortured, my son has become extremely depressed which is causing him to suffer from insomnia among other ailments but he is being denied mental health care.

Nurse Practioner Rosemarie Spaulding removed my son off his benadryl medication and placed him on Zyrtec medication which he can't take because it makes him physically sick along with not remedying his grave allergy problems. When my son informed her of these facts and requested to be placed back on the benadryl, Ms. Spaulding stated "that's what you get when make trouble for officers, nothing!"

My son has been denied the right to appeal the bogus DDY Sanctions of D. Report. No (s). 55286 & 55289 because no one will give him the results. These D-Reports were issued in reprisal of my son reporting c/o Andrew Burns sexual assault of him.

My son has repeatedly made DOC Officers aware of these abuses along with the Romney Administration but his cries for help are being ignored and he is further being abused along with being punished thru manipulation of the disciplinary process.