Jordan M. Rice-W65429
P.O. Box 100
Walpole, Ma 02071

Judge Mark L. Wolf
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, please find enclosed your copy of my letter to Lt. Gov. Kerry Healy which cites how I am being tortured and most importantly how the DOC is willfully denying me my guaranteed constitutional Rights of Access to the Court. These facts are directly effecting the above referenced Habeas Corpus Petition.

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,
[signature]

Dated: June 26, 2006

CC: Michael Beaudet, Fox News Reporter
    Enclosure