Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Lt. Kerry Healy
State House, Room 360
Boston, Ma. 02133

Re: Cries For "HELP" to Stop Torture

June 26, 2006

Dear Madam,

Hello, my name is Jordan Rice. I am currently incarcerated at MCI Cedar Junction. I am again writing the Romney Administration seeking help to remedy the grave inhumane torture and attempts to kill me by Prison Officials whom are acting as Hitler's Gestapo in regards to there treatment of me. I will now again outline these grave inhumane gestapo style torturing:

C/O William Sinclair and other officer's are attempting to murder me via infect me with an infectious disease, such as HIV or Hepatitis, by repeatedly placing other infected prisoner's used razor's in my razor's place. This has happened no less than six times. My meals are being used as punishment. I am being denied coffee with my breakfast while other prisoners are being given coffee with their breakfast. C/O Sinclair and other officer's has placed feces and other chemical agents in my meals which is causing me to become extremely sick after consuming them, i.e., vomitting, dizziness, diarrhea, coughing up some white liquid with my saliva, headache's and severe stomach pains. Simply officer's are killing me slowly! There is a current open investigation into these atrocities committed by C/O Sinclair which is suppose to preclude him from working in the unit I am housed in but Acting Superintendent John Marshall continues to allow him to work around me to seek reprisal against me for speaking out. Therefore, it is really "No" probe into the nazi style atrocities against me by C/O Sinclair. I have repeatedly filed sick call slips to be examined for the food poison by officers but the medical staff has ignored my request. I have personally heard C/O Sinclair state "he is poisoning my meals". Also other prisoner's has heard this too!

Officer's are working with prisoners (Keith Johnson, Meshack Little, Chris Cutts, Che Sosa, Mark Means & Eugene Ivory) to obstruct justice via trying to force me into signing a Affidavit for Gangleader Ernest "Lucky" Fernandes. I wrote a letter to Deputy Superintendent Lisa Mitchell explaining these facts along with requesting not to be housed on the tier with these prisoners and requesting that prisoner Johnson be removed off the tier with me due to his verbal threats against my life. I further requested to be never be moved out the

## PAGE 2 OF 2

tier I am currently housed on due to my enemies on other tiers. For the most part these request has been ignored. In fact, officer's has divulged these request to prisoners. Most recently, on June 15, 2006 c/o Doyle informed Prisoner Johnson that he was shaking down his cell for weapon's due to my letter to Deputy Mitchell outlining the threats against my life.

My three boxes of legal documents sat in 10-Block segregation unit for a week. c/o Sinclair among other officer's read and handed out my legal documents to other prisoners in the unit. On May 16, 2006 during a shake down the tactical team did unlawful seized from my cell: 1) Six handwritten affidavits, two typed affidavits, sealed envelope addressed to Judge Mark Wolf, Lt. Governor Kerry Healy, Fox News Reporter Michael Beaudet, a Rule 30 motion for trial and three lawsuits against the FBI, the Department of Corrections, and Attorney Eugene McCann. These acts are directly denying me my guaranteed Constitutional Rights of Access To The Courts. Also c/o Lopes stole personal photos from me.

Most of these acts are captured on institutional video and I have explicitly and repeatedly brought these malfeasance behavior to Prison Administrator's attention all to no avail. Nothing is being done due to the facts: 1) I exposed the DOC's vast cover-up of officer's role in the murder of Prisoner John Geoghan and 2) I exposed how MCI Cedar Junction Acting Superintendent John Marshall's nephew, SBCC c/o Richard Peterson, bragged about how his uncle's high status in the DOC will exempt him from punishment of his and other officer's torture of me which has happened. Also former SBCC officer's are now MCI Cedar Junction officers and torturing me in reprisal for speaking out against abusive SBCC officers. These officers are Lt. Edwin Pavia, c/o Lopes among others. Also I failed to mention that I am having trouble breathing due to the poisoning of my food. Please stop these above grave atrocities being committed against me because DOC officials are lacking leadership ability!

I look forward to your anticipated cooperation into this matter.

Respectfully Submitted,

[signature]

CC: Dept. Of Mental Health
    Dept. of Public Health
    Greta Janusz, Rice Family Attorney
    Media Personnel
    Rice Family
    ~~Butch~~ Mark Wolf, Federal Judge
    Enclosure.

Jordan M. Rice-W65429
P.O. Box 100
Walpole, Ma. 02071

Lt. Kerry Healy
State House, Room 360
Boston, Ma. 02133

Re: Amendment To Cries For "HELP" to Stop Torture Letter

June 26, 2006

Dear Madam,
  Hello, I now move to amend my letter because I failed to mention a few exculpatory facts. Officers are also spreading false propaganda about me to my fellow prisoners. Officers are falsely claiming that I am providing information against my fellow prisoners to administrative officials whom conduct probes. This could single handedly get me killed which is the penalty for breaking the "Prison Code of Silence"!
  For speaking out about the censoring of my mail to prohibit me from conduct media officials about the mental, physical and sexual torture of me. Now in reprisal officers are stealing my magazines. In the last three weeks I have received my T.V. Guide that comes weekly or any other of my magazines! My grievance appeal against Deputy Superintendent Lisa Mitchell and CPO Donald Stewart isn't being answered. Each Administrator enforced sanctions that were suppose to be eliminated on April 13, 2006. Also the Property Department is refusing to mail out my personal property so they can throw it away. Deputy Mitchell discriminated against me by refusing only my request for long term storage of my personal property because I speak out against staff's abuse of me. And now they won't mail it out despite the fact I am willing to cover the postage.
  Thank you for your attention to my plight.

Respectfully Submitted
x[signature]

CC: Dept. of Mental Health
    Dept. of Public Health
    Greta Janusz, Rice Family Attorney
    Media Personnel
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure