Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02215

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of my letter to MCI Cedar Junction Deputy Superintendent Lisa Mitchell outlining how my access to the outside world so no one learns how I am being Mentally, Physically and Sexually Tortured. Now Prison Officials are working with prisoner's to set me up to be murdered which is what happened to Prisoner John Geoghan by Officers. My food is being tampered with, I haven't saw my family in almost three years on a regular basis due to the DOC's manipulation of the disciplinary process which is all part of their plot against my life.

Currently Prison Officials are in possession of an letter addressed to you with an copy of the affidavit from an newly discovered eyewitness whom saw an white male covered in blood leaving the crime scene area the morning in question. This affidavit exonerates me and please order the DOC to release it so I can pursue an "Actual Innocence Claim".

Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

P.S
I am having another prisoner's family mail this letter to you because of the mail censoring. Please note, my outgoing mail isn't leaving the prison and I am not receiving my incoming mail! Order the DOC to stop this federal crime?