Jordan M. Rice - W65429
10-Block, Cell #40

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: <u>Censoring Of Incoming And Outgoing Mail</u>

Dear Madam,

Hello, on May 23, 2006 I gave CPO. Donald Stewart an Certified Mail (No. 7005 3110 0004 2875 3534), i.e., an Manila Envelope attached with an Charge Slip that was addressed to April Froio which he (Stewart) delivered to the mailroom. These action are captured on institutional video. As of May 26, 2006 this said mail can't be located. Nor has postal fees been extracted from my prisoner account. Also the U.S Post Office has no record of receiving the said mail. Therefore, the said mail hasn't left the Prison. This is only one of several pieces of mail that never left the prison along with several incoming pieces of mail I never received. Pursuant to <u>103 CMR 481.08 (3)</u> outgoing mail is to be delivered to the post office "within 24 Hours". Mail Policy isn't being followed in regards to my mail and these are isolated incidents.

On May 24, 2006 at approx. 4:16 pm I addressed, the unlawful opening of my outgoing mail on May 5, 2006 and the bogus D-Report (No. 76830) to cover up this fact. At this time you informed me that mail policy, i.e., <u>103 CMR 481.00 et al.</u> because I failed to place my mail in the mailbox unsealed and that I must place my mail in the mailbox unsealed from that point on, so staff can inspect it as policy states.

Nowhere in the said "Mail Policy" does it state that I must place my outgoing mail unsealed in the mailbox or give board authority for my outgoing Personal and Legal mail to be open as you frivolously contend. When my mail was unlawfully opened on May 5, 2006 it was discovered inside the manila envelope letters to the media, Federal Judge Mark L. Wolf and Public Officials outlining the Mental, Physical and Sexual torture of me by Officer's along with how I am being denied: access to the Courts, Medical Care

and Mental Health Care. Post murder of Prisoner John Geoghan Murder the DOC claimed that they don't punish or prohibit prisoner's from speaking out about staff, so why am I!

I can't receive visits from my Family because your administration is enforcing fictitious visit sanctions which were suppose to be eradicated on April 12, 2006. Your administration is allowing committing federal crimes of mail censoring to prohibit me from speaking about the grave abuses of me along with stopping me from litigating my Federal lawsuit against the DOC. Therefore, my access to the outside world has been cut off.

Your IPS Department now has possession of Legal Documents pertaining to my Habeas Corpus and letters to Judge Mark Wolf, the Media and Public Officials! I now again request that: 1) These Legal Documents be returned?, 2) The unlawful mail policy be abolished?, 3) My Certified mail be located along with immediately mailed out and 4) You order an probe be launched into the censoring of my mail?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x [signature]

Dated: May 26, 2006

CC: Attorney
    Media Personnel
    Public Officials
    Rice Family
    Mark L. Wolf, Federal Judge
    Enclosure