Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Judge
1 Courthouse Way
Boston, Ma. 02210

FILED
IN CLERKS OFFICE
2006 JUL -3 P 2:58
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge,
 Hello, please find enclosed a Cellmark Lab Report which states that another persons DNA was present. This DNA maybe of the white man covered in blood leaving the crime scene that the newly discovered eye witness saw the time of the murder. My Private Investigator Ronald Rice has secured an affidavit from this witness but I just need CPCS to grant me counsel.
 These facts explain why the Commonwealth withheld the bloody palm print evidence because this print is his too! I want you aware of these facts along with I have called Attorney McCann no less than twenty times and wrote him four letters about the above to no avail. Therefore, it is a complete breakdown between Counsel and I!
 Thank you for your attention to my wrongful conviction
Respectfully Submitted,
x [signature]