Brden M. Rice
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2006 JUL -5 P 12:44
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of my "Direct Appeal From District Courts Denial of Counsel", to U.S. Appeal Courts Chief Michael Boudin, in regards to my lawsuit against the Department of Corrections whom is denying me access to the courts. I am making you aware of this fact because I need counsel appointed on the above referenced case, i.e., other than Attorney McCann whoms relative (Lt. McCann) is cited as one of my torturers.

Thank you for your attention to my plight.

Respectfully Submitted,
x [signature]