Jordan M. Rice - W65409
P.O. Box 100
Walpole, Ma. 02071

Kathleen Boyce, Clerk
1 Courthouse Way, Suite #
Boston, Ma.

FILED
CLERKS OFFICE
2006 JUL 18 P 2: 56
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: <u>Rice V. Brady</u>, DKT. No. 04-10859 - MLW

Dear Madam,

    Hello, would you please check the computer docket of the above referenced case to learn if Judge Wolf has rendered a decision on my Habeas Corpus Petition? Reason being I have evidence beyond a reasonable doubt that DOC officials are censorring all my incoming and outgoing mail to stop me from informing Media Members of their Mental, Physical and Sexual torture of me. If there has been a decision please forward me a copy of it and call my Mother (Blenda Rice 508-586-1849). Due to the mail censorring is why I ~~will~~ have my Mother call you once a week. Please put this letter upon the docket?
    Thank you for your attention to my plight.

Respectfully Submitted,
x [signature]

Dated: July 18, 2006 AD.