FILED
IN CLERKS OFFICE

2006 JUL 24 P 2:58

U.S. DISTRICT COURT
DISTRICT OF MASS

Jordan M. Rice-W65424
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Chief Federal Judge
1 Courthouse Way; Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, please find enclosed your copy of several letters that I have already forwarded to MCI Cedar Junction Deputy Superintendent Lisa Mitchell which chronicles the torture and denied access to the courts of other prisoners and myself at MCI Cedar Junction. Prison Administrator's has ignored these acts of malfeasance behavior by their rouge officers. I want you aware of my plight because it is directly effecting the above referenced case!

Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

CC: Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Enclosure