Jordan M. Rice - W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request For Investigation Into C/O Lopes and C/O Cheever's Harassment

Dear Madam,

   Hello, on June 24, 2006 I was again harassed by C/O Lopes and C/O Cheever in reprisal of speaking out against the torturing of me by 10-Block Officers. While in the shower the cell (No. 33) I am housed in was shook down by the two tier officers. Then C/O Lopes and C/O Cheever came on the tier to shake down my cell and I along with two other prisoners heard C/O Cheever state "We are going to set Jordan up!" Lopes or Cheever wasn't the tier officers. Four officers shook down my cell together which isn't big enough for all of them to move around inside of. Then three minutes later the two tier officers left my cell which left Lopes and Cheever inside.

   When I got back to the cell I noticed the following: 1) My bedsheets were wet with urine or water; 2) Three sealed addressed stamped envelopes were missing. The envelopes were addressed to Federal Judge Richard Stearns, Attorney Kevin Reddington and Paralegal Darlene Pinto; 3) Five Personal Pictures were missing; 4) Civil and Criminal Legal documents were missing, and 5) Two Books of Postage Stamps were stolen too. I personally saw Lopes and Cheever walk by the shower with my property in there hands. This unlawful seizure of my personal and legal properties is denying me access to the courts.

   I am requesting a probe into these matters? Also Lopes and Cheever was captured on video leaving my cell with my properties. Therefore, I am requesting the institutional video be preserved for investigation purposes?
   Thank you for your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: June 24, 2006 A.D.

CC: Kerry Healy, Lt. Governor
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice - W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request For Probe Into Meal Tampering

Dear Madam,

Hello, From June 23-25, 2006, the entire weekend, my breakfast, lunch and dinner meals were tampered with again by your 10-Block Officer's causing me to have severe stomach pains and diarrhea. There is a suppose investigation into this matter so why is it still happening? I am requesting a probe into this repeated meal tampering from June 23-25, 2006 along with preserving the video's for investigation purposes?

Thank you for your anticipated cooperation in this matter.

Respectfully Submitted,

x [signature]

Dated: June 25, 2006 A.D.

CC: Kerry Healy, Lt. Gov.
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice-W65489
10-Block, Cell #

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request For Probe Into Contamination Of My Cell Water

Dear Madam,

   Hello, on June 25, 2006 I heard someone behind my cell tampering with my water. It couldn't have been maintenance because they don't work Sundays (June 25, 2006). Nor did I report anything wrong with my water. After this my water had a foul odor. I became physically sick after drinking the water. I been suspecting for a while that someone is contaminating the water that comes from the sink and now I know its fact. Personally, I suspect C/O William Sinclair because this only happens when he is working. Please launch a probe into this matter along with preserving the institutional video from June 25, 2006 for investigation purposes.
   I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x. [signature]

Dated: June 25, 2006 A.D.

CC: Kerry Healy, Lt. Gov.
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure.

C4

Jordan M. Rice - W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request Probe Into Missing Legal Copies

Dear Madam,
    Hello, on June 1, 2006 I forwarded several pages of legal documents along with a "Legal Photo Copying Request Form" to the law library for copies. Still to date, I haven't received my legal documents back. Nor has the librarian answered any of my two letters. I don't know if my legal documents were misappropriated. I do know that Prisoner Ernest "Lucky" Fernandes is employed in the Prison Law Library and he is on my prisoner enemy list. I don't know if this is a connection with my missing legal documents. I do know this is denying me access to the courts. Please probe this matter.
    I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: June 26, 2006 A.D.

CC: Kerry Healy, Lt. Gov.
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice - W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request For Investigation Into c/o Lopes and c/o Cheever's Harassment

Dear Madam,

Hello, on June 24, 2006 I was again harassed by c/o Lopes and c/o Cheever in reprisal of speaking out against the torturing of me by 10-Block Officers. While in the shower the cell (No. 33) I am housed in was shook down by the two tier officers. Then c/o Lopes and c/o Cheever came on the tier to shake down my cell and I along with two other prisoners heard c/o Cheever state "We are going to set Jordan up!" Lopes or Cheever wasn't the tier officers. Four officers shook down my cell together which isn't big enough for all of them to move around inside of. Then three minutes later the two tier officers left my cell which left Lopes and Cheever inside.

