Jordan M. Rice
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolff, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

           Re: <u>Rice V. Brady</u>, DKT. No. 04-10859-MLW

Dear Sir,

    Hello, please find enclosed your copy of my letter to Attorney Donald Bronstein. He refuses to call my Private Investigator because he said that isn't his job and is skeptic that the witness exonerates me without conducting a probe. Simply I am being blacklisted from representation at the behest of Attorney Eugene P. McCann. I have repeatedly exercised due diligence and these defaults are not my fault.

    Thank you for your attention in my wrongful conviction.

                             Respectfully Submitted,
                             x [signature]