Jordan Rice W65429
P.O. Box 100
Walpole, MA. 02871

Donald S. Bronstein, Attorney
44 Bromfield St.
Boston, Ma. 02108

July 17, 2006 A.D.

Dear Sir,

Hello, I am writing you today (July 17, 2006) to confirm our conversation in which you stated to me "you refuse to call my my Private Investigator to discuss the newly discovered eye witness whom exonerate me as I requested in my letter dated June 1, 2006 addressed to your attention. Also you further stated your "skeptic that this witness exonerates me." Unfortunately you come to this conclusion without any factual investigation.

I now will reiterate to you that Attorney Eugene P. McCann stated to me that he will insure I am blacklisted from representation in all Massachusetts Courts. I feel your office is honoring this blacklisting of me. You cited your office once appointed me Attorney Charles Stephenson to screen my case. If you call having my mother conducting preliminary inquiries of witnesses as a screening process which is Attorney Stephenson states in his letter dated March 16, 2005. This allow the prosecutor to argue that my Family possibly coerced any material witness. If you again distrust my statement of Mr. Stephenson egregious misconduct, I can prove it by sending you a copy of the March 16, 2005.

Reason I believe your office is honoring Attorney McCann's blacklisting of me from representation is every request I made for appointment of counsel has been meet with an unreasonable denial! These request were: 1) Counsel be appointed to federalize unexhausted issues before the state court so my habeas corpus isn't dismissed and 2) Counsel be appointed to present to the State Court the issue of denied fair notice of criminal charges which was clearly from the causal reading of my trial transcript I sent to you. I wanted to amend this issue to my habeas corpus. Both request were frivilously deemed non-meritorious.

I know Attorney McCann does alot of Trial work for your office. As you know I am suing Attorney McCann for his sabotaging my Habeas Corpus. See Rice V. McCann, DKT No. 06-0502-NMG. Mr. McCann's actions were in reprisal for me speaking out about his prison guard relative, Lt. McCann whom tortured me while incarcerated. I am now suing him and the DOC for denying me access to the Courts which is prohibiting me from representing myself on any matter before the court. See Rice V. Dennehy, DKT No. 06-0432-RGS.

I now request counsel to be appointed to represent me on a Rule 30 Motion For New Trial in regards to the newly discovered witness which a copy of the witnesses affidavit is enclosed. Also I have located an Cellmark Lab Report that states another individuals DNA was found inside the victim, which a copy of the report is enclosed. There was never no discovery on this matter. In fact at trial Cellmark Experts witnesses provided testimony that suggested no other person DNA was found inside the victim with mines.

At the leaste counsel should be appointed to contact defense experts to inquire if they ever review this report, does this report call into question the odds of the DNA matching myself and, can this other person's DNA be tested if not already typed or tested as the report suggests.

Also I request representation on my lawsuit against the FBI because they are withholding documentation that proves beyond a reasonable doubt the State Police withhold a bloody palm print in my case, which too will exonerate me. See Rice V. FBI, DKT. No. 06-0431-RCL. I sued the FBI under the Freedom of Information Act statue. This may be a Civil Matter but it directly pertains to my criminal matter and a successful resolution clearly establishes a Brady Violation. See Brady V. Maryland, 373 U.S. 83, 88 (1963).

Would you please confirm in writing: 1) your answer to all my above request, 2) your refusal to call my Private Investigator in regards to the newly discovered witness along with your belief on the exculpatory of the witness and 3) if Attorney Stephenson filed a final report on the alleged screening process, which I would like to be furnished a copy of. Please appoint any other Attorney Office's with the exception of: 1) Henry Owens, 2) Charles Stephenson and 3) Eugene P. McCann. Please note, my Family and I are expressing these matters to the media.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

CC: Cheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Rice Family
    Ronald Rice, Private Investigator
    Mark L Wolf, Federal Judge
    Enclosure

Certified Mail No.
7005 1820 0006 0256 2743