Jordan M. Rice-W65429
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Chief Judge
1 Courthouse Way, Suite #5110
Boston, Ma. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, please find enclosed your copy of my Freedom of Information Act Request to Mr. Ronald Smith in regards to the Prosecution Misconduct Claim of withholding exculpatory evidence, i.e., a bloody palm print which can exonerate me. This claim is highly meritorious and can be successful on my above referenced Habeas Corpus with competent counsel, i.e., other than Attorney Eugene P. McCann.

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,