Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Supreme Judicial Court
Attn: Margaret H. Marshall, Chief Justice
1 Pemberton Square, Suite #2-500
Boston, Ma. 02108

Re: Redress Of Letter Dated July 10, 2006

Dear Chief Justice,

Hello, my name is Jordan M. Rice. I wrote you on July 10, 2006 which wasn't postmarked until Aug. 4, 2006 due to the Department Of Corrections (DOC) ongoing federal crimes of mail censoring in regards to all my mail! My said correspondence was in regards to the Committee of Public Counsel Service (CPCS) denying me counsel at the behest of Attorney Eugene McCann and this is despite the fact I have newly discovered pieces of Evidence, i.e., an eye witness and DNA which exonerates me beyond a reasonable doubt (See Exhibit No. 1). Please note, CPCS Director Donald Bronstien won't call my Private Investigator to discuss my case. Nor will Mr. Bronstien answer any of my letters.

Your Office referred my July 10, 2006 letter to Ms. Pamela B. Lyons whom misconstrued the content of my request to yourself. At no time did I seek to appeal a Board of Bar Overseers as Ms. Lyons erroneously contends (See Exhibit No. 2). I am seeking for you to exercise your Executive Judicial Powers on my behalf via ordering CPCS to immediately provide me competent counsel to exhaust in the State Courts these newly discovered pieces of evidence which establishes my actual innocence among other Constitutional Claims.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: Aug. 11, 2006 A.D.

CC: Michael Beaudet, Fox News Reporter
    Kerry Healey, Lt. Governor
    Sheryl J. Holiday, Dir. of B.U. Journalism Dept.
    Mark L. Wolf, Chief Federal Judge
Enclosure

Certified Mail No.
7005 1820 0005 3812 4299

# Exhibit No. 1

Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Supreme Judicial Court
Attn: Margaret H. Marshall, Chief Justice
1 Pemberton Square; Suite # 2-500
Boston, Ma. 02108-1717

Re: <u>Order CPCS To Appoint Counsel</u>   (Page 1 of 2)

Dear Chief Justice,
    Hello, my name is Jordan M. Rice. Your Honorable Court denied my First Direct Appeal, which I respectfully dissent from. See, <u>Com. V. Rice</u>, 441 Mass. 291 (2004). Please note, both State Trial Counsel and Appellate Counsel were privately retained by my family, which has <u>deplete</u> our monetary resources.
    An newly discovered eye witness has emerged that saw a white male covered in blood leaving the crime scene the morning in question. Please note, I am a Black male. The victim's abusive ex-boyfriend has confessed to his friends that he committed this murder and he's a white male. Furthermore, I have recently discovered a Cellmark Lab Report which clearly states another individuals DNA was located inside the victim. This is one of several facts that discovery wasn't provided on! Also there was blood, hair, fibers and other finger prints that has never been tested, which were found at the crime scene.
    Another discovery violation, i.e., the bloody palm print that the State Police withheld via providing false testimony in regards to FBI Agent Randall Fitzwaters destroying the Prior said. Now a State Police Log Sheet has been discovered that states the said print did exist after Agent Fitzwaters allegedly destroyed it, which he (Fitzwaters) denies destroying. Unfortunately your honorable court has already rejected this claim, but may accept with this new evidence.
    I now have an Federal Lawsuit pending against the FBI for failing to answer my Freedom of Information Act Request in regards to internal documents filed by Agent Fitzwaters denying involvement in destruction of the said Print to his Supervisor's. He (Fitzwaters) informed my Private Investigator that he was going to file such documentation. Attaining such documentation demonstrates the State Police willfully withheld exculpatory evidence. See, <u>Rice V. FBI</u>, DKT. No. 06-0431-RCL
    Despite these newly discovered facts establishing my innocences beyond a reasonable doubt, I am being denied access to Counsel from CPCS, which is most likely at the behest of my Former Federal Attorney Eugene P. McCann. He (McCann) has told me that he will insure that I am blacklisted from gaining representation in State and Federal Court. Mr. McCann sabotage my Habeas Corpus due to the fact his

PAGE 2 of 2
---

relative is a Correctional Officer, i.e., Lt. McCann whom is one of several officers outlined in my Federal Lawsuit for violating my Civil Rights, and denying me my guaranteed constitutional right of access to the courts, which is prohibiting me from filing my own post-conviction documents in the courts. See, Rice V. Dennehy, DKT. N. 06-0432-RGS. Also see Exhibit No. 1.

