Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Kathleen Boyce, Clerk
1 Courthouse Way
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Clerk,

Hello, if Judge Wolf has rendered a decision in the above referenced case to deny or grant my Habeas Corpus Petition. Would you please forward me a copy? If you have already forwarded me a copy please resend it because I am not in receipt of it and this is due to the censoring of my mail by Correctional Staff so outside world doesn't learn of their Mental, Physical and Sexual torture of me.

Thank you for your attention to my plight.

Respectfully Submitted,
x. [signature]

Dated: Aug. 21, 2006 A.D.

CC: Michael Beaudet, Fox News Reporter
    Sheryl J. Holiday, Dir. of B.U. Journal School
    Rice Family
    Enclosure.