Jordan M. Rice - W65454
PDU, B-3, Cell #203

John Marshall, Acting Superintendent
MCI Cedar Junction

Re: <u>Missing Outgoing Mail</u>

Aug. 22, 2006

Dear Sir,

Hello, on Aug. 14, 2006 I gave CPO Donald Stewart an unsealed Manila Envelope attached with Certified Mail Form and a Charge Slip addressed to Paralegal April Froio. Furthermore, I requested Mr. Stewart attain the Tapes of D-Report No. 76830 hearing from 10-Block to be placed inside the said envelope address to my Paralegal, then seal the envelope and forward to the mailroom to mail out. Still to date the Post Office has no record of this piece of certified mail (No. 7005 3110 0004 2875 3503). Nor has Postage funds been extracted from my Prisoner Account. Pursuant to 103 CMR 481.08(3) "Outgoing mail shall be delivered to the Post Office ... within 24 Hours of collection, from the inmates" which has been now violated and this is directly denying me access to the courts. Please remedy this matter.

I now again pose the following question to you for an answer "Is my outgoing mail being held to be opened for inspection?" Would you please provide an answer to this question because the other three times, You ignored this inquire.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted
x [signature]

CC: Sheryl J. Holiday, Director of B.U. Journalism College
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice-W65489
DDU, B-3, Cell #203

John Marshall, Acting Superintendent
MCI Cedar Junction

Re: <u>Opening Of Privileged Mail</u>

Aug. 19, 2006

Dear Sir,

Hello, on Aug. 19, 2006 I received a privileged piece of mail from the Dept. Of Public Safety which was opened prior to my receipt of it, i.e., not opened in my presence. This is the fourth time my privileged mail has been illegally opened and inspected not in my presence which is clear violation of 103 CMR 481.11, et al., and directly denying me access to the courts. Please remedy this matter.

I look forward to your anticipated cooperation in this matter

Respectfully Submitted,

x [signature]

CC: Sheryl J. Holiday, Director Of B.U. Journalism College
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice - W65429
DDU, B-3, Cell #203

John Marshall, Acting Superintendent
MCI Cedar Junction

Re: Appeal Of Grievance Form No. 18330

Dear Sir,
    Hello, please note you haven't answered the above referenced appeal. Nor has my legal documents been returned which is the grievance subject matter. Please address this matter because your 30 days to provide an answer expired on July 6, 2006?
    I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x [signature]

Dated: Aug. 23, 2006

CC: Sheryl J. Holiday, Dir. Of B.U. Jornalism College
    Mark L. Wolf, Chief Federal Judge
    Enclosure

Jordan M. Rice-W65489
DDU, B-3, Cell # 203

John Marshall, Acting Superintendent
MCI Cedar Junction

Re: Food Poisoning

Dear Sir,

Hello, for the past two weekends (Saturday & Sunday) my breakfast, lunch and Dinner meals has been poisoned by your DDU Officers! Would you order this cruel torture to immediately stop?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated Aug. 23, 2006.

CC: Sheryl J. Holiday, Dir. of B.U. Journalism College
    Mark L. Wolf, Chief Federal Judge
    Enclosure