Jordan M. Rice-W65439
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Judge
1 Courthouse Way, Suite #5110
Boston, Ma. 02210

Re: <u>Rice v. Brady</u>, DKT No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of my letters to Acting Superintendent John Marshall which cites how I am being denied access to the courts and my mail being censored.

Also, if you have decided to grant or deny my above referenced Habeas Corpus Petition please order an copy be followed to me because if a decision has been rendered I am not in receipt of it due to the Federal Crime of censorring my mail which is denying me access to the courts in the above referenced case and my other matters pending before the courts.

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,
x [signature]

Dated: Aug. 28, 2006

CC: Sheryl J. Holiday, Dir. Of B.U. Journalism College
    Rice Family
    Enclosure