Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Supreme Judicial Court
Attn: Pamela Lyons
1 Pemberton Square, Suite #2-500
Boston, Ma. 02108

Re: <u>Clarification On Appointment Of Counsel Request</u>

Sept. 1, 2006

Dear Madam,

Hello, I am in receipt of your letter dated Aug. 24, 2006 (see Exhibit No. 1). I am requesting that the Supreme Judicial Court intervene in my case to order Committee For Public Counsel Services (CPCS) provide me Counsel to represent me on appeal for the first time so my newly discovered evidence of actual innocences can be placed before this Honorable Court. I have already explained several times in painstaking detail how in reprisal the Department Of Corrections and Attorney Eugene P. McCann has denied me my guaranteed constitutional rights of Access to the Courts!

If it isn't within your powers to grant counsel then please forward this matter to the attention of Chief Justice Margaret Marshall whom I initially requested in writing address this highly exculpatory matter? Please note, in any reply correspondence I request in "Clear Language", i.e., Yes or No answer to my request of ordering CPCS to appoint me counsel. Please further note, CPCS has ignored this innocent man's grave plight!

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]

CC: Media Personnel
    Mark L. Wolf, Federal Judge
    Enclosure

<u>Certified Mail No.</u>
7005 3110 0004 3875 3770

Jordan M. Rice - W65409
P.O. Box 100
Walpole, Ma. 02071

Supreme Judicial Court
Attn: Pamela Lyons
1 Pemberton Square, Suite #2-500
Boston, Ma. 02108

Re: Clarification On Appointment Of Counsel Request

Sept. 1, 2006

Dear Madam,

Hello, I am in receipt of your letter dated Aug. 24, 2006 (see Exhibit No. 1). I am requesting that the Supreme Judicial Court intervene in my case to order Committee For Public Counsel Services (CPCS) provide me Counsel to represent me on appeal for the first time so my newly discovered evidence of actual innocences can be placed before this Honorable Court. I have already explained several times in painstaking detail how in reprisal the Department Of Corrections and Attorney Eugene P. McCann has denied me my guaranteed constitutional rights of Access to the Courts!

If it isn't within your powers to grant counsel then please forward this matter to the attention of Chief Justice Margaret Marshall whom I initially requested in writing address this highly exculpatory matter? Please note, in any reply correspondence I request in "Clear Language", i.e., Yes or No answer to my request of ordering CPCS to appoint me counsel. Please further note, CPCS has ignored this innocent man's grave plight!

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]

CC: Media Personnel
    Mark L. Wolf, Federal Judge
    Enclosure

Certified Mail No.
7005 3110 0004 3875 3770

# SUPREME JUDICIAL COURT
BOSTON, MASSACHUSETTS 02108

August 24, 2006

Jordan M. Rice
W65429
P.O. Box 100
Walpole, MA 02071

Dear Mr. Rice,

Your letter to Chief Justice Marshall dated August 11, 2006, and postmarked August 18, 2006, has been referred to me for a response. In my letter dated August 8, 2006, I was responding to an undated letter from you regarding the Board of Bar Overseers. That letter was not the letter dated July 10, 2006, that you enclose with your current letter. I have enclosed a copy of the undated letter for your convenience. Please note that the Supreme Judicial Court does not make it a practice to intervene in a case unless and until that case comes before it through the appellate process.

Very truly yours,

Pamela Lyons