Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Chief Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

FILED
IN CLERKS OFFICE
2006 OCT 24 P 10:06
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of my letter to Secretary Robert Haas which cites how I am being denied access to the courts via the Prison Guards committing the Federal Crime of censoring my Legal Mail, which I am not receiving! If you have rendered a decision to Grant or Denied my Habeas Corpus Petition I am not in receipt of the said decision due to the mail censoring. Would you have your Clerk immediately forward me a copy? Also would you please do something to prohibit these federal Crimes from taking place along with the ongoing torture of me and attempts on my Life?

Thank you for your attention to this matter.

Respectfully Submitted,
[signature]

Dated: Oct. 20, 2006