Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

Robert C. Hass, Secretary
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Dear Sir,
   Hello, I am writing you today to outline Guantanamo Style torture of me by DDU Officer's in reprisal of me exposing how High Ranking DOC Officials covered up Officer's role in the murder of Prisoner John Geoghan.

   1) Denied Access to the Courts: Currently DDU Officer are committing federal crimes of censorring my mail. Attorney Gerald Williamson has mailed me two large Manila type envelopes containing Legal Documents which I never received due to the fact DDU Officer's opened my legal mail and read my legal documents then threw them away. This is only two of numerous pieces of legal mail I never received! Simply DDU Officer's are denying me access to the courts via committing the Federal Crime of censorring my legal mail. Also they have given my Personal mail and Magazines to other prisoner's I am housed on the tier with. One personal piece of mail contained an copy of a letter that I wrote to Gov. Romney (dated Aug. 4, 2006) was opened an distributed to other prisoner's. This letter cited security concerns of mine due to my protective custody issue's which naturally causes more prisoner's to dislike me and Prison Guards know this fact. DDU Officer's are trying to have me murdered as they did Prisoner John Geoghan at SBCC.

   I will now demonstrate a ruse the grievance coordinator is employing. I filed a grievance form in regards to my legal mail being opened and contrabanded. Along with how the mailroom won't mail it out to Paralegal Arpril Freio (see Exhibit No. 1). Grievance Coordinator Robert Stork claims denying me my constitutional right of access to the courts isn't an emergency (see Exhibit No. 2). On the same issue Mr. Stork process the Grievance Form this same day because the mail room sent out Attorney Williamson certified envelope (see Exhibit No. 3). This is a ruse so my claims of mail censorring appear unfounded. The Marshall Administration has cut my access off to the outside world so no one learns of the abuse of me and the attempts to murder me which I will outline in part below. Please order this mail censorring be immediately stopped.

   2) Denied Access To Medical Care: The medical department has joined the attempts to murder. On Aug. 31, 2006 Nurse Jeff Fisher and three officer's assulted

me with an used infected needle which was in attempt to infect me with HIV or Hepatitis. They stated "I was a nigger monkey so I should have Aids in die." I have repeatedly requested specified infectious disease blood test which the medical department has denied with no sound reason, other than to cover up their aidding the DOC's plot to murder me! Also I am being denied medical care for injuries due to officer's assaults of me and poisoning of my food.

3) <u>Torture By DDU Officers</u>: Officer's placed feces and other chemical agents in my food From Oct. 6 - 11, 2006 causing me to become gravely ill, i.e., vomitting blood, diarrhea, stomach pains and severe headaches. On Oct. 10, 2006 c/o Sweeny [sic] stole my towels from my laundry bag and Superintendent Marshall refuses to make his staff give me new towels to replace the ones c/o Sweeny [sic] stole from my laundry bag and gave to another prisoneR. I am housed on the tier with, I can't properly groom my hygiene to a respectful level. Also DDU Officer's for the past four weeks straight has attempted to infect me with HIV or Hepatitis via placing used infected razor in my razor slot and the infect prisoner the are paying him off with cigarettes that officer smuggle in the prison for him!

All these above acts are captured on institutional video tape but Acting Superintendent John Marshall's Administration has ignored these malfeasance actions. Please note, Mr. Marshall hates me because I filled complaints against his newphew Richard S. Peterson whom is one of the officers that tortured me at SBCC for exposing the cover up in the Geoghan Murder. Please order this torture of me, attempts to murder me and denying me access to the Courts and outside world stop!

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

[signature]

Dated: Oct. 19, 2006

CC: Michael Beaudet, Fox News Reporter
    Dept. of Mental Health
    Rice Family
    Joel H. Thompson, of MCLS
    Andrea Wagner, Attorney
    Gerald Williamson, Attorney
    Mark L. Wolf, Chief Federal Judge
    Enclosure.

