Jordan Rice - W65429
P.O. Box 100
So. Walpole, MA 02071

FILED
CLERKS OFFICE
2006 OCT 26 P 12:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Chief Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of my letter to Barry Scheck whom is the Director of the Innocence Project. You have allowed Attorney Eugene P. McCann to sabotage my Habeas Corpus via willfully waiving highly meritorious constitutional claims, i.e., Denied Fair Notice of Criminal Charges and Actual Innocence. Which Attorney McCann did in reprisal of my filing complaints and a lawsuit against his abusive relative whom is a Prison Guard at Souza-Baranowski Correctional Center and due to the fact Attorney McCann is good friends with Attorney Henry Owens whom is the subject of an highly meritorious ineffective assistance of counsel claim. Also Attorney McCann has indicated that he shares some type of relationship with State Police Trooper Patricia Beehan which is prohibiting him from pursuing the meritorious Brady Violation claim, i.e., is a dead bang winner!

Furthermore I have placed overwhelming evidence in documentation form on this docket to substantiate the Department of Corrections has willfully denied me access to the court but you have ignored this evidence too. Therefore, I have respectfully and repeatedly exercised due diligence and the denial of fundamental fairness is no fault of mine. Please note, Prison Officials are censoring my mail so if a decision has been rendered to grant or deny the above referenced case please forward me another copy because I am not in receipt of no decision.

Thank you for your attention to this matter.

Respectfully Submitted,
[signature]

Dated: Oct. 20, 2006 A.D.