# CELLMARK
## DIAGNOSTICS

20271 Goldenrod Lane · Germantown, Maryland 20876

Telephone: (301) 428-4980  (800) USA-LABS
Administration Fax: (301) 428-4877
Laboratory Fax: (301) 428-7946

REPORT OF LABORATORY EXAMINATION
June 30, 1997

Ms. Debbie McKillop Shields
Chemist II
Massachusetts Department of State Police
Crime Laboratory-Serology Section
59 Horse Pond Road
Sudbury, MA 01776

Re: Cellmark Case No. F971197
    Your Lab No. C95-983 Brockton

## EXHIBITS:

Polymerase chain reaction (PCR) testing was performed on the following items which were received for analysis on April 29, 1997:

| ID# | Description |
|---|---|
| 28 | One swab labelled "vaginal swabs..." |
| 66 | Bloodstain labelled "...Diane Harrigan" |
| 72 | Bloodstain labelled "...Jordan Martel Rice" |

## RESULTS:

DNA was isolated from the items listed above. DNA from each of the items was amplified using the PCR and typed for HLA DQA1, the LDL receptor (LDLR), glycophorin A (GYPA), hemoglobin G gammaglobin (HBGG), D7S8 and group specific component (GC) using the AmpliType® PM + DQA1 PCR Amplification and Typing Kit; and amplified and typed for the short tandem repeat (STR) loci HUMCSF1PO, HUMTPOX and HUMTHO1 and for gender (X,Y) using the GenePrint™ STR Multiplex System and the GenePrint™ Sex Determination System (Amelogenin), respectively[1].

The types detected for each sample are listed below:

Report for F971197
June 30, 1997
Page Two

### ALLELES DETECTED

| Sample | CSF1PO | TPOX | THO1 | X,Y |
|---|---|---|---|---|
| vaginal swab (non-sperm fraction) | 11* | 8,9* | 6,7 | X |
| vaginal swab (sperm fraction) | 11* | 8,9* | 7 | X Y⁺ |
| Diane Harrigan | 11 | 8,9 | 6,7 | X |
| Jordan Martel Rice | 11 | 8,9 | 7 | XY |



\* In addition to the types listed, faint results were obtained. These results may be due to the presence of DNA from more than one individual or to technical artifacts.



⁺It may not be possible to determine whether DNA from a female is present when DNA from a male is detected.

### ALLELES DETECTED

| Sample | DQA1 | LDLR | HBGG | GYPA | D7S8 | GC |
|---|---|---|---|---|---|---|
| vaginal swab (sperm fraction) | 1.2,2 | B | B | A C | A | B |
| Diane Harrigan | 1.3,4.1 | B | A B | A | B | C |
| Jordan Martel Rice | 1.2,2 | B | B | A C | A | B |

### CONCLUSIONS:

The DNA obtained from the non-sperm fraction of the vaginal swab is from a female. Jordan Martel Rice is excluded as the source of the DNA obtained from the non-sperm fraction of the vaginal swab. Diane Harrigan cannot be excluded as the source of the DNA obtained from the non-sperm fraction of the vaginal swab.

The DNA obtained from the sperm fraction of the vaginal swab contains DNA from a male. Diane Harrigan is excluded as the source of the DNA obtained from the sperm fraction of the vaginal swab. Jordan Martel Rice cannot be excluded as the source of the DNA obtained from the sperm fraction of the vaginal swab. Using Recommendation 4.1 from the 1996 National Research Council[2] report, the approximate frequencies in the Caucasian, African American and Hispanic populations of the HLA DQA1, LDLR, GYPA, HBGG, D7S8, GC, CSF1PO, TPOX and THO1 types obtained from sperm fraction of the vaginal swab and the bloodstain labelled Jordan Martel Rice are as follows:

Report for F971197
June 30, 1997
Page Three

| Population data base | Frequency |
|---|---|
| Caucasian | 1 in 6.9 billion |
| African American | 1 in 1.5 million |
| Hispanic | 1 in 780 million |

Robin W. Cotton, Ph.D.
Laboratory Director

Melisa A. Weber
Senior Molecular Biologist

---

[1] This test is performed pursuant to licensing arrangements with Roche Molecular Systems, Inc. and the Perkin Elmer Corporation.

[2] The National Research Council on DNA Forensic Science (1996) The Evaluation of Forensic DNA Evidence. National Academy Press, Washington, D.C. (see p. 122, using $\theta=0.03$).