Jordan M. Rice - W65429
P.O. Box 100
Walpole, MA. 02071

[FILED CLERKS OFFICE 2006 OCT 27 P 3:39 U.S. DISTRICT COURT DISTRICT OF MASS.]

Mark L. Wolf, Chief Federal Judge
1 Courthouse Way, Room #5110
Boston, MA. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed several documents outlining: 1) the federal crime of mail censorring all my incoming and outgoing mail; 2) attempts to murder me via poisoning my food and trying to infect me with an infectious disease and 3) the denial of medical care which is all in reprisal of exposing how high ranking DOC officials covered up officer's role in the high profiled murder of prisoner John Geoghan.

Please note, if you have rendered a decision in the above referenced case. I am not in receipt of it due to the censorring of my mail. Please immediately have your clerk forward me a copy because there hasn't been a total breakdown in communications between Attorney McCann and I. In fact, he (McCann) doesn't accept my calls or answer any of my letters.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]