Jordan M. Rice-W65429
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2006 OCT 27 P 3:39
U.S. DISTRICT COURT
DISTRICT OF MASS., 2006

Robert Haas, Secretary
1 Ashburton Place, Room 2133
Boston, Ma. 02108

Dear Sir,

Hello, I am being retaliatory punished for my letter dated June 14, 2006 addressed to your attention where I cite how: % William Sinclair attempted to murder me by giving me used razor's to infect me with HIV or Hepatitis and placing feces in my food; % John Doyle placed feces in my food; and % Anthony Lopes placed feces in my food which was all in reprisal for reporting % Scott Laverdure's sexual assault of me. Simply because these abusive officers deny their malfeasance acts I am being deemed a liar and was issued D-Report No. 85788 by Investigator Jamie Nee which is scheduled for a Hearing on Nov. 6, 2006.

It is only natural officers will deny this torture of me because admitting it would cost them their livelihood. Especially with Commissioner Dennehy trying to stand up to the Union. Officers are still giving me used razor's in their attempts to kill me and placing feces in my food. This D-Report isn't because I lied but is to punish and prohibit me from speaking out against abusive officers and this D-Report is to cut my access off to the outside world. Also this D-Report is in reprisal of me reporting how Superintendent John Marshall's nephew, Richard S. Peterson, mentally, physically and sexually tortured me at Souza-Baranowski Correctional Center in reprisal of my exposing how High Ranking DOC Officials covered up officer's role in the High Profiled murder of Prisoner John Geoghan.

When will the Romney Administration stop this torture of me? If you can't or won't, then I will be forced to employ deadly-self defense against these officers trying to kill and the dead abusive officer's will be directly you the Romney Administrations hands for failure to stop this grave inhumane Guantanamo Bay torture of me. Order the DOC to dismiss this bogus D-Report (No. 85788) which is the start of ending the mistreatment. Also order the DOC to stop all torture of me immediately. Enclosed is an copy of a letter I wrote for my Mother to give to an unidentified media member. The choice is yours!

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

CC: Michael Beaudet, Fox News Reporter
    Rice Family
    Enclosure.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 21974 | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W65429 | **Housing** DEPARTMENT DISCIPLINARY UNIT | **Date Of Incident** 20061012 | **Date Of Grievance** 20061012 |

**Complaint** Mr. Rice is being denied access to the court in the following: on Oct 5, 2006 Attorney Gerald Williamson mailed him legal documents which he never received. This is all part of the censorring of Mr. Rice's incoming and outgoing mail to cut Mr. Rice's access off to the outside world and deny him access to the courts so no one learns of the DOC's mental, physical and sexual torture of him along with the plots to murder via infecting him with an infectious disease that the medical staff is aidding DOC officials with. Which is in reprisal of him exposing how high ranking DOC officials covered up officer's role in the high profiled murder of a prisoner.

**Remedy Requested** To locate Mr. Rice's mail from Attorney Gerald Williamson. Order Correctional Staff to immediately to stop censorring all Mr. Rice's mail. Also preserve the institutional video for investigation purposes.

**Staff Recipient** Stork Robert E   CO I

**Staff Involved**

**Signature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20061013   **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature**   **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W65429 | **Grievance#** 21974 | **Date Received** | 20061013 |

**Signature.** Stork Robert E   CO I