Jordan M. Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

FILED
CLERKS OFFICE
2006 NOV 21
U.S. DISTRICT COURT
DISTRICT OF MASS

Mark L. Wolf, Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Nov. 21, 2006

Dear Sir,

Hello, please note the change of address:

From: Jordan M. Rice
P.O. Box 100
Walpole, Ma. 02071

To: Jordan M. Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

Please be advised that I must have all my legal mail sent to me third part via certified mail because Prison Officials are committing the Federal crime of censoring all my incoming and outgoing mail (see Exhibit No. 1). Also I am not in receipt of any decision stating if you Granted or Denied my above referenced Petition and there is a complete break down between Attorney McCann and I. If you have rendered a decision please forward it to my new mailing address. Also I am being mentally, physically and sexually tortured by Prison Officials (see Exhibit No. 2).

Respectfully Submitted,
Jordan M. Rice