#21974

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W65429 | **Housing** DDU | **Appeal Date** 17-OCT-2006 | **Date Of Grievance** 12-OCT-2006 |
| | | | **Appeal Received Date** | 24-OCT-2006 |

**Appeal**: Mr. Rice now appeals the denial Grievance No. 21974 because he is being denied access to the courts in the following manner: On Oct. 5, 2006 Attorney Gerald Williamson mailed him legal documents which he never received. Also several other piece's of legal mail is missing too. This is all part of the censoring of Mr. Rice's incoming and outgoing mail to cut Mr. Rice's access off to the outside world and deny him access to the courts so no one learns of the DOC's mental, physical and sexual torture of him along with the plots to murder him via infecting him with an infectious disease that the medical and mental health staff is adding the Marshall Administration with which is in reprisal of him exposing how high ranking DOC officials covered up officer's role in the high profiled murder of a prisoner. In the Grievance Coordinator's denial he states "This office cannot verify if any mail was sent to me by Attorney Gerald Williamson which simply can be done by calling his office. His telephone number is 508-588-2284

**Remedy Requested**: To launch a probe into this matter by contacting Attorney Gerald Williamson. Then identifying the DDU Officer whom is censorring my mail.

**Staff Recipient**: Stork Robert E CO I

**Signature**:

---

### DECISION BY SUPERINTENDENT

**Appeal Received Date**  24-OCT-2006    **Decision Date**  31-OCT-2006    **Decision**  DENIED

**Decision By**: MARSHALL John A SUPERINTENDENT

**Reasons**: I concur with the IGC in that this office can not verify that Attorney Gerald Williamson sent mail to you. Albeit that you have provided this office with a telephone number, this office is under no obligation to contact the attorney.

**Signature**: [signed]   **Date** 10-31-06

---

### INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** RICE JORDAN M | | **Institution** | MCI CEDAR JUNCTION |
| **Number** W65429 | | **Appeal Received Date** | 24-OCT-2006 |
| **Staff Recipient** Stork Robert E CO I | | | |

**Superintendent's Signature**:

Exhibit No. 1

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 22939 | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W65429 | **Housing** DEPARTMENT DISCIPLINARY UNIT | **Date Of Incident** 20061110 | **Date Of Grievance** 20061113 |

**Complaint**: On Nov. 10, 2006 two DDU Officer's attempted to set me up to assault me via trying to have me exit the tier thru the back hallway which is a blind spot. When I was suppose to walk down the tier in fill view of the institutional camera pursuant to protocol. When I refused to go in the back hallway this was deemed as refusing to meet with the Mental Health Doctor and I was placed back in my cell. Please note I never refused to meet with Mental Health because I have grave emotional distress due to the mental, physical and sexual torture of me along with how DDU staff has attempted to murder me via infecting me with an infectious disease.

**Remedy Requested**: To launch a probe into this attempt assault of me and the denial of Mental Health care

**Staff Recipient**: Stork Robert E  CO I

**Staff Involved**:

**Signature**:

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20061113   **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature**   **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W65429 | **Grievance#** 22939 | **Date Received** | 20061113 |

**Signature.** Stork Robert E  CO I

Exhibit No. 2