Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

FILED
CLERKS OFFICE
DEC 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Federal Judge
1 Courthouse Way
Boston Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, please find enclosed your copy of my letter to Secretary Hess which cites the ongoing mail censoring of all my incoming and outgoing mail which is a Federal Crime. It is directly cutting my access off to the courts. You have jurisdiction over this Federal Crime and I am requesting you order Federal Authorities to launch a probe into this matter? Also I am not in no receipt of a decision in the above caption Habeas Corpus Petition.

Thank you for your attention to my plight.

Respectfully Submitted,
x [signature]

Dated: Dec. 17, 2006