

Jordan M. Rice ~~~~~~
P.O. Box 100
Walpole, Ma. 02071

Robert Hass, Secretary
1 Ashburton Place, Room 2133
Boston, Ma.

Re: Federal Crime Of Mail Censorring

Dear Secretary,

Hello, I am writing this letter to outline the Federal Crime Of Mail Censorring by the Department Of Corrections (DOC) to conceal from the outside world there mental, physical and sexual torture of me along with there attempts to kill me via infecting me with an infectious disease, i.e., 1) giving me used infected razors; 2) paying off infected prisoners to throw feces and blood at me; 3) having medical staff (RN Jeff Fisher) to inject me with an used needle that was probably infected with HIV or Hepatitis; 4) Placing infected prisoners feces and blood in my food and; 5) Allowing medical staff to deny me infectious disease blood testing. This is all being done to punish me from speaking out about the vast cover up of officers role in the murder of Prisoner John Geoghan by high ranking DOC Officials.

My incoming mail from my family, friends, Attorneys and the Courts is being withheld by DDU Officers. One incoming letter from the Law Office of Attorney Gerald Williamson was returned which Legal Secretary Sharon Little has possession of. The Envelope was stamped not at this prison, when I was. Letters from the Courts are being withheld from me causing me to miss court deadlines that I am representing myself Pro Se on. Attorney Andrea Wagner was suppose to send me a large package of legal documents which I haven't received still to date and I believe it is due to DDU Officers censorring my mail. Please note Attorney Wagener represents me on a bogus assault charges that DOC

-2-

personnel pressed against me. My access to the courts has been cut off by DDU Officers. When I brought this to Superintendent John Marshall's attention he stated in writing that "Attorney's and the Courts should send all correspondences via certified mail". Attorney and the Courts are going to do this but what should be done is Superintendent Marshall demonstrates leadership ability by controlling his officers.

On Dec. 6, 2006 C/O Dennis Perry and C/O Charles Hicks collected mail I handed C/O Perry two envelopes and he intentionally dropped one on the ground while putting it in the mail box. He picked it up and put it on the cart. Inside the envelope was a letter for Witness Marlene Thomas attached with an newspaper article and handwritten affidavit. Later that night around 3:30am C/O Perry walked by my cell door banging on it waking me up and stating "Ha, ah I got your mail and I read it and it is going to the D.A.!" Every time C/O Perry collects mail he removes my mail from the mail box and opens it for no other reason than to stop me from speaking out. C/O Perry is one of the officer's whom set me up to have an HIV and Hepatitis infected prisoner throw feces and blood in my face.

On Dec. 13, 2006 Officer's shook down my cell an seized sealed addressed stamped envelopes from my cell. These envelopes were addressed to Federal Judge Nathaniel Gorton, Blenda Rice (my Mother), Marlene Thomas and Attorney Andrea Wagner. I personally feel this was done to cover up C/O Perry acts on Dec. 6, 2006. My envelopes were given to the District Attorney because I have an open assault case. Also several months ago C/O Perry shook down my cell and seized Marshall Forms from the U.S. District Court to service a lawsuit, i.e., <u>Rice V. McCann</u>, DKT. No. 06-10503-NMG. Now I can serve this lawsuit.

I have wrote numerous family members, friends, and Legal Sources that has never received my correspondences. I have sent out my mail via certified mail which has never been received by addressees but certified mail fees were extracted from my prisoner account. My family check the U.S. Postal Website and they have

- 3 -

no record of receiving the mail. Mailroom Officer Gary ~~Heboda~~ Heboda opened an outgoing manila envelope and issued me a Disciplinary Report because inside the said envelope were sealed envelopes addressed to News Reporters explaining my grave abuse at the hands of Prison Officials. Rep. Kay Kahn has personally spoken with Prison Officials about these matters but nothing has been done to correct them by Prison Officials. They are isolated incidents because several prisoners mail has been censored to stop them from speaking out. Some of these prisoners are: 1) Joseph Clark, 2) Daniel Mason, 3) Joseph Druce, 4) Keith Jackson and 5) Tony Gaskins. There are many more prisoners. Attorney ~~Attorneys~~ Andrea Wagner is in possession of an affidavit from Prisoner Luis ~~Rogers~~ Rodriguez-W8a521 which cites how officer's were censoring my mail because I was writing Media Members and how Officers physically gave him my mail from outside Family, Friends and Attorneys. Please help me stop these Federal Crimes of Censoring my mail?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x [signature]

Dated: Dec. 17, 2006

CC: Michael Beaudet, Fox News Reporter
    Nathaniel M. Gorton, Federal Judge
    Reginald C. Lindsey, Federal Judge
    Lauren Petit, MCLS Attorney
    Richard G. Stearns, Federal Judge
    Andrea J. Wagner, Attorney
    Rev. Michael W. Walker
    Mark L. Wolf, Chief Federal Judge

- 4 -

CC: Enclosure
Rep. Kay Khan

Certified Mail No.
7006 0100 0003 9496 5567