FILED
IN CLERKS OFFICE
2007 JAN -4 A 11: 55
U.S. DISTRICT COURT
DISTRICT OF MASS

Jordan M. Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

Mark L. Wolf, Chief Judge
1 Courthouse Way, Room #5110
Boston, Ma 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed a copy of a letter I wrote the Dept. Of Justice dated Aug. 22, 2006 and their unfair response dated Oct. 13, 2006. The Dept. Of Justice and FBI are withholding documentation that prove the State Police provided perjured trial testimony to conceal an bloody palm print which will lead to my exoneration from my wrongful State Murder Conviction but as in the case of Massachusetts State Defendants Peter Limone, Joseph Salvati, Louis Greco (deceased) and Henry Tameleo (deceased) my Freedom Of Information Act Request are falling on deaf ears. Please note, the said defendants spent over thirty years in prison wrongfully convicted of murder which two died in prison and were cleared posthumously!. If it wasn't from you landmark ~~hearings~~ evidentiary hearings in U.S. V. Salemme none of this grave injustice would of been unearthed! The Government is stonewalling me which is why I have requested you order discovery from the FBI and conduct an Evidentiary Hearing because my Court appointed counsel, Eugene P. McCann, is willfully sabotaging my above petition. You found this issue meritorious enough to appoint counsel but Attorney McCann has related that he shares some type of relationship with the State Police Trooper, Patricia Bechan, which is why he refuse to pursue this "dead bang winner" issue among other reasons.

Despite the great odds against me I have still tried to pursue clearing my name from this wrongful conviction. I have a newly discovered evidence in the form of: 1) an eye witness whom saw two white males leaving

the crime scene which one was covered in blood and they heard him state he left his knife inside the victim's apartment and 2) forensic evidence from the crime scene, i.e., bodily fluids inside the victim that has never been DNA tested along with the murder weapon (knife) that has blood on the blade and handle which was found in the bedroom with the victim's stabbed dead body. Despite this evidence proving my actual innocence Donald Bronstein of the Committee For Public Counsel Service won't provide me appointment of counsel for the first time which is at the behest of Attorney McCann.

One prong of the "procedurally default" test is interference by State Officials which I can satisfy on two grounds: 1) Prison Officials are denying me access to legal materials that I can demonstrate with documentation and 2) The State Public Defenders Office has denied me appointment of Counsel for the first time at the behest of Attorney McCann whom I am suing for Legal Malpractice.

Sir, it would be a injustice for you to ignore my cries of injustice when I can support them with overwhelming evidence. You have been truly committed to Justice, so please examine my case closely and provide me Justice. In Closing, I want plagiarize from the late great President Ronald Reagan whom appointed you to the bench. "Judge Wolf tear down these walls that wrongfully incarcerate me."

Thank you for your attention to my wrongful conviction

Respectfully Submitted,
x [signature]

Dated: Dec. 1, 2006

CC: Michael Beaudet, Fox News Reporter
    Rice Family
    Laurel J Sweet, Boston Herald Reporter & Enclosure