**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*  Washington, D.C. 20530

FILED
IN CLERKS OFFICE
2007 JAN -4  A 11: 55

OCT 13 2006
U.S. DISTRICT COURT
DISTRICT OF MASS

Mr. Jordan M. Rice                   Re:   Appeal No. 05-0699
177 Battles Farm Drive                     Request No. 1009313
Brockton, MA  02301                        ADW:CAS

Dear Mr. Rice:

You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself, including any records that confirm or deny the destruction of certain forensic evidence in 1995.

I have been informed that you filed a Complaint seeking judicial review of the action of the FBI in the United States District Court for the District of Massachusetts. Inasmuch as this matter is now before the Court, I am closing your appeal file in this Office in accordance with 28 C.F.R. § 16.9(a)(3) (2006).

Sincerely,

Daniel J. Metcalfe
Director



Jordan M. Rice
177 Battles Farm Drive
Brockton, MA 02301

Office of Information and Privacy
U.S. Department of Justice (D.O.J.)
Attn: Priscilla Jones, Administrative Specialist
Suite # 570, Flag Building
Washington, DC  20530

RE: **Administration Appeal No. 05-0699**

Dear Madam,

Hello, I am writing you for the **SIXTH** time in response of your January 4, 2005 correspondence addressed to my attention in regards to the above referenced Administration Appeal and Attorney Charles K. Stephenson, left D.O.J Civil Right Unit Supervisor Therese Roberson a voice mail message in March of 2005 all to no avail. Considerable time has elapsed and my pending administration appeal, written inquiry and Attorney calls has all gone unanswered.

The Federal Government isn't supposed to withhold requested documentation under "FOIPA Request" if said documentation deprives "a person of right to a fair trial or an impartial adjudication".

Please note, the current withholding of my requested documentation filed by Agent Randall Fitzwaters of the Federal Bureau of Investigation (FBI) is directly denying me "an impartial adjudication". 5U.S.C & 552 (b) (7). The FBI has an allege pattern of behavior in regards of withholding documentation which deprives individuals an imperial adjudication (See Exhibit No.1)

Currently there is a lawsuit pertaining to this denial of an impartial adjudication pending in the Massachusetts Unite States District Court with Judge Reginald C. Lindsay pending. See, Rice V. FBI., DKT. No 06-0431-RCL. Judge Lindsay has been stern in his condemning malfeasance behavior by the FBI (See Exhibit No.2). We can forgo lengthy and potentially damning litigation via forwarding to my attention the requested documentation in regards to FBI Agent Randall Fitz waters which I am willing to cover any reasonable cost.

Upon receipt of the requested non-redacted documentation I will immediately file a dismissal of the cited Lawsuit in U.S. District Court. I hope we can reach a fair and prompt resolution in this matter.

I look forward to our anticipated cooperation in this matter.

Respectfully Submitted,

Jordan M. Rice

Dated: Aug. 22, 06

CC: William Christie, Civil Attorney
Sheryl J. Holiday, Dir of Boston University Journalism School
Reginald C. Lindsay Federal Judge
Charles K. Stephenson, Attorney
Laurel J. Sweet, Boston Herald Reporter
U.S. Congress Legislators
Enclosure

**CERTIFIED MAIL NO.**
7005 3110 0004 2875 3367

# Exhibit No. 1

# Suffolk DA clears Greco posthumously on 1965 murder rap

**By J.M. LAWRENCE**

Louis Greco died behind bars for murder after maintaining his innocence for 30 years.

Now the Suffolk District Attorney's office finally believes him.

Greco, a World War II veteran hobbled by a shot to the ankle in the Philippines, always claimed he was in Florida on March 12, 1965, when the mob shot Edward Deegan in a Chelsea alley. He passed three polygraphs and won two commutations that were never acted upon by former governors.

In a motion quietly filed in Suffolk Superior Court in September, the DA's office finally acknowledged what new testimony and secret FBI memos uncovered recently have revealed: Greco was framed by mob hit man-turned-government witness Joseph Barboza.

"It appears that justice may not have been done," Assistant DA Mark Lee said in the motion to drop all charges against Greco posthumously. The motion cites "legal and ethical considerations raised by the newly discovered FBI documents, as well as principles of consistency and fundamental fairness" as the reasons.

The DA's office dropped the charges against Greco's co-defendants Peter J. Limone and Joseph Salvati in January 2001. Limone was released after 33 years behind bars. Salvati was in prison for 30.

For Greco's family and friends, the DA's motion is a mere formality in a long battle to clear Greco's name and seek compensation from the FBI for backing perjured testimony in the case.

"Big (expletive) deal," said one longtime friend of Greco's about the move to drop the charges.

The Justice Department refuses to settle the lawsuits filed by Greco's estate, Limone and Salvati. The government has argued it can't be held responsible for the actions of FBI agents under tort laws in effect in the 1960s.

Former New England Mafia leader Francis P. Salemme told congressional investigators that former FBI agent Dennis Condon met with him after the Deegan verdict in 1968 and laughed about setting up Greco.

Greco was 78 when he died in a prison hospital in 1995 from colon cancer and heart disease. He suffered horribly, according to the suit filed by his son, Edward Greco. He could not get proper care for his diabetes and lost a leg to amputation.

His sons grew up without their father and watched him deteriorate in prison. Both men fell into deep depressions as adults. Louis Greco Jr. committed suicide by drinking a bottle of Drano in 1997, court papers said.

Attorney Howard Friedman, who represents Edward Greco, said the DA's decision to drop the charges will aid his lawsuit.

"He knew his father didn't do it," Friedman said. "This was an innocent man who was framed, and the most amazing part is the government knew it."



GRECO: Cleared of murder charge by DA after dying in jail.

# Exhibit No. 2