Jordan M. Rice - W65434
P.O. Box 100
Walpole, Ma. 02071

FILED
CLERKS OFFICE
2007 JAN 10  A 8:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Chief Judge
1 Courthouse Way, Room # 5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, I am writing you today to update you on related Civil Action and other pursuits which will directly impact the above referenced habeas corpus petition currently pending before you. First, I sued the FBI under the Freedom Of Information/Privacy Acts Requests to attain documentation filed by FBI Agent Randall Fitzwaters substantiating State Police Trooper Patricia Beehan falsely testified that he (Fitzwaters) destroyed the bloody palm print on a coffee cup found at the crime scene during examination at a seminar. This requested information will establish three pending federalized claims, i.e., A) Trial Counsel failed to investigate establishing ineffective assistance to counsel; B) Police Misconduct of withholding exculpatory evidence and; C) Conviction based upon perjured testimony. These claims you appointed counsel, Eugene P. McCann, to pursue but he has refused to raise these highly meritorious Constitutional violations due to his grave conflict of interest.

Most recently the FBI's Attorney filed an motion to dismiss my complaint which an Paralegal will help me file Opposition against because the government failed to do an adequate search for my requested information. I submit to you that as in the wrongful conviction of Louis Greco, Peter Limone, Joseph Salvati and Henry Tameleo the Federal Government is withholding exculpatory documents that will prove there was malfeasance behavior in my case. I only mention these men because it was due to your Landmark Evidentiary Hearings

in United States V. Francis Salemme, et.al., that was the direct result to the Governments malfeasance behavior being discovered. I strongly believe that my complaint against the FBI will attain a fair judicial review in the District Court because your colleague, Judge Reginald C. Lindsay, has been highly critical of FBI misconduct as yourself!. See Rice V. FBI, DKT. No. 06-10431-RCL.

Second, I wrote Mr. Barry Scheck, whom is the Director of the Innocence Project, requesting testing of Physical and Forensic pieces of exculpatory evidence which an copy should be on the docket in the above referenced case. I would like to highlight two pieces of exculpatory evidence which upon testing would lead to my exoneration A) There was unidentified bodily fluids present inside the victim's vagina along with my semen. I smit her and I had consensual intercourse approximately 10 hours prior to her being murdered. Clearly this other bodily fluid demonstrates someone else committed this crime and; B) an knife with blood on the handle and blade was found in the same room with the victim's stabbed to death burned body. This is surely the murder weapon. Along with blood on the handle there probably are bloody prints and on the blade or handle there is probably blood other than the victim's, i.e., prints and blood of the true murderer'. The alleged cornerstone of the Commonwealth's case against my was DNA Evidence. Why wasn't these two and other exculpatory pieces of evidence tested?

My Family and Friends are now trying to raise funds to hirer an DNA Expert to review all the Physical and Forensic Evidence because the Innocence Project can take years and I want to try presenting these findings to you. Please note, reason being because one of my numerous grounds of ineffective assistance of trial counsel currently pending before you is "Failed to preserve, analyze, and present potentially exculpatory forensic evidence from the crime scene which would have conclusively established [my] innocence of the crimes charged" and supporting exhibits, already on the docket, clearly demonstrate well prior to trial I requested in letter form that Trial Counsel, Henry Owens, perform these acts. Also on the docket is

PAGE 3 OF 3
------

his response in letter form denying to fulfill my request, demonstrating Attorney Owens' representation fell below an objective standard of reasonableness". Strickland V. Washington, 466 U.S. 668, 688 (1984).

Third, I have placed an abundant amount of evidence to substantiate the Department of Corrections (DOC) is denying me access to the courts in two manners: (A) denying me access to legal materials and and (B) committing the Federal crime of censoring all my incoming and outgoing mail. New officers has recruited prisoners to write letters under my name (See Exhibit No. 1). For these reasons I have had my Mother, Blenda Rice, call your Clerks, Ms. Kathleen Boyce and Mr. Dennis O'Leary, on a weekly basis to check if you rendered an decision on my above reference case which to our information you haven't rendered yet but we are firm Believers in the statement of "Good things come to those who wait!". Also my mother performs this task because there is a complete break down in communications Attorney McCann and I's Attorney-Client relationship which you have also found.

Lastly your Honor, please don't misconstrue my frequent correspondences as writings of an mad man. I am trying to demonstrate due diligence because there are "dead bang winner" issues that are unexhausted which I been trying to exhaust in the state courts. If I must go before the Federal Appellate Courts, I don't want the Courts to find that I was dormant in my pursuit for justice. Jamison V. Collins, 100 F.SUPP. 2d. 747, 757 (2000).

Signed under the pains and penalties of perjury this 5th day of January, 2007 A.D.

Dated Jan. 5, 2007 A.D.

x _____

Jordan M. Rice