# Exhibit No.

# 1