Jordan M. Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

Mark L. Wolf, Chief Federal Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

FILED IN CLERKS OFFICE
2007 JAN 18 P 12:40
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Rice V. Brady, DKT. No. 06-10859-MLW

Dear Judge,

Hello, please find enclosed your copy of my letter to Gov. Romney which cites the federal crime of censoring my mail along with other grave human rights abuses that violates my Constitutional Rights. If you have rendered a decision on my above petition I am not in receipt of it.

Please note, I have newly discovered evidence that exonerates me, i.e., an eye witness and forensic evidence from the crime scene in the form of bodily fluids inside the victim and the murder weapon (knife) that has blood on the blade and handle which was found in the bedroom with the victims dead body. Despite this evidence proving my actual innocence Donald Bronstein of the Committee For Public Counsel Service won't provide me appointment of counsel for the first time which is at the behest of my Habeas Corpus Attorney Eugene P. McCann, whom is seeking reprisal against me for filing complaints and lawsuit (Rice V. Dennehey, DKT. No. 06-0432-RGS) against his Prison Guard relative whom abused me. Please don't turn a blinded eye to my overall INJUSTICE?

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,
x [signature]

Dated: Nov. 20, 2006

C: Michael Beaudet, Fox News Reporter / Enclosure