Jordan M. Rice-W65489
177 Baldks Farm Dr.
Brockton, Ma. 02301

Mitt Romney, Governor
State House, Room 360
Boston, Ma. 02133

FILED
IN CLERKS OFFICE
2007 JAN 18 P 12:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Guantanamo Bay Style Torture

Dear Governor,

Hello, I am writing you today to again outline the Guantanamo Bay Style Torture of me in reprisal of my exposing how High Ranking DOC Officials, including your appointed Commissioner Kathleen Dennehy, covered up SBCC Officer's role in the High Profiled murder of Prisoner John Geoghan. Also now Prison Officials are trying to kill me as followed:

1) Censoring of Mail: Currently this Federal crime is ongoing which I will prove beyond a reasonable doubt. I am not receiving my incoming Personal and Legal mail. Attorney Gerald Williamson has forwarded me legal documents that I have never received due to DOC Officer's are not giving me my mail. There is no telling how many other pieces of incoming correspondences from Attorney's, Courts and Public Officials I haven't received. Now the Marshall Administration is using the excuse that I should inform the Legal Community and others to send all mail by certified mail to me. Even when I have mail sent by certified mail, doesn't reach me until weeks after the post mark dates.

For example I had an Paralegal send me legal documents by certified mail (#2005 1820 0005 5327 9851) which was postmarked Sept. 26, 2006 and was signed for by Prison Officials on Sept. 27, 2006 but I didn't receive this piece of mail until Oct. 4, 2006, i.e., 7 working days later. To prove this point one must only review the contraband notices I received for the carbon copy legal forms (which should of never been contrabanded) or review the institutional certified mail log book.

I had my Family mail me back a copy of the Aug. 4, 2006 dated letter I forwarded to your attention. Upon arrival DDU Staff read this letter and gave it to there two prisoners (Michael Karnes and Christopher Cubbs) whom they pay off with smuggling cigarettes and other contraband into the prison for them so these prisoners would show it to other prisoners which has turned them against me because in the said letter I cite sensitive information surrounding my protective custody status. Simply, Prison Officials are trying to get me killed as they did Prisoner John Geoghan. My Magazines are being given to other prisoners. I have four affidavits in regards to these acts along with an sexually explicit letter that another prisoner (Michael Karnes) wrote my family member. The only way Mr. Karnes obtained my cousins address is thru DDU Staff giving him my mail.

PAGE 2 OF 6

I found inside my legal mail from an Attorney, that wasn't opened in my presence pursuant to DOC policy, an "Sept. 5, 2006 Daily Count" sheet (See Exhibit No. 1). I am in DDU which is a Super-Max Security Segregation Unit that isn't connected the main prison and this is a very controlled environment because I am locked in my cell 23 hours a day and moved out of my cell only by two officer's escorts in full restraints. Therefore, the Marshall Administration can't come up with no excuses why I am in possession of these confidential security documents other than thru their arrogant sloppy criminal behavior in handling of my mail, i.e., denying me access to the courts.

Exhibit No. 1 is a very confidential security documents that cites the canine and games of other prisoners which NO prisoner is ever suppose to possess. This explains why I am not receiving 90% of my incoming mail and some of my outgoing mail isn't received by the addressees. Furthermore my possession of this document is a grave breach of security and proves the Marshall Administration has no control over it's officer's whom are torturing me and completely cutting off my access to the outside world.

On June 5, 2006 mailroom officer Gary P. Hebb opened an outgoing manila envelope and gave a D-Report (#76830) because inside were letters and envelopes addressed to media officials citing the grave torture of me which I was punished for. DOC Officials falsely assured Representative Kay Khan that my problems has been addressed but this is far from the truth. In fact the problem has only gotten worst!

I have a Habeas Corpus pending before Chief Federal Judge Mark L. Wolf. I don't know if a decision has been rendered due to the mail censorring along with the fact my Federal Court Appointed Attorney Eugene P. McCann has engaged in sabotaging my Habeas Corpus due to the fact I filed complaints and a lawsuit against his prison guard relatives for covering up the torture of me in regards to the Geoghan Murder. Attorney McCann refuses to communicate with me. Therefore, I am being denied access to the Courts despite the fact I have an newly discovered eye witness whom exonerates me.

2) Denied Access To Medical Care: Over the last two months I have filed no less than 40 sick call slips for these ailments: injury to my ankle due to assaults by C/o James Cheever; injury to my head and left hand due to assaults by C/o Joshua Foster; Respiratory problems, spots on my skin, itchy skin, coughing up white and brown liquid all due to officer's saturating my meals with feces, poison, blood and other chemical agents. Also due to this tampering of my meals I am vomitting, having bloody diarrhea and no longer able to hold down food. All my sick call slip's has been ignored along with medical grievance forms that I filed.

