# United States District Court
# District Of Massachusetts

Jordan M. Rice,
  Petitioner,

v.

Timothy Hall,
  Respondent.

DKT. No. 04-10859-MLW

## Renewed Motion To For An Evidentiary Hearing And First Motion Requesting Funding For An DNA Expert

Petitioner, Jordan Rice, now moves to renew his request for an Evidentiary Hearing and for the first time requests funds for DNA Expert Daniel E. Krane.[1]

The petition asserted a number of Constitutional claims including Ineffective Assistance of Counsel on several grounds of Counsel failed: 1) to preserve, analyze, and present potentially exculpatory evidence from the crime scene which would have conclusively established Rice's innocence of the crime charged, 2) failed to obtain and/or call expert witness on Rice's behalf at the trial and 3) failed to present other witnesses and proofs establishing that person(s) other than Rice may have committed the crimes charged among other numerous failures of Trial Counsel.

On March 17, 2005 Judge Wolf held in his Memorandum And Order in granting appointment of Counsel that the Petitioner's ineffective assistance of counsel claim "may require expert testimony on DNA" evidence

---

[1] Petitioner requests that this Motion be treated as an Affidavit and Memorandum of Law.

-2-

and Petitioner will now meet the burden why Judge Wolf should grant an evidentiary hearing and funds for an DNA Expert.

On December 20, 2006 DNA Expert Daniel Krane informed the petitioner that "a secondary contributor's DNA may also be present" in a swab from the victim which tested positive for Petitioner's DNA too. Dr. Krane made to finding from the "Cellmark Laboratory" Report from DNA testing linking the Petitioner to semen found inside the victim. The fact of Petitioner's DNA being found inside the victim isn't surprising where he omits to having consensual intercourse with the victim more than ten hours before someone murdered her. (See Exhibit No 1.)[2]

Mr. Krane informed Petitioner that more "sensitive technique" of DNA testing (i.e., STR-Testing) can identify the source of the "Secondary contributor's DNA" and the DNA "tests that were performed" in my case are "no longer used by crime laboratories". Mr. Krane's preliminary finding not only give great constitutional merit to the Petitioner's Ineffective Assistance Of Counsel Claims but also equally to his Actual Innocence Claim he has been trying to find an counsel to exhaust in the State Courts because an newly discovered eye witness has emerged that exonerates Petitioner.

Granting these request will be in step with the United States Supreme Court's most recent decision in <u>Holmes v. South Carolina</u>, 126 S.Ct. 7272 (2006) (Defendant has right to challenge the forensic evidence to introduce evidence that another person had been in the neighborhood committing crimes.)

---

[2] Dr. Krane's letter is dated December 20, 2006 but Petitioner didn't receive it until Jan. 18, 2007 because all his mail is sent to him via third party certified mail due to Prison Officials censoring his mail both personal and legal.

- 3 -

To the Petitioner's knowledge Judge Wolf has ruled on his first Request for an Evidentiary Hearing but he wants the Court aware of Dr. Kranes findings when considering the merits of his original request for an evidentiary hearing is judged upon. The Petitioner's mother, Blenda Rice, calls Judge Wolf's Clerks, Kathleen Boyce and Dennis O'Leary, on a weekly basis to check on if a ruling has been granted on this Petition which to date we are informed that no decision has been rendered. Petitioner has to take these extra steps because Prison Officials are committing the federal crime of censoring his incoming and outgoing mail to stop Petitioner from informing the outside world about their mental, physical and sexual torture of me.

WHEREFORE, Petitioner requests for the genuine issue above that he is granted an evidentiary hearing and funds for DNA Expert Daniel Krane.

Signed under the pains and penalties of perjury this 19th day of January 2007 A.D.

Dated: January 19, 2007

x _____

Jordan M. Rice, Pro Se
P.O. Box 100
Walpole, Ma. 02071

Certified Mail No.
7006 0100 0003 9497 7249