United States District Court
District Of Massachusetts

FILED
IN CLERKS OFFICE
2007 JAN 22  P 3: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jordan M. Rice,
    Petitioner,

V.

Timothy Hall,
      Respondent

DKT. No. 04-10859-MLW

## Renewed Motion For Appointment Of New Counsel

    Petitioner, Jordan Rice, now moves to renew his request for new appointment of counsel in light of DNA Expert Daniel Kranes finding, which is a genuine issue and is set forth in his accompanying Renewed Motion For An Evidentiary Hearing and First Motion Requesting Funds For An DNA Expert, because on June 28, 2006 Judge Wolf found in his Memorandum and Order that there is a "total breakdown in communications between Rice and McCann." Petitioner needs counsel whom he can communicate with him and Dr. Krane along with forwarding Dr. Krane DNA Materials from Petitioner's wrongful conviction and secure affidavits from Dr. Krane and other experts which is highly impossible to achieve with Attorney McCann whom believes Petitioner is guilty as charged.

    WHEREFORE, Petitioner requests for the genuine reasons above and set forth in his accompanying motions that he should be granted an new Attorney in this matter.

Respectfully Submitted,

x [signature]

Jordan M. Rice, Pro Se
P.O. Box 100
Walpole, Ma. 02071

Dated: Jan 19, 2007

Certified Mail No. 7006 0100 0003 9497 7249