Jordan M. Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

FILED
IN CLERKS OFFICE
2007 JAN 24  A 10:48
U.S. DISTRICT COURT
DISTRICT OF MASS

Mark L. Wolf, Judge
1 Courthouse Way, Room 5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please find enclosed your copy of my letter to Secretary of Public Safety, Kevin Burke which cites how Prison Officials refused to allow me to go to my Jan. 18, 2007 scheduled court appearance. Prison Officials has cut off my access to the courts completely including denying me access to legal materials along with committing the federal crime of censoring my incoming and outgoing Legal/Personal mail. I want you aware of these actions because they are directly effecting my above referenced Habeas Corpus Petition.

Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

Dated: Jan. 18, 2007