Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2007 MAR -1  P 12:54
US DISTRICT COURT
DISTRICT OF MASS.

U.S. District Court
Attn: Mark L. Wolf, Chief Judge
1 Courthouse Way, Room # 5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, I am writing you today to explain the following denied access to the courts by the Department Of Corrections (DOC) which is effecting the above case. I can prove beyond an reasonable doubt that the Federal Crime of censorring my mail by DOC Officials.

First: On Jan. 11, 2007 my Mother (Blenda Rice) mailed me certified mail (No. 7005 1820 0005 3812 3179) which I never received but it is clear that Prison Officials received the said article certified mail because my Mother is in receipt of the Return Receipt with an Prison Officials Signature. The Post Office is probing this missing certified mail.

Second: Attorney Andrea Wagner mailed me letter's that I never received which on Feb 8, 2007 prompted Attorney Wagner to inform Wrentham District Court Judge Warren A. Powers that prison officials stopping my communications with her. Judge Powers ordered the presiding Prosecutor to inform Prison Officials in writing that if they continue to censor my legal mail, he would dismiss the charges against me that DOC Officials filed. If necessary, I can furnish an affidavit from Attorney Wagner.

All this brings me to the fact that if you have rendered a decision on my above Habeas Corpus Petition I am not in receipt of it. There is a