FILED
IN CLERKS OFFICE

2007 MAY -2 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jordan M. Rice - W65434
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Chief Federal Judge
1 Courthouse Way; Room # 5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, I am writing you today to inform you that if you have rendered a decision in the above referenced case I am not in receipt of it two reasons: (1) there is a grave break down in communications between Court appointed counsel and I's attorney-client relationship and (2) DOC Officials are censorring all my incoming and outgoing Legal/Personal Mail which I have evidence to prove beyond a reasonable doubt.

It is my understanding that I have 30 days to appeal any potential denial of my Petition and I greatly fear that I will be denied my appellate rights due to the federal crime of censorring my mail which is why Wrentham District Court Judge Warren A. Powers will conduct a hearing on this matter. Also the said fear is rooted in counsel fail to communicate with me. Please note, this is why I write you on a almost two weeks basis. If a decision has been rendered please refurnish me a copy of it? If you haven't rendered a decision Please don't rush to one because I am trying to exhaust a actual innocence claim among other highly meritorious claims before the state court.

Thank you for your attention to my wrongful conviction

Respectfully Submitted,
x [signature]

Dated: May 1, 2007 A.D.