Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

FILED
CLERKS OFFICE
2007 JUN 19 P 3: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Chief Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, please find enclosed your copy of my Brief and Addendum for my lawsuit against the FBI which is now on appeal at the First Circuit Court of Appeals (See Rice V. FBI, DKT. No. 07-1429). The reason I am sending you these materials is, if I am successfully in attaining the requested documents then it will directly impact the three meritorious constitutional claims pending in the above reference case, i.e., 1) Trial Counsel failed to investigate; 2) State Police Withheld exculpatory evidence and 3) My Conviction is based on perjured testimony. Please note, my court appointed counsel, Eugene P. McCann has refused to pursue these said meritorious claims which relief can be granted upon. Please note there are similarity to my case and Joseph Salvati's case in regards to the FBI which is why I will file a Petition For A Writ Of Certiorari to the U.S. Supreme Court on the said lawsuit and the above reference case. If I am unsuccessful then hopefully you will grant my Pro Se request for Discovery and Evidentiary hearing on the three said claims. I will keep you abreast on this related case.

I look forward to your attention to my wrongful conviction.

Respectfully Submitted,
x [signature]