Jordan M. Rice - W654129
P.O. Box FNCED
Walpole, MA. 02071

IN CLERKS OFFICE
2007 JUL -6 A 11:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice V Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, I am writing you to inform you of the grave breakdown in Attorney-Client Relationship with court appointed counsel, Eugene P. McCann. On June 27, 2007 I spoke with him over the phone where he informed me that you haven't rendered a decision yet. When I tried to inform him how there isn't a DNA match in my case as testified to at trial. I have a DNA Expert whom needs to speak with him. He became extremely pugnacious via stating him and I are "adversaries" and told me to contact Committees For Public Counsel Services or the Innocence Project!. Then he abruptly hung the phone up in my face. The cornerstone of the Commonwealth case against me was the alleged DNA matches which now is proving to hold no probative value. Furthermore the State Police Crime Lab whom handled the DNA Samples has been criticized for botching DNA samples in several cases. I possess a Cellmark Lab document citing the prosecutor informed them that the samples in my wrongful conviction were mixed up. Currently the State Inspector General is conducting a review of the State Police Crime Lab.

In the above referenced case one of my numerous grounds of Ineffective Assistance Of Trial Counsel is "Counsel's failure to move for preservation, analysis and the production of exculpatory forensic evidence" which is preserved for federal review. Also the murder weapon, i.e., a knife with blood on the handle and blade that was found only feet away from the victim's lifeless body has never been fingerprinted or DNA tested. I have evidence to support my actual innocence claim but, it needs to be exhausted before the State Court among other

meritorious constitutional claims that relief can be granted upon.

Before you render a decision in this matter please appoint me new counsel in the interest of justice? I am truly innocent! Also prison officials are censoring my incoming and outgoing mail including Legal Correspondences so if you have rendered a decision in this case at bar I am not in receipt of it due to the: 1) grave break down in communications with Attorney McCann and 2) the federal crime of mail censoring. Also my communications with the First Circuit Court Of Appeals has been obstructed in regards to Riggs V. FBI, DKT. No. 07-1429 which I wrote Richard Cushing Donovan whom as you know is the Clerk of the said Appeals Court. Your office can confirm this with Mr. Donovan. Please give me JUSTICE?

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,

[signature]

Dated: July 3, 2007

CC: Enclosure