Jordan M. Rice- W65129
P.O. Box 1000
S. Walpole, Ma. 02071

FILED IN CLERK'S OFFICE
2007 JUL [??]
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Chief Federal Judge
1 Courthouse Way, Room # 5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, please find enclosed another copy of Motion (?) Notice To The Court Of Attorney Eugene P. McCann's Egregious Attorney Misconduct which is the second time I sent you a copy of this Motion. The first motion was never mailed because prison officials are censoring my mail to stop me from informing the outside world how the are mentally, physically and sexually torturing me. Also enclosed is your copy of my letter to MCI Cedar Junction Superintendent Peter St. Amand citing how your certified mail was censored.

Please note if you have rendered a decision in this matter I am not in receive of it and My Attorney-Client Relationship with court appoint counsel, Eugene P. McCann, has had a serious break down that is irreparable. If there has been a decision in this matter please forward me a copy please?

Thank you for your attention to my wrongful conviction.

Respectfully submitted,
[signature]

Dated: July 9, 2007