Jordan M. Rice - W65491
P.O. Box 8000
Shirley, Ma. 02071

FILED
IN CLERKS OFFICE
2007 JUL 27 P: 29
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Chief Federal U.S. District Judge
1 Courthouse Way; Room #5110
Boston, Ma.. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, please note prison officials are censorring my legal and personal articles of mail both incoming and outgoing which is denying me access to the court including the above referenced case. Enclosed is a copy of an letter the petitioner wrote the prison superintendent (See Exhibit No. 1) and a copy of an Inmate Receipt for certified mail I sent the court which to date I haven't received the return receipt back (See Exhibit No. 2).

If the above referenced case has been decided I am not aware of the decision due to the fact of the federal crime of mail censorring and there is a total breakdown in communications with Attorney McCann. Plus my phone pin has been turned off (which is stopping me from speaking with my family (See Exhibit No. 3). Also I am being denied my own clothes to stay warm (See Exhibit No. 4). I want you aware of my grave plight.

Thank you for your attention to my plight.

Respectfully Submitted,
x /s/ JM

Dated: July 16, 2007