Jordan M. Rice - W65429
DDU, C-1, Cell #127

Peter St. Amand, Superintendent
MCI Cedar Junction

Re: Mail Censoring

Exhibit No. 1

July 5, 2007

Dear Sir,

Hello, on June 27, 2007 I gave Caseworker Jeff (last name unknown) an manila envelope attached with certified mail (#7006 3450 0002 9960 1600) slip and charge slip addressed to United States District Court Chief Judge Mark L. Wolf. The said caseworker forwarded the article of me in question to the mailroom. Still to date no postal funds has been extracted from my prisoner account. Nor does the U.S. Post Office have any record of receiving this piece of mail. This is the second certified mail that hasn't made it out of the prison.

The first certified mail (#7006 0100 0003 9497 1014) was addressed to my Mother, Blenda Rice and contained documents and a letter for her to give to Boston Globe Reporter Jonathan Saltzman which detailed how your medical and mental health staff's are denying me care to cover up your officers extremely cruel torture of me. I am requesting a probe into this federal crime of mail censoring of both said articles of certified mail along with preserving the institutional video for investigation purposes?

Please note, on July 2, 2007 I attempted to discuss this matter with Deputy Superintendent Tyke Bissonnette but in her own words "There is nothing to discuss unless I physically see her officers stop my mail from leaving the prison." This is a lack of leadership ability. Also I am not receiving my incoming legal and personal mail which is directly defying Wrentham District Court Judge Warren A. F... and is why your officers not letting me go before him on my court dates. Therefore, my access to the outside world has been totally cut off. Could you please not ignore this correspondence as you did all others?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

## COMMONWEALTH OF MASSACHUSETTS
### DEPARTMENT OF CORRECTION
#### MCI CEDAR JUNCTION

Date: 2007 0709 11:55:03          Inmate Receipt          Receipt # 9057669

Institution: MCI CEDAR JUNCTION

Unit: DEPARTMENT DISCIPLINARY UNIT

Block: (127)

Commit #: W65429

Name: RICE, JORDAN, M

Type Of Transaction: IC - Transfer from Inmate to Club A/c

Date of Transaction: 20070709

Source:

External Contact:

Amount: $ 6.28

Comments: CERT. POSTAGE (JUDGE MARK WOLF)

Current Balances:

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 117.66 | .00 | .00 | .00 | .00 | .00 |

Exhibit No. 2

C-1

MCI--WALPOLE

Date: 6/26/07
Amount: $ _____

To: MCI Cedar Junction
Certified Mail No.
7006 3450 0002 9960 1600

For: Certified Mail To Judge Wolf

Jordan Rice   W65429
Name          Comm #

DDU
Block

Jordan M. Rice-W65429
DDU, C-1, Cell #107

Peter St. Amand, Superintendent
MCI Cedar Junction

Re: Deactivated Telephone Pin

Exhibit No. 3

July 5, 2007

Dear Sir,
    Hello, your IPS Department has deactivated telephone pin which is prohibiting me from making calls. I am not on no telephone sanctions because sanctions of privileges aren't issued. This is in reprisal for attempting to forward Boston Globe Reporter Jonathan Saltzman, thru Blenda Rice via certified mail (#7006 0100 0003 9497 1041), documentation outlining how Prison Mental Health and Medical Staff's has denied me care to me and Prison Officials cover up of the mental, physical and sexual torture of me along with attempts to kill me via infecting me with an infectious disease by given me used razors and the 9 months of sleep deprivation tactics in attempt to coerce me into pleading guilty to falsely assaulting C/o James Cheevers in Wrentham District Court but mail room officer prohibit this piece of mail. I can't receive incoming mail and send outgoing mail due to the mail censoring. Now I can't make calls. Therefore my access to the outside world has been totally cut off!
    I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]

Jordan M. Rice - W65434
DDU, C-1, Cell #127

Peter St. Amand, Superintendent
MCI Cedar Junction

Re: <u>Missing Thermal Shirts</u>

Exhibit No. 4

July 5, 2007

Dear Sir,

Hello, on or about June 18, 2007 I didn't receive my Thermal Shirt that I send out to be laundered which resulted in Incident Report No. 397656 being authored by C/O Munn. Deputy Superintendent Dale Bissonnette and Captain Raymond Turcotte both know about this matter for several weeks but has failed to remedy it and I can't file a grievance form due to the fact my privileges has been suspended. I hope I am now not being denied clothing for my refusal to plead guilty to assaulting C/O James Cheevers in Wrentham District Court. Would you please remedy this matter via ordering I be issued a new thermal shirt or credit my prisoner account the price of the thermal shirt along with allowing me to purchase a new one?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

[signature]