Jordan M Rice
% Blenda Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

Peter Zegarac, Inspector
495 Summer St.; Suite #600
Boston, Ma. 02110-2114

Re: Federal Crime Of Censoring Mail

July 2, 2007

Dear Inspector,

Hello, my name is Jordan M. Rice and currently I am a State Prisoner incarcerated at MCI Cedar Junction but my above address doesn't reflect this fact because Prison Officials are censoring my incoming and outgoing mail to conceal their Abu Ghraib Style torture of me which I will now set forth.

After my legal and personal articles of mail were not being received by the addressees because the prison mailroom officer was censoring it which I have documentation proof of. I began mailing out all important legal and personal articles of mail via certified mail to prohibit the censoring. On June 25, 2007 I gave Caseworker Jeff (Last Name Unknown) an manila envelope attached with certified mail (#7006 0100 0003 9497 1994) addressed to my Mother, Blenda Rice. There is no question that the Caseworker did forward the said certified mail to the mailroom because on June 27, 2007 postal funds in the amount of $9.40 was extracted from my prisoner account (See Exhibit No. 1). But still to date the addressee (Blenda Rice) hasn't received the said mail and my Mother was informed this said certified mail was never received by the U.S. Post Office on July 2, 2007.

The said of certified mail contained instructions for my Mother to forward the enclosed cover letter and numerous documents to Boston Globe Reporter Jonathan Saltzman whom was anticipating their arrival because he is conducting a investigative report of the prison systems failed medical and mental health of us prisoners. The documentation within outlined how Prison Mental Health and Medical Staff's has denied me the said cares to directly aid Prison Officials cover up of the mental, physical and sexual torture of me along with the attempts to kill me via infecting me with an infectious disease by give me used razors and the 9 months of sleep deprivation tactics in attempt to coerce me into

- 2 -

pleading guilty to falsely assaulting c/o James Chewers in Wrentham District Court. It also enclosed documentation on how Attorney Eugene P. McCann is willfully sabotaging my Habeas Corpus Petition, before Chief Federal Judge Mark L. Wolf, in reprisal for filing complaints against his Correctional Officer relative whom physically assaulted me! It is no coincidence that the next date I gave the certified mail in question to the caseworker that I was physically and sexually assaulted on June 26, 2007 by Officer Leo Marchand in reprisal for writing the reporter. The United States Supreme Court has held restrictions on prisoners outgoing mail cannot be greater than "necessary or essential" to protect "important or substantial" interests to the security of the orderly running of the institution. Thornburgh V. Abbott, 490 U.S. 401, 413-14 (1989). Clearly prison officials actions are not within scope of the U.S. Supreme Courts precedence. Furthermore in reprisal my mental health medication has been abruptly stopped (See Exhibit No. 2)

On June 27, 2007 I gave the same said caseworker an second manila envelope attached with certified mail (#7006 3450 0002 9160 1600) addressed to United States District Court Chief Judge Mark L. Wolf that contained a Motion for my said Petition, but still to date no postal funds has been extracted from my prisoner account and this said article of mail can't be located by the Prison mailroom either. Nor does the U.S. Postal Office possess any record of receiving it. Th US Supreme Court has stated "[I]t is established beyond doubt that prisoners have a constitutional right of access to the courts" Bound V. Smith, 430 U.S. 817, 821 (1977), and further stated in Procunier V Martinez, 416 U.S. 396, 419-422 (19__) that prisoners are entitled to "unobstructed and confidential communication with courts and with attorneys and their assistants". Hereto prison officials malfeasance acts are out of scope with the U.S. Supreme Court precedence along with denying me access to the courts which is my constitutional right!

MCI Cedar Junction Peter St. Amand (Phone #508-660-8000) has repeatedly failed to correct his officers federal offenses because he too doesn't want me to have contact with the outside world due to his officers extreme acts against me that his administration fails to demonstrate leadership ability to remedy (See Exhibit No. 3). This has been extended to my Telephone Privileges (See Exhibit No. 4).

Prison Officials acts of censoring prisoner's mail is not isolated incidents but a system wide culture of blatant disregard for federal law in handling prisoners mail (See Exhibit No. 5). Prison Officials has willfully defied Wrentham District Court Judge Warren A. Powers order that they halt disrupting my legal communication to and from the legal community. Also now they refuse to let me go to court which is

-3-

stopping me from informing Judge Powers of their violations. Furthermore Massachusetts State Representative Kay Khan has contacted Department Of Correction Officials about the censorring surrounding my mail but they falsely informed her the problem was remedied.

