Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERK'S OFFICE
2007 JUL 27 P 3:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Judge
1 Courthouse Way, Room #5110
Boston, Ma. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Judge,
Hello, please find enclosed your copy of my letter to U.S. Postal Inspector Peter Zegarac which outlines the censoring of my mail to prohibit me on speaking how the Prison Officials are mentally, physically and sexually torturing me and the Medical and Mental Health Staff's are denying me care to cover it up. There is a Reporter interested in these facts along with how Attorney McCann sabotaged my above habeas corpus in reprisal of filing complaints about his prison relatives abuse of me. Please request a probe in this matter to Inspector Zegarac in conjunction with my request? The actions of prison officials are directly denying me access to the court in the above referenced case?
Thank you for your attention in this matter.

Respectfully Submitted,
x [signature]