# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

FILED U.S. DISTRICT COURT DISTRICT OF MASS

| | | | |
|---|---|---|---|
| Name | RICE JORDAN M | Grievance# 28299 | Institution MCI CEDAR JUNCTION |
| Commit No. | W65429 | Housing DEPARTMENT DISCIPLINARY UNIT | Date Of Incident 2007 AUG 07 25 A 10:19 / Date Of Grievance 200707 |

**Complaint**: On July 25, 2007 C/O Stephen Oliveria and C/O Cannon made verbal reference to open litigation that I currently have pending in the Federal Court which I been anticipating a court ruling on for a few months that I am not in receipt of. The only way both Officer's would have knowledge of this litigation is that incoming mail was again censored by DDU Officer's whom read it and refuse to give it to me. Both Officer's verbal harassment about possessing my legal documents is captured on camcorder video tape operated by C/O Oliveria. This censoring of my mail is denying me my constitutional rights of access to the courts.

**Remedy Requested**: To probe this ongoing censorring of my mail. Also order staff to stop censoring my mail which is denying access to the courts and outside world.

**Staff Recipient**: Stork Robert E  CO II

**Staff Involved**: Cannone James M  CO I
Oliveria Stephen C  CO I

**Signature**:

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

Date Received 20070727   Decision Date

Signature

Final Decision
Decision

Signature                                    Date

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| Name | RICE JORDAN M | | Institution MCI CEDAR JUNCTION |
| Commit No. | W65429 | Grievance# 28299 | Date Received 20070727 |

Signature. Stork Robert E  CO II

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Field | Value | Field | Value |
|---|---|---|---|
| Name | RICE JORDAN M | Grievance# | 28271 |
| Institution | MCI CEDAR JUNCTION | | |
| Commit No. | W65429 | Housing | DEPARTMENT DISCIPLINARY UNIT |
| Date Of Incident | 20070724 | Date Of Grievance | 2007072 |

**Complaint:** On July 16, 2007 Mr. Rice gave the case worker two certified mail articles of mail addressed to:
1) Disability Law Center Attorney Karen Tally C#7006 3450 0002 9955 7181)
2) Boston Globe Reporter Jonathan Saltzman (#7006 3450 0002 9956 7198)
The certified mail addressed to Attorney Tally left the prison. Still to dat Mr. Rice has no knowledge of postal funds being extracted from his prisoner account for Mr. Saltzman's certified mail. Nor does the post office have an record of receive the said article of mail addressed to Mr. Saltzman. This part of the ongoing federal crime of censorring Mr. Rice's incoming and outgoing mail which includes both Personal & Legal mail to stop him from speaking out about the torturing of him. Also his mail has been given to other prisoner': whom are directly working with DDU staff. Still to date Mr. Rice hasn't received certified mail that his mother sent him. This is denying Mr. Rice access to the outside world and the court. Also these acts are in violation of Wrentham District Court Judge Warren A. Powers order of the censorring of my mail to b halted.

**Remedy Requested:** To send out Mr. Rice's mail to Boston Globe Reporter Jonathan Saltzman. Als stop censorring Mr. Rice's incoming and outgoing mail that is denying him ac ess to the outside world and courts. Or probe these matters.

**Staff Recipient:** Stork Robert E  CO II

**Staff Involved:**

**Signature:**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received:** 20070725   **Decision Date:**

**Signature:**

**Final Decision**

**Decision**

**Signature:**   **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

### INMATE RECEIPT

| Field | Value | Field | Value |
|---|---|---|---|
| Name | RICE JORDAN M | Institution | MCI CEDAR JUNCTION |
| Commit No. | W65429 | Grievance# | 28271 |
| | | Date Received | 20070725 |

**Signature:** Stork Robert E  CO II

*[Stamp: U.S. DISTRICT COURT DISTRICT OF MASS. 2007 AUG -7 A 11: FILED IN CLERKS OFFICE]*