# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

FILED

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | **Grievance#** 28299 | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W65429 | **Housing** DEPARTMENT DISCIPLINARY UNIT | **Date Of Incident** 2007 AUG 7 25 A 11:11 | **Date Of Grievance** 200707: |

**Complaint** On July 25, 2007 C/O Stephen Oliveria and C/O Cannon made verbal reference t open litigation that I currently have pending in the Special Court which I b en anticipating a court ruling on for a few monthst that I am not in receipt of The only way both Officer's would have knowledge of this litigation is that incoming mail was again censored by DDU Officer's whom read it and refuse to ive it to me. Both Officer's verbal harassment about possessing my legal docume s is captured on camcorder video tape operated by C/O Oliveria. This censorin of my mail is denying me my constitutional rights of access to the courts.

**Remedy Requested** To probe this ongoing censorring of my mail. Also order staff to stop censo ing my mail which is denying access to the courts and outside world.

**Staff Recipient** Stork Robert E CO II

**Staff Involved** Cannone James M CO I
Oliveira Stephen C CO I

**Signature**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20070727          **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature**                              **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W65429 | **Grievance#** 28299 | **Date Received** | 20070727 |

**Signature.** Stork Robert E CO II

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** RICE JORDAN M | **Grievance#** 28271 | **Institution** MCI CEDAR JUNCTION | |
| **Commit No.** W65429 | **Housing** DEPARTMENT DISCIPLINARY UNIT | **Date Of Incident** 20070724 | **Date Of Grievance** 2007072 |

**Complaint**
On July 16, 2007 Mr. Rice gave the case worker two certified mail articles of mail addressed to:
1) Disability Law Center Attorney Karen Tally C#7006 3450 0002 9955 7181)
2) Boston Globe Reporter Jonathan Saltzman (#7006 3450 0002 9956 7198)
The certified mail addressed to Attorney Tally left the prison. Still to dat Mr. Rice has no knowledge of postal funds being extracted from his prisoner account for Mr. Saltzman's certified mail. Nor does the post office have an record of receive the said article of mail addressed to Mr. Saltzman. This i part of the ongoing federal crime of censoring Mr. Rice's incoming and outgoing mail which includes both Personal & Legal mail to stop him from speaking out about the torturing of him. Also his mail has been given to other prisoner': whom are directly working with DDU staff. Still to date Mr. Rice hasn't rec ved certified mail that his mother sent him. This is denying Mr. Rice access to the outside world and the court. Also these acts are in violation of Wrentham District Court Judge Warren A. Powers order of the censoring of my mail to b halted.

**Remedy Requested**
To send out Mr. Rice's mail to Boston Globe Reporter Jonathan Saltzman. Als stop censoring Mr. Rice's incoming and outgoing mail that is denying him ac ss to the outside world and courts. Or probe these matters.

**Staff Recipient** Stork Robert E  CO II

**Staff Involved**

**Signature**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20070725    **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature**                    **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

### INMATE RECEIPT

| | | |
|---|---|---|
| **Name** RICE JORDAN M | | **Institution** MCI CEDAR JUNCTION |
| **Commit No.** W65429 | **Grievance#** 28271 | **Date Received** 20070725 |

**Signature.** Stork Robert E  CO II