FILED
IN CLERKS OFFICE

2007 AUG 16  P 4: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jordan M. Rice - W65429
177 Battles Farm Dr.
Brockton, Ma. 02301

M. Wolf, Chief Federal Judge
1 Courthouse Way, Room # 5110
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, please find enclosed your copy of my letter to Inspector General Gregory Sullivan where I am requesting my wrongful convictions be included in their Review of the State Police Crime Lab because the DNA test Results aren't the match they claimed them to be at trial. This is why I requested that you provide me an evidentiary Hearing, Discovery and Funds for an DNA Expert along with new appoint of counsel. If you have issued a decision in the above referenced case I am not in receipt of it due to the censorring of my mail by Prison Officials.

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,

[signature]

Dated: July 31, 2007