United States District Court
District Of Massachusetts

Jordan Rice,
Petitioner,

v.

Bernard Brady,
Respondants.

DKT. NO. 04-10859-MLW

FILED IN CLERKS OFFICE
2007 AUG 28 P 4:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

### Supporting Motion For DNA Funds, Evidentiary Hearing And New Counsel

Most recently Petitioner filed a combined Motion for DNA funds, Evidentiary Hearing And Appointment of New Counsel on the Preliminary Findings Of DNA Expert Daniel Krane. Now evening more compelling exculpatory evidence has emerged which support's Petitioner's Innocence and granting the said motions because there are two different DNA profiles linking Petitioner to Crime Scene Forensic evidence which is medically impossible which is set forth in the accompanying DNA Packet. Petitioner has a properly preserved claim of Ineffective Assistance Of Trial Counsel and one of the grounds is "Counsel's failure to move for Preservation, Analysis And The Production Of Exculpatory Forensic Evidence". Relief can be grant on this claim.

WHEREFORE, all three motions should be granted due to all reason set forth in Petitioner's opening motion and hereto.

Respectfully Submitted,

Dated: March 15, 2007 A.D.

Jordan M. Rice, Pro Se
177 Battles Farm Dr.
Brockton, Ma. 02301