



United States Court Of Appeals
For The First Circuit

Jordan M. Rice
    Plaintiff - Appellant

V.

Federal Bureau Of Investigation
    Defendants - Appellees

DKT. No. 07-1429

Motion For Reconsideration

    Now comes the Appellant to request a reconsideration on the following grounds: 1) The Appellant never received a copy of the Appellees Motion To Stay Briefing Pending The Court's Decision On The Motion For Summary Disposition and, 2) The Appellant did exercise due diligence in notifying the Appellee and this Court that he wasn't in receipt of Any Documentation opposing his Pro Se Brief and Addendum due to Prison Officials committing federal crimes of censoring his incoming and outgoing Legal/Personal articles of mail.

    In fact the Appellant notified this court and the appellee of these matters via in writing on July 5 & 27, 2007 and on Aug. 7, 2007. On July 27, 2007 the appellant furnished this court and appellee with an copy of the letter he wrote to U.S. Postal Inspector in regards to the federal crime of Prison Officials censoring his said articles of mail. Furthermore on Aug. 7, 2007 the Appellant furnished this court and appellee with copies of institutional grievance forms, he filed in regards to the federal crime of censoring his mail.

    It's transparent the Appellees said "Motion" was censored by Prison Officials which correctional Officers, Stephen Oliveira and James Cannone verbally harassed the Appellant about possessing on July 25, 2007 which is a day after this court's docket entry sheet logged receipt copy of the Appellee said Motion. (See Exhibits

-2-

No. 1). Therefore, the procedural default of not opposing the Appellees motion is not due to any fault of the Appellant. It should be noted that the Appellant has never read an written opinion from the United States District Court but only received a one page Judgment Of Dismissal which to may be due to Prison Officials censoring his mail. It should be further noted that this Court twice denied Appellant's meritorious request for appointment of counsel which could of partially remedied these federal crimes by Prison Officials federal of censoring Appellant's mail that has denied him his guaranteed constitutional rights of access to the courts.

WHEREFORE, the procedural default is not any fault of the Appellants and should be excused. Furthermore, it should be ordered: 1) the Appellees to serve the Appellant with a copy of there said "Motion" via certified mail and, 2) the Appellant respond to the said motion on the merits in 20 days of receipt.

Respectfully Submitted,

Dated: Aug. 15, 2007 A.D.

Jordan M. Rice, Pro Se
P.O. Box 100
Walpole, Ma. 02071

Signed under the pains and penalties of perjury this 15th day of August, 2007 A.D.

Jordan M. Rice

CC: Christopher Alberto, Assistant U.S. Attorney
Enclosure



# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM

#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | RICE JORDAN M | | Grievance# 28299 | **Institution** MCI CEDAR JUNCTION | | |
| **Commit No.** | W65429 | **Housing** DEPARTMENT | | **Date Of Incident** 20070725 | **Date Of Grievance** 20070725 | |

**Complaint** On July 25, 2007 C/O ~~Stephen Oliveria~~ and C/O Cannon made verbal reference to DISCIPLINARY UNIT open litigation that I currently have pending in the Federal Court which I been anticipating a court ruling on for a few monthst that I am not in receipt of. The only way both Officer's would have knowledge of this litigation is that my incoming mail was again censored by DDU Officer's whom read it and refuse to give it to me. Both Officer's verbal harassment about possessing my legal documents is captured on camcorder video tape operated by C/O Oliveria. This censoring of my mail is denying me my constitutional rights of access to the courts.

**Remedy Requested** To probe this ongoing censorring of my mail. Also order staff to stop censorring my mail which is denying access to the courts and outside world.

**Staff Recipient** Stork Robert E   CO II

**Staff Involved** Cannone James M  CO I
Oliveira Stephen C  CO I

**Signature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20070727   **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature** _____   **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | RICE JORDAN M | | **Institution** MCI CEDAR JUNCTION | |
| **Commit No.** | W65429 | **Grievance#** 28299 | **Date Received** 20070727 | |

**Signature.** Stork Robert E  CO II