Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

FILED IN CLERKS OFFICE
2007 AUG 30  A 10: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Federal Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, please find enclosed your copy of my letter attached with other supporting documentation addressed to U.S. Post Inspector Peter Zegarac whom is allowing Prison Officials be above the law because his agency is ignoring the transparent Federal Crimes being intentionally committed by Prison Officials in their grave mishandling of my mail which is directly denying me access to the courts in the above referenced cases and other pending litigation.

Thank you for your attention to my plight.

Respectfully Submitted,

Dated: Aug. 10, 2007

CC: Jonathan Saltzman, Boston Globe Reporter
    Enclosure