Jordan M. Rice
c/o Blenda Rice
177 Battles Farm Dr.
Brockton, Ma. 02301

Peter Zegarac, Inspector
495 Summer St., Suite #600
Boston, Ma. 02210-2144

Re: Reply To Correspondence

Aug. 10, 2007

Dear Mr. Inspector,

Hello, I am in in receipt of your agency correspondence dated July 23, 2007 which is in reply to my July 2, 2007 letter attached with supporting exhibits addressed to your address attention. I am very unsatisfied with your agency's response to my correspondence because it apparent your agency is ignoring the federal crimes by Correctional Officers whom are mishandling my mail. These matters are under your agency jurisdiction because Prison Officials are accepting my mail from a United States Post Office then misappropriating my mail via intentionally given both my personal and legal articles of mail to other prisoners. Some of these prisoners has written sexually explicit letters to my female family members and friends for my refusal to purchase my articles of mail back. Unwarranted sexually explicit from prisoner's letters to United States Citizens is also a crime that falls under your jurisdiction too. Also enclosed are grievance forms in regards to the censoring of my mail including the censoring of certified mail (# 7006 3450 0002 9956 7198) addressed to Boston Globe Reporter Jonathan Saltzman.

Are you refusing to probe these matters because the ramifications will directly lead to proving malfeasance behavior by Correctional Officers whom are suppose to uphold the law? Therefore, your agency is allowing Prison Officials be above the law! Maybe the media would like to learn of these matters along

- 2 -

publishing excerpts from the prisoner's sexual explicit letters and your letter ignoring Prison Officials malfeasance behavior? Before my family, friends and I publicize these matters please probe them?

I look forward to your anticipated cooperation into these federal crimes.

Respectfully Submitted,

*[signature]*

CC: Christopher Alberto, Assistant U.S. Attorney
   Richard Cushing Donovan, U.S. Court Of Appeals Clerk
   Warren A. Powers, Wrentham District Courts Judge
   Jonathan Saltzman, Boston Globe Reporter
   Joel Thompson, MCLS Attorney
   Mark L. Wolf, Chief Federal Judge
   Enclosure



UNITED STATES POSTAL INSPECTION SERVICE

BOSTON DIVISION HEADQUARTERS

JULY 23, 2007

Mr. Jordan Rice
c/o Blenda Rice
177 Battles Farm Drive
Brockton, MA 02301

Dear Mr. Rice:

In response to your inquiry of July 2, 2007 the following Postal Regulations apply which are taken from the Domestic Mail Manual, Section 153.61 and 115.97.

"Mail Addressed to Patients or Inmates. Mail addressed to patients or inmates at institutions is delivered to the institution authorities, who in turn will deliver the mail to the addressee under the institution's rules and regulations. If the addressee is no longer at that address, the mail shall be redirected to his current address. If the forwarding address is unknown, the mail shall be returned to the post office."

"Mail Addressed to Prisoners. Authorized personnel of prisons, jails, or other correctional institutions, in accordance with lawful rules and regulations, may open, examine, and censor mail addressed to an inmate of the institution, if the inmate-addressee consents to receive his mail at the institution through the institutional authorities. If the inmate does not consent, the personnel may either deliver the inmate's mail to the inmate unopened, or return it to the post office unopened marked, Refused. An inmate may designate, in writing, an agent outside the institution to receive his mail, either through an authorized address of the agent if the mail is so addressed, or at the delivery post office serving the institution if the mail is addressed to the inmate at the institution."

Additionally, correspondence and other matters do not come under the jurisdiction of the U. S. Postal Service until they have been accepted at an authorized depository such as a post office or a street collection box.

495 SUMMER STREET SUITE 600
BOSTON MA 02210-2114
TELEPHONE: 1-877-876-2455
FAX: 617-556-0400

- 2 -

Mailrooms or similar arrangements at institutions, hotels, etc. are not considered authorized depositories.

The Inspection Service is obligated to uphold Postal laws and regulations, and therefore, it cannot supersede them to modify your mail handling other than as provided above.

Thank you for bringing this matter to our attention.

Sincerely,

*a. Hamilton for*
S. Dever
Postal Inspector