Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma.

FILED
CLERKS OFFICE
2007 SEP 21 P 1:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Chief Federal Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Judge,

Hello, please find enclosured your copy of my letter to MCI Cedar Junction Superintendent Peter St. Amand which cites how Prison Officials has cut my access to the outside world off to cover up there physical torture of me. I can't receive visits from Attorney's, nor can I make outgoing calls to Attorney's because officers are prohibitting me. I have already demonstrated how my outgoing and incoming mail is being censorred by Prison Officials. These constitutional violations of denied access to the courts is directly causing actual injury in the above referenced case. In fact, I am unaware of the current status of the above pending Habeas Corpus Petition. If a decision has been rendered I have absolutely no knowledge of it!

Signed under the pains and penalties of perjury this 18th day of September, 2007

Dated: September 18, 2007

x [signature]

Jordan M. Rice