Jordan M. Rice - W65429
DDU, C-4, Cell #246

Peter St. Amand, Superintendent
MCI Cedar Junction

Re: <u>Denial Of Access to the Outside World</u>

Sept. 13, 2007

Dear Sir,

Hello, on Sept. 13, 2007 at 10:10am c/o Spurlich came up to my cell door and asked me if I was looking for him which was a play for the camera because I was probably denied to meet with my Attorney, Prison Mental Health Staff, MCLS Attorney, Prison Investigators, Dept. Of Mental Health Personnel (outside governmental agency) and anyone else coming to visit with me which is to conceal my grave facial injuries from c/o Regal's physical and sexual assault of me on Sept. 11, 2007. In the past your administration has denied me the right to meet with the Dept. Of Mental Health, my family and a Attorney that's has come to visit me which is all to conceal your officer's grave torture of me! Please note, I was suppose to have a visit with Attorney Andrea Wagner on the above dates. Please probe this matter along with preserving the institutional video for investigation purposes? Also please probe why I am being denied access to the phone to call my Attorney's about pending litigation before the courts?

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,

x [signature]

CC: Andrea Wagner, Attorney
    Mark L. Wolf, Chief Federal Judge
    Enclosure