Jordan Rice - W65409
200 R.O.C.D., Box 100
Norfolk, Ma. 02071

FILED
CLERKS OFFICE
2007 [date stamp]
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Chief Judge
1 Courthouse Way
Boston, Ma. 02210

Re: Rice V. Brady, DKT. No. 04-10859-MLW

Dear Chief Judge,

Hello, please find enclosed your copy of my letter to Attorney McCann. Please note, prison officials are censoring my mail and denying me access to the phone which has totally cut off my access to the entire outside world. Therefore, I don't know the current status of the above reference case.

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
/s/ Jordan Rice

Dated: Sept. 26, 2007