Jordan M. Rice - W65489
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2007 OCT -1  P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

Eugene P. McGoon, Attorney
59 Jackson St
Lawrence, Ma. 01840

Re: Rice v. Brady, DKT. No. 04-10859-MLW

Dear Sir,

Hello, please note would you please write MCI Cedar Junction Deputy Superintendent Dale Bissonnette's requesting that I gain access to the telephone so I can call you to inquire about the status of my above referenced case? Please forward my Mother (Blenda Rice) and myself a copy of any such letter you author? Please note, currently I am unaware of any possible decision rendered by Judge Wolf or his Clerk Magistrate? In fact the last decision I am aware of was rendered in the summer of 2006 denying our mutual but separate requests for new counsel appointment. Prison officials has censored my mail so the outside world doesn't learn how officers including your relative are mentally, physically and sexually torturing me!

I look forward to your anticipated cooperation in this matter.

Respectfully Submitted,
x [signature]

Dated: Sept. 26, 2007

CC: Rice Family
Mark L. Wolf, Chief Federal Judge
Enclosure

Blenda Rice
177 Battles Farm Dr.
Brockton, Ma. 02301