UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JORDAN RICE</u>
              Plaintiff(s)

     v.                               CIVIL ACTION NO.  <u>04-10859-MLW</u>

<u>TIMOTHY HALL</u>
              Defendant(s)

**JUDGMENT IN A CIVIL CASE**

<u>WOLF, D.J.</u>

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  The issues have been briefed and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

Judgment for the Defendant.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

Dated: <u>September 30, 2007</u>          By <u>/s/ Dennis O'Leary</u>
                                        Deputy Clerk

NOTE:  The post judgment interest rate effective this date is <u>    </u>%.

(judge-civ.wpd - 3/7/2005)