# Manzi & McCann
### ATTORNEYS AT LAW

VINCENT C. MANZI, JR.
EUGENE PATRICK McCANN
STEVEN A. BADDOUR, Of Counsel

OF COUNSEL
Charles Scott Sherman, MA & FL

Patrick F. McCann, TX only
Michael A. Manzi, MA & NH
Rick M. Seccareccio
Michaelene O'Neill McCann
Terrence B. Downes

LEGAL ASSISTANTS
Barbara M. Day
Maria Moulton

October 2, 2007

Dale Bissonette
Deputy Superintendent
MCI Cedar Junction
Route 1A, Box 100
South Walpole, Massachusetts 02071

    RE:    Rice v. Brady
            Docket No. 04-10859-MLW

Dear Deputy Superintendent Mr. Bissonnette:

    By this letter I am advising you and authorizing Jordan Rice to place my number, (978) 686-5664, on the PIN list so that he may call me collect to inquire about the status of the above-referenced case. I am still Mr. Rice's attorney of record and the case is still open with Judge Wolf in the Federal Court. I will accept collect calls from Mr. Rice related to this matter when I am at the office. The standard policy in my office is that any client who is incarcerated may call collect; if I am in, we will accept the call or place that party into my voice mail for information purposes.

    Thank you for your anticipated cooperation in this matter. If you have any questions, please do not hesitate to call at the above-referenced number.

                                  Sincerely yours,

                                  For Jordan M. Rice, W-65429

                                  By his attorney

                                  Eugene Patrick McCann

EPM:bmd
Cc: Dennis O'Leary, Clerk for
     Judge Mark L. Wolf