UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
JORDAN MARTELL RICE                )
                                   )
VS.                                )   Case No. 04-10859-MLW
                                   )
TIMOTHY HALL                       )
_____)

## NOTICE OF APPEAL

Notice is hereby given, pursuant to 28 U.S.C. §2253(a) and (c)(2), that Jordan Martell Rice, the above-named petitioner, appeals for the review of the denial of Grounds One, Five and Six of his petition for habeas corpus by this Court on September 30, 2007.

Respectfully submitted for
Jordan Martell Rice,
by his attorney,

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Eduardo Pagan, certify I have on this 9th day of October, 2007, served a copy of the foregoing upon AUSA Maura D. McLaughlin by electronic filing and to Jordan Martell Rice by first class mail, postage prepaid.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann