UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JORDAN MARTELL RICE                 )
                                    )
VS.                                 )   Case No. 04-10859-MLW
                                    )
TIMOTHY HALL                        )
_____)

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE
## AS COUNSEL FOR THE PETITIONER

Now come Eugene Patrick McCann respectfully moves this Court for leave to withdraw his appearance as counsel of record for the petitioner, Jordan Martell Rice. I further move this Honorable Court to have the CJA Panel assign successor counsel to Mr. Rice for the purposes of his appeal of the denial of his petition for habeas corpus, Grounds One, Five and Six.

As grounds for this Motion, Attorney McCann state as follows:

1. Attorney McCann was appointed by the CJA Panel to represent Mr. Rice in this matter.

2. This motion is not accompanied by the appearance of successor counsel.

3. Mr. Rice's petition for habeas corpus was denied on September 30, 2007 and a Notice of Appeal is being filed herewith. Mr. Rice and Attorney McCann have irrecociliable differences regarding the conduct of this case and Mr. Rice's appeal. In addition, Attorney McCann has a standing policy not to handle any appeal in cases which he handled at the lower court level.

5. Based upon the following, Attorney McCann can no longer effectively represent the interests of Mr. Rice in this matter pending the filing of an Appearance by successor counsel.

      6.      Mr. Rice has been declared indigent and is entitled to appointed counsel for his appeal.

      7.      This Motion is made in the interest of justice.

      8.      Proof of service on the Government and Mr. Rice of this Motion for Withdrawal is attached.

WHEREFORE, Attorney Eugene Patrick McCann respectfully requests this Honorable Court to grant this motion for withdrawal his Appearance and to have the CJA Panel appoint successor counsel for Mr. Rice for the purposes of the his appeal.

          Respectfully submitted for
          Jordan Martell Rice,
          by his attorney,

          /s/ Eugene Patrick McCann
          _____
          Eugene Patrick McCann, BBO #327400
          Manzi and McCann
          59 Jackson Street
          Lawrence, Massachusetts 01840
          Tel. (978) 686-5664

Dated: October 9, 2007

### CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Eduardo Pagan, certify I have on this 9th day of October, 2007, served a copy of the foregoing upon AUSA Maura D. McLaughlin by electronic filing and to Jordan Martell Rice by first class mail, postage prepaid.

          /s/ Eugene Patrick McCann
          _____
          Eugene Patrick McCann