UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
JORDAN MARTELL RICE                     )
                                        )
VS.                                     )   Case No. 04-10859-MLW
                                        )
TIMOTHY HALL                            )
_____)

**AFFIDAVIT OF EUGENE PATRICK McCANN IN SUPPORT OF HIS
MOTION FOR LEAVE TO WITHDRAW APPEARANCE
AS COUNSEL FOR THE PETITIONER**

I, Eugene Patrick McCann, being under oath, do depose and state as follows:

1. I have personal knowledge of all matters set forth in this Affidavit.

2. I was appointed by the CJA Panel to represent Mr. Rice in this matter.

3. This motion is not accompanied by the appearance of successor counsel.

4. Mr. Rice petition for habeas corpus was denied on September 30, 2007, and he has appealed the denial. The Notice of Appeal is being filed with this motion. Mr. Rice and I have irreconcilable differences regarding the conduct of this case and Mr. Rice's appeal. In addition, I have a standing policy not to handle any appeal in cases which I handled at the lower court level.

5. Based upon the following, I can no longer effectively represent the interests of Mr. Rice in this matter pending the filing of an Appearance by successor counsel.

6. Mr. Pagan has been declared indigent and is entitled to appointed counsel for his appeal of his sentence.

7. This Motion is made in the interest of justice.

Signed under the pains and penalties of perjury this 9th day of October, 2007.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664

### CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Eduardo Pagan, certify I have on this 9th day of October, 2007, served a copy of the foregoing upon AUSA Maura D. McLaughlin by electronic filing and to Jordan Martell Rice by first class mail, postage prepaid.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann