APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10859-MLW

Rice v. Brady et al
Assigned to: Chief Judge Mark L. Wolf
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/29/2004
Date Terminated: 09/30/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
**Jordan Martell Rice**

represented by **Jordan Martell Rice**
P.O. Box 100
South Walpole, MA
PRO SE

**Eugene P. McCann**
Manzi & McCann
59 Jackson Street
Lawrence, MA 01840
978-686-5664
Fax: 978-794-9628
Email: eugenep@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Timothy Hall**

represented by **Maura D. McLaughlin**
Office of the Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200, ext 2857
Fax: 617-727-5755
Email: maura.mclaughlin@ago.state.ma.us
*ATTORNEY TO BE NOTICED*

**Respondent**
**Bernard Brady**
*Superintendent*

represented by **Maura D. McLaughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

Thomas F. Reilly
*Attorney General*

represented by **Maura D. McLaughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Jordan Martell Rice.(Jenness, Susan) (Entered: 04/30/2004) |
| 04/29/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Jordan Martell Rice.(Jenness, Susan) (Entered: 04/30/2004) |
| 04/29/2004 | 3 | MOTION to Appoint Counsel by Jordan Martell Rice.(Jenness, Susan) (Entered: 04/30/2004) |
| 04/29/2004 | 5 | PETITION for Writ of Habeas Corpus. filed by Jordan Martell Rice. (Jenness, Susan) (Entered: 04/30/2004) |
| 04/29/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 04/30/2004) |
| 04/30/2004 | 4 | AFFIDAVIT in Support re 3 MOTION to Appoint Counsel. (Jenness, Susan) (Entered: 04/30/2004) |
| 04/30/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/30/2004) |
| 06/18/2004 | 6 | Judge Mark L. Wolf : ORDER entered denying as moot 2 Motion for Leave to Proceed in forma pauperis. and denying as moot 1 Motion for Leave to Proceed in forma pauperis (Lanier, Marjorie) (Entered: 06/21/2004) |
| 06/18/2004 | 7 | Judge Mark L. Wolf : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. It is FURTHER ORDERED that pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Tim Hall, Superintendent, Old Colony Correctional Center, Sheriff, One Administration RoadBridgewater, MA 02324; AND (2) Cathryn A. Neaves, Assistant Attorney General. Office of the Attorney General, One Ashburton Place. Boston, Massachusetts 02108. It is FURTHER ORDERED that Respondent shall, within 28 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND FURTHER, this Court requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.(Lanier, Marjorie) (Entered: |

| | | |
|---|---|---|
| | | 06/21/2004) |
| 07/15/2004 | 8 | MOTION for Extension of Time to August 26, 2004 to File Response/Reply as to 5 Petition for Writ of Habeas Corpus by Bernard Brady, Thomas F. Reilly, FILED. c/s.(Boyce, Kathy) (Entered: 07/20/2004) |
| 07/15/2004 | 9 | Letter from Jordan Rice to clerk Linn Weismann in receipt of correspondence dated July 6, 2004. FILED. (Boyce, Kathy) (Entered: 07/23/2004) |
| 08/04/2004 | 10 | RENEWED MOTION and Affidavit in Support to Appoint Counsel by Jordan Martell Rice, FILED, c/s.(Boyce, Kathy) (Entered: 08/09/2004) |
| 08/05/2004 | | Judge Mark L. Wolf : Electronic ORDER entered granting 8 Motion for Extension of Time to File Response/Reply re 8 MOTION for Extension of Time to August 26, 2004 to File Response/Reply as to 5 Petition for Writ of Habeas Corpus Responses due by 8/26/2004 (O'Leary, Dennis) (Entered: 08/05/2004) |
| 08/16/2004 | | Mail Returned as Undeliverable. Mail sent to Jordan Martell Rice returned: MOVED LEFT NO ADDRESS (Boyce, Kathy) (Entered: 08/27/2004) |
| 08/26/2004 | 11 | MOTION to Dismiss Petition by Timothy Hall. FILED, c/s.(Boyce, Kathy) (Entered: 08/27/2004) |
| 08/26/2004 | 12 | MEMORANDUM in Support of 11 MOTION to Dismiss filed by Timothy Hall, FILED, c/s. (Boyce, Kathy) (Entered: 08/27/2004) |
| 08/26/2004 | 13 | MOTION for leave to dispense withe the conference requireement of local rule 7.1 by Timothy Hall, FILED. c/s.(Boyce, Kathy) (Entered: 08/27/2004) |
| 08/26/2004 | 14 | ANSWER to Complaint by Timothy Hall, FILED, c/s.(Boyce, Kathy) (Entered: 08/27/2004) |
| 08/26/2004 | 15 | ANSWER to Complaint by Timothy Hall, FILED(Boyce, Kathy) (Entered: 08/27/2004) |
| 08/31/2004 | 16 | NOTICE of Change of Address by Jordan Martell Rice, FILED, c/s. (Boyce, Kathy) (Entered: 09/02/2004) |
| 08/31/2004 | 17 | MOTION for Enlargement of Time Until Counsel can be Appointed, FILED, c/s. (Boyce, Kathy) (Entered: 09/02/2004) |
| 08/31/2004 | 18 | AFFIDAVIT in Support of 17 MOTION for Extension of Time Until Counsel Is Appointed, FILED, c/s. (Boyce, Kathy) (Entered: 09/02/2004) |
| 08/31/2004 | 19 | Opposition to 11 MOTION to Dismiss filed by Jordan Martell Rice, FILED, c/s. (Boyce, Kathy) (Entered: 09/02/2004) |
| 08/31/2004 | 20 | MOTION to Appoint Counsel by Jordan Martell Rice, FILED, c/s. (Boyce, Kathy) (Entered: 09/02/2004) |

