United States District Court
District Of Massachusetts

Jordan M. Rice,
　　Petitioner
　　　v.
Timothy Hall,
　　Respondent

DKT. No. 04-10859-MLW

Motion For Leave To Proceed Informa Pauperis

Now comes Jordan M. Rice, Petitioner, in the above-entitled case, and moves that this Court permit him to proceed informa pauperis, without prepayment of appellate cost.

Respectfully Submitted,

/s/ Jordan M. Rice

Dated: Oct. 11, 2007

Jordan M. Rice, Pro Se
P.O. Box 100
Walpole, Ma. 02071