Jordan M. Rice - W65459
P. O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

Eugene P. McCann, Attorney
59 Jackson St.
Lawrence, Ma. 01840

Re: Rice V. Hall, DKT. No. 04-10859-MLW

Dear Sir,

Hello, it is to my understanding that my above referenced Petition was denied. I am requesting that you follow Judge Wolf's orders in filing an 1) Notice Of Appeal and 2) Notice Of Withdrawal. Please note, I was again denied access to the phone which prohibited me from verbally communicating these matters with you despite you letter dated October 2, 2007 addressed to Deputy Superintendent Dale Bissonnette requesting I be granted access to the phone to make an legal call.

Please Note, I have also filed an Pro Se Notice of Appeal and Request For New Appointment Of Counsel. Despite these facts, I request that you follow Judge Wolf's order.

Thank you for your attention to this matter.

Respectfully Submitted,
x [signature]

Dated: Oct. 11, 2007 A.D.

CC: Mark L. Wolf, Judge
    Enclosure