United States District Court
District Of Massachusetts

Jordan M. Rice,
    Petitioner

v.

Timothy Hall,
    Respondent

DKT. No. 04-10859-MLW

Notice Of Appeal

    Petitioner Jordan M. Rice, appearing in pro per, hereby appeals from the judgements of the Court denial and/or dismissing the Petition For Writ Of Habeas Corpus in the above-entitled action. Said Judgement was entered on September 30, 2007, by Hon. Mark L. Wolf.

    Concurrently here with, Petitioner requests that the District Court issue a Certificate Of Appealability. An application for COA is being contemporaneously filed.

Respectfully Submitted,

/s/ Jordan M. Rice

Dated: Oct. 11, 2007

Jordan M. Rice, Pro Se
P.O. Box 100
Walpole, Ma. 02071