Jordan M. Rice - W65429
P.O. Box 100
Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2007 NOV -7 A 11: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark L. Wolf, Judge
1 Courthouse Way
Boston, Ma. 02110

Re: Rice V. Hall, DKT. No. 04-10859-MLW

Dear Judge
  Hello, I am unaware of the above referenced case status which is currently under appeal. I don't know if you granted me new counsel, ruled on my Pro Se COA Request or anything else. Prison Officials has refused to provide me access to the phone despite the fact Attorney Eugene P. McCann wrote on Oct. 2, 2007 wrote MCI Cedar Junction Deputy Superintendent Dale Bissonnette requesting that I be provided access to the phone to call his office to discuss my appeal. Would you please inform me of the status on my appeal? Please note, I may not receive your correspondence because Prison Officials are censoring all my incoming and outgoing mail?

Respectfully Submitted,
[signature]

Dated: Nov. 2, 2007