UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-10859

Jordan Martell Rice

v.

Timothy Hall

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-160

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/10/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 31, 2007.

Sarah A Thornton, Clerk of Court

By: /s/ *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/13/07 .

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2660

(DE 158)

- 3/06