```
FILED
IN CLERKS OFFICE

2007 NOV 13  P 1:42

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

Jordan M. Rice-W65434
P.O. Box 100
Walpole, Ma. 02071

Mark L. Wolf, Judge
1 Courthouse Way; Room #5110
Boston, Ma. 02110

Re: Rice V. Hall, DKT. No. 04-10859-MLW

Nov. 5, 2007

Dear Judge,

Hello, today (Nov. 5, 2007) I spoke with Attorney Eugene McCann's associate Attorney Angela Delmonte whom informed me she didn't know how to fill out the "Transcript Order Form" which she claimed was due on Oct. 30, 2007. Judge Wolf denied the above referenced case on September 30, 2007 and Attorney Delmonte claimed that Attorney McCann doesn't have to file the said "Form" because he (McCann) withdrew after the denial. I don't know how to file the said "Form".

I am unfamiliar with this process and can't represent myself Pro Se because 1) I have extremely limited access to the law library, 2) I have limited knowledge of the law and 3) Prison Officials censor all my mail which is why currently I am unaware if a decision on my COA Motion has been rendered, if I been granted new counsel and I don't know any type of status on my case which may have a new docket number on appeal, i.e., unknown to me.

Could you please insure I am appointed new counsel? I have written you no less than 6 times to no avail which I don't know if it is due to the said mail censoring. If you reply I probably won't receive your correspondence due to the ongoing federal crime of mail censoring but please try to respond to update me on my litigation and provide any and all helpful information?

Thank you for your attention to my wrongful conviction.

Respectfully Submitted,
[signature]

Certified Mail No. 7006 3450 0003 9956 6633