When I got back to the cell I noticed the following: 1) My bedsheets were wet with urine or water; 2) Three sealed addressed stamped envelopes were missing. The envelopes were addressed to Federal Judge Richard Stearns, Attorney Kevin Reddington and Paralegal Darlene Pinto; 3) Five Personal Pictures were missing; 4) Civil and Criminal Legal documents were missing, and 5) Two Books of Postage Stamps were stolen too. I personally saw Lopes and Cheever walk by the shower with my property in there hands. This unlawful seizure of my personal and legal properties is denying me access to the courts.

I am requesting a probe into these matters? Also Lopes and Cheever was captured on video leaving my cell with my properties. Therefore, I am requesting the institutional video be preserved for investigation purposes?

Thank you for your anticipated cooperation in this matter.

Respectfully Submitted,
x. [signature]

Dated: June 24, 2006 A.D.

CC: Kerry Healy, Lt. Governor
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice - W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request For Probe Into Meal Tampering

Dear Madam,
  Hello, From June 23-25, 2006, the entire weekend, my breakfast, lunch and dinner meals were tampered with again by your 10-Block Officer's causing me to have severe stomach pains and diarrhea. There is a suppose investigation into this matter so why is it still happening? I am requesting a probe into this repeated meal tampering from June 23-25, 2006 along with preserving the video's for investigation purposes?
  Thank you for your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: June 25, 2006 A.D.

CC: Kerry Healy, Lt. Gov.
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice-W65409
10-Block, Cell #

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request For Probe Into Contamination Of My Cell Water

Dear Madam,

Hello, on June 25, 2006 I heard someone behind my cell tampering with my water. It couldn't have been maintenance because they don't work Sundays (June 25, 2006). Nor did I report anything wrong with my water. After this my water had a foul odor. I became physically sick after drinking the water. I been suspecting for a while that someone is contaminating the water that comes from the sink and now I know its fact. Personally, I suspect C/O William Sinclair because this only happens when he is working. Please launch a probe into this matter along with preserving the institutional video from June 25, 2006 for investigation purposes.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x. [signature]

Dated: June 25, 2006 A.D.

CC: Kerry Healy, Lt. Gov.
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure.

C4

Jordan M. Rice - W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request Probe Into Missing Legal Copies

Dear Madam,

Hello, on June 1, 2006 I forwarded several pages of legal documents along with a "Legal Photo Copying Request Form" to the law library for copies. Still to date, I haven't received my legal documents back. Nor has the librarian answered any of my two letters. I don't know if my legal documents were misappropriated. I do know that Prisoner Ernest "Lucky" Fernandes is employed in the Prison Law Library and he is on my prisoner enemy list. I don't know if this is a connection with my missing legal documents. I do know this is denying me access to the courts. Please probe this matter.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: June 26, 2006 A.D.

CC: Kerry Healy, Lt. Gov.
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice - W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintenden
MCI Cedar Junction

Re: Request For Probe Into Used Infected Razors

Dear Madam,
    Hello, on June 18, 2006 %William Sinclair placed a used infected razor's in my razor slot for the sixth time. I know the razor was used because it didn't provide me a fresh shave. This is being done to infect me with an infectious disease such as HIV or Hepatitus. I am requesting a probe into this matter along with preserving the video from June 18, 2006. Also preserve the video from June 25, 2006 to probe if %Sinclair placed another used infected razor into my razor slot. Also there allegedly is a current probe into this matter so why is it still happening?
    I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: June 26, 2006 A.D.