I have now filed an Federal Lawsuit against Attorney McCann for his Legal Malpractice in regards to my Habeas Corpus. See, Rice V. McCann, DKT. No. 06-0502-NMG. Please note, Attorney McCann refused to pursue my claims of ineffective assistance of Trial Counsel against Henry Owens because he is friends with him. Attorney Owens was suspended from practicing law, for egregious attorney misconduct and your court has upheld this suspension but McCann feels Owens "received a bum rap" as he has informed me. Also McCann shares some type of special relationship with the Mass. State Police which is why refused to follow Judge Wolf's orders of raising the claims surrounding the bloody palm print that are highly meritorious. Furthermore, McCann does a lot of trial work for CPCS, and today I haven't been appointed counsel on any of my litigations currently pending in all Massachusetts Courts!

For almost two years my request has been pending before Committee For Public Counsel Services (CPCS). I have repeatedly informed Director Donald Bronstein that I need Counsel appointed immediately because I have an Habeas Corpus pending in Federal Court which needs to be stayed so these actual innocences claims among other's can be exhausted in the State Courts and then if necessary amended to my stayed Habeas Corpus Petition. Please note, under Antiterrorism and Effective Death Penalty Act signed into by President Clinton permits all prisoner's the chance to file only ONE Habeas Corpus Petition so all my claims for relief must be raised now! It should be noted that Massachusetts has the second highest wrongful conviction rate in the United States.

I have poignantly cited all these above exculpatory facts in support of my request that you exercise your Executive Judicial Powers on my behalf via ordering CPCS to immediately provide me Competent Counsel to exhaust in the State Courts these newly discovered pieces of evidence which establishes my actual innocence among other claims. Please note, all lawsuits can be reviewed by logging on to the U.S District Court of Mass. website

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: July 10, 2006 A.D.

CC: Attorneys
    Media Personnel
    Mark L. Wolf, Federal Judge
    Enclosure.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** | 19396 | **Institution** | MCI CEDAR JUNCTION | |
| **Commit No.** | W65429 | **Housing** | TEN BLOCK | **Date Of Incident** | 20060703 | **Date Of Grievance** 20060703 |

**Complaint** On July 3, 2006 while I was at an outside hospital appointment an Officer shook down my cell and illegally seized letter's to Chief Justice of the Supreme Judicial Court Margaret Marshall, and Chief Justice of U.S. District Court Mark L. Wolf. Also several legal documents were seized including copy of lawsuits. This is approximately the fifth time legal documents were seized from my cell. Each illegal seizure has been captured on institutional video. This is denying me access to the courts.

**Remedy Requested** To launch a probe into this illegal seizure along with preserving the video for investigation purposes. Also order officers to stop seizing my legal documents.

**Staff Recipient** Aucoin Ann Marie   CO I

**Staff Involved**

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20060706   **Decision Date** 20060707

**Signature** Aucoin Ann Marie   CO I

**Final Decision** Referred to Internal Affairs

**Decision** Due to the nature of your allegations, this grievance has been forwarded to the Office of Investigative Services for further review.

**Signature** AnnMarie Aucoin CB   **Date** 7/7/06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W65429 | **Grievance#** | 19396 | **Date Received** | 20060706 |

**Signature.** Aucoin Ann Marie   CO I




Exhibit No. 2

SUPREME JUDICIAL COURT
BOSTON, MASSACHUSETTS 02108

August 8, 2006

Jordan M. Rice
W65429
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Rice:

Your letter to Chief Justice Marshall postmarked August 4, 2006, has been referred to me for a response. Pursuant to Callahan v. Board of Bar Overseers, 417 Mass. 516 (1993) there is no appeal to the Supreme Judicial Court from a dismissal by the Board of Bar Overseers. For your convenience I have enclosed a copy of that decision.

Very truly yours,

Pamela B. Lyons

enclosure