FORM "A"

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

| INMATE'S NAME: Jordan Rice | INMATE'S #: W65429 | DATE: 10/5/06 |
|---|---|---|
| INSTITUTION: MCI Cedar Junction | | DATE OF INCIDENT: Oct. 5, 2006 |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In Block B, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in Block C. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in Block D.

A. When filing an Emergency Grievance check Emergency.

  X   EMERGENCY

B. Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary. Mr. Rice is being denied access to the Court in the following manner: On Sept. 27, 2006 certified mail (# 7005 1820 0005 5327) containing legal documents arrived at the prison for him which postal records confirm. The said mail wasn't giving to Mr. Rice until Oct. 4, 2006 and the legal documents that were carbon copies sheets was unlawfully contrabanded by the mailroom. On Oct. 5, 2006 the mailroom received from Mr. Rice a self addressed envelope attached with certified mail (#7005 1820 0005 3813 9095) stickers, an charge slips and a note addressed to Gary Heloda instructing him to place the legal documents inside the envelope addressed to Paralegal April Froio. This note was on the outside of the envelope. Still to date, this mail hasn't left the prison. Also too my incoming and outgoing mail is being censored.

C. List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.
wrote Gov. Romney & Michael Beaudet of Fox News

D. Provide your Requested Remedy. To launch a probe into this missing mail. Order correctional staff to immediately stop censoring all my mail. Also preserve the institutional video for investigation purposes.

Inmate's Signature _____ Date: 10/5/06
Staff Recipient _____ Date: _____

**DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.**
(Inmate receipts/responses will be generated via the Inmate Management System.)

Exhibit No. 7

MCI Received OCT 13 2006 GRIEVANCE OFFICE




The Commonwealth of Massachusetts
Executive Office of Public Safety

Department of Correction
M.C.I. Cedar Junction at Walpole
P.O. Box 100
South Walpole, Massachusetts 02071

Tel: (508) 660-8000   Fax: (508) 660-8009
www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Robert C. Haas
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James Bender
*Deputy Commissioner*

John Marshall
*Acting Superintendent*

To:     Jordan Rice W65429

From:   Robert Stork, Institution Grievance Coordinator

Date:   October 13, 2006

RE:     Grievance

**Please be advised, the grievance forms you submitted are being returned for the following reason:**

✓ Not considered to be an emergency, refer to **103 CMR 491.11(1)**

_____ On suspension of the grievance process, refer to **103 CMR 491.17**

_____ Content of Grievance form, refer to **103 CMR 491.09(2) (A-F)**

_____ Duplicate Grievance to Grievance #_____

_____ Incorrect grievance form used (correct grievance form enclosed)

_____ Other (see comments)

**Comments:**_____
_____
_____

For further information regarding inmate grievances, please refer to 103 CMR 491, Inmate Grievances.

Exhibit No. 2

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | RICE JORDAN M | Grievance# | 21960 | Institution | MCI CEDAR JUNCTION | |
| Commit No. | W65429 | Housing | DEPARTMENT DISCIPLINARY UNIT | Date Of Incident | 20061010 | Date Of Grievance | 20061012 |

**Complaint:** Mr. Rice is being denied access to the Courts in the following manner: Oct. 10, 2006 he placed in the mail box an manila envelope attached with an charge slip and certified (#7006 0100 0003 9496 5109) mail slips. The envelope was addressed to Attorney Gerald Williamson. Still to date no postal funds has been extracted from Mr. Rice's account. Nor does the post office have any record of this said mail.

**Remedy Requested:** To launch a probe into this missing mail. Order Correctional staff to immediately stop censoring all my mail. Also preserve the institutional video for investigation purposes because I have reason to believe C/O Bernard removed my mail from the mailbox

**Staff Recipient:** Stork Robert E  CO I

**Staff Involved:**

**Signature:**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received:** 20061013     **Decision Date:**

**Signature:**

**Final Decision**

**Decision:**

**Signature:**                                        **Date:**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| Name | RICE JORDAN M | | | Institution | MCI CEDAR JUNCTION |
| Commit No. | W65429 | Grievance# | 21960 | Date Received | 20061013 |

**Signature:** Stork Robert E  CO I

Exhibit No. 3