On July 3, 2006 I showed Nurse Ann Evans an cut on my neck from a used razor that Sgt. Darrell Rivera gave me in his attempt to murder me via infecting me with an infectious disease. Ms. Evans stated she would write a Nursing Note Report and give it to the Doctor. Next I attempted to obtain the said "Report" and was informed by the Health Services Administrator (HSA) that no such note exist. I showed Ms. Evans the HSA letter and she said "she would speak with the HSA to obtain me a new because she filed the report. Several

days later Ms. Evans did a 360 degree change of story by claiming never to have said a cut on my neck or filed a report. Simply she is covering up for Sgt. Rivera.

On Aug. 31, 2006 Nurse Jeff Fisher and three DDU Officer's assaulted me with an deadly weapon, i.e., an used infected needle. During which officers stated "I was a nigger monkey who should die of aids". I believe Nurse Fisher is related to SBCC C/O Thomas Fisher. There is an current ongoing investigation into C/O Fisher assault of me which was in reprisal of my reporting C/O Scott Laverdure. This is the same Thomas Fisher whom was profiled Feb. 14, 2005 Fox News Investigative Report for physically and sexually assaulting Prisoner Che Barnes.

Now I am being denied blood test for infectious disease, but if such testing was offered I would be afraid to accept it because Medical Staff is working with DOC Officials to kill me. Any ways I am being denied such testing on unsound medical grounds. In fact, the Center For Disease Control and Prevention advocates testing for infectious diseases. Since my incarceration in 1998 I have had yearly testing with negative results. In fact, in May 2006 I last tested negative for Hepatitis and HIV which my Family has copies of the results. I mention this fact in case all testing results are removed from medical records due to any future positive results.

Now three tubes of my blood from the Aug. 31, 2006 assault is missing which I fear has been given to Law Enforcement to set me up for a crime. This fear may sound cynical but Prison Officials admitted in Court that such articles has been seized for DNA testing at the State Police for my current wrongful murder conviction. Furthermore, there is no coincidence that on Aug. 1, 2006 I served the Plymouth County District Attorney's Office with an lawsuit to attain several forensic items seized from the Crime Scene that will exonerate me upon DNA Testing. The type of things that is happening to me is equivalent to the sadistic experiments the Nazi perpetrated upon the European Jewish Communities during the World War II Holocaust.

2) Denied Mental Health Care: Since 2003 I been held in punitive segregation, in reprisal of speaking out about the Geoghan Murder, where I been mentally, physically and sexually tortured which now I suffer from depression from this grave torture. I have chronic insomnia which is a side effect from the depression. I take the over the counter medication called "Benadryl"

Nurse Practitioner Rosemary Spaulding [sic] for the second time has discontinued my Benadryl (25 Milligrams). She has no authority because she has nothing to do with Mental Health. Simply, this is in reprisal of my complaining about how the medical staff is denying me medical care. Now I am left to suffer from the depression and insomnia. Please note, Benadryl is the ot medication I will take because I am very suspicious of the mind altering mental health medication which I have witnessed prisoner's repeatedly use to supplement a drug addiction! I have absolutely No history of Drug use or abuse!

My Mental Health Sick Call Slips and Grievance Forms are being ignored too! There is clou the Mental Health Staff and DDU Officer's are using to violate patient's confidential Rights

by placing me in the multi-purpose room. Where I must speak to my clinician thru the door while two officer's stand by listening to my conversation. Immediately next to the door is a two way intercom-speaker that officer's in the control booth ease-drop on this privileged conversation. Then tell other prisoners about the contents of my privilege conversation. Such meetings are suppose to be held in the DDU non-contact visiting.

4) **Obstruction of Justice**: I was charged in Wrentham District Court for: 1) Assault & Battery on C/O James Cheever and 2) Assault & Battery with dangerous weapon. The alleged dangerous weapon was a cup of coffee. Several prisoner's are willing to testify how C/O Cheever called me a racial slur and verbally tormented me about how the Marshall Administration was cutting off my access to the outside world via enforcing phone and visit sanctions that were suppose to be eradicated.

Now DDU Officer's has began smuggling in cigarettes and other contraband items into prison to pay off prisoners namely Michael Karnes so he recruits other prisoners to not help. Also Prisoner Karnes is HIV Positive and he is aiding Correctional Staff in their attempt to infect me. I have requested that Mr. Karnes that he be moved off the tier with me, but the Marshall Administration has ignored the request and to spite me, I was moved next to Mr. Karnes. I will probably now be moved off the tier which I asked them not to do because of my enemy situations in DDU.