Department of Public Health Official Paul Halfmann toured the prison in response to a letter I wrote Governor Deval Patrick that was forwarded to his attention. During his visit he informed me that he wrote me which I told him "I never received". In response of this Mr. Halfmann stated he would forward another correspondence to my attention but almost a month later I still am not in receipt of no correspondences which is due to the ongoing mail censorring. Now Prison Officials has given my incoming and outgoing articles of Legal and Personal mail to certain prisoners whom is now trying to extort me via forces me to pay him in stamps to buy my mail which has my life in extreme danger. These same prisoners are prison officials hitman whom the smuggle cigarettes to pay them off.

These outlined mail censorring matters are ongoing federal crimes that are within your agencies jurisdiction to probe and prosecute the guilty parties. Will you allow State Governmental Officials be above Federal Laws? Please probe these matters along with your Investigator's interviewing me? Also please probe my Mother, Blanche Rice's written correspondence addressed to your agencies attention in regards to me not receiving the articles of certified mail she sorted me? Please note, my Mother's letters has gone unanswered for five months or more. My correspondences has failed to be taking seriously by your agency over the past several years.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

[signature]

CC: Nathaniel Gorton, Federal Judge
    Deval Patrick, Governor
    Kay Khan, State Representative
    Warren A. Powers, Wrentham District Court Judge
    Jonathan Saltzman, Boston Globe Reporter
    Joel Thompson, MCLS Attorney
    Mark L. Wolf, Chief Federal Judge

- Certified Mail No. -
7006 3450 0002 9955 7204

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI CEDAR JUNCTION

| | | | |
|---|---|---|---|
| Date: 2007 0627 11:34:37 | Inmate Receipt | | Receipt # 8993581 |

Institution : MCI CEDAR JUNCTION
Unit : DEPARTMENT DISCIPLINARY UNIT
Block: 127
Commit # : W65429
Name : RICE, JORDAN, M
Type Of Transaction : IC - Transfer from Inmate to Club A/c
Date of Transaction : 20070627
Source :
External Contact :
Amount : $ 9.40
Comments : CERT. POSTAGE (BLENDA RICE)

C-1
127

**Current Balances :**

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 70.58 | .00 | .00 | .00 | .00 | .00 |

---

MCI--WALPOLE

Date. 6/25/07

Amount: $ _____

To: MCI Cedar Junction
Certified Mail No.
7006 0100 0003 9497 1094

For: Certified Mail To Blenda Rice

Jordan Rice    W65429
Name           Comm #

DDU
Block

Page 7

# UMASS CORRECTIONAL HEALTH
© A Commonwealth Medicine Program

## Inmate Grievance and Appeal Form

Facility: M.C.I. CEDAR JUNCTION HEALTH SERVICE UNIT    Grievance ☑    Date: 6/30/07

Inmate First Name: Jordan    ID#: W65429    Appeal ☐    Date:

Inmate Last Name: Rice    Date of Birth: 6/26/73    Housing Unit: DDU

**Summary of Grievance or Reason for Appeal (Attach Additional Sheets As Necessary):**

On June 29, 2007 Mr. Rice's mental health medication has been discontinued in reprisal for attempting to forward Boston Globe Reporter Jonathan Saltzman, thru Blenda Rice, documentation outlining how Prison mental health staff denied Mr. Rice mental health care to aid Prison Officials cover up of the mental, physical and sexual torture of him along with the attempts to kill Mr. Rice via infecting him with an infectious disease by given him used razors and the 9 months of sleep deprivation tactics in attempt coerce Mr. Rice into pleading guilty to falsely assaulting C.O. James Cheever in Wrentham District Court. Mailroom Officer, John Cahill, opened and stopped certified mail (# 7006 0100 0003 7497 1094) manila envelope addressed to Blenda Rice (my mother) that contained the documentation with instructions to mail out everything to Mr. Saltzman's address that was enclosed.

**Remedy Requested (Attach Additional Sheets As Necessary):**

To reinstate Mr. Rice's mental health medication and provide him mental health care.