| | | |
|---|---|---|
| 08/31/2004 | 21 | AFFIDAVIT in Support of 20 Renewed MOTION to Appoint Counsel, FILED. c/s. (Boyce, Kathy) (Entered: 09/02/2004) |
| 08/31/2004 | 22 | Letter to Judge Wolf from Jordan Rice requesting appointment of counsel, FILED. (Boyce, Kathy) (Entered: 09/03/2004) |
| 09/02/2004 | | Re-Mailed 8/5/04 copy of endorsed order to Petitioner at new address (Boyce, Kathy) (Entered: 09/02/2004) |
| 09/08/2004 | 23 | Letter from Jordan M. Rice to Judge Wolf. FILED. (Boyce, Kathy) (Entered: 09/09/2004) |
| 09/08/2004 | 24 | MOTION for a Stay of Execution, by Jordan Martell Rice, FILED. c/s. (Boyce, Kathy) (Entered: 09/09/2004) |
| 09/21/2004 | 25 | Copy of Letter sent from Jordan Rice to Edward Flynn, Secretary of Public Safety, FILED. (Boyce, Kathy) (Entered: 09/28/2004) |
| 10/01/2004 | 26 | Letter from Jordan M. Rice (non-motion) to Judge Wolf containing an article from the Boston Herald dated November 21, 2002, FILED. (Boyce, Kathy) (Entered: 10/06/2004) |
| 10/01/2004 | 27 | AFFIDAVIT of Jordan Martel Rice, FILED. (Boyce, Kathy) (Entered: 10/06/2004) |
| 10/28/2004 | 28 | Letter to Judge Wolf from Jordan Rice enclosing a copy of a letter he had sent to Edward Flynn, Secretary of Public Safety, FILED. (Boyce, Kathy) (Entered: 11/02/2004) |
| 02/28/2005 | 29 | MOTION to Appoint Counsel by Jordan Martell Rice. FILED.(Boyce, Kathy) (Entered: 03/07/2005) |
| 02/28/2005 | 30 | AFFIDAVIT of Jordan Rice in support of 29 MOTION to Appoint Counsel, FILED. c/s. (Boyce, Kathy) (Entered: 03/07/2005) |
| 02/28/2005 | 31 | AFFIDAVIT of Jordan Martel Rice by Jordan Martell Rice. (Attachments: # 1 Exhibit 1 Part 2# 2 Exhibit 1 Part 3# 3 Exhibit 1 Part 4), FILED.(Boyce, Kathy) (Entered: 03/08/2005) |
| 02/28/2005 | 32 | MEMORANDUM OF LAW in Support of 29 MOTION to Appoint Counsel filed by Jordan Martell Rice. (Boyce, Kathy) (Entered: 03/08/2005) |
| 03/10/2005 | 33 | Letter to Mr. O'Leary from Jordan M. Rice re his motion to Show Cause for Appointment of Counsel. FILED. (Boyce, Kathy) Modified on 3/17/2005 to correct typographical errors (Boyce, Kathy). (Entered: 03/16/2005) |
| 03/17/2005 | 34 | Judge Mark L. Wolf : ORDER entered. Petitioner's Motions for the Appointment of Counsel (DocketNos. 3, 10, 20 and 29) are ALLOWED. The Clerk is directed toappoint counsel from the Criminal Justice Act panel to representthe petitioner and to report to the court when this has been done.Within sixty (60) days of the appointment of counsel, thepetitioner shall file a supplemental reply to the respondent'sMotion to Dismiss (Docket No. 11). (O'Leary, Dennis) (Entered: 03/17/2005) |