CC: Kerry Healy, Lt. Gov
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice-W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: <u>Meal And Water Tampering</u>

Dear Madam,
    Hello, please be advised that on June 25, 2006 as of 4:30pm I am coughing up some white fluid again. These facts only are now again recurring because c/o William Sinclair returned back from his three days off and is poisoning my meals and water supply with immunity. Please note, due to the alleged ongoing probe into these matters c/o Sinclair isn't suppose to be working around me to seek this type of reprisal. These types of acts by c/o Sinclair is what led to another prisoner, other than myself, to throw his feces on c/o Sinclair for tampering with his food. Please correct these abuses.
    Thank you for your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: <u>June 25, 2006 A.D.</u>

CC: Kerry Healy, Lt. Governor
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice-W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request For Probe Into Used Razor

Dear Madam,
    Hello, on June 27, 2006 I was given a used razor. I know this razor was used because it had two hairs inside it. This supposedly was a brand new razor. Simply this means on June 25, 2006 c/o William Sinclair again placed another used razor in my razor slot which is another one of his attempts to infect me with an infectious disease such as HIV or Hepatitis. Please probe this matter along with preserving the institutional video?
    Thank you for your anticipated cooperation in this matter.

Respectfully Submitted,

[signature]

Dated: June 27, 2006 A.D.

CC: Kerry Healy, Lt. Governor
    Cheryl J. Holiday, Dir. Of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

(7)

Jordan M. Rice - W65429
10-Block, Cell #33

Lisa Mitchell, Deputy Superintendent
MCI Cedar Junction

Re: Request For Probe Into Abuse Of Us Prisoners

June 27, 2006

Dear Madam,

Hello, on June 27, 2006 Prisoner Joseph Clark was forced to walk down the tier totally nude by the tactical team whom had Mr. Clark's boxer shorts in their hand.

Mr. Clark and Prisoner Thomas Walker legal documents has been seized and intentionally lost which is denying them access to the courts. Also I have an Grievance Form Appeal (No. 18330) currently pending for this same manner of denial of access to the courts. These lost of our legal documents are not coincidental accidents but in fact are malfeasance behavior by officers to systematically deny each of us our guaranteed constitutional rights of access to the courts. Both said prisoners could of filed their own complaints if they weren't being held on closed door status for two weeks without a shower or any property in their cells. Nor do they have running water in their cells. Please Probe these abuses?

Thank you for your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

CC: Kerry Healy, Lt. Governor
    Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Richard Stearns, Federal Judge
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice - W65429
177 Battles Farm Dr.
Brockton, Ma. 02301

Richard Stearns, Federal Judge
1 Court house Way
Boston, Ma. 02210

Re: Rice V. Dennehy, DKT. No. 06-0432-RGS

Dear Judge,

Hello, please find enclosed your copy of several letters that I have already forwarded to Deputy Superintendent Lisa Mitchell which chronicles the torture and denied access to the courts other prisoners and myself. Prison Administrator's has ignored these acts of Malfeasance behavior by their officers. I want you aware of my plight because it is directly effecting above referenced case.

Thank you for your attention to this matter.

Respectfully Submitted
x [signature]

CC: Cheryl J. Holiday, Dir. Of B.U. Journalism Dept.
    Rice Family
    Enclosure

# UNITED STATES DISTRICT COURT

_____ District of _____

|  |  |
|---|---|
| Plaintiff<br>V.<br>Defendant | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br>CASE NUMBER: 06-0432-RGS |

I, **Jordan M. Rice**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Souza-Baranowski Correctional Center**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **1995**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive **20 dollars amonth from my mother**

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. My two little brother's Johnny (Age 12) and Chris (Age 4). Our father has pasted away a few years ago so they are my responsibility

I declare under penalty of perjury that the above information is true and correct.