5) **Punished For Speaking out**: I have already asked how I was punished for writing News Reporters about the abuse torture of me. Now I am being punished for an letter dated June 14, 2006 addressed to Public Safety Secretary Robert Haas citing how Sgt. Rivers and C/O William Sinclair were trying to infect me with an infectious disease viz given me used infected razor's along with citing how C/O Sinclair and C/O John Doyle were saturating my food with human waste and chemical agents. Now to cover up this malfeasance behavior Investigator Jamie Nici issued me a D-Report (#85788) for allegedly fabrication these cruel acts by off which is based on Sgt. Rivers, C/O Sinclair and C/O Doyle's denials, which is natural for them to do out of fear from discipline and criminal charges.

Also I received 14 days loss of telephone sanctions that was Dismissed and was up held on appeal on Aug. 23, 2006 (See Exhibit No. 3). Over a month later on Sept. 27, 2006 the sanction was enforced to cut off my access to the outside world (See Exhibit No. 3). Also I am being denied access to phone slips to make outgoing call because without the said slip I can't gain access to the phone. This is without no justification other than to stop me from communicating with the outside world.

6) **Denial To Groom Hygiene**: On Oct. 10, 2006 C/O Sweeny [sic] stole my towels from my laundry bag and gave it to another prisoner I am housed on the tier with. I was had no towels to properly groom my hygiene for approximately two weeks.

7) **Set up To Be Assaulted**: Officer's are trying to get me assaulted in the yard by Prisoner Michael Karnes. Also they are planning to open another prisoner's cell door and mine. Then officers will blame it on the computer system. On Oct. 25, 2006 C/O Dennis Perry set m

up while going to the shower and Prisoner Keith (last name unknown) assault me throwing a mix of feces, urine & blood in my face. Also while walking to the shower Prisoner Chris Cubbles and Steve Jacome [sic] attempted to cut me with razors. Prisoner Keith is Hepatitis positive. Now these prisoner are receiving special privileges from officers. If I am forced to kill in self-defense then I am not criminally responsible because the DOC, at every ignore has ignored my grave plight.

8) Breach of Security: There are serious breach of security which are being orchestrated and sanctioned by Acting Superintendent John Marshall. Mr. Marshall has personally came on the tier and stated in front of all prisoner's "you write to many letters I am not talking to you". Deputy Superintendent Lisa Mitchell and other administrator's has used this play which is being done to falsely cable to prisoner's that I am informing on them. On Oct. 19, 2006 Captain Raymond Turcotte stated to me on the tier "I will pull you out to talk to you about the letter you wrote me where you claim officers are trying to set you up in the yard to be assaulted by another prisoner." I did write such a letter and Cpt. Turcotte was only letting other prisoner's know it.

Also I write the Marshall Administration letter's in regards to security concerns and copies of the letters are funneled back to prisoner's. Simply, the Marshall Administration is trying to stop me from speaking out about the torture of me so they can set me up to be murder like Prisoner John Geoghan. Superintendent Marshall murdered a prisoner when he was a Prison Guard approximately 20 years ago. Mr. Marshall wants me dead for exposing how his nephew, %Richard Peterson, was part of the Mental, Physical and Sexual Torture of me in reprisal for speaking out about the Geoghan Murder cover up.

On Oct. 26, 2006 I was tortured by %Dakers and %Sweeny in the following manner while both officers were on the tier for a security matter they did instigate prisoners being rowdy towards me via calling me a "Nigger Rat" and telling Prisoner Stevern Jacone that I ratted him out. Then while I was in my cell one of these officers stole my radio and legal documents from my property to give to another prisoner because currently their ar prisoner's without radio's due to a radio shortage. This is the second time my property has been seized to give to another prisoner.

Throughout your term as Governor I have wrote you no less than 50 letter's since 2003 outlining the torture of me in reprisal of speaking out about the cover up in the Geoghan Murder which your administration has ignored. Furthermore all the torture of me that has been outlined in every correspondence has been captured on institutional video but I am still being punished. I am serving six year's DDU for allegedly assaulting staff but each incident the video evidence depicts staff assaulting me. Therefore, these DDU sentences are only plays to set me up to kill me to stop me from speaking out about the said cover up and this proves that there has been no reform in the DOC post-Geoghan Murder as you promised.

Everyone in this Country is rightfully outraged about the torture of Prison

Terrorist Suspects but what about me?. Since your unwilling to allow me to remedy this torture of me through democratic channels as a good American utilizing his country's democracy system. Then I am prepared to confront this kill or be killed atmosphere the DOC is forcing me to confront. If life is lost or serious injuries occures then the blood is directly on your hands for ignoring my plight. Please note, all the above torture of me has been capture on video institutional video and my Family is in receipt of countless affidavits from prisoner's outl. the grave torturing of me. Please address the torture of me before your term. ends or life is lost because my situation could ruin your president run?.
    I look forward to your anticipated cooperation in remedying my grave plight?.
                                     Respectfully Submitted

Dated: Oct. 26, 2006, A.D.