Inmate Signature: [signature]    Date: 6/30/07

- Completed forms may be filed with the HSA/DON/MHD or placing the form in the Sick Call Box. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may appeal the decision of the HSA/DON/MHD to the UMCH Medical Director.
- An appeal must be filed within ten (10) working days from the receipt of the decision by the HSA. Appeals should be filed with the HSA. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may file the appeal directly with the UMCH Medical Director, by sending it to
  Medical Director
  UMass Correctional Health
  One Research Drive – Suite 120C
  Westborough, MA 01581

**Health Services Unit Use ONLY**

| Date Received: | Staff Recipient: | Routed To: |
|---|---|---|
| | | |

Receiving Staff: [signature]    Dated: 7/5/07

Jordan M. Rice - W65429
DDU, C-1, Cell #127

Peter St. Amand, Superintendent
MCI Cedar Junction

Re: Mail Censoring

July 5, 2007

Dear Sir,

Hello, on June 27, 2007 I gave Caseworker Jeff (last name unknown) an manila envelope attached with certified mail (#7006 3450 0003 9160 1600) slip and charge slip addressed to United States District Court Chief Judge Mark L. Wolf. The said caseworker forwarded the article of me in question to the mailroom. Still to date no postal funds has been extracted from my prisoner account. Nor does the U.S. Post Office have any record of receiving this piece of mail. This is the second certified mail that hasn't made it out of the prison.

The first certified mail (#7006 0100 0003 9497 1094) was addressed to my Mother, Blenda Rice and contained documents and a letter for her to give to Boston Globe Reporter Jonathan Saltzman which detailed how your medical and mental health staff's are denying me care to cover up your officer's extremely grave torture of me. I am requesting a probe into this federal crime of mail censoring of both said articles of certified mail along with preserving the institutional video for investigation purposes.

Please note, on July 2, 2007 I attempted to discuss this matter with Deputy Superintendent Tilke Bissonnette but in her own words "There is nothing to discuss unless I physically see her officer's stop my mail from leaving the prison." This is a lack of leadership ability. Also I am not receiving my incoming legal and personal mail which is directly defying Wrentham District Court Judge Warren A. Fines and is why your officers not letting me go before him on my court dates. Therefore, my access to the outside world has been totally cut off. Could you please not ignore this correspondence as you did all others?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]

Jordan M. Rice - 265429
DDU, C-1, Cell #127

Peter St. Amand, Superintendent
MCI Cedar Junction

Re: Deactivated Telephone Pin

July 5, 2007

Dear Sir,

Hello, your IPS Department has deactivated telephone pin which is prohibiting me from making calls. I am not on no telephone sanctions because sanctions of privileges aren't issued. This is in reprisal for attempting to forward Boston Globe Reporter Jonathan Saltzman, thru Blenda Rice via certified mail (#7006 0100 0003 9497 1194), documentation outlining how Prison Mental Health and Medical Staff's has denied me care to me and Prison Officials cover up of the mental, physical and sexual torture of me along with attempts to kill me via infecting me with an infectious disease by given me used razors and the 9 months of sleep deprivation tactics in attempt to coerce me into pleading guilty to falsely assaulting C/o James Cheevers in Wrentham District Court but mailroom officer prohibit this piece of mail. I can't receive incoming mail and send outgoing mail due to this mail censoring. Now I can't make calls. Therefore my access to the outside world has been totally cut off!

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
[signature]

# 'Junk' mail delivery at Concord jail to get sorted out

By LAUREL J. SWEET

The state Department of Correction is pushing the envelope to learn why more than 30 pieces of mail meant for a particular housing unit at MCI-Concord wound up in the trash, rather than in inmates' hands.

"We're going to do a complete and thorough investigation," said DOC spokeswoman Diane Wiffin.

"We take this matter very seriously. Mail is the lifeline of inmates to friends and family."

Wiffin confirmed yesterday that an inmate worker discovered between 30 and 35 pieces of discarded mail Friday that should have been distributed to prisoners on Thursday.

No legal mail was involved, she said, and all that was thrown away was subsequently delivered.

"The matter has been referred to (DOC's) Office of Investigative Services," Wiffin said.

Wiffin declined to identify which general-population housing unit was affected at the medium-security facility, but said it typically receives between 25 and 60 pieces of mail daily.

MCI-Concord as a whole takes in 300 to 400 pieces of mail daily.

"I think this was an unusual occurrence," Wiffin said.

"They found it and delivered it."

— lsweet@bostonherald.com

Boston Herald, May 9, 2007; Page No. 7

Boston Herald Newspaper
Page No. 7
May 9, 2007