| | | |
|---|---|---|
| 03/17/2005 | ◎ | Notice of correction to docket made by Court staff. Correction: Document No. 33, Letter, corrected: to correct typographical errors in text (Boyce, Kathy) (Entered: 03/17/2005) |
| 03/21/2005 | 35 | Judge Robert B. Collings : ORDER entered. CJA 20: Appointment of Attorney Eugene P. McCann for Jordan Martell Rice. (Russo, Noreen) (Entered: 03/21/2005) |
| 03/22/2005 | 36 | Letter from Jordan M. Rice to Judge Wolf re his motion for appointment of counsel, FILED. (Boyce, Kathy) (Entered: 03/23/2005) |
| 04/26/2005 | 37 | Letter/request (non-motion) from Jordan Rice. (O'Leary, Dennis) (Entered: 04/29/2005) |
| 05/13/2005 | 38 | ASSENTED TO MOTION for Extension of Time to July 22, 2005 to File a Supplemental Reply to 11 MOTION to Dismiss by Jordan Martell Rice, FILED. c/s.(Boyce, Kathy) (Entered: 05/16/2005) |
| 05/18/2005 | 39 | Letter/request (non-motion) to Judge Wolf from Jordan Rice, FILED. (Boyce, Kathy) (Entered: 05/18/2005) |
| 05/24/2005 | ◎ | Judge Mark L. Wolf : Electronic ORDER entered granting 38 Motion for Extension of Time to File Response/Reply re 38 MOTION for Extension of Time to July 22, 2005 to File Response/Reply as to 11 MOTION to Dismiss (O'Leary, Dennis) (Entered: 05/24/2005) |
| 05/31/2005 | 40 | Letter to Judge Wolf from Jordan M. Rice enclosing references to case (Attachments: # 1 Supplement Letter to Atty Patrick McCann), FILED. (Boyce, Kathy) (Entered: 05/31/2005) |
| 07/21/2005 | 41 | Opposition re 11 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Jordan Martell Rice. (McCann, Eugene) (Entered: 07/21/2005) |
| 07/21/2005 | 42 | MEMORANDUM in Opposition re 11 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Jordan Martell Rice. (McCann, Eugene) (Entered: 07/21/2005) |
| 08/04/2005 | 43 | MOTION to Appoint New Counsel by Jordan Martell Rice, FILED cc/cl. (Boyce, Kathy) (Entered: 08/10/2005) |
| 08/04/2005 | 44 | Letter/request (non-motion) from Jordan M. Rice to clerk requesting a "Stay of Execution", FILED. (Boyce, Kathy) (Entered: 08/10/2005) |
| 08/04/2005 | 45 | Letter/request (non-motion) from Jordan Rice to clerk, FILED. (Boyce, Kathy) (Entered: 08/10/2005) |
| 08/04/2005 | 46 | Copy of Letter from Jordan M. Rice sent to Eugene McCann, Attorney enclosing a Memorandum of Law and a supporting appendix sent to the Supreme Judical Court, FILED. (Boyce, Kathy) Additional attachment(s) added on 8/10/2005 (Boyce, Kathy). (Entered: 08/10/2005) |
| 08/16/2005 | 47 | Opposition re 43 MOTION to Appoint Counsel filed by Jordan Martell Rice. (McCann, Eugene) (Entered: 08/16/2005) |

| | | |
|---|---|---|
| 08/16/2005 | 48 | AFFIDAVIT of Eugene Patrick McCann in Opposition re 43 MOTION to Appoint Counsel filed by Jordan Martell Rice. (McCann, Eugene) (Entered: 08/16/2005) |
| 08/16/2005 | 49 | Letter dated 8/12/05 to Judge Wolf from Jordan M. Rice attaching a copy of a letter Jordan Rice sent to Attorney McCann, FILED. (Boyce, Kathy) (Entered: 08/17/2005) |
| 08/19/2005 | 50 | Letter/request (non-motion) from Jordan Rice, FILED. (Boyce, Kathy) (Entered: 08/22/2005) |
| 08/19/2005 |  | DOCKET SHEET sent to Jordan M. Rice (Boyce, Kathy) (Entered: 08/22/2005) |
| 09/22/2005 | 51 | Letter to Judge Wolf from Jordan M. Rice (Attachments: # 1 Letter to Eugene P. McCann, Esq.), FILED.(Boyce, Kathy) (Entered: 09/28/2005) |
| 09/27/2005 | 52 | Letter/request (non-motion) from Jordan M. Rice, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 09/30/2005) |
| 09/27/2005 | 53 | Letter/request (non-motion) from Jordan M. Rice attaching Copies of Documents, (Attachments: # 1 # 2 Exhibits). FILED. (received from chambers 9/27/05) (Boyce, Kathy) (Entered: 09/30/2005) |
| 09/27/2005 | 54 | AFFIDAVIT of Jordan M. Rice re 53 Letter enclosing a copy of Order to Show Cause by Jordan Martell Rice. FILED. (Boyce, Kathy) (Entered: 09/30/2005) |
| 09/29/2005 | 55 | Letter from Jordan M. Rice to Judge re appointment of new counsel. FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 09/30/2005) |
| 09/30/2005 | 56 | Judge Mark L. Wolf : MEMORANDUM AND ORDER entered denying 43 Motion to Appoint Counsel, granting in part and denying in part 11 Motion to Dismiss, finding as moot 24 Motion to Stay (O'Leary, Dennis) (Entered: 10/03/2005) |
| 10/07/2005 | 57 | Letter to Judge Wolf from Jordan M. Rice, FILED. (Attachments: # 1Letter # 2Letter # 3 Appendix A-C# 4 Appendix D,E,F,G,H,I,J,K,L,N,O)(Boyce, Kathy) (Entered: 10/13/2005) |
| 10/17/2005 | 58 | Letter to Judge Wolf from Jordan M. Rice enclosing a copy of a letter he sent to Edward Flynn, Sec. of Public Safety, FILED. (Attachments: # 1) (Boyce, Kathy) (Entered: 10/18/2005) |
| 10/31/2005 | 59 | Letter to Judge Wolf from Jordan M. Rice enclosing a copy of a letter he sent to Secretary of Public Safety Edward Flynn, FILED. (Attachments: # 1 Letter to Edward Flynn)(Boyce, Kathy) (Entered: 11/03/2005) |
| 11/09/2005 | 60 | Letter/request (non-motion)to Judge Wolf from Jordan Rice enclosing a copy of a letter Mr. Rice had sent to Attorney Eugene P. McCann. FILED. (Boyce, Kathy) Additional attachment(s) added on 11/15/2005 (Boyce, Kathy). (Entered: 11/15/2005) |
| 11/16/2005 | 61 | Assented to MOTION accept memorandum as timely filed by Timothy Hall.(McLaughlin, Maura) (Entered: 11/16/2005) |