_March of 2006_    _[signature]_
Date                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date: 20060621 12:55

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Commit#: | W65429 | | | MCI CEDAR JUNCTION | | |
| Name: | RICE, JORDAN, M. | | | Statement From | 20060101 | |
| Inst: | MCI CEDAR JUNCTION | | | To | 20060621 | |
| Block: | TEN BLOCK | | | | | |
| Cell/Bed: | 33 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $3,053.65 | $2,952.25 | $2.00 | $2. |
| 20060103 08:57 | IC - Transfer from Inmate to Club A/c | 5883560 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0. |
| 20060103 08:58 | IC - Transfer from Inmate to Club A/c | 5883561 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0. |
| 20060103 09:17 | IC - Transfer from Inmate to Club A/c | 5883595 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0. |
| 20060103 09:20 | IC - Transfer from Inmate to Club A/c | 5883604 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0. |
| 20060104 08:33 | IC - Transfer from Inmate to Club A/c | 5893337 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0. |
| 20060104 08:35 | IC - Transfer from Inmate to Club A/c | 5893418 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0. |
| 20060104 08:35 | IC - Transfer from Inmate to Club A/c | 5893433 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0. |
| 20060104 08:35 | IC - Transfer from Inmate to Club A/c | 5893441 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0. |
| 20060105 08:31 | IC - Transfer from Inmate to Club A/c | 5908299 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0. |
| 20060105 09:53 | ML - Mail | 5909233 | | SBCC | ~BLENDA RICE | $15.00 | $0.00 | $0.00 | $0. |
| 20060105 09:53 | MA - Maintenance and Administration | 5909235 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0. |
| 20060106 22:30 | CN - Canteen | 5919968 | | SBCC | ~Canteen Date : 20060106 | $0.00 | $11.55 | $0.00 | $0. |
| 20060109 10:53 | IC - Transfer from Inmate to Club A/c | 5923133 | | SBCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0. |
| 20060109 10:53 | IC - Transfer from Inmate to Club A/c | 5923140 | | SBCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.0 |
| 20060111 15:32 | IC - Transfer from Inmate to Club A/c | 5937368 | | SBCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.28 | $0.00 | $0.0 |
| 20060111 15:32 | IC - Transfer from Inmate to Club A/c | 5937369 | | SBCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.32 | $0.00 | $0.0 |
| 20060113 09:57 | IC - Transfer from Inmate to Club A/c | 5955009 | | SBCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.0 |
| 20060113 10:01 | IC - Transfer from Inmate to Club A/c | 5955025 | | SBCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.45 | $0.00 | $0.0 |
| 20060113 22:30 | CN - Canteen | 5957291 | | SBCC | ~Canteen Date : 20060113 | $0.00 | $7.02 | $0.00 | $0.0 |
| 20060118 08:27 | IC - Transfer from Inmate to Club A/c | 5968091 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.0 |
| 20060118 08:30 | IC - Transfer from Inmate to Club A/c | 5968104 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.64 | $0.00 | $0.0 |
| 20060119 16:39 | IS - Interest | 5985505 | | SBCC | | $0.37 | $0.00 | $0.00 | $0.0 |
| 20060123 08:33 | IC - Transfer from Inmate to Club A/c | 6006146 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060123 10:19 | ML - Mail | 6007563 | | SBCC | ~BLENDA RICE | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060124 08:49 | IC - Transfer from Inmate to Club A/c | 6012183 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060127 08:17 | IC - Transfer from Inmate to Club A/c | 6035038 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060130 10:02 | IC - Transfer from Inmate to Club A/c | 6039580 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060130 10:12 | IC - Transfer from Inmate to Club A/c | 6039709 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.85 | $0.00 | $0.00 |
| 20060202 08:15 | IC - Transfer from Inmate to Club A/c | 6063290 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060207 08:36 | IC - Transfer from Inmate to Club A/c | 6084087 | | SBCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060621 12:55

Page: 2

Commit#: W65429  
Name: RICE, JORDAN, M.  
Inst: MCI CEDAR JUNCTION  
Block: TEN BLOCK  
Cell/Bed: 33 /A  