CC: Attorney's
     Federal Court Judges
     Michael Keating, Norfolk County District Attorney
     Media Personnel
     Public Officials
     Rice Family
     Enclosure

Certified Mail No.
7005 1820 0005 3813 6384

P.S.
    Just as I completed this letter on Oct. 26, 2006 at approx. 7:30 am. I was offered an HIV Blood Test which I denied because when I meet with the woman I notice there were bloody medical pads laying on the desk next to the needles in multi-purpose room. It was a very unsanitary condition which I am sure was some type of medical violation. I personally felt this was another plot to infect me as officers and medical staff has been trying to do jointly. I will sub. to such testing in sanitary conditions and with an independent witness present.

Date: September 08, 2006

Daily Count: 552+107=659

| Name | ID | Status | From | To |
|---|---|---|---|---|
| Foster, Dennis | W-82052 | Canceled | B7-6 | B3-34 |
| Collazo, Anthony | W-87759 | Transferred | Ten Block | MCIN |
| Pereira, Judex | A-98307 | Returned | USD | B4-4 |
| Andrews, Richard | W-83626 | Unit | Ten Block | HSU |
| Cromartie, Craig | W-80600 | Unit | B3-10 | B2-1 |
| Evers, Richard | W-81164 | Unit | HSU | Ten Block |
| Farley, Matthew | W-38635 | Cell | B2-1 | B2-32 |
| Michaud, Benjamin | W-81003 | Unit | HSU | B3-10 |
| Nobles, Jason | W-81764 | Unit | HSU | B3-35 |
| Fowler, Michael | | Returned | USD | B4-6 |
| Pagan, Eduardo | | Returned | USD | B4-9 |
| Douyon, Marc | W-66605 | Unit | B5-44 | B3-13 |
| Estrada, Kenneth | W-85014 | Unit | A1-41 | B1-18 |
| Hour, Pov | W-81796 | Unit | B6-20 | B7-26 |
| Johnston, Christopher | W-70642 | Cell | OU1-216 | OU1-218 |
| Peck, Justin | W-80596 | Unit | Ten Block | DDU |
| Perkins, James | W-86669 | Unit | B1-18 | B2-39 |
| Pierce, Kevin | W-47362 | Cell | OU1-218 | OU1-216 |
| Scott, Kahlil | W-85980 | Unit | B6-39 | B7-36 |
| Woods, Joseph | W-83973 | Unit | B5-19 | B7-30 |

Exhibit No. 1

B3-203

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI CEDAR JUNCTION

### RESULTS OF APPEAL

DDU

TO: RICE, JORDAN M   I.D. No W65429   Housing Unit: ~~TEN BLOCK~~

Re: D-Report No. 78243   Date: 20060727

**A.**

| Code Description | Sanctions | Start Date | Unit | # of Units | End Date | #Credits | Amou |
|---|---|---|---|---|---|---|---|
| 3-04-Threatening another with bodily harm or with any offense against another person, property or family | LOP | | D | 14 | | | 0 |
| 3-26-Use of obscene, abusive or insolent language or gesture | DISM | | D | | | | 0 |

- Dismissed is what the D stands For.

Grounds for Appeal: SEE ATTACHED ORIGINAL.

**B. By the Superintendent**   Decision _Denied_   Date of Decision 8-17-06

After reviewing your case involving the above cited Disciplinary Report, I find as follows:

| Code Description | Sanctions | Start Date | #of Units | # Credits | End Date |
|---|---|---|---|---|---|
| 3-04-Threatening another with bodily harm or with any offense against another person, property or family | LOP | | | | |
| 3-26-Use of obscene, abusive or insolent language or gesture | DISM | | | | |

Superintendent's Appeal Notes:

_[signature]_   8-17-06
Superintendent   Date

Hearing conducted in accordance w/ policy - sanction fair

A copy of this decision has been served on the inmate   RICE, JORDAN M

Served by:   Micheal P Reynolds   Date 8/23/06
Staff Signature

Exhibit No. 2

Jordan M. Rice -W654
DDU, B-3, Cell #203

Inmate Telephone System
MCI Cedar Junction

Exhibit No. 3

Re: Reactivate My Telephone Pin

Dear Sir and/or Madam,

Hello, would you please reactivate my telephone pin number C895 Please note, currently I am not serving any sanction telephone sanction.

Thank you for your attention to this matter.

Respectfully Submitt
x [signature]

Dated: Sept. 27, 2006

cc: Michael Beaudet, Fox News Reporter
    Rice Family
    Leslie Walker, MCLS Attorney
    Andrea Wagner
    Mark L. Wolf, Chief Federal Judge

D-Report 78243
14 day loss of phones
9/27/06 - 10/11/06


9/28