| | | |
|---|---|---|
| 11/16/2005 | 62 | MEMORANDUM OF LAW by Timothy Hall. (McLaughlin, Maura) (Entered: 11/16/2005) |
| 11/30/2005 | 63 | Letter to Judge Wolf from Jordan M. Rice, FILED. (Attachments: # 1 Letter to Eugene McCann)(Boyce, Kathy) (Entered: 12/02/2005) |
| 11/30/2005 | 64 | Letter/request (non-motion) from Jordan Rice requesting new appointed counsel, FILED. (Attachments: # 1 Letter to Eugene McCann)(Boyce, Kathy) Modified on 12/9/2005 to correct typographical error. (Boyce, Kathy). (Entered: 12/02/2005) |
| 12/01/2005 | | Judge Mark L. Wolf: Electronic ORDER entered granting 61 Assented to MOTION accept memorandum as timely filed by Timothy Hall. (O'Leary, Dennis) (Entered: 12/01/2005) |
| 12/01/2005 | 65 | Letter from Jordan M. Rice (Attachments: # 1 Letter to Edward Flynn), FILED.(Boyce, Kathy) (Entered: 12/02/2005) |
| 12/14/2005 | 66 | Letter/request (non-motion) to Judge Wolf from Jordan M. Rice, FILED. (Boyce, Kathy) Additional attachment(s) added on 12/15/2005 (Boyce, Kathy). Additional attachment(s) added on 12/15/2005 (Boyce, Kathy). (Entered: 12/15/2005) |
| 12/14/2005 | 67 | MOTION to Stay the 5 Petition for Writ of Habeas Corpus (2254) and hold in Abeyance while Petitioner Returns to State Court to Exhaust Meritorious Unexhausted Claims by Jordan Martell Rice, FILED, c/s. (Boyce, Kathy) (Entered: 12/15/2005) |
| 12/27/2005 | 68 | Judge Mark L. Wolf: ORDER entered: 1. Petitioner Jordan M. Rice's pro se request for the appointment of new counsel (Docket No. 64) is DENIED.2. Rice's pro se renewal of request to stay this case to permit exhaustion of certain claims (Docket No. 67) is DENIED.3. Petitioner's reply to Respondent Timothy Hall's Opposition to the petition for writ of habeas corpus shall, as previously ordered, be filed by January 4, 2006. (O'Leary, Dennis) (Entered: 12/27/2005) |
| 12/29/2005 | 69 | MEMORANDUM in Opposition re 11 MOTION to Dismiss filed by Jordan Martell Rice, FILED. (Boyce, Kathy) (Entered: 01/03/2006) |
| 12/29/2005 | 70 | STATEMENT of facts re 11 MOTION to Dismiss, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 01/03/2006) |
| 12/29/2005 | 73 | Copy of Letter from Jordan M. Rice to Eugene MCann dated 12/23/05, FILED. (Boyce, Kathy) (Entered: 01/05/2006) |
| 12/29/2005 | 74 | MOTION for Hearing on previously filed "Order to Show Cause and Temporary Restraining Order" by Jordan Martell Rice. (Attachments: # Exhibit (1) Exhibit 2)(Boyce, Kathy) (Entered: 01/05/2006) |
| 12/29/2005 | 75 | Request for Evidentiary Hearing, and Discovery by Jordan Martell Rice, FILED.(Boyce, Kathy) (Entered: 01/05/2006) |
| 12/29/2005 | 76 | MEMORANDUM of Law in Support of 75 MOTION for Evidentiary Hearing filed by Jordan Martell Rice, FILED. (Boyce, Kathy) (Entered: |

| | | |
|---|---|---|
| | | 01/05/2006) |
| 01/03/2006 | 77 | Letter to Lois Russo, Supr. from Jordan M. Rice re the filing of grievance forms. FILED. (Boyce, Kathy) (Entered: 01/09/2006) |
| 01/03/2006 | 78 | Letter to Lois Russo, Dupt., SBCC from Jordan M. Rice denial of access to the courts via missing property, FILED. (Boyce, Kathy) (Entered: 01/09/2006) |
| 01/03/2006 | 79 | Letter to Judge Wolf dated 12/11/05 from Jordan M. Rice, Filed. (Attachments: # 1 Copy of Letter to Edward Flynn)(Boyce, Kathy) (Entered: 01/09/2006) |
| 01/04/2006 | 71 | Response by Jordan Martell Rice *To Respondent's Opposition to Petition for Writ of Habeas Corpus*. (McCann, Eugene) (Entered: 01/04/2006) |
| 01/04/2006 | 72 | MEMORANDUM OF LAW by Jordan Martell Rice to 71 Response. (McCann, Eugene) (Entered: 01/04/2006) |
| 01/06/2006 | 80 | Letter/request dated 12/31/05 from Jordan M. Rice to Judge Wolf, FILED. (Boyce, Kathy) (Entered: 01/09/2006) |
| 01/06/2006 | 81 | MOTION to Compel DOC to Release Recording of Telephonic Call by Jordan Martell Rice. FILED.(Boyce, Kathy) (Entered: 01/09/2006) |
| 01/06/2006 | 82 | Letter dated 1/4/06 to Judge Wolf from Jordan M. Rice re Request to Order Court Appointed counsel to raise Petitioner's Meritorious Claims Surrounding the Bloody Palm Prints. FILED. (Boyce, Kathy) Modified on 1/11/2006 to correct the filing date initially entered as 1/6/05 to the correct filing date of 1/6/06(Boyce, Kathy). (Entered: 01/09/2006) |
| 01/06/2006 | 83 | MOTION for the Court to Order Court Appointed Counsel to Raise Petitioner's Meritorious Claims Surrounding the Bloody Plam Prints by Jordan Martell Rice, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 01/09/2006) |
| 01/09/2006 | 84 | Copy of Letter sent to Lois Russo, Supr., SBCC from Jordan M. Rice re denial of access to the courts by prison librarian. FILED. (Boyce, Kathy) (Entered: 01/09/2006) |
| 01/11/2006 |  | Notice of correction to docket made by Court staff. Correction: Document No. 82, Letter corrected because: to correct the filing date initially entered as 1/6/05 to the correct date of 1/6/06 (Boyce, Kathy) (Entered: 01/11/2006) |
| 01/13/2006 | 85 | NOTICE of Change of Address by Jordan Martell Rice, FILED. (Boyce, Kathy) (Entered: 01/18/2006) |
| 01/13/2006 | 86 | Memorandum of Law to supplement 81 MOTION to Compel, 83 MOTION for Order and Document No. 69, Traverse, filed by Jordan Martell Rice. (Attachments: # 1 Attachment No. 1# 2 Attachment 2) (Boyce, Kathy) (Entered: 01/18/2006) |
| 01/20/2006 | 87 | Letter dated 1/17/06 to Judge Wolf from Jordan Rice. FILED. (Boyce, Kathy) (Entered: 01/24/2006) |

| | | |
|---|---|---|
| 01/20/2006 | 88 | Application for Certificate of Appealability by Jordan Martell Rice, FILED.(Boyce, Kathy) Additional attachment(s) added on 1/24/2006 (Boyce, Kathy). (Entered: 01/24/2006) |
| 01/20/2006 | 89 | MOTION for Leave to Appeal in Forma Pauperis by Jordan Martell Rice, FILED.(Boyce, Kathy) (Entered: 01/24/2006) |
| 01/20/2006 | 90 | MOTION to Appoint Counsel to represent petitioner on appeal, by Jordan Martell Rice, filed.(Boyce, Kathy) (Entered: 01/24/2006) |
| 01/25/2006 | 91 | Letter to Judge Wolf from Jordan M. Rice, FILED. (Attachments: # 1 Affidavit of Brenda Rice)(Boyce, Kathy) (Entered: 01/27/2006) |
| 02/03/2006 | 92 | Letter/request (non-motion) from Ronald H. Rice. (Attachments: # 1 Appellate Brief# 2)(Boyce, Kathy) (Entered: 02/03/2006) |
| 02/13/2006 | 93 | NOTICE of Change of Address by Jordan Martell Rice. FILED, c/s. (Boyce, Kathy) (Entered: 02/21/2006) |
| 02/13/2006 | 94 | Letter from Jordan Rice to Judge Wolf, FILED. (Attachments: # 1 Attachments to Letter to Judge Wolf)(Boyce, Kathy) (Entered: 02/21/2006) |
| 02/13/2006 | 95 | Letter to Judge Wolf attaching supplement to motions he filed from Jordan M. Rice, FILED. (Attachments: # 1 Attachment to Letter to Judge Wolf - supplement to motions)(Boyce, Kathy) (Entered: 02/21/2006) |
| 02/13/2006 | 96 | MOTION for Certificate of Appealability, FILED, by Jordan Martell Rice. (Attachments: # 1 Notice of Appeal (proposed)# 2 Motion for leave to proceed in forma pauperis)(Boyce, Kathy) (Entered: 02/22/2006) |
| 02/13/2006 | 97 | MOTION to Appoint New Counsel for Appeal Purposes, by Jordan Martell Rice, FILED.(Boyce, Kathy) (Entered: 02/22/2006) |
| 03/17/2006 | 98 | Letter to Judge Wolf from Jordan M Rice, FILED. (Attachments: # 1 Letter to Office of Bar Counsel)(Boyce, Kathy) Modified on 3/29/2006 to correct typograhical error in the text of entry (Boyce, Kathy). (Entered: 03/22/2006) |
| 03/24/2006 | 99 | MOTION to Withdraw as Attorney *for the Petitioner* by Jordan Martell Rice. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C)(McCann, Eugene) (Entered: 03/24/2006) |
| 03/24/2006 | 100 | AFFIDAVIT of Eugene Patrick McCann in Support re 99 MOTION to Withdraw as Attorney *for the Petitioner* filed by Jordan Martell Rice. (McCann, Eugene) (Entered: 03/24/2006) |
| 03/27/2006 | 101 | Letter from Jordan M. Rice to Judge Wolf (Attachments: # 1), FILED. (Boyce, Kathy) (Entered: 03/30/2006) |
| 04/04/2006 | 102 | Letter to Judge Wolf from Jordan M. Rice re the two pending law suits he filed which he claims to be related to case, FILED. (Boyce, Kathy) (Entered: 04/11/2006) |
| 04/04/2006 | 103 | MOTION to Appoint New Counsel by Jordan Martell Rice, FILED. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1)(Boyce, Kathy) (Entered: 04/11/2006) |
| 04/17/2006 | 104 | Letter to Judge Wolf from Jordan M. Rice (Attachments: # 1 Letter to Kathleen M. Dennehy, Commissioner), FILED.(Boyce, Kathy) (Entered: 04/19/2006) |
| 04/24/2006 | 105 | NOTICE of Change of Address by Jordan Martell Rice, FILED. (Boyce, Kathy) (Entered: 04/28/2006) |
| 05/08/2006 | 106 | Letter to Judge Wolf from Jordan Rice (Attachments: # 1 Letter to Lt. Kerry Healy), FILED.(Boyce, Kathy) (Entered: 05/08/2006) |
| 05/10/2006 | 107 | Letter/request (non-motion) dated 5/9/06 to Chief Judge Wolf from Jordan M. Rice, FILED. (Boyce, Kathy) (Entered: 05/10/2006) |
| 05/17/2006 | 108 | Letter/request (non-motion) from Kathleen Boyce to clerk requesting a copy of the motion to withdraw as counsel filed by Attorney McCann, FILED. (Boyce, Kathy) (Entered: 05/19/2006) |
| 05/17/2006 | 109 | Letter to Judge Wolf from Jordan M. Rice, FILED. (Attachments: # 1 Letter to Robert Hass, Secretary)(Boyce, Kathy) (Entered: 05/19/2006) |
| 06/09/2006 | 110 | Letter to Chief Judge Wolf from Jordan M. Rice, FILED. (Attachments: # 1 Letter to Comittee for Public Services Director Donald Bronstein) (Boyce, Kathy) (Entered: 06/13/2006) |
| 06/12/2006 | 111 | Letter/request (non-motion) sent from Jordan Rice to Cheif Justice Margaret Marshall, FILED. (Attachments: # 1 Exhibit 1 and 2)(Boyce, Kathy) (Entered: 06/13/2006) |
| 06/13/2006 | 112 | Letter/request to Chief Judge(non-motion) from Jordan Rice, FILED. (Attachments: # 1 Exhibit 1-3)(Boyce, Kathy) (Entered: 06/13/2006) |
| 06/16/2006 | 113 | Letter/request (non-motion) from Jordan M. Rice (Attachments: # 1 Copy of Letter to Lt. Governor Healy from Blenda Rice), FILED.(Boyce, Kathy) (Entered: 06/19/2006) |
| 06/28/2006 | 114 | Judge Mark L. Wolf : ORDER entered denying 74 Motion for Hearing, denying 75 Motion for Hearing, denying 81 Motion to Compel, denying 83 Motion for Order, denying 88 Motion for Certificate of Appealability, denying 89 Motion for Leave to Appeal in forma pauperis, denying 90 Motion to Appoint Counsel, denying 96 Motion for Certificate of Appealability, denying 97 Motion to Appoint Counsel, denying 99 Motion to Withdraw as Attorney., denying 103 Motion to Appoint Counsel (O'Leary, Dennis) (Entered: 06/30/2006) |
| 06/28/2006 | 115 | Letter/request (non-motion) from Jordan Rice to Chief Judge Wolf, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 06/30/2006) |
| 06/30/2006 | 116 | Letter/request (non-motion) from Jordan Rice, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 06/30/2006) |
| 07/03/2006 | 117 | Letter/request (non-motion) from Jordan Rice, FILED. (Attachments: # 1 Report of Laboratory Examination)(Boyce, Kathy) (Entered: 07/07/2006) |

| | | |
|---|---|---|
| 07/05/2006 | 118 | Letter to Judge Wolf (non-motion) from Jordan M. Rice (Attachments: # 1 Direct Appeal from District Court's Denial of Appointment of Counsel), FILED.(Boyce, Kathy) (Entered: 07/07/2006) |
| 07/18/2006 | 119 | Letter to clerk from Jordan Rice inquiring as to the status of his habeas corpus petition, FILED. (Boyce, Kathy) (Entered: 07/21/2006) |
| 07/24/2006 | 120 | Letter/request to Chief Judge Wolf (non-motion) from Jordan M. Rice, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 07/27/2006) |
| 07/24/2006 | 121 | Letter to Chief Judge Wolf from Jordan M. Rice, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 07/27/2006) |
| 07/26/2006 | 122 | Letter to Judge Wolf from Luis Centano, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 07/27/2006) |
| 08/21/2006 | 124 | Letter/request (non-motion) from J. Rice. (Flaherty, Elaine) (Entered: 08/25/2006) |
| 08/22/2006 | 123 | Letter from Jordan Martell Rice. (York, Steve) (Entered: 08/23/2006) |
| 08/30/2006 | 125 | Letter/request (non-motion) from Jordan M. Rice, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 08/31/2006) |
| 09/08/2006 | 126 | Letter/request (non-motion) from Jordan M. Rice, FILED. (Attachments: # 1)(Boyce, Kathy) (Entered: 09/11/2006) |
| 10/24/2006 | 127 | Letter dated 10/20/06 to Chief Judge Wolf from Jordan M. Rice, FILED. (Attachments: # 1 Attachments to Letter from Jordan M. Rice)(Boyce, Kathy) (Entered: 10/24/2006) |
| 10/26/2006 | 128 | Letter/request (non-motion) from Jordan M. Rice, FILED. (Attachments: # 1 Attachment to letter to Chief Judge Wolf)(Boyce, Kathy) (Entered: 10/26/2006) |
| 10/27/2006 | 129 | Letter/request (non-motion) from Jordan M. Rice, FILED. (Attachments: # 1 Attachements to Letter from Jordan Rice)(Boyce, Kathy) (Entered: 10/30/2006) |
| 11/21/2006 | 130 | Letter/request (non-motion) from Jordan M. Rice requesting that his legal mail not be sent to Walpole Prison but sent certified mail to an address, noted in letter, in Brockton, Mass., FILED. (Attachments: # 1 Attachment to Notice of Change of Address)(Boyce, Kathy) (Entered: 12/01/2006) |
| 12/26/2006 | 131 | Letter (non-motion) from Jordan Rice to Chief Judge Wolf enclosing letter to Secretary Hass re subject of his ingoing and outgoing mail, FILED. (Attachments: # 1 Copy of Letter to Robert Hass)(Boyce, Kathy) (Entered: 12/26/2006) |
| 01/04/2007 | 132 | Letter/request (non-motion)to Judge Wolf from Jordan Rice, FILED. (Attachments: # 1 Attachments to Letter)(Boyce, Kathy) (Entered: 01/05/2007) |
| 01/10/2007 | 133 | Letter to Chief Judge Wolf from Jordan M. Rice, FILED. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit 1)(Boyce, Kathy) (Entered: 01/10/2007) |
| 01/18/2007 | 134 | Letter/request (non-motion) from Jordan M. Rice, FILED. (Attachments: # 1 Letter from Jordan Rice to Governor Romney)(Boyce, Kathy) (Entered: 01/22/2007) |
| 01/22/2007 | 135 | Renewed MOTION for Evidentiary Hearing by Jordan Martell Rice, FILED.(Boyce, Kathy) Modified on 1/23/2007 to attach Exh No. 1 (Boyce, Kathy). (Entered: 01/23/2007) |
| 01/22/2007 | 136 | MOTION to Appoint Counsel by Jordan Martell Rice, FILED.(Boyce, Kathy) (Entered: 01/23/2007) |
| 01/24/2007 | 137 | Letter to Chief Judge Wolf from Jordan M. Rice. (Attachments: # 1 Atachments to Letter dated 1/18/07 from Jordan M. Rice), FILED. (Boyce, Kathy) (Entered: 01/25/2007) |
| 03/01/2007 | 138 | Letter to Chief Judge from Jordan M. Rice, FILED. (Boyce, Kathy) (Entered: 03/02/2007) |
| 05/02/2007 | 139 | Letter to Chief Judge Wolf (non-motion) from Jordan M. Rice re status of case, FILED. (Boyce, Kathy) (Entered: 05/03/2007) |
| 06/19/2007 | 140 | Letter/request (non-motion) from Jordan M. Rice. (Attachments: # 1 Addendum of Pltf filed in Court of Appeals# 2 Part II of Addendum of pltf filed in Court of Appeals# 3 Part III of Addendum of pltf filed in the Court of Appeals)(Boyce, Kathy) Additional attachment(s) added on 6/21/2007 (Boyce, Kathy). (Entered: 06/21/2007) |
| 07/06/2007 | 141 | Letter to Chief Judge Wolf from Jordan M. Rice, FILED. (Boyce, Kathy) (Entered: 07/06/2007) |
| 07/10/2007 | 142 | NOTICE to the Court of Attorney Eugene P.cCann's Egregrious Attorney Misconduct by Jordan Martell Rice, FILED. c/s. (Attachments: # 1 Exhibit 1-3)(Boyce, Kathy) (Entered: 07/11/2007) |
| 07/12/2007 | 143 | Letter/request (non-motion) from Jordan M. Rice. (Attachments: # 1 Notice ot the Court# 2 Exhibit 1-3)(Boyce, Kathy) (Entered: 07/16/2007) |
| 07/27/2007 | 144 | Letter/request (non-motion) from Jordan M. Rice. (Attachments: # 1 Exhibit 1-4# 2 Letter from Jordan Rice to Inspector Peter Zegarac) (Boyce, Kathy) (Entered: 07/31/2007) |
| 07/27/2007 | 145 | Letter/request (non-motion) from Jordan M. Rice (Attachments: # 1 Letter to Postal Inspector)(Boyce, Kathy) (Entered: 07/31/2007) |
| 08/07/2007 | 146 | Letter to Judge Wolf from Jordan M. Rice, FILED. (Attachments: # 1 Inmate Grievance Forms)(Boyce, Kathy) (Entered: 08/14/2007) |
| 08/16/2007 | 147 | Letter/request (non-motion) from Jordan M. Rice, FILED. (Attachments: # 1 Letter dated 8/3/07 sent to Gregory Sullivan, Inspector General) (Boyce, Kathy) (Entered: 08/20/2007) |
| 08/28/2007 | 148 | Motion for DNA funds, Evidentary Hearing, and New Counsel by Jordan Martell Rice. (Attachments: # 1 Exhibit)(York, Steve) (Entered: |

| | | |
|---|---|---|
| | | 08/29/2007) |
| 08/28/2007 | 149 | Letter from Jordan Martell Rice. (Attachments: # 1 Exhibit A)(York, Steve) (Entered: 08/29/2007) |
| 08/30/2007 | 150 | Letter from Jordan M. Rice (Attachments: # 1 Attachments to Letter to Chief Judge Wolf)(Boyce, Kathy) (Entered: 08/30/2007) |
| 09/07/2007 | 151 | NOTICE to the Court of Attorney McCann's Perjury by Jordan Martell Rice, FILED. (Attachments: # 1 Exhibits)(Boyce, Kathy) (Entered: 09/12/2007) |
| 09/21/2007 | 152 | Letter to Judge Wolf (non-motion) from Jordan M. Rice (Attachments: # 1 Copy of Letter from Jordan Rice to Supt. of MCI Cedar Junction)(Boyce, Kathy) (Entered: 09/21/2007) |
| 09/30/2007 | 154 | Judge Mark L. Wolf : ORDER entered. MEMORANDUM AND ORDER. For the reasons discussed in this Memorandum, it is hereby ORDERED that the Petition For Writ Of Habeas Corpus (Docket No. 5) is DENIED.(O'Leary, Dennis) (Entered: 10/02/2007) |
| 09/30/2007 | 155 | Judge Mark L. Wolf : ORDER entered. MEMORANDUM AND ORDER. Accordingly, petitioner's motions for new counsel, funds for a DNA expert, and an evidentiary hearing (Docket Nos. 135, 136, and 148) are hereby DENIED. The court has considered petitioner's foreseeable request for a certificate of appealability concerning the dismissal of hisclaims under the standards of 28 U.S.C. §2253(c)(2) and Miller-Elv. Cockrell, 537 U.S. 322, 338 (2003). These standards are met foronly three of petitioner's five grounds for relief: his claimconcerning the failure to appoint substitute counsel (Ground One);his claim of ineffective assistance of counsel (Ground Five); andhis Due Process Clause jury instruction claim (Ground Six).Therefore a certificate of appealability is hereby ISSUED on thesethree claims only. It is hereby further ORDERED that petitioner's counsel,Francis McCann, Esq., shall confer with petitioner to determinewhether he wishes to appeal the denial of his request for a writ ofhabeas corpus; timely file a notice of appeal if petitioner sorequests; and then, in view of petitioner's request for a newlawyer, Mr. McCann may file a notice of withdrawal as petitioner'scounsel.(O'Leary, Dennis) (Entered: 10/02/2007) |
| 09/30/2007 | 156 | Judge Mark L. Wolf : ORDER entered. JUDGMENT in favor of Timothy Hall against Jordan Rice(O'Leary, Dennis) (Entered: 10/02/2007) |
| 10/01/2007 | 153 | Letter to Chief Judge Wolf from Jordan M. Rice (Attachments: # 1 Letter to Eugene McCann), FILED.(Boyce, Kathy) (Entered: 10/01/2007) |
| 10/01/2007 | | DOCKET SHEET sent to Jordan M. Rice (Boyce, Kathy) (Entered: 10/01/2007) |
| 10/03/2007 | 157 | Copy of Letter from Eugene Patrick McCann to Dale Bissonette, Supt. of MCI Cedar Junction, FILED. (Boyce, Kathy) (Entered: 10/03/2007) |
| 10/03/2007 | | DOCKET SHEET sent to Jordan Martell Rice (Boyce, Kathy) (Entered: |

| | | |
|---|---|---|
| | | 10/03/2007) |
| 10/10/2007 | 158 | NOTICE OF APPEAL by Jordan Martell Rice NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/30/2007. (McCann, Eugene) Modified on 10/29/2007 to link Notice of Appeal to Documents 154, 155 (Boyce, Kathy). (Entered: 10/10/2007) |
| 10/10/2007 | 159 | MOTION to Withdraw as Attorney by Jordan Martell Rice.(McCann, Eugene) (Entered: 10/10/2007) |
| 10/10/2007 | 160 | AFFIDAVIT in Support re 159 MOTION to Withdraw as Attorney filed by Jordan Martell Rice. (McCann, Eugene) (Entered: 10/10/2007) |
| 10/29/2007 | | Notice of correction to docket made by Court staff. Correction: Document 158, Notice of Appeal corrected because: to link the Notice of Appeal with Document Nos. 154, 155 (Boyce, Kathy) (Entered: 10/29/2007) |