MCI CEDAR JUNCTION  
Statement From 20060101  
To 20060621

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060208 08:54 | IC - Transfer from Inmate to Club A/c | 6091624 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.64 | $0.00 | $0 |
| 20060208 08:54 | IC - Transfer from Inmate to Club A/c | 6091641 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.64 | $0.00 | $0. |
| 20060209 08:52 | IC - Transfer from Inmate to Club A/c | 6105706 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0. |
| 20060215 08:37 | IC - Transfer from Inmate to Club A/c | 6129877 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.32 | $0.00 | $0. |
| 20060216 08:29 | IC - Transfer from Inmate to Club A/c | 6142667 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0. |
| 20060216 16:54 | IS - Interest | 6146912 | | SBCC | | $0.33 | $0.00 | $0.00 | $0. |
| 20060224 22:30 | CN - Canteen | 6199557 | | SBCC | ~Canteen Date : 20060224 | $0.00 | $0.60 | $0.00 | $0. |
| 20060227 08:19 | IC - Transfer from Inmate to Club A/c | 6200128 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.60 | $0.00 | $0. |
| 20060227 08:22 | IC - Transfer from Inmate to Club A/c | 6200166 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.60 | $0.00 | $0. |
| 20060227 09:37 | ML - Mail | 6201110 | | SBCC | ~BLENDA RICE | $30.00 | $0.00 | $0.00 | $0. |
| 20060227 09:37 | MA - Maintenance and Administration | 6201112 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0. |
| 20060301 16:54 | IS - Interest | 6218029 | | SBCC | | $0.20 | $0.00 | $0.00 | $0.0 |
| 20060303 09:17 | IC - Transfer from Inmate to Club A/c | 6249320 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $10.90 | $0.00 | $0.0 |
| 20060303 09:17 | IC - Transfer from Inmate to Club A/c | 6249333 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $12.00 | $0.00 | $0.0 |
| 20060303 09:18 | IC - Transfer from Inmate to Club A/c | 6249334 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.45 | $0.00 | $0.0 |
| 20060303 22:30 | CN - Canteen | 6252659 | | SBCC | ~Canteen Date : 20060303 | $0.00 | $0.60 | $0.00 | $0.0 |
| 20060308 08:57 | IC - Transfer from Inmate to Club A/c | 6270382 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.00 | $0.00 | $0.0 |
| 20060308 08:57 | IC - Transfer from Inmate to Club A/c | 6270385 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.00 | $0.00 | $0.0 |
| 20060308 08:58 | IC - Transfer from Inmate to Club A/c | 6270395 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.79 | $0.00 | $0.00 |
| 20060308 10:16 | ML - Mail | 6271848 | | SBCC | ~BLENDA RICE | $40.00 | $0.00 | $0.00 | $0.00 |
| 20060308 10:16 | MA - Maintenance and Administration | 6271850 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060315 08:47 | IC - Transfer from Inmate to Club A/c | 6308316 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.87 | $0.00 | $0.00 |
| 20060316 09:22 | IC - Transfer from Inmate to Club A/c | 6321188 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.25 | $0.00 | $0.00 |
| 20060316 09:23 | IC - Transfer from Inmate to Club A/c | 6321192 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.25 | $0.00 | $0.00 |
| 20060320 09:57 | ML - Mail | 6331155 | | SBCC | ~BLENDA RICE | $40.00 | $0.00 | $0.00 | $0.00 |
| 20060328 10:41 | ML - Mail | 6370753 | | SBCC | ~EZELLE ADSIDE | $6.00 | $0.00 | $0.00 | $0.00 |
| 20060329 10:21 | ML - Mail | 6376153 | | SBCC | ~BLENDA RICE | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060330 08:18 | IC - Transfer from Inmate to Club A/c | 6386560 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20060330 08:27 | IC - Transfer from Inmate to Club A/c | 6386594 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.80 | $0.00 | $0.00 |
| 20060330 08:27 | IC - Transfer from Inmate to Club A/c | 6386596 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.30 | $0.00 | $0.00 |
| 20060405 10:08 | IC - Transfer from Inmate to Club A/c | 6415169 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060621 12:55

| | | | |
|---|---|---|---|
| Commit# : | W65429 | MCI CEDAR JUNCTION | Page : 4 |
| Name : | RICE, JORDAN, M. | Statement From    20060101 | |
| Inst : | MCI CEDAR JUNCTION | To    20060621 | |
| Block : | TEN BLOCK | | |
| Cell/Bed : | 33 /A | | |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $104.66 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $104.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |